**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WUXI APPTEC CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE a/k/a/ <br> U.S. DEPARTMENT OF WAR, *et al.*, <br><br> *Defendants*. | Civil Action No. 26-2069 (JEB) |

**NOTICE OF FILING OF CERTIFIED LIST OF THE**
**CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), attached hereto is a certified list of the contents of the administrative record in this case.

Dated: July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I, William S. Jankowski, hereby certify that on July 13, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

/s/ William S. Jankowski
William S. Jankowski

*Counsel for Defendants*