**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WUXI APPTEC CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | No. 1:26-CV-2069 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Kathryn Collins, certify as follows:

1.      I currently serve as Branch Chief, Global Investment and Economic Security (GIES), Office of the Assistant Secretary of Defense for Industrial Base Policy, Office of the Under Secretary of Defense for Acquisition and Sustainment, Department of Defense (DoD or the Department).

2.      I have been a GIES government employee since 2024.  Between 2020 and 2024, I served as a contractor in GIES supporting various GIES economic security missions. In addition to other unrelated duties, I supervise the research of companies for the list that the Department prepares in compliance with Section 1260H of Public Law No. 116-283, the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Section 1260H list).  The Section 1260H list identifies entities that are operating directly or indirectly in the United States as a "Chinese military company," as defined under the statute.  As such, I am authorized to certify which documents were referenced by GIES in its analysis of companies for the Section 1260H list.

3.      The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4.      The end notes of the WuXi Apptec Co., Ltd. (WuXi) report contained in the administrative record state that the following documents are in Mandarin: AVIC Fund Management Co., Ltd.: *AVIC Military-Civilian Integration*, AVIC Industry Finance Website: *About Us - Company Introduction*, JRJ.com: *The Latest Net Value Gain of "AVIC MCF Select Fund Class Cl (C from below) Reached 1.93%*, East Money: *Fund Profile – AVIC Military-Civilian Integration Selected Hybrid Securities Investment Fund*, SASAC Website: *Directory*, Ministry of Science and Technology: *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, SASTIND Website: *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities*, Chinakaoyan: *List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education*, GMWCN: *Top-level design for the integration of military and civilian technologies has been released*, Ministry of Science and Technology of the People's Republic of China: *Missions of the Ministry of Science and Technology*, Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*, .  The relevant webpages from which these documents were taken were in Mandarin, but the webpage translations were completed with the Google webpage translate functions that were available via the Chrome and Edge webpage browsers.  The Department has provided the English version of those documents as translated by the Google webpage translation functions in the Administrative Record.  The Department is not aware of any relevant substantive material from these documents that has been lost

in the translation process.

5.    The source JRJ.com: *The latest net value gain of the AVIC Military-Civilian Integration Selected C Fund increased by 1.93%* in the administrative record includes a machine translated version, but this source was also translated by a native Mandarin speaker that tested yearly at a General Professional Proficiency (ILR Level 3) level for reading, listening, and speaking on the Defense Language Proficiency Test (DLPT) for Mandarin from 2019 to 2023, which is the speaker's duration as a United States Air Force officer.    Prior to service with the Air Force, the Mandarin speaker did freelance Mandarin translation work in oral and written forms, including a 2017 consecutive interpretation for a guest speaker at Bowdoin College. The source was translated similarly in both the machine translation and by the native Mandarin speaker.

6.    I hereby certify to the best of my knowledge and belief that the documents in the attached administrative record and described in the attached certified list of the contents of the administrative record constitute a true, correct, and complete copy of the documents that were directly or indirectly considered in connection with DoD's decision to identify Plaintiff on the Section 1260H list.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:


Kathryn Collins
Branch Chief
Global Investment and Economic Security (GIES) Directorate
OASD for Industrial Base Policy, OUSD for Acquisition and Sustainment