**Certified List of the Contents of the Administrative Record**
*WuXi AppTec Company, Ltd v. U.S. Dep't of Def., et al.*, No. 1:26-cv-2069 (D.D.C.)

| | BATES No(s). |
|---|---|
| Action Memo for Deputy Secretary of War from Michael P. Duffey, USW(A&S), re: Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | WuXi AR 0001-0030 |
| Notice of Availability of Designation of Chinese Military Company, 91 Fed. Reg. 35189-35194 (June 10, 2026) | WuXi AR 0031-0036 |
| DoW Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021 (June 8, 2026) | WuXi AR 0037-0054 |
| WuXi AppTec Co., Ltd. Report (May 29, 2026) | WuXi AR 0055-0077 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Requesting confirmation of receipt, dated June 14-21, 2024 | WuXi AR 0078-0084 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Requesting confirmation of receipt, dated June 14-20, 2024 | WuXi AR 0085-0088 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec Meeting, dated August 21-29, 2024 (including attachment entitled WuXi AppTec – Presentation to U.S. DoD – August 2024 – Final.pdf) | WuXi AR 0089-0122 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec Meeting, dated August 21-September 10, 2024 (including attachment entitled Follow-up re DoD 1260H Meeting – Final (September 10).pdf) | WuXi AR 0123-0137 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21-October 28, 2024 (including attachment entitled Rhodium_MPER China_Chinese Biotech companies – A Fundamental Risk Scorecard_15Oct2024(2).pdf) | WuXi AR 0138-0155 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21-December 19, 2024 | WuXi AR 0156-0165 |

| | |
|---|---|
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21-December 22, 2024 | WuXi AR 0166-0176 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-January 6, 2025 (including attachment entitled 2025-00070.pdf) | WuXi AR 0177-0193 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-January 7, 2025 | WuXi AR 0194-0206 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-August 25, 2025 | WuXi AR 0207-0219 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-August 27, 2025 | WuXi AR 0220-0233 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-August 28, 2025 | WuXi AR 0234-0247 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-August 29, 2025 | WuXi AR 0248-0264 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-September 2, 2025 | WuXi AR 0265-0282 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-October 2, 2025 | WuXi AR 0283-0300 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-October 2, 2025 | WuXi AR 0301-0319 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-October 6, 2025 | WuXi AR 0320-0340 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD | WuXi AR 0341-0361 |

| | |
|---|---|
| A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-October 14, 2025 (including attachment entitled WuXi Apptec DE Site.mp4) | |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-October 14, 2025 (including attachment entitled Update to the U.S. Department of War) | WuXi AR 0362-0400 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-November 10, 2025 | WuXi AR 0401-0420 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-November 13, 2025 | WuXi AR 0421-0441 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-November 13, 2025 | WuXi AR 0442-0464 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re DoD/WuXi AppTec meeting, dated August 21, 2024-November 13, 2025 | WuXi AR 0465-0486 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Follow-up re WuXi AppTec, dated December 1, 2025 (including attachment entitled WuXi AppTec – Presentation to U.S. DoW – Nov 2025 -vF.pdf) | WuXi AR 0487-0512 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Follow-up re WuXi AppTec, dated December 1-9, 2025 (including attachment entitled 26 NDAA Conference.pdf) | WuXi AR 0513-3601 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Follow-up re WuXi AppTec, dated December 1-10, 2025 | WuXi AR 3602-3604 |
| Email Traffic between Stephen Heifetz, to OSD Pentagon OUSD A-S re Follow-up re WuXi AppTec, dated December 1-10, 2025 | WuXi AR 3605-3608 |
| Wall Street Journal, *Negative Takes on China's Economy Are Disappearing from the Internet* | WuXi AR 3609-3613 |
| New York Times, *As China's Internet Disappears, 'We Lost Parts of Our Collective Memory'* | WuXi AR 3614-3619 |

| | |
|---|---|
| New York Times, *China's Censorship Dragnet Targets Critics of the Economy* | WuXi AR 3620-3625 |
| Foreign Policy Magazine, *China's Secret to Controlling the Internet* | WuXi AR 3626-3634 |
| Pitchbook, *WuXi AppTec Public Company Profile* | WuXi AR 3635-3666 |
| WuXi website, *About Us – Our History* | WuXi AR 3667-3670 |
| WuXi website, *WuXi PharmaTech (Cayman) Inc. Announces Completion of Going Private Transaction* | WuXi AR 3671 |
| Caixin Global, *New York-Delisted WuXi AppTec Gets Speedy Approval for Shanghai IPO* | WuXi AR 3672-3676 |
| WuXi Apptec Company, Ltd. 2024 Annual Report | WuXi AR 3677-3956 |
| Dr. James C. Mulvenon, *The WuXi Group: The National Security Risks Associated with Its Government and Military Connections, Data Privacy Issues, and Corporate Reach* | WuXi AR 3957-3985 |
| Crunchbase, *WuXi Apptec* | WuXi AR 3986-3999 |
| S&P Capital IQ, WuXi XDC Cayman Inc. 2023 Annual Report | WuXi AR 4000-4204 |
| S&P Capital IQ, *Aviation Industry Corporation of China* | WuXi AR 4205-4207 |
| China Aerospace Studies Institute, *Organization and Structure of the Aviation Industry Corporation of China (AVIC)* | WuXi AR 4208-4547 |
| JRJ.com, *The latest net asset value gain of the AVIC Military-Civilian Integration Selected C Fund increased by 1.93%* (Mandarin) | WuXi AR 4548-4552 |
| JRJ.com, *The latest net value gain of the AVIC Military-Civilian Integration Selected C Fund increased by 1.93%* (English Translation) | WuXi AR 4553-4559 |
| AVIC Fund Management Co., Ltd. Website, *Its funds > AVIC Military-Civilian Integration* (Mandarin) | WuXi AR 4560-4563 |
| AVIC Fund Management Co., Ltd. Website, *Its funds > AVIC Military-Civilian Integration* (English Translation) | WuXi AR 4564-4566 |
| AVIC Industry Finance Website, *About Us > Company Profile* (Mandarin) | WuXi AR 4567-4569 |

| | |
|---|---|
| AVIC Industry Finance Website, *About Us > Company Profile* (English Translation) | WuXi AR 4570 |
| S&P Capital IQ Pro, *AVIC Fund Management Co., Ltd. > Corporate Tree* | WuXi AR 4571-4572 |
| U.S. Department of Defense, *DOD Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021* | WuXi AR 4573-4579 |
| AlphaWorks Research Institute, *More than 1 military-themed fund has a heavy position in WuXi AppTec* | WuXi AR 4580-4585 |
| Market Screener, *AviChina Industry & Technology* | WuXi AR 4586-4605 |
| East Money Fund Profile, *AVIC Military Civilian Integration Select C* (Mandarin) | WuXi AR 4606-4609 |
| East Money Fund Profile, *AVIC Military Civilian Integration Select C* (English Translation) | WuXi AR 4610-4615 |
| Sayari, *The World's Largest Shareholders: Understanding China's National and Regional SASACs* | WuXi AR 4616-4620 |
| SASAC, *Directory* | WuXi AR 4621-4623 |
| SASAC, *What We Do* | WuXi AR4624-4631 |
| CNBC, *Executive salaries at China's largest state firms linked to 'party building' efforts* | WuXi AR 4632-4638 |
| Following The Money, *Policies Applying to State-owned Enterprises* | WuXi AR 4639-4646 |
| Council on Foreign Relations, *Conflicts of Interest in Federal Contracting* | WuXi AR 4647-4669 |
| Asian Legal Information Institute, *Laws of the People's Republic of China, Company Law* | WuXi AR 4670-4721 |
| China Law Translate, *PRC National Intelligence Law (as amended in 2018)* | WuXi AR 4722-4739 |
| Ministry of Science and Technology of the People's Republic of China, *Results of the 19th batch of administrative licensing of human genetic resources for Chinese in 2022* (Mandarin) | WuXi AR 4740-4798 |

| | |
|---|---|
| Ministry of Science and Technology of the People's Republic of China, *Results of the 19th batch of administrative licensing of human genetic resources for Chinese in 2022* (English Translation) | WuXi AR 4799-4861 |
| MISP Galaxy, *China Defence Universities Tracker* | WuXi AR 4862-4905 |
| SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities* (Mandarin) | WuXi AR 4906-4907 |
| SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities* (English Translation) | WuXi AR 4908-4909 |
| Chinakaoyan.com, *List of 16 universities established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education* (Mandarin) | WuXi AR 4910-4915 |
| Chinakaoyan.com, *List of 16 universities established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education* (English Translation) | WuXi AR 4916-4924 |
| WuXi AppTec, *Location* | WuXi AR 4925-4926 |
| S&P Capital IQ Pro, *WuXi STA Pharmaceutical Co., Ltd. Private Company Profile* | WuXi AR 4927-4928 |
| CHEManager International, *Delivering Quality with Speed for European Market* | WuXi AR 4929-4938 |
| WuXi AppTec, *Our Locations* | WuXi AR 4939-4942 |
| WuXi Biologics, North America, *Locations & Facilities* | WuXi AR 4943-4945 |
| WuXi AppTec, *WuXi AppTec DMPK New Jersey* | WuXi AR 4946-4952 |
| HD Biosciences, *Home Page* | WuXi AR 4953 |
| S&P Capital IQ Pro, *WuXi AppTec Co., Ltd. > Corporate Tree* | WuXi AR 4954 |
| WuXi STA, *WuXi STA and Multiply Labs announce partnership and successfully deploy robotic manufacturing system for personalized drugs* | WuXi AR 4955-4958 |

| | |
|---|---|
| S&P Capital IQ Pro, *Multiply Labs, Inc. Private Company Profile* | WuXi AR 4959-4960 |
| WuXi website, *Middletown, Delaware* | WuXi AR 4961-4963 |
| Spotlight Delaware, *Middletown pharma campus developer may get blacklisted* | WuXi AR 4964-4971 |
| WuXi website, *Our Role > WuXi AppTec Expands Global Manufacturing Capacity as Customer Demand Accelerates* | WuXi AR 4972-4975 |
| WuXi website, *Careers at Lab Network* | WuXi AR 4976 |
| Guangming Daily, *Top-level design for the integration of military and civilian technologies has been released* (Mandarin) | WuXi AR 4977-4980 |
| Guangming Daily, *Top-level design for the integration of military and civilian technologies has been released* (English Translation) | WuXi AR 4981-4984 |
| Ministry of Science and Technology of the People's Republic of China, *Organization* | WuXi AR 4985-4987 |
| Ministry of Science and Technology of the People's Republic of China, *Detailed Rules for the Implementation of Regulations on the Management of Human Genetic Resources (Order No. 21 of the Ministry of Science and Technology)* (Mandarin) | WuXi AR 4988-5000 |
| Ministry of Science and Technology of the People's Republic of China, *Detailed Rules for the Implementation of Regulations on the Management of Human Genetic Resources (Order No. 21 of the Ministry of Science and Technology)* (English Translation) | WuXi AR 5001-5029 |
| China Aerospace Studies Institute, *The PRC State & Defense Laboratory System: An Overview* | WuXi AR 5030-5054 |
| People's Daily, *The 13th Five-Year Plan for the Development of Military-Civilian Integration of Science and Technology was released* (Mandarin) | WuXi AR 5055 |
| People's Daily, *The 13th Five-Year Plan for the Development of Military-Civilian Integration of Science and Technology was released* (English Translation) | WuXi AR 5056 |
| S&P Capital IQ Pro, *Cycle Solutions, Inc.* | WuXi AR 5057-5058 |