A

CUI//PRIVILEGE//FEDCON



# WuXi AppTec Co., Ltd



Controlled by:  OUSW(A&S)/IBP/GIES
Controlled Unclassified Information:  PRIVILEGE
Dissemination Control:  FEDCON
POC: (b) (6)

WuXi AR 0055



CUI//PRIVILEGE//FEDCON

Contents

Document Framework ........................................................................................................... 3

Entity Background ............................................................................................................... 4

Summary Findings ............................................................................................................... 6

WuXi AppTec is Indirectly Owned by SASAC ................................................................... 6

WuXi AppTec is Indirectly Affiliated with SASTIND ........................................................ 7

WuXi AppTec is Indirectly Affiliated with the PLA............................................................ 11

WuXi AppTec Provides, Researches, Develops, and Manufactures Molecular Drugs and Gene Therapies and Services ........................................................................................................ 12

Chinese Military Company Determination ........................................................................... 13

WuXi AppTec is a Chinese Military Company Operating Directly in the  United States .......... 13

Exhibit 1 ............................................................................................................................. 15

Source Citations .................................................................................................................. 16

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0056

CUI//PRIVILEGE//FEDCON

## Document Framework

The Secretary of War [a] is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is either (1) directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of, any of the following, whether operating inside or outside of China: (a) the People's Liberation Army (PLA), (b) Chinese military and paramilitary elements, security forces, police, law enforcement, border control, (c) the People's Armed Police, (d) the Ministry of State Security (MSS), or any other organization subordinate to the Central Military Commission (CMC) of the Chinese Communist Party (CCP), (e) the Chinese Ministry of Industry and Information Technology (MIIT), (f) the State-Owned Assets Supervision and Administration Commission of the State Council (SASAC), or (g) the State Administration of Science, Technology, and Industry for National Defense (SASTIND) or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base.[2] The entity also must be engaged in providing commercial services, manufacturing, producing, or exporting.[3]

This report analyzes and documents  whether the profiled entity is directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of one of the listed organizations; whether the profiled entity is a military-civil fusion contributor to the Chinese defense industrial base; whether the profiled entity is engaged in providing commercial services, manufacturing, producing, or exporting; and whether the profiled entity operates directly or indirectly in the United States.

This report relies on the latest information available, recognizing that information is frequently removed from the internet.[4] [5] [6] [7]

---

[a] Executive Order 14347 authorized the Secretary of Defense to use the title Secretary of War and the Department of Defense to be referred to as the Department of War in official correspondence, public communications, ceremonial contexts, and non-statutory documents.  Restoring the United States Department of War, Executive Order 14347 of September 5, 2025.

**3**

**AS OF: 29 MAY 2026**

WuXi AR 0057

CUI//PRIVILEGE//FEDCON



# Entity Background

**WuXi AppTec Co., Ltd (WuXi AppTec)**

药明康德股份有限公司

**Hong Kong Stock Exchange (SEHK): 02359**

**Shanghai Stock Exchange (SHSE): 603259**

https://www.wuxiapptec.com

**Shanghai, China**

**Business Summary:**

WuXi AppTec Co., Ltd (WuXi AppTec) provides research and manufacturing services throughout the discovery, development, and manufacturing processes for small molecule drugs and the development of computer software and databases as well as provides consulting services for combinatorial chemistry and pharmaceuticals.[8] WuXi AppTec's services include drug research and development testing, clinical research services, an end-to-end Contract Research, Development, and Manufacturing Organization (CRDMO) platform for peptide, oligonucleotide, and small molecules, and integrated biology services and solutions for drug discovery.[9] WuXi AppTec's business units include WuXi Chemistry, WuXi Testing, and WuXi Biology.[10]

**Background:**

WuXi AppTec was founded in 2000 by Dr. Ge Li (李革) as WuXi PharmaTech (Cayman) Inc. (WuXi PharmaTech or 药明康德) with an initial focus on the discovery, development, and commercialization of new medicines and healthcare products. [11] WuXi PharmaTech quickly expanded into other medical sectors including synthetic chemistry services (2001), manufacturing process development services (2003), research and development manufacturing (2004), bio-analytical services (2005), and toxicology and formulation services (2007).[12] In 2007, WuXi PharmaTech was listed on the New York Stock Exchange (NYSE) under the ticker WX. [13] In 2008, WuXi PharmaTech acquired Minnesota-based AppTec Laboratory Services, a biologics testing

**4**

**AS OF: 29 MAY 2026**

WuXi AR 0058



CUI//PRIVILEGE//FEDCON

and manufacturing company, and changed the company's name to WuXi AppTec. [b] [14] In December 2015, WuXi PharmaTech delisted from the NYSE and went private, merging with WuXi Merger Limited and becoming a wholly-owned subsidiary of New WuXi Life Science Limited.[15] In 2018, WuXi AppTec went public on both the Shangahi Stock Exchange (May 2018) and the Hong Kong Stock Exchange (December 2018).[16] [17] The present relationship between WuXi AppTec and WuXi PharmaTech is unclear. In official financial filings, Dr. Ge Li has stated he directly controls the actions of WuXi AppTec and WuXi AppTec's subsidiaries through both his personal office as well as his shareholder and proxy voting powers as required.[18] In WuXi AppTec's 2024 Annual Report, Dr. Ge Li is listed as the Chairman, Chief Executive Officer, and founder of WuXi AppTec and is responsible for "leading the strategic planning and business development" of WuXi AppTec and its subsidiaries. [19] WuXi AppTec collectively holds interests in 22 corporations, all of which are controlled by Dr. Ge Li, Mr. Zhang, and Mr. Liu, along with parties acting in concert with Dr. Ge Li and the proxy grantor.[20] The term proxy grantor is not defined in WuXi AppTec's annual report.[21] Dr. Ge Li, Mr. Zhang, and Mr. Liu jointly control 23.73% of WuXi AppTec's shares.[22]

**Also/Previously Known As:**

- WuXi PharmaTech Co., Ltd.[23]
- WuXi AppTec Combinatorial Chemistry Co., Ltd. (無錫藥明康德組合化學有限公司)[24]
- WuXi PharmaTech[25]
- WuXi PharmaTech (Cayman)[26]
- WuXi AppTec (药明康德)[27]
- Yaoming Kangde[28]
- WXAT Group[29]

---

[b] WuXi AppTec has sold multiple U.S.-based subsidiaries and facilities, including the February 2025 sale of WuXi AppTec's US medical device testing operations in Georgia and Minnesota to NAMSA and the March 2025 sale of WuXi Advanced Theraputics (ATU) to New York-based investment firm, Altaris. All other WuXi AppTec's U.S.-based operations and facilities are unchanged (https://www.wuxiapptec.com/news/wuxi-news/6019 and https://www.wuxiapptec.com/about/location).

CUI//PRIVILEGE//FEDCON

WuXi AR 0059



CUI//PRIVILEGE//FEDCON

**Summary Findings**

WuXi AppTec is indirectly owned by SASAC because it is owned by a SASAC-owned state-owned enterprise (SOE) and is indirectly affiliated with SASTIND and the PLA. WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting through researching and manufacturing small-molecule drugs, cell therapies, and gene therapies. Based on the foregoing, the Secretary of War determines that WuXi AppTec is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note).[30] The Department considered the latest information available, including information provided by WuXi AppTec in a presentation to the Department on August 26, 2024, in written materials provided to the Department on October 14, 2025, and a meeting with the Department on November 24, 2025, when conducting its analysis.

As a Chinese military company, WuXi AppTec operates directly and indirectly in the United States through U.S.-based facilities, wholly owned and downstream U.S.-based subsidiaries, and agreements with U.S.-based companies.[31]

**WuXi AppTec is Indirectly Owned by SASAC**

WuXi AppTec is indirectly owned by SASAC (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials it submitted to the Department, WuXi AppTec claims it is not "owned or controlled by, affiliated with, or acting as an agent of, the PLA or CCP or other statutorily specified government agencies," including SASAC. The Department found evidence that refutes these specific WuXi AppTec claims.

- Aviation Industry Corporation of China (AVIC), a SOE owned by SASAC,[32] [33] holds a 5.32% stake in WuXi AppTec through the AVIC Military-Civilian Integration Selected Fund (also known as the AVIC Military-Civil Integration Select Fund Class C).[34] This fund is managed by AVIC's wholly owned subsidiary, AVIC Fund Management Co. Ltd.[35] [36] [37] The Secretary of War has determined that AVIC is a Chinese military company and included AVIC on the most recent 1260H List published on January 7, 2025.[38]  SASAC's

**6**

CUI//PRIVILEGE//FEDCON



indirect ownership of WuXi AppTec, through AVIC and AVIC Military-Civil Integration Selected Fund's investment, is an independent ground for determining that WuXi AppTec is a Chinese military company.

- o In 2019, WuXi AppTec received an undisclosed investment from the AVIC Military-Civilian Integration Selected Fund.[39]

  - ▪ The AVIC Military-Civilian Integration Selected Fund was established in 2018 through a joint agreement between AVIC and its wholly owned subsidiaries, AVIC Capital Co., Ltd. and AviChina Industry & Technology Company Limited.[40] [41]

  - ▪ The goal of the AVIC Military-Civil Integration Selected Fund is to "seize investment opportunities brought about by the development of China's military-civilian integration industry, share the continuous investment returns of military-civilian integration related listed companies, and strive to obtain returns that exceed the benchmark for fund shareholders."[42]

  - ▪ Open source reporting indicated that the AVIC Military-Civil Integration Selected Fund owned a 5.32% stake in WuXi AppTec in January 2024.[43] There is no evidence that indicates that the AVIC Military-Civil Integration Selected Fund divested its shares in WuXi AppTec since that date.

- o AVIC is a defense SOE controlled by the Chinese central government and SASAC of the State Council.[44] SASAC of the State Council manages SOEs owned by the national government.[45] Such SOEs are legally categorized as central SOEs, the names of which are publicly listed by the SASAC of the State Council.[46] AVIC is a central SOE that is publicly listed on the SASAC of the State Council directory.[47] SASAC of the State Council is in charge of selecting and establishing compensation for SASAC-listed central SOE top executives and managers, a function that is carried out in cooperation with the Chinese Communist Party.[48] [49] SASAC of the State Council also evaluates the performance of SASAC-listed central SOE top executives, issues rewards to those executives based on their performances within the central SOE, and assesses top executives' "party building" efforts.[50] [51]  SASAC of the State Council has oversight over central SOEs whereby SASAC of the State

**AS OF: 29 MAY 2026**

WuXi AR 0061



CUI//PRIVILEGE//FEDCON

Council performs investor responsibilities for these SOEs, audits the SOEs, and has the power to inspect overseas projects.[52] [53]

- Companies are generally required under Chinese national law to cooperate with the Chinese government.[54] [55] For example, Chinese companies are required to establish and maintain CCP cells.[a] [56] [57] The purpose of a CCP cell is to align the company's activities with Chinese government objectives.[58] CCP cells can play a role in corporate governance, strategic decision-making, and personnel management.[59] Similarly, Chinese companies are required to support Chinese national intelligence work, comply with demands from Chinese intelligence and law enforcement agencies, and "keep the secrets of national intelligence work from becoming public."[60] [61] If companies are generally subject to the control of the Chinese government, then companies owned by SASAC of the State Council or SASAC-owned SOEs are undoubtedly subject to an equal or greater measure of control.[b] [62]

**WuXi AppTec is Indirectly Affiliated with SASTIND**

WuXi AppTec is indirectly affiliated, i.e., in close formal or informal association, with SASTIND (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). While the Department concludes that each partnership with the SASTIND-supervised universities as described below is an independent ground for determining that WuXi AppTec is a Chinese military company, it also believes that the partnerships collectively demonstrate that WuXi AppTec is a Chinese military company. In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials the company submitted to the Department, WuXi

---

[a] Pursuant to Article 14 of China's Company Law, companies must strengthen the construction of socialist culture and ideology. Additionally, pursuant to Article 17, CCP grass-root organizations in companies must carry out their activities in accordance with the Constitution of the Communist Party of China (Asian Legal Information Institute, Company Law of the People's Republic of China, Chapter I, Article 14 and 17, https://asianlii.org/cn/legis/cen/laws/cl113/).

[b] Pursuant to Article 5 of China's Company Law, companies, under control of the Chinese government, must organize their operations in accordance with market demand. Similarly, pursuant to Article 14 of the same law, companies must accept the supervision of the government (Asian Legal Information Institute, Company Law of the People's Republic of China, Chapter I, Article 5 and 14, https://asianlii.org/cn/legis/cen/laws/cl113/).

**8**                                                                 **AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON



CUI//PRIVILEGE//FEDCON

AppTec claims it is not affiliated with SASTIND. The Department found evidence that refutes WuXi AppTec's claims that it is not affiliated with SASTIND.

- WuXi AppTec is indirectly affiliated with SASTIND through multiple scientific research studies conducted by WuXi AppTec in partnership with SASTIND-supervised universities. The studies discussed below were approved by the Ministry of Science and Technology (MOST), a key player in China's military industrial planning apparatus who promotes the integration of China's military and civilian sectors with respect to scientific and technical research, and conducted with SASTIND-supervised universities. See Exhibit 1 for more information on MOST.

  - In October 2022, Shanghai WuXi AppTec Pharmaceuticals Co., Ltd. (also known as Shanghai WuXi, Shanghai Wuxi New Drug Development Co., Ltd., 上海药明康德新药开发有限公司 or 上海药明), a wholly owned subsidiary of WuXi AppTec (Shanghai WuXi), and SASTIND-supervised Peking University received approval from MOST for multiple drug studies.[63] There is no evidence that these drug studies have concluded. SASTIND's indirect close informal association with WuXi AppTec, via multiple drug studies with Peking University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.

    - Peking University Institute of Mental Health of the Peking University Sixth Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on the treatment of insomnia in Chinese subjects in October 2022.[64]

    - Also in October 2022, Peking University First Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on Chinese subjects with an overweight or obese body mass index or BMI.[65]

    - Since 2012, Peking University has been jointly supervised by SASTIND.[66]

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0063



CUI//PRIVILEGE//FEDCON

- o In October 2022, the First Affiliated Hospital of SASTIND-supervised Xiamen University, Shanghai WuXi, and other institutions received two "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on subjects with advanced malignancies.[67] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Xiamen University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
    - Since 2018, Xiamen University has been jointly supervised by SASTIND.[68]
- o **Shanghai WuXi and SASTIND-supervised Shanghai Jiao Tong University** received approval from MOST in October 2022 for multiple scientific drug studies. There is no evidence that these drug studies have concluded. SASTIND's indirect close informal association with WuXi AppTec, via drug studies with Shanghai Jiao Tong University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
    - Shanghai Jiao Tong University School of Medicine, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on pediatric and adult patients with PIK3CA-related overgrowth spectrum (PROS).[69]
    - **Renji Hospital Affiliated to Shanghai Jiao Tong University School of Medicine**, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on patients with moderately to severely active ulcerative colitis who have failed conventional therapy and biologic therapy.[70]
    - Since 2016, Shanghai Jiao Tong University has been jointly supervised by SASTIND.[71]

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0064



CUI//PRIVILEGE//FEDCON

- o In October 2022, SASTIND-supervised Jilin University First Hospital, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on healthy adult subjects and patients with chronic hepatitis B.[72] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Jilin University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
    - ▪ Since 2016, Jilin University has been jointly supervised by the SASTIND.[73]
- o In October 2022, SASTIND-supervised Sichuan University, Shanghai WuXi, and other institutions received two "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on therapy in subjects with advanced malignancies.[74] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Sichuan University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
    - ▪ Since 2011, Sichuan University has been jointly supervised by the SASTIND.[75]
- o SASTIND supports jointly constructed universities in areas such as the construction of national defense-featured disciplines, the construction of national defense science and technology innovation bases, and basic research on national defense. [76] [77] SASTIND also implements mid-term evaluation and dynamic management of these jointly constructed universities.[78] [79]

**WuXi AppTec is Indirectly Affiliated with the PLA**

WuXi AppTec is indirectly affiliated, i.e., in close formal or informal association, with the PLA (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials the company submitted to the Department, WuXi AppTec claims it is not affiliated with the PLA.

**AS OF: 29 MAY 2026**
CUI//PRIVILEGE//FEDCON
WuXi AR 0065



The Department found evidence that refutes WuXi AppTec's claims that it is not affiliated with the PLA.

- WuXi AppTec is affiliated, i.e., in close formal association, with the PLA through research studies conducted by WuXi AppTec in partnership with a PLA hospital. In October 2022, the Chinese People's Liberation Army General Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on Chinese overweight or obese subjects.[80] There is no evidence to suggest the drug study has concluded. The PLA's close formal association with WuXi AppTec, via a drug study with a PLA-affiliated hospital, is an independent ground for determining that WuXi AppTec is a Chinese military company.

## WuXi AppTec Provides, Researches, Develops, and Manufactures Molecular Drugs and Gene Therapies and Services

WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting (Pub. L. No. 116-283, § 1260H(g)(2)(B)(ii), as amended (codified at 10 U.S.C. § 113, note)).

- WuXi AppTec researches and manufactures small-molecule drugs, cell therapies, and gene therapies. WuXi AppTec also provides testing services for medical devices.[81]
- WuXi AppTec operates 16 research, development, and manufacturing sites around the globe, including sites in China, Switzerland, South Korea, Japan, Singapore, and the United States.[82]
- WuXi STA Pharmaceutical Co., Ltd. (WuXi STA), a subsidiary of WuXi AppTec,[83] has a substantial footprint in Europe, with facilities in the United Kingdom, Switzerland, and Germany.
    - WuXi STA owns sites such as "The Couvet" in Switzerland, which has an annual capacity of one billion units of oral dosage forms that supply eight key markets globally, including the United States, the European Union, the United Kingdom, Switzerland, Australia, New Zealand, Canada, and Japan.[84]

**12**



CUI//PRIVILEGE//FEDCON

### Chinese Military Company Determination

WuXi AppTec is indirectly owned by SASAC because it is owned by a SASAC-owned SOE and is indirectly affiliated with SASTIND and the PLA. WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting through researching, discovering, developing, and manufacturing biologics, small molecule drugs, and cell and gene therapies in China and internationally. Based on the foregoing, the Secretary of War determines that WuXi AppTec is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).[c] [85]

### WuXi AppTec is a Chinese Military Company Operating Directly in the United States

WuXi AppTec operates directly and indirectly in the United States through U.S.-based facilities, wholly owned and downstream U.S.-based subsidiaries, and agreements with U.S.-based companies (Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note)).

- WuXi AppTec operates at least five U.S.-based facilities: [d]
    - The Boston Research Service Center located in Natick, Massachusetts. [86] Operational since 2023, the center provides biologics discovery services including antibody-based drug discovery through hybridoma, high-throughput screening, in vitro pharmacology, small scale protein production, and cell line development for research.[87]
    - A Drug Metabolism and Pharmacokinetics (DMPK) and pre-clinical services site in Cranbury, New Jersey operated by WuXi AppTec's subsidiary, WuXi AppTec DMPK New Jersey. [88] [89] Established in 2021 and accredited in 2022, the site conducts biologics process development and clinical-scale current GMP

---

[c] This report includes subheadings for different sections to aid with readability, but the Department assessed and relied on the totality of the information included in the report to support its determination on each of the statutory grounds on which the company has been designated a "Chinese military company."

[d] WuXi AppTec has sold multiple U.S.-based subsidiaries and facilities, including the February 2025 sale of WuXi AppTec's US medical device testing operations in Georgia and Minnesota to NAMSA and the March 2025 sale of WuXi Advanced Theraputics (ATU) to New York-based investment firm, Altaris. All other WuXi AppTec's U.S.-based operations and facilities are unchanged (https://www.wuxiapptec.com/news/wuxi-news/6019 and https://www.wuxiapptec.com/about/location).

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0067



CUI//PRIVILEGE//FEDCON

manufacturing for drug substance and product with a bioreactor capacity of 4,000 L.[90]

- o A services site for drug discovery, research, and development in San Diego, California operated by HD Biosciences Inc. (HDB), a downstream WuXi AppTec subsidiary.[91]

  - ▪ HD Biosciences Co., Ltd, a subsidiary of WuXi AppTec, is the Shanghai-based biology-focused preclinical drug discovery platform and parent company of HDB with operational facilities in San Diego, California and Cranbury, New Jersey.[92]

- o A small molecule R&D and manufacturing facility in San Diego, California.[93]

  - ▪ The facility is operated by WuXi STA[94][95] and Multiply Labs, Inc. (Multiply Labs), a California-based automated manufacturing systems and robotics company.[96][97]

  - ▪ In 2022, WuXi STA entered into a strategic partnership with Multiply Labs to collaboratively manufacture personalized drugs for patients whereby Multiply Labs would deploy a novel robotic system in WuXi STA's facilities.[98] There is no evidence to indicate that the partnership has concluded.

- o A formulation development and manufacturing campus in Middletown, Delaware.[99][100]

  - ▪ In 2021, WuXi STA stated it planned to invest $510 million USD in the campus.[101] In May 2026, WuXi AppTec stated its plans to support the expansion with between RMB 6.5 and 7.5 billion.[102] The site is still under construction with operations expected to commence by the end of 2026.[103]

- • WuXi AppTec has at least one other U.S.-based subsidiary:

  - o Labnetwork (South Portland, Maine)[104]

AS OF: 29 MAY 2026

CUI//PRIVILEGE//FEDCON

WuXi AR 0068

  ~~CUI//PRIVILEGE//FEDCON~~

**Exhibit 1**

WuXi AppTec, in partnership with SASTND-supervised universities, received approvals to perform research on human genetic resources in China from MOST in October 2022.[105]

- In 2017, MOST issued guidelines on the development of Chinese military-civil fusion in science and technology. Under the guidelines, MOST can implement key special projects related to military-civil fusion in science and technology.[106]

  - According to its website, MOST endeavors to promote military-civilian integration, improve the national R&D system, facilitate the reform and development of research institutes, enhance the innovation capabilities of enterprises, and develop the consulting system for major national science and technology decision-making. [107] Additionally, MOST works with other government departments to advance policy recommendations for optimizing the allocation of science and technology (S&T) resources; building a diversified system for S&T investment; and coordinating, managing, and overseeing the implementation of S&T programs (projects and funds) financed by the central government.[108]

  - According to MOST, the Ministry "shall regularly provide training to scientific researchers and managers of relevant departments who are engaged in the collection, preservation, utilization and external provision of human genetic resources, in order to enhance their legal awareness and sense of responsibility and improve their management and service capabilities."[109]

  - Article 11 of MOST's *"Implementation Rules of the Regulations on the Administration of Human Genetic Resources issued by the Ministry of Science and Technology No. 21"* states that the collection and preservation of human genetic resources in China or the provision of human genetic resources abroad must be carried out by China's scientific research institutions, universities, medical institutions or enterprises (hereinafter referred to as Chinese units).[110] Domestically funded de facto controlling institutions located in Hong Kong and Macao are regarded as Chinese units.[111]

**AS OF: 29 MAY 2026**

WuXi AR 0069

CUI//PRIVILEGE//FEDCON

## Source Citations

[1] Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note).

[2] Pub. L. No. 116-283, § 1260H(g)(2)(B)(i), as amended (codified at 10 U.S.C. § 113, note).

[3] Pub. L. No. 116-283, § 1260H(g)(2)(B)(ii), as amended (codified at 10 U.S.C. § 113, note).

[4] Wall Street Journal, *Negative Takes on China's Economy Are Disappearing From the Internet*, https://www.wsj.com/world/china/china-economy-censorship-internet-4d0372b8, published 31 January 2024, accessed 2 March 2026.

[5] New York Times, *As China's Internet Disappears, 'We Lost Parts of Our Collective Memory'*, https://www.nytimes.com/2024/06/04/business/china-internet-censorship.html, published 4 June 2024, accessed 2 March 2026.

[6] New York Times, *China's Censorship Dragnet Targets Critics of the Economy*, https://www.nytimes.com/2024/01/31/business/china-censorship-economy-markets.html, published 1 February 2024, accessed 2 March 2026.

[7] Foreign Policy Magazine, *China's Secret to Controlling the Internet*, https://foreignpolicy.com/2024/02/18/china-internet-control-ccp-technology-cyber-surveillance-policy-sentinel-state/, published 18 February 2024, accessed 2 March 2026.

[8] PitchBook, *WuXi AppTec (SHG: 603259)*, https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[9] PitchBook, *WuXi AppTec (SHG: 603259)*, https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[10] PitchBook, *WuXi AppTec (SHG: 603259)*, https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[11] PitchBook, *WuXi AppTec (SHG: 603259)*, https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[12] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[13] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[14] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[15] WuXi AppTec, *WuXi PharmaTech (Cayman) Inc. Announces Completion of Going Private Transaction*, https://www.wuxiapptec.com/news/wuxi-news/3099, published 9 December 2015, accessed 27 March 2026.

[16] Caixin Global, *New York-Delisted WuXi AppTec Gets Speedy Approval for Shanghai IPO*, https://www.caixinglobal.com/2018-03-28/new-york-delisted-wuxi-apptec-gets-speedy-approval-for-shanghai-ipo-101227323.html, published 28 March 2018, accessed 27 March 2026.

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0070



[17]WuXi AppTec, P.71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[18] James C Mulvenon Website, Pp. 14, 17, *The WuXi AppTec: The National Security Associated with Its Risks and Military Connections*, *Data Privacy Issues, and Corporate Reach*, https://www.jamescmulvenon.com/wp-content/uploads/2024/05/WuXi-Group.pdf, published 19 April 2024, accessed 29 May 2026.

[19]WuXi AppTec, P.49, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[20] WuXi AppTec, P.109, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[21] WuXi AppTec, *2024 Annual Report*,  https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[22] WuXi AppTec, P.110, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[23] WuXi AppTec, P. 71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[24] WuXi AppTec, P. 71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[25] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[26] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[27] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[28] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[29] S&P Capital IQ, P.203, *WuXi XDC Cayman Inc. 2023 Annual Report*, https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=-.1900037380&type=pdf&forcedownload=false, published 29 April 2024, accessed 29 May 2026.

[30] See TAB B for the full text of Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).

[31] See TAB B for the full text of Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note).

**17**                                                   **AS OF: 29 MAY 2026**

WuXi AR 0071



CUI//PRIVILEGE//FEDCON

[32] S&P Capital IQ, *Aviation Industry Corporation of China,* https://api.capitaliq.com/CIQDotNet/company.aspx?companyId=13425480, accessed 29 May 2026.

[33] Air University, *Organization of the Aviation Industry Corporation of China (AVIC),* https://www.airuniversity.af.edu/Portals/10/CASI/documents/Research/Infrastructure/2024-01-22-avic-organization-v2.pdf, published 22 January 2024, accessed 29 May 2026.

[34] JRJ.com, *The Latest Net Value Gain of "AVIC MCF Select Fund Class Cl (C from below) Reached 1.93%,* https://web-archive-org.translate.goog/web/20240101161234/https://m.jrj.com.cn/madapter/fund/2019/09/03065228079102.shtml?_x_tr_sl=auto&_x_tr_tl=en&_x_tr_hl=en-US&_x_tr_pto=wapp, accessed 17 December 2025. As of 29 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 17 December 2025. *Note:* Translated by native Mandarin speaker.

[35] AVIC Fund Management Co., Ltd., *AVIC Military-Civilian Integration*; https://www.avicfund.cn/front/productDetail_100020_004926.jhtml, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[36] AVIC Industry Finance Website, *About Us - Company Introduction* https://www.avicindustry-finance.com/sycd/gywm/qyjs/?PC=PC, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[37] S&P Capital IQ, *AVIC Fund Management Corporate Structure,* https://www.capitaliq.spglobal.com/web/client?auth=inherit#company/corporateStructure?Id=5880770, accessed 29 May 2026.

[38] Department of Defense, *DOD Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021,* https://media.defense.gov/2025/Jan/07/2003625471/-1/-1/1/ENTITIES-IDENTIFIED-AS-CHINESE-MILITARY-COMPANIES-OPERATING-IN-THE-UNITED-STATES.PDF, published 7 January 2025, accessed 29 May 2026.

[39] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[40] MarketScreener, *AviChina Industry & Technology : CONNECTED TRANSACTION-FORMATION OF FUND MANAGEMENT COMPANY,* https://www.marketscreener.com/quote/stock/AVICHINA-INDUSTRY-TECHNOL-6170981/news/AviChina-Industry-Technology-CONNECTED-TRANSACTION-FORMATION-OF-FUND-MANAGEMENT-COMPANY-26054962/, published 26 February 2018, accessed 29 May 2026.

[41] East Money, *Fund Profile – AVIC Military-Civilian Integration Selected Hybrid Securities Investment Fund,* https://fundf10.eastmoney.com/004927.html, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[42] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[43] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[44] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs,* https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025. Note: As of 8 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 10 October 2025.

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0072



CUI//PRIVILEGE//FEDCON

[45] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs*, https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025.  Note: As of 8 May 2026, this website is no longer accessible.  The Department is relying on an archived version which was last saved on 10 October 2025.

[46] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs*, https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025.  Note: As of 8 May 2026, this website is no longer accessible.  The Department is relying on an archived version which was last saved on 10 October 2025.

[47] SASAC Website, *Directory*, http://www.sasac.gov.cn/n2588045/n27271785/n27271792/c14159097/content.html, accessed 14 May 2026. Note: Machine translated using Google Translate.

[48] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs*, https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025.  Note: As of 8 May 2026, this website is no longer accessible.  The Department is relying on an archived version which was last saved on 10 October 2025.

[49] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[50] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[51] CNBC, *Executives salaries at China's largest state firms linked to 'party building' efforts*, https://www.cnbc.com/2017/04/18/executive-salaries-at-chinas-largest-state-firms-linked-to-party-building-efforts.html, published 18 April 2017, accessed 14 May 2026.

[52] Following The Money, *Policies Applying to the State-owned Enterprises*, https://www.followingthemoney.org/policies-applying-to-state-owned-enterprises/, accessed 14 May 2026.

[53] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[54] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting*, https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[55] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[56] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting*, https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[57] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[58] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting*, https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[59] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting*, https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[60] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting*, https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

CUI//PRIVILEGE//FEDCON

WuXi AR 0073



CUI//PRIVILEGE//FEDCON

[61] China Law Translate, *PRC National Intelligence Law (as amended in 2018)*, https://www.chinalawtranslate.com/en/national-intelligence-law-of-the-p-r-c-2017/#_Toc486408896, accessed 14 May 2026.

[62] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[63] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[64] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[65] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[66] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[67] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[68] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[69] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[70] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[71] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[72] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 31 July 2025. *Note:* Machine translated using Google Translate.

[73] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[74] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0074



CUI//PRIVILEGE//FEDCON

[75] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[76] SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities.*, https://www.sastind.gov.cn/n10086200/n10086344/c10206823/content.html, published 17 May 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[77] Chinakaoyan, *List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education*, https://www.chinakaoyan.com/info/article/id/127657.shtml, published 8 July 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[78] SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities.*, https://www.sastind.gov.cn/n10086200/n10086344/c10206823/content.html, published 17 May 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[79] Chinakaoyan, *List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education*, https://www.chinakaoyan.com/info/article/id/127657.shtml, published 8 July 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[80] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[81] Pitchbook Website, *WuXi AppTec*, https://my.pitchbook.com/profile/41643-82/company/profile#general-info, accessed 27 March 2026.

[82] WuXi AppTec, *Location*, https://chemistry.wuxiapptec.com/location, accessed 29 May 2026.

[83] S&P Capital IQ, *WuXi STA Pharmaceutical Co., Ltd Private Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=664807441, accessed 29 May 2026.

[84] CHEManager, *Delivering Quality with Speed for European Market*, https://www.chemanager-online.com/en/news/delivering-quality-speed-european-market, published 20 March 2023, accessed 29 May 2026.

[85] See TAB B for the full text of Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).

[86] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[87] WuXi Biologics Website, *North America, Locations & Facilities*, https://www.wuxibiologics.com/locations-facilities/, accessed 29 May 2026.

[88] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[89] WuXi AppTec, *WuXi AppTec DMPK New Jersey*, https://dmpkservice.wuxiapptec.com/wuxi-apptec-dmpk-new-jersey.html, accessed 29 May 2026.

**AS OF: 29 MAY 2026**

CUI//PRIVILEGE//FEDCON

WuXi AR 0075



CUI//PRIVILEGE//FEDCON

[90] WuXi Biologics Website, *North America, Locations & Facilities,* https://www.wuxibiologics.com/locations-facilities/, accessed 29 May 2026.

[91] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[92] HDBiosciences, *Home Page,* https://www.hdbiosciences.com/, accessed 29 May 2026.

[93] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[94] S&P Capital IQ, *WuXi STA Pharmaceutical Co., Ltd Private Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=664807441, accessed 29 May 2026.

[95] S&P Capital IQ, *WuXi AppTec Co., Ltd. (SHSE:603259) > Corporate Tree,* https://www.capitaliq.com/CIQDotNet/CorporateTree/CorporateTree.aspx?CompanyId=37259571, accessed 29 May 2026.

[96] WuXi STA, *Newsroom*, https://sta.wuxiapptec.com/wuxi-sta-and-multiply-labs-announce-partnership-and-successfully-deploy-robotic-manufacturing-system-for-personalized-drugs/, published 1 December 2022, accessed 29 May 2026.

[97] S&P Capital IQ, *Multiply Labs, Inc. Private Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=381847509&fromSearchProfiles=true, accessed 29 May 2026.

[98] WuXi STA, *Newsroom*, https://sta.wuxiapptec.com/wuxi-sta-and-multiply-labs-announce-partnership-and-successfully-deploy-robotic-manufacturing-system-for-personalized-drugs/, published 1 December 2022, accessed 29 May 2026.

[99] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[100] WuXi STA, *Facility Middletown Delaware USA*, https://sta.wuxiapptec.com/facility/middletown-usa/, accessed 29 May 2026.

[101] Spotlight Delaware, *Middletown pharma campus developer may get blacklisted,* https://spotlightdelaware.org/2024/10/30/middeltown-wuxi-biosecure-house-vote/, published 30 October 2024, accessed 29 May 2026.

[102] WuXi AppTec, *WuXi AppTec Expands Global Manufacturing Capacity as Customer Demand Accelerates,* https://www.wuxiapptec.com/crdmo-news/crdmo-OurRole/ld73r01e0pwwa4gkkhnpoz79, published 18 May 2026, accessed 29 May 2026.

[103] WuXi AppTec, *WuXi AppTec Expands Global Manufacturing Capacity as Customer Demand Accelerates,* https://www.wuxiapptec.com/crdmo-news/crdmo-OurRole/ld73r01e0pwwa4gkkhnpoz79, published 18 May 2026, accessed 29 May 2026.

[104] WuXi LabNetwork, *Careers at LabNetwork*, https://www.labnetwork.com/frontend-app/p/#!/careers, accessed 29 May 2026.

[105] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022,* https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026.  *Note:* Machine translated using Google Translate.

**22**

**AS OF: 29 MAY 2026**

WuXi AR 0076



CUI//PRIVILEGE//FEDCON

[106] GMWCN, *Top-level design for the integration of military and civilian technologies has been released.*, https://epaper.gmw.cn/gmrb/html/2017-08/24/nw.D110000gmrb_20170824_6-03.htm?div=-1, published 24 August 2017, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[107] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[108] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[109] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[110] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[111] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

CUI//PRIVILEGE//FEDCON

WuXi AR 0077

## Collins, Kathryn A CIV OSD OUSD A-S (USA)

| | |
|---|---|
| **From:** | Heifetz, Stephen <sheifetz@wsgr.com> |
| **Sent:** | Thursday, June 20, 2024 6:12 PM |
| **To:** | ████████ CIV OSD OUSD A-S (USA) |
| **Cc:** | ████████ CIV OSD OGC (USA); Collins, Kathryn A CTR OSD OUSD A-S (USA) |
| **Subject:** | RE: Requesting confirmation of receipt |

Thanks, Ike. I'll get back in touch with further logistics details for the Aug. 26 afternoon meeting.

Best Regards,

Stephen

Stephen Heifetz

**WILSON SONSINI**

**Washington, DC**

**direct: 202.973.8802**

**mobile: 202.758.9430**

**sheifetz@wsgr.com**

**From:** ████████ CIV OSD OUSD A-S (USA)
**Sent:** Thursday, June 20, 2024 5:28 PM
**To:** Heifetz, Stephen
**Cc:** ████████ CIV OSD OGC (USA) ; Collins, Kathryn A CTR OSD OUSD A-S (USA)
**Subject:** RE: Requesting confirmation of receipt

EXT - ████████████████████

████████ and Katie Collins

Stephen,

Greetings and good afternoon.

Let's plan for something the afternoon of Monday, August 26.

V/r,

██

Global Investment and Economic Security (GIES)

o: ████████ ; c: 571-294-9075

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Thursday, June 20, 2024 2:46 PM
**To:** ████████ CIV OSD OUSD A-S (USA) ████████████████
**Subject:** RE: Requesting confirmation of receipt

I forgot to mention that our proposed meeting location is the Wilson Sonsini office at 1700 K Street, NW (Farragut North).

Best Regards,

Stephen

Stephen Heifetz

**WILSON SONSINI**

**Washington, DC**

**direct: 202.973.8802**

**mobile: 202.758.9430**

**sheifetz@wsgr.com**

**From:** Heifetz, Stephen
**Sent:** Thursday, June 20, 2024 2:45 PM

1

WuXi AR 0085

**To:** ███████████ CIV OSD OUSD A-S (USA) ███████████████

**Subject:** RE: Requesting confirmation of receipt

█

Following up on our discussion, on behalf of WuXi AppTec, we propose to host a meeting with you and your colleagues on August 26, 27, or 28. Senior company officials will attend, along with counsel.

Please let us know if any of those dates work for DoD.

Best Regards,

Stephen

Stephen Heifetz

**WILSON SONSINI**

**Washington, DC**

**direct: 202.973.8802**

**mobile: 202.758.9430**

**sheifetz@wsgr.com**

---

**From:** ███████████ CIV OSD OUSD A-S (USA) ████████████████

**Sent:** Tuesday, June 18, 2024 8:21 AM

**To:** Heifetz, Stephen <sheifetz@wsgr.com>

**Subject:** RE: Requesting confirmation of receipt

EXT - █████████████████████

---

Stephen,

Greetings and good morning. Thank you for your reply and the opportunity to resolve any misperceptions.

My email below was not intended to indicate (or to deny) intentions to place WuXi AppTec on the 1260H List. Rather, the email below was intended to represent that WuXi AppTec is not on the most recently published List and that any evaluation of WuXi AppTec for future updates to the List, should such occur, would include an evaluation and consideration of the information you provided.

Happy to discuss. Please feel free to reach out to my office number below.

V/r,

█

Global Investment and Economic Security (GIES)

o: ████████████ ; c: ███████████

**From:** Heifetz, Stephen <sheifetz@wsgr.com>

**Sent:** Monday, June 17, 2024 6:29 PM

**To:** ███████████ CIV OSD OUSD A-S (USA) ███████████████

**Subject:** RE: Requesting confirmation of receipt

██, I really appreciate your follow-up. I read your email to indicate that there is no current intention to place WuXi AppTec on the 1260H list, though the circumstances of course may change in the future. I'm glad that there is no current intention to designate WuXi AppTec.

Best Regards,

Stephen

Stephen Heifetz

**WILSON SONSINI**

**Washington, DC**

**direct: 202.973.8802**

**mobile: 202.758.9430**

**sheifetz@wsgr.com**

---

**From:** ███████████ CIV OSD OUSD A-S (USA) ███████████████

**Sent:** Monday, June 17, 2024 5:17 PM

**To:** Heifetz, Stephen <sheifetz@wsgr.com>

**Subject:** RE: Requesting confirmation of receipt

WuXi AR 0086

EXT

Stephen,

Thank you for reaching out and for the letter dated June 11, 2024, to Dr. Taylor-Kale.

DoD appreciated the information provided in the letter. WuXi AppTec is not currently included on the list of "Chinese Military companies" compiled pursuant to Section 1260H of the William M. "Mac" Thornberry National Defense Authorization Act for Fiscal Year 2021. If the Department evaluates WuXi AppTec for inclusion on the 1260H List, we will evaluate and consider the information you have provided.

If you have any questions, please feel free to reach out.

V/r,



Division Director, Economic Security and Strategic Engagement (ESSE)
Global Investment and Economic Security (GIES)
OASD for Industrial Base Policy (IBP), OUSD for Acquisition and Sustainment (A&S)
Pentagon
NIPR:
SIPR:
o:
c:

www.businessdefense.gov/ibr/gies/index.html

*NOTE: The body of this email and any attachments may contain information or documentary material relating to the Committee on Foreign Investment in the United States (CFIUS). Public disclosure of CFIUS information and documentary material is prohibited in accordance with section 721(c) of the Defense Production Act, 50 U.S.C. 4565(c)(1), and penalties may apply to disclosure of such information.*

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Friday, June 14, 2024 12:08 AM
**To:** ████████ CIV OSD OUSD A-S (USA) ████████████
**Subject:** Requesting confirmation of receipt

Dear ███

I represent WuXi AppTec, which on June 11, 2024 sent the attached letter to Assistant Secretary Taylor-Kale, copy to you. I would be grateful if you would confirm receipt and also let me know, if possible, whether DoD anticipates publishing the 1260H list next week.

Best Regards,

Stephen

Stephen Heifetz

**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly

WuXi AR 0087

prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

4

WuXi AR 0088

## Collins, Kathryn A CIV OSD OUSD A-S (USA)

| | |
|---|---|
| **From:** | ██████████ CIV OSD OUSD A-S (USA) |
| **Sent:** | Thursday, August 29, 2024 6:05 PM |
| **To:** | Collins, Kathryn A CIV (USA) |
| **Cc:** | ██████████ CIV OSD OUSD A-S (USA) |
| **Subject:** | FW: DoD/WuXi AppTec meeting |
| **Attachments:** | WuXi AppTec - Presentation to U.S. DoD - August 2024 - Final.pdf |

V/r,



Global Investment and Economic Security (GIES)
o: ██████████  ;  c: ██████████

**From:** ██████████ CIV OSD OUSD A-S (USA)
**Sent:** Tuesday, August 27, 2024 5:28 PM
**To:** ██████████ CIV OSD OUSD A-S (USA) ██████████
**Subject:** FW: DoD/WuXi AppTec meeting

██████

Good afternoon.  Please find the attached and ask the team to include in a WuXi profile if one exists.

V/r,

██████

Global Investment and Economic Security (GIES)
o: ██████████  ;  c: ██████████

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Monday, August 26, 2024 5:35 PM
**To:** ██████████ CIV OSD OUSD A-S (USA) ██████████
**Cc:** ██████████ CIV OSD OGC (USA) ██████████ ; ██████████ CIV OSD OUSD A-S (USA) ██████████ ; Collins, Kathryn A CTR OSD OUSD A-S (USA) ██████████ ; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

██████ et al,

Thanks again for your time today.  I've attached a PDF of the presentation, and we'll get back to you within a couple weeks regarding the follow-up questions.

Best Regards,
Stephen

Stephen Heifetz

1

WuXi AR 0089

**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** Heifetz, Stephen
**Sent:** Thursday, August 22, 2024 10:01 AM
**To:** ███████ CIV OSD OUSD A-S (USA) ██████████████
**Cc:** ███████ CIV OSD OGC (USA) ██████████████ >; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ███████ CIV OSD OUSD A-S (USA) ██████████████ >; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

Very good.  We had Katie on our initial list but then saw that she wasn't on the more recent emails and thought maybe she wasn't joining.  Thanks for confirming all of the attendees.

You should be able to come up to our fifth floor lobby, but in case you get stopped on the first floor of the building or have any other logistics issues, please call my mobile at 202-758-9430.

See you on Monday afternoon.

Best Regards,
Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** ███████ CIV OSD OUSD A-S (USA) ██████████████
**Sent:** Thursday, August 22, 2024 9:38 AM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>
**Cc:** ███████ CIV OSD OGC (USA) ██████████████ ; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ███████ CIV OSD OUSD A-S (USA) ██████████████ ; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

EXT - ██████████████

---

Stephen,

Good morning.  It will be me, Libbi, Peter, and Katie Collins.

V/r,

██

WuXi AR 0090

Global Investment and Economic Security (GIES)

o: ████████ ; c: ████████

---

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Thursday, August 22, 2024 9:34 AM
**To:** ████████ CIV OSD OUSD A-S (USA) ████████ >
**Cc:** ████████ CIV OSD OGC (USA) ████████ >; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████ ; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

Thanks.  To confirm, the DoD attendees will be you, ████ , and ████ – is that correct?

Stephen Heifetz

**WILSON SONSINI**

**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** ████████ CIV OSD OUSD A-S (USA) ████████
**Sent:** Thursday, August 22, 2024 9:11 AM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>
**Cc:** ████████ CIV OSD OGC (USA) ████████ >; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████ >; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

EXT - ████████

Stephen,

Good morning.

We will plan to be there at 1600 on Monday.

V/r,

████

Global Investment and Economic Security (GIES)

o: ████████ ; c: ████████

---

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Wednesday, August 21, 2024 5:37 PM
**To:** ████████ CIV OSD OUSD A-S (USA) ████████
**Cc:** ████████ CIV OSD OGC (USA) ████████ >; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████ Millard, Kara

3

WuXi AR 0091

<KMillard@wsgr.com>
**Subject:** Re: DoD/WuXi AppTec meeting

█  I'm confirming that 1600 on Monday works for our side.  Thanks for your willingness to find another window on Monday afternoon.  We're looking forward to hosting you and your colleagues.

Best Regards,
Stephen

Stephen Heifetz
WILSON SONSINI
Washington DC
202-758-9430

On Aug 21, 2024, at 4:06 PM, Heifetz, Stephen <sheifetz@wsgr.com> wrote:

I think 1600 on Monday will work.  I'll confirm ASAP.

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

**From:** ████████ CIV OSD OUSD A-S (USA) ███████████████ >
**Sent:** Wednesday, August 21, 2024 4:05 PM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>
**Cc:** ████████ CIV OSD OGC (USA)████████████ >; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>;████████ CIV OSD OUSD A-S (USA) ████████████████ >; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

EXT ████████████████

Stephen,

Good afternoon.

Apologies, but that timing for Tuesday won't work for our team.  Are you available at 1600 on Monday (August 26)?

V/r,

██

Global Investment and Economic Security (GIES)
o: ████████ ;  c: ████████

4

WuXi AR 0092

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Wednesday, August 21, 2024 4:00 PM
**To:** ██████████ CIV OSD OUSD A-S (USA) ████████████████████
**Cc:** ████████ CIV OSD OGC (USA) ████████████████; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████████████████; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

I don't think that time will work for us.  Is it correct that there is no window on Monday afternoon that will work for DoD?  If that is the case, would Tuesday morning at 0900 work?


Stephen Heifetz
<image001.png>

**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**


**From:** ████████ CIV OSD OUSD A-S (USA) ████████████████████
**Sent:** Wednesday, August 21, 2024 3:57 PM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>
**Cc:** ████████ CIV OSD OGC (USA) ████████████████; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████████████; Millard, Kara <KMillard@wsgr.com>
**Subject:** RE: DoD/WuXi AppTec meeting

EXT - ████████████████████

Stephen,

Good afternoon.

We can make 0900 Monday morning (August 26) work if that is possible for your clients.

V/r,

██

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Wednesday, August 21, 2024 11:34 AM
**To:** ████████ CIV OSD OUSD A-S (USA) ████████████████████
**Cc:** ████████ CIV OSD OGC (USA) ████████████████; Chen, Weiheng <wchen@wsgr.com>; Watford, Paul <pwatford@wsgr.com>; ████████ CIV OSD OUSD A-S (USA) ████████████████; Millard, Kara <KMillard@wsgr.com>
**Subject:** Re: DoD/WuXi AppTec meeting

WuXi AR 0093

Hi, ██. We have people flying in from China for this meeting, including WuXi AppTec's General Counsel, who is scheduled to fly back on Tuesday. Is there another time on Monday that might work, perhaps later in the afternoon? I'd be glad to connect live today to discuss scheduling.

Best Regards,
Stephen

Stephen Heifetz
WILSON SONSINI
Washington DC
202-758-9430

On Aug 21, 2024, at 10:05 AM, Blanton, Irmie K CIV OSD OUSD A-S (USA) ██████████████████ > wrote:

EXT - ████████████████

Stephen,

Greetings and good morning.

Apologies, but we had another appointment arise during this time window. Would it be possible to reschedule for Tuesday afternoon?

V/r,

██

-----Original Appointment-----
**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Friday, June 21, 2024 6:10 PM
**To:** Heifetz, Stephen; ████████████ CIV OSD OUSD A-S (USA); ████████████ CIV OSD OGC (USA); Collins, Kathryn A CTR OSD OUSD A-S (USA); Chen, Weiheng; Watford, Paul
**Subject:** DoD/WuXi AppTec meeting
**When:** Monday, August 26, 2024 2:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 1700 K Street, NW, Fifth Floor

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for

6

WuXi AR 0094

the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

7

WuXi AR 0095

# Presentation to U.S. Department of Defense

August 26, 2024



WuXi AR 0096



# Part I

# WuXi AppTec Overview

WuXi AR 0097

# WuXi AppTec Does Not Meet 1260H Statutory Designation Criteria

Per the FY 2021 and 2024 NDAA bills, DoD must determine whether WuXi AppTec (WXAT) is:

1. A "**Chinese military company**" i.e., owned or controlled by, or acting as an agent of, the People's Liberation Army (PLA) or Central Military Commission of the Chinese Communist Party (CCP)

OR

2. A "**military-civil fusion contributor to the Chinese defense industrial base**"

As we'll discuss in greater detail later...

- Neither the PLA nor any agent of the CCP owns or controls WuXi AppTec; and

- WXAT is neither a "**military-civil fusion contributor**," as defined in 1260H, nor part of the "**Chinese defense industrial base**," which is not defined in 1260H but is interpreted by other U.S. government sources

WuXi AR 0098

**WuXi AppTec**

3

# Service Provider Business Model

- **WuXi AppTec is a global contract research, development and manufacturing organization (CRDMO) providing a broad portfolio of services that enable the worldwide pharmaceutical industry to advance our customers' discoveries and delivery of life-improving and life-saving treatments to patients.**

  - Our global market share in pharmaceutical outsourcing R&D is 3.6%.
  - Our customers are pharmaceutical and biotech companies, as well as medical device companies.
  - We serve and enable our customers.  We don't compete with them, and we don't sell our own pharmaceutical products or medical devices.  Our revenues are from service fees.
  - As a contractor serving our customers, our business relationship is driven by our customers.
  - As an industry norm, our customers share information with us based on the principle of "need-to-know basis" as part of their own IP protection protocol.

WuXi AR 0099

**WuXi AppTec**

# Company Profile

- WuXi AppTec Co., Ltd. is publicly traded on Shanghai and Hong Kong exchanges. Approximately 2/3 of WXAT shares are held by over 450,000 public shareholders; its diverse shareholder base includes well-known investors such as Schroders, Capital World, Fidelity, BlackRock, Wellington, and Temasek

- WXAT is deemed under PRC law a "Foreign-Invested Company" due to its non-PRC ownership (including the stake held by its U.S. citizen founders) and is treated the same as a U.S. or European company's subsidiary in China
    - For example, WuXi AppTec is restricted from human genetic testing in China (permitted for domestic Chinese companies only)

- Over 6,000 active customers, including global pharmaceutical companies such as Johnson & Johnson, Merck & Co., Inc., GlaxoSmithKline, Roche, Pfizer, and Eli Lilly

- 32 locations globally in 9 countries, including 10 sites in the U.S.

WuXi AR 0100

**WuXi AppTec**

# Global Presence

**WuXi Chemistry**
U.S., Switzerland, China

**WuXi Biology**
U.S., Germany, China

**WuXi Testing**
U.S., Germany, China

**WuXi ATU**
U.S., U.K., China

## By the Numbers*

**37,850**
employees worldwide

**32**
facilities in **9** countries

**6,000+**
Global customers including **1,800+** U.S. customers, varying across biotech and pharmaceutical companies, research institutions, scientists and entrepreneurs

**1,000,000+**
square meters of laboratories, manufacturing sites and offices

*As of June 30, 2024

WuXi AR 0101

**WuXi AppTec**

6

# Majority of WXAT's Executive Management Team* are U.S. Citizens



* Executive Management Team is comprised of senior executives at the Executive Vice President level and above.

**WuXi AppTec**

# Majority of WXAT's Board of Directors are U.S. Citizens

- **Executive Directors**
  - Ge Li (Chairman, CEO, U.S. Citizen)
  - Minzhang Chen (Co-CEO, U.S. Citizen)
  - Edward Hu (Vice Chairman, U.S. Citizen)
  - Steve Qing Yang (Co-CEO, U.S. Citizen)
  - Zhaohui Zhang (China COO, PRC Citizen)
- **Non-Executive Directors**
  - Xiaomeng Tong (Hong Kong Citizen)
  - Yibing Wu (U.S. Citizen)
- **Independent Non-Executive Directors**
  - Christine Shaohua Lu-Wong (U.S. Citizen)
  - Wei Yu (U.S. Citizen)
  - Xin Zhang (Canadian Citizen)
  - Zhiling Zhan (PRC Citizen)
  - Dai Feng (Hong Kong Citizen)

# Excellent Compliance Records in Regulatory Inspections and Customer Audits

Approvals and ongoing oversight by regulatory agencies in the U.S., Australia, Canada, China, EU, Japan, New Zealand, and Switzerland

       

      

| Select U.S. Customers | Select European Customers | Select Asian Customers |
|---|---|---|

     

    

      



# WXAT Serves Customers Through "Make" and "Test"

**Make**

- Customers provide a structure of a compound
- We make the compound and deliver it to customers
- We are accountable for quantity (from milligram to kilotons), quality (global industry and regulatory standard), timeline, and cost
- Customers do not disclose to us:
  - The intended use of the compound (disease areas, indications, drug targets, etc.)
  - The activity data of the compound
  - Whether the compound is an intermediate or a final compound for R&D and manufacturing

**Test**

- Customers provide one or multiple compounds
- We test the compound in different assays or model systems (either in labs or through animal studies or clinical studies) and deliver the test data and reports to customers
- We are accountable for the authenticity and quality (global industry and regulatory standard) of the test data, timeline and cost
- Customers do not disclose to us:
  - The structure of the compound
  - The rationale of their R&D approaches and the logic of the tests
  - The totality of the test data set (typically there are hundreds of thousands of tests involving a single drug through the R&D process)
- Customers typically conduct tests through both internal and multiple external resources
- Customers do not conduct all the external tests through a single contractor

**WuXi AppTec**

## Customers Own IP and Data

**Customer ownership of intellectual property (IP) and data**

- Our customers have full ownership and control of intellectual property (IP) and data of their compounds and projects
- Our customers' ownership of IP and data are demonstrated through patent filings and interactions with regulatory agencies as sponsors of the R&D and commercialization processes of their products

**No human genomic business or access to identifiable human data**

- WXAT does not have a human genomic business and does not collect human genetic data
- WXAT does not have access to identifiable human clinical trial subject data in our work with customers, and only receives a small amount of anonymized human clinical trial subject data from our customers
  - More than 95% of our global revenue does not involve any human data
  - <1% of revenue is from work in the U.S. involving anonymized human clinical trial subject data
  - <4% of revenue is from work outside the U.S. involving anonymized human clinical trial subject data

WuXi AR 0106

**WuXi AppTec**

11

# Strong IP Protection Track Record



**PREVENTION | PROTECTION | PROSECUTION**

Our purpose in business is to enable innovation for our global partners, who keep us at the top of their confidence. IP is our shared lifeline. We guard it at WuXi AppTec with our founding principles of integrity, world-class security, zero tolerance policies, and relentless pursuit of justice against any criminal act. This is our highest priority, and we must hold ourselves accountable. We are determined to earn the trust of our partners by committing to success together.

— Ge Li, PhD, Chairman & CEO

WuXi AR 0107

**WuXi AppTec**

# Solid Track Record in Information Security Audits



# Part II

# WuXi AppTec Does Not Meet the 1260H List Criteria

WuXi AR 0109

14

# Definition of "Chinese Military Company"

**2021 NDAA:
Section 1260H of
Public Law 116-283**

(1)  The term "Chinese military company"

(A) does not include natural persons; and

(B) means an entity that is—

(i)(I) **directly or indirectly owned, controlled, or beneficially owned by, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army or any other organization subordinate to the Central Military Commission of the Chinese Communist Party**; or

(II) identified as a **military-civil fusion contributor to the Chinese defense industrial base**; and

(ii) engaged in providing commercial services, manufacturing, producing, or exporting.

WuXi AR 0110

**WuXi AppTec**

15

# Two Statutory Designation Criteria

**(1) Owned or controlled by, or acting as an agent of, the PLA or CCP**

OR

**(2) Military-civil fusion contributor to the Chinese defense industrial base**

WuXi AR 0111

**WuXi AppTec**

# Criteria 1: Owned or controlled by or acting as an agent of the PLA or CCP?

- **Ownership generally refers to the holding of equity or shares in a company**

- **Control is generally correlated with a higher percentage of shares held or influence over the company through ability to direct management and company policies or contractual obligations**

- **Many U.S. government definitions of "ownership" and "control", e.g.:**

  - OFAC: Approach to "ownership" is known as the "50 Percent Rule" in which OFAC generally considers a company to be owned by a sanctioned party if that party owns, directly or indirectly, a 50% or greater interest in the company 31 C.F.R. § 800.235

  - Investment Company Act of 1940: "Control" means "the power to exercise a controlling influence over the management or policies of a company, unless such power is solely the result of an official position with such company" and is presumed by a person "who owns beneficially... more than 25 per centum of the voting securities of a company" 15 U.S.C. § 80a-2(a)(9)

> **Neither the PLA nor the CCP owns or controls WuXi AppTec**

WuXi AR 0112

**WuXi AppTec**

# Criteria 1: Owned or controlled by or acting as an agent of the PLA or CCP?

- **As a publicly traded company with a diverse shareholder base, WXAT is accountable only to its shareholders, customers, and employees**
    - Over 450,000 individual or institutional shareholders
    - No public shareholder has special rights or access to non-public information
    - We have 14 shareholders holding 1% or more as of June 30, 2024, and they collectively hold approximately 44%
    - None of our 1%-or-more shareholders as of June 30, 2024 is owned by the PRC government or related to the PLA

- **Majority of Directors and executive management are U.S. citizens**

- **None of Directors or executive management is a member of CCP or PLA**

- **WXAT complies with U.S. laws and regulations and those of other countries in which it operates, and is subject to frequent regulatory inspections and customer audits**
    - No sanctions record in any country
    - Strong 'Know Your Customer' mechanism to screen potential customers for sanctioned entities (including entities on the 1260H list)
    - 100% pass rate during approximately 750 quality audits in 2023 and no major findings:
        - Approximately 690 customer audits, including 83 information security audits by customers
        - Over 50 inspections by regulatory authorities
        - 2 audits conducted by independent third parties

WuXi AR 0113

**WuXi AppTec**

# Criteria 1: Owned or controlled by or acting as an agent of the PLA or CCP?

- **All companies incorporated in China (including all "Foreign-Invested Companies" such as WXAT and PRC subsidiaries of multinational corporations) are required under PRC Company Law to provide "necessary conditions" for CCP branch organization activities; however, CCP has no management authority or power to control or influence WXAT corporate governance**

- **No member of the Company's board is a CCP member or has a PLA military background**

- **No backing by or affiliation with the Chinese military industrial planning apparatus**
    - WXAT only employs civilians. All employees are screened before hiring, informed of WXAT's code of conduct and advised of our zero tolerance IP policies and they sign NDAs upon hiring
    - No military production licenses awarded by the PRC
    - No advertisement on national, provincial, and non-governmental military equipment procurement platforms in China

- **No financial sponsorship of CCP or Chinese government events**

- **Never acted as an agent on behalf of the PLA or the CCP**

WuXi AR 0114

**WuXi AppTec**

19

# Criteria 2 (A)&(B): Military-civil fusion contributor to Chinese defense industrial base?

**WXAT is not a military-civil fusion contributor**

A. No assistance from PRC government or CCP through science and technology efforts initiated under the Chinese military industrial planning apparatus

- DoD Report in 2020 states the following two government organizations "monitor and guide the state and military sides of China's defense-industrial apparatus, respectively":
  - State Administration for Science, Technology, and Industry for National Defense
  - Central Military Commission's Equipment Development Department

  WXAT has no financial dealings with the above government organizations

B. No affiliation with Chinese Ministry of Industry and Information Technology, including research partnerships and projects

(2) MILITARY-CIVIL FUSION CONTRIBUTOR.—The term "military-civil fusion contributor" includes any of the following:

(A) Entities knowingly receiving assistance from the Government of China or the Chinese Communist Party through science and technology efforts initiated under the Chinese military industrial planning apparatus.

(B) Entities affiliated with the Chinese Ministry of Industry and Information Technology, including research partnerships and projects.

(C) Entities receiving assistance, operational direction or policy guidance from the State Administration for Science, Technology and Industry for National Defense.

(D) Any entities or subsidiaries defined as a "defense enterprise" by the State Council of the People's Republic of China.

(E) Entities residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone.

(F) Entities awarded with receipt of military production licenses by the Government of China, such as a Weapons and Equipment Research and Production Unit Classified Qualification Permit, Weapons and Equipment Research and Production Certificate, Weapons and Equipment Quality Management System Certificate, or Equipment Manufacturing Unit Qualification.

(G) Entities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China.

(H) Any other entities the Secretary determines is appropriate.

WuXi AR 0115
2020 Congressional Report: https://media.defense.gov/2020/Sep/01/2002488689/-1/-1/1/2020-DOD-CHINA-MILITARY-POWER-REPORT-FINAL.PDF

**WuXi AppTec**

20

# Criteria 2 (C)&(D): Military-civil fusion contributor to Chinese defense industrial base?

**WXAT is not a military-civil fusion contributor**

C. No assistance, operational direction or policy guidance from China's State Administration for Science, Technology and Industry for National Defense ("SASTIND")

- SASTIND Website: "The major responsibilities of SASTIND involve the nuclear weapon, aerospace technology, aviation, armament, watercraft and electronic industries."

D. Not a "defense enterprise" as defined by the State Council of the PRC

- Not listed on any PRC defense enterprise list published by PRC government entities*
  - SASTIND's List of Defense Group Corporations
  - List of China Military Enterprises

> (2) MILITARY-CIVIL FUSION CONTRIBUTOR.—The term "military-civil fusion contributor" includes any of the following:
> (A) Entities knowingly receiving assistance from the Government of China or the Chinese Communist Party through science and technology efforts initiated under the Chinese military industrial planning apparatus.
> (B) Entities affiliated with the Chinese Ministry of Industry and Information Technology, including research partnerships and projects.
> (C) Entities receiving assistance, operational direction or policy guidance from the State Administration for Science, Technology and Industry for National Defense.
> (D) Any entities or subsidiaries defined as a "defense enterprise" by the State Council of the People's Republic of China.
> (E) Entities residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone.
> (F) Entities awarded with receipt of military production licenses by the Government of China, such as a Weapons and Equipment Research and Production Unit Classified Qualification Permit, Weapons and Equipment Research and Production Certificate, Weapons and Equipment Quality Management System Certificate, or Equipment Manufacturing Unit Qualification.
> (G) Entities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China.
> (H) Any other entities the Secretary determines is appropriate.

WuXi AR 0116
SASTIND Website: https://english.www.gov.cn/state_council/2014/10/06/content_281474992893468.htm
*WXAT is not aware of any specific PRC Defense Enterprise List by the State Council of the PRC and is only able to identify the following two lists.

**WuXi AppTec** 21

# Criteria 2 (E)&(F): Military-civil fusion contributor to Chinese defense industrial base?

**WXAT is not a military-civil fusion contributor**

E.  Not an entity residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from an enterprise zone

- WXAT is headquartered in Shanghai's Pudong district; there is no "military-civil fusion enterprise zone" in Pudong district
- No receipt of a Chinese government grant or subsidy from any military-civil fusion enterprise zones

F.  Never received a military production license by the Government of China

- WXAT has never been involved in military production and does not have any military-related license

> (2) MILITARY-CIVIL FUSION CONTRIBUTOR.—The term "military-civil fusion contributor" includes any of the following:
>
> (A) Entities knowingly receiving assistance from the Government of China or the Chinese Communist Party through science and technology efforts initiated under the Chinese military industrial planning apparatus.
>
> (B) Entities affiliated with the Chinese Ministry of Industry and Information Technology, including research partnerships and projects.
>
> (C) Entities receiving assistance, operational direction or policy guidance from the State Administration for Science, Technology and Industry for National Defense.
>
> (D) Any entities or subsidiaries defined as a "defense enterprise" by the State Council of the People's Republic of China.
>
> (E) Entities residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone.
>
> (F) Entities awarded with receipt of military production licenses by the Government of China, such as a Weapons and Equipment Research and Production Unit Classified Qualification Permit, Weapons and Equipment Research and Production Certificate, Weapons and Equipment Quality Management System Certificate, or Equipment Manufacturing Unit Qualification.
>
> (G) Entities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China.
>
> (H) Any other entities the Secretary determines is appropriate.

**WuXi AppTec**  22

# Criteria 2 (G)&(H): Military-civil fusion contributor to Chinese defense industrial base?

**WXAT is not a military-civil fusion contributor**

G.  No advertising on any military equipment procurement platform in the PRC

- Has not advertised on PRC military procurement platforms because it doesn't engage in the sale of military equipment
- No relevant products or services to promote on such platforms
- Typical advertising includes promotion at industry tradeshows and posts on online platforms such as LinkedIn or WeChat

H.  Though the Secretary of Defense is granted discretion under (H), **such finding must be consistent with other prongs**

(2) MILITARY-CIVIL FUSION CONTRIBUTOR.—The term "military-civil fusion contributor" includes any of the following:

(A) Entities knowingly receiving assistance from the Government of China or the Chinese Communist Party through science and technology efforts initiated under the Chinese military industrial planning apparatus.

(B) Entities affiliated with the Chinese Ministry of Industry and Information Technology, including research partnerships and projects.

(C) Entities receiving assistance, operational direction or policy guidance from the State Administration for Science, Technology and Industry for National Defense.

(D) Any entities or subsidiaries defined as a "defense enterprise" by the State Council of the People's Republic of China.

(E) Entities residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from the Government of China through such enterprise zone.

(F) Entities awarded with receipt of military production licenses by the Government of China, such as a Weapons and Equipment Research and Production Unit Classified Qualification Permit, Weapons and Equipment Research and Production Certificate, Weapons and Equipment Quality Management System Certificate, or Equipment Manufacturing Unit Qualification.

(G) Entities that advertise on national, provincial, and non-governmental military equipment procurement platforms in the People's Republic of China.

(H) Any other entities the Secretary determines is appropriate.

WuXi AR 0118

# Criteria 2: Military-civil fusion contributor to Chinese defense industrial base?

- **"Chinese defense industrial base" is not defined in the 2021 NDAA, therefore we must extrapolate from secondary sources written by U.S. government**

- **Examples of the term's use by U.S. government entities**

  o **Department of Defense** (Report): *The "defense industrial base" refers to the collection of businesses, large and small, that DOD relies upon to provide the materials, equipment and weapons systems needed to defend the nation."*

  o **Cybersecurity & Infrastructure Security Agency** (Website): *The Defense Industrial Base Sector is the worldwide industrial complex that enables research and development, as well as design, production, delivery, and maintenance of military weapons systems, subsystems, and components or parts, to meet U.S. military requirements.*

  o **Congressional Research Service** (Report): *The U.S. defense industrial base (DIB) is the network of people, organizations, facilities, and resources that provides the U.S. government—particularly the Department of Defense (DOD)— with defense-related materials, products, and services.*

**WuXi AppTec** 24

# Criteria 2: Military-civil fusion contributor to Chinese defense industrial base?

- **Definitions of 'defense industrial base' are focused on the supply of weapons and other materials to the military, and WuXi AppTec does not meet such a definition**

- **Definition can't be stretched such that it loses meaning; the vasodilator Viagra® was marketed for erectile dysfunction, but the same drug was later found to treat <u>pulmonary hypertension</u> (chest pain and shortness of breath). Such a drug could have potential in high altitude military use activities**
  - That said, WuXi AppTec isn't more a part of the 'defense industrial base' than Pfizer

- **Relevant Facts**
  - WuXi AppTec is a *Contract Research Development and Manufacturing Organization* ("CRDMO") that assists in the discovery and development of new medicines by our customers in the pharmaceutical and life sciences industry
  - It does not conduct research for or produce, deliver, or maintain any military weapons systems, subsystems, components, or other defense-related items
  - It does not currently have, and has not in the past had, any service or supply arrangement with the CCP or any Chinese governmental agency
  - It has no PLA-related customers, such as PLA General Hospital

WuXi AR 0120

**WuXi AppTec**

25

# Example of Recent Misleading Allegations

**Reuters on 6/6/24: "Employees of drugmaker WuXi AppTec, under U.S. scrutiny for its links to the Chinese military, co-invented altitude sickness treatments with People's Liberation Army (PLA) scientists, according to public patent records and science papers reviewed by Reuters."**

- WuXi AppTec was hired by customer Shijiazhuang Sagacity New Drug Development to develop **certain compounds** for potential use in the treatment of <u>pulmonary hypertension</u>

- Sagacity, in collaboration with its research partner (PLA General Hospital),* then used those **compounds** in a subsequently repurposed research project; **neither WXAT nor its employees were hired for or directly involved in this subsequent project**

- Despite WXAT employees having already transferred all IP rights to its customer, Sagacity, certain WXAT employees were still named as co-inventors in publications and patent filings for their co-invention of the original compounds, due to patent law mandate and professional courtesy

- **Contrary to Reuters' suggestion, the potential therapeutic drug (as distinct from the original compounds) subsequently pursued by Sagacity and the PLA General Hospital** was <u>not</u> co-invented by WXAT alongside PLA scientists**

*The PLA General Hospital serves both civilian and military patients and conducts a wide range of research and commercial activities. Its collaborators include many well-known U.S. and European pharmaceutical companies.
**The development initiative of such potential drug was suspended.

WuXI AR 0121

**WuXi AppTec** 26

## Next Steps

WuXi AppTec takes great pride in its global business, its customers, and its industry-leading compliance record. The dissemination of inaccurate and misleading information in the media not only damages the Company's reputation but also potentially jeopardizes the well-being of patients who rely on the Company's products and services.

**WXAT respectfully requests that DoD carefully scrutinize all information for accuracy as it relates to DoD's evaluation for the 1260H List.**

WuXi AR 0122

**WuXi AppTec**    27

**Collins, Kathryn A CIV OSD OUSD A-S (USA)**

| | |
|---|---|
| **From:** | Heifetz, Stephen <sheifetz@wsgr.com> |
| **Sent:** | Monday, December 1, 2025 9:02 AM |
| **To:** | ▮▮▮▮ CIV OSD OUSD A-S (USA); Collins, Kathryn A CIV OSD OUSD A-S (USA); ▮▮▮▮ CIV OSD OGC (USA) |
| **Cc:** | Chen, Weiheng; Dhir, Nimit; Millard, Kara; OSD Pentagon OUSD A-S Mailbox 1260H List |
| **Subject:** | Follow-up re WuXi AppTec |
| **Attachments:** | WuXi AppTec - Presentation to U.S. DoW - Nov 2025 -vF.pdf |

▮▮▮, Katie, and ▮▮▮

Thanks again for meeting with us last week to discuss WuXi AppTec.  I've attached the slides that we covered during our presentation.  We reiterate our interest in maintaining regular and transparent communications, and we welcome any additional questions from DoW.

We noticed that Bloomberg reported last week, shortly after our meeting, regarding an October 7, 2025 letter from DoW Deputy Secretary Feinberg to certain members of Congress.  According to the Bloomberg reporting, the letter states that DoW "identified eight entities that it has determined are 'Chinese military companies' in accordance with the statute that **should be** added to the 1260H list." (Emphasis added.)  Bloomberg further reported that "WuXi AppTec Co." is one of such eight identified entities.  This was surprising to us.

We would like your confirmation that:  (1) DoW has not yet made the final determination that WuXi AppTec is a "Chinese military company" that will be added to the 1260H list when DoW publishes an updated 1260H list; and (2) if DoW is contemplating such a determination, then WuXi AppTec will have an opportunity to review and respond to evidence supporting any such determination.

Best Regards,

Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
direct: 202.973.8802
mobile: 202.758.9430
sheifetz@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender

1

WuXi AR 0487

immediately and permanently delete the original and any copies of this email and any attachments thereto.

WuXi AR 0488

# Update to the U.S. Department of War



November 2025

WuXi AR 0489

# Agenda

- **WuXi AppTec (WXAT) appreciates the opportunity to provide this update presentation after our last meeting in August 2024**

- **WXAT is committed to transparency, compliance and responsible corporate citizenship**

**Part I:** WXAT business overview

**Part II:** Department of War (DoW) did not designate WXAT pursuant to 1260H last year, *and WXAT does not meet the 1260H List criteria under the previous or the amended statutory framework*

**Part III:** Recent and ongoing developments:

- Investment in U.S. manufacturing facilities

- Actions taken to address perceived concerns

- Robust customer and supplier compliance control mechanisms

WuXi AppTec

2

# Part I

# WuXi AppTec Overview

WuXi AR 0491

# WXAT: A Service Provider Business Model

- **Who We Are**

  - A trusted provider of services that helps global pharmaceutical and life science companies discover and develop life-improving and life-saving treatments for patients

  - We do not engage in commercial manufacturing of generic antibiotics and common OTC drugs

- **How We Work**

  - We operate as a customer-driven Contract Research, Development and Manufacturing Organization (CRDMO). As a service provider, we do not sell our own products

  - We receive information from customers strictly on a "need-to-know" basis, consistent with industry norms and subject to rigorous regulatory and customer inspections around the world

- **Key Facts**

  - Publicly traded on Hong Kong and Shanghai stock exchanges with a market cap of over US$46 Billion and over 270,000 institutional and individual shareholders

  - Over 5,000 active customers, including global pharmaceutical companies such as Johnson & Johnson, Merck, GlaxoSmithKline, Roche, Pfizer, and Eli Lilly

  - Deemed under PRC law a "Foreign-Invested Enterprise" due to substantial non-PRC ownership and treated by the PRC the same as a U.S. or European company's subsidiary in China

    - For example, WXAT is restricted from conducting human genetics diagnostics-related business in China, while domestic Chinese companies are permitted to conduct business without such restrictions

WuXi AR 0492



4

# A Global Footprint



- 5,000+ global active customers, including 1,200+ U.S. customers
- 22 facilities in 7 countries
- 3,000,000+ square feet of laboratories, manufacturing sites, and offices

WuXi AR 0493

WuXi AppTec    5

# We Help Our Customers in the U.S. Expedite the Discovery and Development of New Medicines for Patients





## Enabled Zejula® fast track NDA approval by FDA and EMA for treatment of ovarian and related cancers

- Converted 2 non-GMP steps to GMP steps in **<4 months** vs. 8-12 months if using another CRDMO
- Completed process qualification in **8 months** (vs. 18 months quoted by another CRDMO)
- Saves lives of thousands of women annually

## Enabled global access to a high dose and volume of Imbruvica® for treatment of certain lymphomas

- On time delivery for 125 metric tons for customer's launch in **105 countries** to benefit patients worldwide
- **200,000+** patients treated worldwide since 2009
- 83% of treated patients can survive **more than 5 years** with certain cancers

WuXi AR 0494



# WXAT's Favorable Score on Rhodium Group Report

**Rhodium Group is an independent research provider with deep expertise in China economic and policy dynamics**

- Rhodium report assesses 30 prominent Chinese biotech firms and ranked them in a "risk scorecard"

- WXAT has consistently been ranked near the bottom of Rhodium's risk ranking
  - Ranking has ranged from 26-28 (out of 30) Chinese biotech firms over the past year
  - WXAT is in the lowest quintile of risk-rated firms

*None of WuXi AppTec, its agents, or its affiliates provided input or funding or any other support for this study*

| Top 30 Chinese Biotechnology Companies | Risk Level | Fundamental Risk Score | Relation to 1260H |
|---|---|---|---|
| BGI Genomics Ltd | High | 8.0 | Designated |
| China Meheco Group Co Ltd* | High | 7.0 | Minority shareholder is designated |
| Daan Gene Co Ltd | Medium | 5.73 | N/A |
| Beijing Tiantan Biological Products Corporation Ltd | Medium | 5.51 | N/A |
| China National Medicines Corporation Ltd | Medium | 5.39 | N/A |
| Jointown Pharmaceutical Group Co Ltd | Medium | 5.21 | N/A |
| Chongqing Zhifei Biological Products Co Ltd | Medium | 4.66 | N/A |
| Liaoning Chengda Co Ltd | Medium | 4.48 | N/A |
| Huadong Medicine Ltd | Medium | 4.46 | N/A |
| Hualan Biological Engineering Inc | Medium | 4.23 | N/A |
| Changchun High-tech Industries (Group) Inc | Medium | 4.13 | N/A |
| Joinn Laboratories (China) Co Ltd | Medium | 3.89 | N/A |
| Shanghai RAAS Blood Products Co Ltd | Medium | 3.72 | N/A |
| Shanghai Junshi Biosciences Co Ltd | Medium | 3.68 | N/A |
| 3SBIO Inc | Medium | 3.64 | N/A |
| Shanghai Medicilon Inc | Medium | 3.49 | N/A |
| Innovent Biologics Inc | Medium | 3.36 | N/A |
| Walvax Biotechnology Co Ltd | Medium | 3.1 | N/A |
| Beijing WANTAI Biological Pharmacy Enterprise Co Ltd | Low | 2.98 | N/A |
| BeiGene Ltd | Low | 2.96 | N/A |
| Hangzhou Tigermed Consulting Co Ltd | Low | 2.89 | N/A |
| Shenzhen Kangtai Biological Products Co Ltd | Low | 2.87 | N/A |
| Autobio Diagnostics Co Ltd | Low | 2.86 | N/A |
| IMEIK Technology Development Co Ltd | Low | 2.73 | N/A |
| Zhejiang Wolwo Bio-pharmaceutical Co Ltd | Low | 2.49 | N/A |
| Wuxi AppTec Co Ltd | Low | 2.36 | N/A |
| Genscript Biotech Corporation | Low | 2.31 | N/A |
| Wuxi BIOLOGICS (Cayman) Inc | Low | 2.15 | N/A |
| Akeso Inc | Low | 2.07 | N/A |
| Pharmaron Beijing Co Ltd | Low | 2.07 | N/A |

*Data updated as of November 2025

WuXi AR 0495
*China Meheco Group Co. Ltd. is understood to be 9.36% owned by China Aerospace Science & Industry Corporation Limited, which appears on both the Section 1260H List and the Non-SDN CMIC List

WuXi AppTec    7

# Proven Track Record of Data Separation and Protection

- WXAT customers have full ownership and control of their compound IP and data

- WXAT has robust standard operating procedures to enforce separation of customer data across geographies

  - Data generated from U.S. sites is stored exclusively in the U.S. and Chinese employees have no access to data stored in the U.S.

  - Customer files are protected through passwords and encryption for secure transmission

  - Customers themselves designate the preferred data storage location (e.g., DropBox, Box, or the customer's cloud system) and WXAT uploads the data to the location designated by customers

  - No data sharing is permitted between customers (as required by contract), and each customer only has access to its own data

- Information security audits demonstrate strong track record on customer IP protection

  - Successful passage of all 58 information security audits in 2024

WuXi AppTec

8

# Part II
# WuXi AppTec Does Not Belong on 1260H List

WuXi AR 0497

# WXAT Does Not Meet the 1260H Designation Criteria

**As we discussed in August 2024...**

WXAT is not owned or controlled by, or acting as an agent of, the PLA or CCP

AND

WXAT is neither a "military-civil fusion contributor," nor part of the "Chinese defense industrial base"

**Per the 2025 NDAA**: Section 1260H of Public Law 116-283, DoW may designate a company as a "**Chinese military company**" only if it is either:

An entity with direct or indirect ownership, control, affiliation, or agency relationships (official or unofficial) with the PLA, CCP, Chinese military/security forces, or other specified PRC government entities

OR

A "military-civil fusion contributor to the Chinese defense industrial base"

WuXi AR 0498



# After the Latest NDAA Modification, There Remain Two Statutory Designation Criteria, Neither of Which Is Satisfied in the Case of WXAT

**(1) Owned or controlled by, affiliated with, or acting as an agent of, the PLA, CCP, Chinese military/security forces, or certain specified PRC government entities**

**OR**

**(2) Military-civil fusion contributor to the Chinese defense industrial base** *(must both be a military-civil fusion contributor AND contribute to the defense industrial base)*

WuXi AR 0499

WuXi AppTec    11

# Criterion 1: Not Owned or Controlled by, Affiliated with, or Acting as an Agent of, the PLA or CCP or Other Statutorily Specified Government Agencies

- **NDAA revised language (like the prior language) simply does not fit WXAT:**
  - "directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army, Chinese military and paramilitary elements, security forces, police, law enforcement, border control, the People's Armed Police, the Ministry of State Security (MSS) or any other organization subordinate to the Central Military Commission of the Chinese Communist Party, the Chinese Ministry of Industry and Information Technology (MIIT), the State-Owned Assets Supervision and Administration Commission of the State Council (SASAC), or the State Administration of Science, Technology, and Industry for National Defense (SASTIND)"

- **WXAT is not owned or controlled by, affiliated with, or acting as an agent of, the PLA, CCP, etc.**
  - No military production licenses
  - No military personnel; WXAT only hires civilians
  - No advertisement on military procurement platforms
  - No CCP members or PLA background/association among directors or executive management
  - No financial sponsorship of PLA or CCP or Chinese government events
  - Never acted as an agent on behalf of PLA or CCP

WuXi AR 0500

WuXi AppTec

# Criterion 1: Not Owned or Controlled by, Affiliated with, or Acting as an Agent of, the PLA or CCP or Other Statutorily Specified Government Agencies

- **As a publicly traded company with a diverse base of over 270,000 shareholders, WXAT is accountable only to its shareholders, customers, and employees**
  - Majority ownership held by over ten >1% shareholders, including the founder (a U.S. citizen) and his affiliates and associates, ETF-traded funds, and non-PRC institutional investors such as Temasek
  - Majority of directors and executive management are U.S. citizens

- **WXAT complies with standards set by U.S. and other western countries in carrying out its international operations and is subject to rigorous regulatory inspections and customer audits**
  - No sanctions record in the U.S. or any other country
  - In 2024, we successfully passed 719 customer audits, 69 inspections from regulatory authorities and 14 independent third-party quality audits
  - Screens potential customers and suppliers against restricted party lists that are maintained based on applicable sanction lists and government concerns

WuXi AR 0501

WuXi AppTec

13

# The Majority of WXAT's Board of Directors are U.S. Citizens

## Executive Directors

- Ge Li (Chairman, CEO, **U.S. Citizen**)
- Minzhang Chen (Co-CEO, **U.S. Citizen**)
- Steve Qing Yang (Co-CEO, **U.S. Citizen**)
- Zhaohui Zhang (PRC Citizen)

## Non-Executive Directors

- Xiaomeng Tong (Hong Kong SAR)
- Yibing Wu (**U.S. Citizen**)

## Independent Non-Executive Directors

- Christine Shaohua Lu-Wong (**U.S. Citizen**)
- Wei Yu (**U.S. Citizen**)
- Xin Zhang (Canadian Citizen)
- Zhiling Zhan (PRC Citizen)
- Xuesong Leng (Hong Kong SAR)

- China does not recognize dual nationality for PRC citizens

- Any PRC citizen who acquires foreign nationality will automatically lose his or her PRC nationality



# The Majority of WXAT's Executive Management Team are U.S. Citizens



**Ge Li**
Chairman &
Chief Executive Officer
(U.S. Citizen)



**Steve Qing Yang**
Co-Chief Executive
Officer
(U.S. Citizen)



**Richard Connell**
U.S. & EU President
(U.S. Citizen)



**Minzhang Chen**
Co-Chief Executive
Officer
(U.S. Citizen)



**Xiaoyong Fu**
Executive Vice
President
(U.S. Citizen)



**Zhaohui Zhang**
China Chief Operating
Officer
(PRC Citizen)

U.S.-based Chairman, with an executive management team largely comprised of U.S. citizens who are also U.S. residents

*Executive Management Team is comprised of senior executives at the Executive Vice President level and above

WuXi AR 0503



15

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base

## WXAT is NOT a military-civil fusion contributor

A. No assistance from PRC government or CCP through science, technology, research, or industrial efforts initiated, granted, or created by, or provided under, or related to the Chinese military industrial planning apparatus, or in furtherance of Chinese military industrial planning objectives, including selection as a 'Single Champion', 'Little Giant', or any other successor selection or designation as an enterprise associated with industrial planning or military-civil fusion efforts

B. No management, oversight, supervision, control, or affiliation (including formal participation in research partnerships and projects) with (i) China's Ministry of Industry and Information Technology (MIIT); (ii) State-Owned Assets Supervision and Administration Commission of the State Council (SASAC); (iii) State Administration of Science, Technology and Industry for National Defense (SASTIND); (iv) Ministry of State Security (MSS); or (v) the People's Liberation Army (PLA)

C. No assistance, operational direction or policy guidance from China's SASTIND

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base (Cont'd)

## WXAT is NOT a military-civil fusion contributor

D. Not a "defense enterprise" as defined by the State Council of the PRC

E. Not an entity residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from an enterprise zone

F. Never received a military production license from the Government of China

G. No advertising on any national, provincial, or non-governmental military equipment procurement platform in the PRC

H. Though the Secretary of War is granted discretion under (H), such finding must be consistent with other prongs

WuXi AppTec    17

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base (Cont'd)

- **No defense work:** WXAT does not conduct research for, or produce, deliver, or maintain, any military weapons systems, subsystems, components, or other defense-related items
  - No PLA-related customers (including PLA-affiliated hospitals)
  - No service or supply arrangement with CCP or any Chinese government agency

- **Service provider model:** WXAT is a CRDMO, i.e., a service provider that assists in the discovery and development of new medicines by our customers in the pharmaceutical and life sciences industry

- **Limited visibility into customer activities:** Consistent with industry practice, we have no control over and generally no visibility into the downstream use of products once manufacturing is finished and delivered to customers

- **Definitions of "defense industrial base" are focused on the supply of weapons and other materials to the military; WXAT does not meet such a definition**
  - Definition can't be stretched such that it loses meaning; the vasodilator Viagra® was marketed for erectile dysfunction, but the same drug was later found to treat pulmonary hypertension (chest pain and shortness of breath). Such a drug could have potential in high altitude military use activities

WuXi AR 0506

WuXi AppTec

18

# Part III

# Recent and Ongoing Developments

WuXi AR 0507

# Significant Investment (~$600M) in U.S. Manufacturing and Reshoring

**With a U.S. footprint of 6 facilities, we serve as a powerful platform that enables small, mid-size, and large U.S. pharmaceutical companies to bring their drug discoveries to market.**

- **Alignment with U.S. supply chain priorities and customer needs**
  - Significant investment in U.S. manufacturing directly supports the U.S.'s goals of strengthening and domesticating supply chains and ensuring resilient domestic production capacity
  - We are also making major investments in Europe and Singapore to expand manufacturing capacity, supporting our U.S. and European customers and ultimately benefiting patients in these regions

- **Economic growth and job creation in Delaware**
  - 190-acre construction project is underway on a new manufacturing site for WuXi AppTec, offering end-to-end capabilities, from pre-clinical to commercial, with hundreds of local skilled jobs planned
  - Facility will handle drug manufacturing and commercial assembly (e.g., packaging and labeling)

*This investment reflects WXAT's long-term commitment to the U.S. economy and workforce development.*

WuXi AR 0508

WuXi AppTec

20

# Video Presentation: Our Facility in Middletown, Delaware

![Aerial photograph of the Middletown, Delaware facility under construction]

*See attached video file

WuXi AR 0509



21

# Actions Taken to Address Perceived Concerns

**To focus on our core expertise in chemistry, WXAT has divested certain non-core businesses over the last 12 months:**

- Divestment of **Advanced Therapies Unit (ATU)**, a cell and gene therapy CRDMO business in the U.S. and U.K.
  - Sale of the ATU business, located in the U.S. and U.K., to Altaris LLC, a New York-headquartered healthcare investment firm, was completed in March 2025
- Divestment of **Pharmapace Inc.**, a biostatistics service provider in the U.S.
  - Sale of Pharmapace to a U.S. company formed by a team of three U.S. citizens, was completed in March 2025
  - Even prior to divestment, any human-related data handled by Pharmapace was **anonymized by customer** and **non-identifiable**
- Divestment of China-based **clinical research services business** to Hillhouse Investment Management, a global private alternative asset manager
  - Transaction was announced in October 2025 and is expected to be completed by year end 2025

**WXAT does not collect human genomic data**

- WXAT has **no access to** or **control over** any identifiable U.S. human genomic data
- WXAT has **no infrastructure or systems** capable of collecting or storing identifiable human genomic data

WuXi AR 0510

WuXi AppTec

22

# Robust Customer and Supplier Compliance Control Mechanism

**WXAT has established robust Know-Your-Customer (KYC) and Know-Your-Supplier (KYS) compliance controls that screen counterparties prior to engagement and provide for continuous monitoring**

These controls have accomplished the following goals:

- Ensure WXAT does not engage with any customers or suppliers that appear on sanctions lists, including those maintained by the U.S., EU, UK, or Singapore

- Prevent business dealings with military-affiliated entities or organizations in China, in line with evolving regulatory requirements and best practices

- Prevent campus recruitment from PLA-affiliated medical universities/schools or research institutions

- Prevent advertisement on any military affiliated platform or sponsorship of any conference associated with military or military-civil fusion program

WuXi AppTec

# Summary and Next Steps

- **WuXi AppTec takes great pride in its global business, its customers, and its industry-leading compliance record**

- **The dissemination of inaccurate and misleading information in the media not only damages the Company's reputation but also potentially jeopardizes the well-being of patients who rely on the Company's services**

- **WXAT respectfully requests that DoW carefully scrutinize all information for accuracy as it relates to DoW's annual evaluation for the 1260H List**

- **WXAT stands ready to answer any follow-up questions regarding its operations and business**

# Aviation Industry Corporation of China,Ltd. - 中国航空工业集团有限公司 Private Company Profile

| | | | |
|---|---|---|---|
| **Website:** Add | www.avic.com.cn | **Coverage Summary** | |
| **Number of Employees** | - | **Coverage List:** | No |
| **Ticker:** | - | **Relationships:** | No |
| **Current Professionals Profiled:** | 12 | **Projects:** | No |
| **Year Founded:** | 2008 | **Activity Logs/Tasks:** | No |
| **Total Amount Raised ($ mm)†:** | - | **Total Rounds of Funding:** | - |
| **Latest Post-Money Valuation ($ mm)** | - | **Latest Pre-Money Valuation ($ mm)** | - |

## Business Description Add

Aviation Industry Corporation of China,Ltd. engages in the aviation business worldwide. The company offers fighter jets, trainers, unmanned aerial vehicles, transport aircraft, propeller systems, tail rotor and hubs, avionics systems, and aircraft simulators; passenger aircraft and freighters; helicopters; business, multi-functional, and amphibious aircraft; and private airplanes, ground effect vehicles, and aerostats, as well as general aviation services. It also provides environmental protection equipment and solutions; glasses; and metallic and composite materials. It provides design, supervision, and survey engineering; general contracting; trading; financial; investment; media; consultancy; and information technology and software services, as well as logistics products and services. The company also offers retail products and services; develops real estate; operates hotels; and provides entertainment services. It serves businesses, as well as retail customers. The company was founded in 2008 and is based in Beijing, China.

## Primary Industry Classification View Complete Industry Classification

Aerospace and Defense

## Primary Office Location View All Office Addresses

Building 19 No. 5 Courtyard Shuguang Xili Chaoyang District | Beijing, Beijing Province | 100028 | China
Phone: 86 10 5835 6984   Fax: 86 10 5835 6979

## Current and Pending Investors View Details

| Investor | Initial Investment Date | Stake Type | Current Stake Amount | Round(s) |
|---|---|---|---|---|
| State-owned Assets Supervision and Administration Commission of the State Council | - | Majority | - | - |

## Investment Arms

Yufeng Fund Management Company

## Financial Information (Currency: CNY, in mm) View Details | Financial FAQs

| | | | | | |
|---|---|---|---|---|---|
| **Total Revenue** | 590,216.1 | **EBITDA** | 47,385.7 | **EBIT** | 21,467.4 |
| **Cash & ST Invst.** | 171,119.4 | **Net Income** | 13,408.7 | **Total Debt** | 358,287.2 |
| **Capital Expenditure** | (37,121.4) | **Total Assets** | 1,287,170.9 | **Total Debt/EBITDA** | 7.1x |
| **U.S. Number of Employees 2026** | - | **U.S. Number of Employees 2025** | - | **U.S. Last Year Employee Growth %** | - |

Currency in CNY in mm, LTM as of Sep-30-2023 TEV and Market Cap are calculated using the last closing price

## Company Notes Add

No Company Notes exist.

## Strategy Notes Add

No Strategy Notes exist.

WuXi AR 4205

## Key Professionals View All                                         Key Board Members View All

| Name | Title |
| --- | --- |
| Wei, Yingbiao | President |
| Wang, Huifang | Chief Financial Officer |
| Gao, Jianshe | Executive Vice President of Human Resources & Corporate Culture |
| Chen, Bo | Executive Vice President of Corporate Ethics |
| Chen, Yuanxian | Executive Vice President |
| Guo, Shengjie | Executive Vice President |
| Lei, Hongjie | Executive Vice President |
| Li, Benzheng | Executive VP & Director |
| Li, Qingtang | Executive Vice President |
| Wang, Jianming | Executive Vice President |
| Wu, Rongxin | Executive Vice President |
| Yang, Yuzhong | Consultant |

| Name | Title |
| --- | --- |
| Cheng, Fubo | Chairman of the Board |
| Li, Benzheng | Executive VP & Director |

## Last 5 Transactions  View Details

| Announced Date | Closed Date | Transaction Type | Role | Target | Buyer/Investors | Sellers | Size($mm) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Jun-08-2026 | - | Merger/Acquisition | Seller | Continental Aerospace Technologies, Inc. | Arcline Investment Management LP | Aviation Industry Corporation of China,Ltd. | 535.00 |
| Jul-12-2025 | - | Private Placement | Buyer | Shaanxi Changkong Gear Co., Ltd. | Aviation Industry Corporation of China,Ltd. | | 2.42 |
| Jun-04-2025 | - | Merger/Acquisition | Seller | Shaanxi Changkong Gear Co., Ltd. | FIYTA Precision Technology Co., Ltd. (SZSE:000026) | Hanzhong Hanhang Electromechanics Co., Ltd., Aviation Industry Corporation of China,Ltd. | 45.20 |
| May-06-2025 | - | Merger/Acquisition | Buyer | AVIC Xi'an Aircraft Industry Group Company Ltd. (SZSE:000768) | Aviation Industry Corporation of China,Ltd. | AVIC Investment Holdings Co., Ltd. | 528.38 |
| Jan-17-2025 | - | Merger/Acquisition | Buyer | Baosheng Science and Technology Innovation Co.,Ltd. (SHSE:600973) | | | 36.71 |

* denotes that the relationship is proprietary

## Last 5 Key Developments  View All

| Date | Event Type | Headline |
| --- | --- | --- |
| Jun-08-2026 | M&A Transaction Announcements | Arcline Investment Management LP agreed to acquire Continental Aerospace Technologies from Aviation Industry Corporation of China,Ltd. for approximately $540 million. |
| Jul-12-2025 | Private Placements | Shaanxi Changkong Gear Co., Ltd. announced that it expects to receive CNY 17.313076 million in funding from Aviation Industry Corporation of China,Ltd. |
| Jun-20-2025 | Private Placements | AVIC Shenyang Aircraft Company Limited announced that it has received CNY 4 billion in funding from a group of investors |
| Jun-04-2025 | M&A Transaction Announcements | FIYTA Precision Technology Co., Ltd. (SZSE:000026) signed an intent agreement to acquire Shaanxi Changkong Gear Co., Ltd. from Hanzhong Hanhang Electromechanics Co., Ltd. and Aviation Industry Corporation of China,Ltd. for approximately 320 million. |
| May-06-2025 | M&A Transaction Announcements | Aviation Industry Corporation of China,Ltd. agreed to acquire 5.76% stake in AVIC Xi'an Aircraft Industry Group Company Ltd. (SZSE:000768) from AVIC Investment Holdings Co., Ltd. for CNY 3.8 billion. |

## News Headlines  5 ▾  Sources: Comtex, Blogs, Industry, Web, US Local, RNS (UK)  Change Settings

WuXi AR 4206

No News is currently available for the selected sources.

Case 1:26-cv-02069-JEB    Document 17-1    Filed 07/13/26    Page 91 of 289

**Current and Pending Subsidiaries / Investments** View Details | View Corporate Tree

| Company Name | Business Description | Geography | Primary Industry | LTM Total Rev. ($mm) | LFQ Total Assets ($mm) | LFQ Total Debt ($mm) |
|---|---|---|---|---|---|---|
| AVIC Xi'an Aircraft Industry Group Company Ltd. (SZSE:000768) (Pending) | AVIC Xi'an Aircraft Industry Group Company Ltd. re...More | Asia / Pacific | Aerospace and Defense | 5,822.00 | 11,365.00 | 583.00 |
| Baosheng Science and Technology Innovation Co.,Ltd. (SHSE:600973) (Pending) | Baosheng Science and Technology Innovation Co.,Ltd...More | Asia / Pacific | Electrical Components and Equipment | 7,711.00 | 3,439.00 | 1,897.00 |
| China Aviation Electronics Measurement Co., Ltd. (Pending) | China Aviation Electronics Measurement Co., Ltd. i...More | Asia / Pacific | - | - | - | - |
| AVIC Chengdu Aircraft Company Limited (SZSE:302132) | AVIC Chengdu Aircraft Company Limited manufactures...More | Asia / Pacific | Electronic Equipment and Instruments | 11,473.00 | 17,116.00 | 1,117.00 |
| Thompson Aero Seating Limited | Thompson Aero Seating is a market leader in the de...More | Europe | Construction Machinery and Heavy Transportation Equipment | 215.00 | - | - |
| AVIC Shenyang Aircraft Company Limited (SHSE:600760) | AVIC Shenyang Aircraft Company Limited manufacture...More | Asia / Pacific | Aerospace and Defense | 6,095.00 | 10,764.00 | 11.00 |
| Sichuan Chengfei Integration Technology Corp.Ltd (SZSE:002190) | Sichuan Chengfei Integration Technology Corp.Ltd e...More | Asia / Pacific | Automotive Parts and Equipment | 346.00 | 1,038.00 | 83.00 |

**Investments as an LP** View Details

Central SOEs Industrial Investment Fund for Rural Area, SDIC Chuangyi Industry Fund Management Co., Ltd.

**S&P Global Ratings Credit Ratings** View Details | Credit Ratings Help

No S&P Global Ratings Credit Ratings data available.

S&P Credit Ratings and Research provided by

View Disclaimer

Regulatory News Service data provided by London STOCK EXCHANGE

WuXi AR 4207



# CHINA AEROSPACE STUDIES INSTITUTE

# Organization and Structure of the Aviation Industry Corporation of China (AVIC)



Prepared by BluePath Labs

J.J. Long, Thomas Corbett, & Dan Shats

January 2024

WuXi AR 4208

Printed in the United States of America
by the China Aerospace Studies Institute

To request additional copies, please direct inquiries to
Director, China Aerospace Studies Institute,
Air University, 55 Lemay Plaza, Montgomery, AL 36112

All photos licensed under the Creative Commons Attribution-Share Alike 4.0 International license,
or under the Fair Use Doctrine under Section 107 of the Copyright Act for nonprofit educational
and noncommercial use.
All other graphics created by or for China Aerospace Studies Institute

E-mail: Director@CASI-Research.ORG
Web: http://www.airuniversity.af.mil/CASI
https://twitter.com/CASI_Research @CASI_Research
https://www.facebook.com/CASI.Research.Org
https://www.linkedin.com/company/11049011

Disclaimer
The views expressed in this academic research paper are those of the authors and do not necessarily
reflect the official policy or position of the U.S. Government or the Department of
Defense. In accordance with Air Force Instruction 51-303, *Intellectual Property, Patents,
Patent Related Matters, Trademarks and Copyrights*; this work is the property of the U.S.
Government.

Limited Print and Electronic Distribution Rights
Reproduction and printing is subject to the Copyright Act of 1976 and applicable treaties of the
United States. This document and trademark(s) contained herein are protected by law. This
publication is provided for noncommercial use only. Unauthorized posting of this publication
online is prohibited. Permission is given to duplicate this document for personal, academic, or
governmental use only, as long as it is unaltered and complete however, it is requested that
reproductions credit the author and China Aerospace Studies Institute (CASI). Permission is
required from the China Aerospace Studies Institute to reproduce, or reuse in another form, any of
its research documents for commercial use. For information on reprint and linking permissions,
please contact the China Aerospace Studies Institute.
Cleared for Public Release, Distribution unlimited.

**China Aerospace Studies Institute**

i

WuXi AR 4209

CHINA AEROSPACE STUDIES INSTITUTE

CASI's mission is to advance the understanding of the strategy, doctrine, operating concepts, capabilities, personnel, training, organization, of China's aerospace forces and the civilian and commercial infrastructure that supports them.

CASI supports the Secretary, Chief of Staff of the Air Force, the Chief of Space Operations, and other senior Air and Space leaders. CASI provides expert research and analysis supporting decision and policy makers in the Department of Defense (DoD) and across the U.S. government. CASI can support the full range of units and organizations across the United States Air Force (USAF), U.S. Space Force (USSF), and the DoD. CASI accomplishes its mission through conducting the following activities:

- CASI primarily conducts open-source native-language research supporting its five main topic areas.
- CASI conducts conferences, workshops, roundtables, subject matter expert panels, and senior leader discussions to further its mission. CASI personnel attend such events, government, academic, and public, in support of its research and outreach efforts.
- CASI publishes research findings and papers, journal articles, monographs, and edited volumes for both public and government-only distribution as appropriate.
- CASI establishes and maintains institutional relationships with organizations and institutions in the PLA, the PRC writ large, and with partners and allies involved in the region.
- CASI maintains the ability to support senior leaders and policy decision makers across the full spectrum of topics and projects at all levels, related to Chinese aerospace.

CASI supports the U.S. Defense Department and the China research community writ-large by providing high quality, unclassified research on Chinese aerospace developments in the context of U.S. strategic imperatives in the Asia-Pacific region. Primarily focused on China's Military Air, Space, and Missile Forces, CASI capitalizes on publicly available native language resources to gain insights as to how the Chinese speak to and among one another on these topics.

**China Aerospace Studies Institute**

WuXi AR 4210

# PART 1: INTRODUCTION TO AVIC

## Introduction

Established in 1951, the Aviation Industry Corporation of China (AVIC) is China's largest aviation enterprise, responsible for producing essentially all of China's domestic military aircraft, UAVs, and helicopters, as well as a wide range of civilian aircraft and other aviation and non-aviation products and services. From a U.S. perspective, AVIC can be thought of as if Lockheed Martin, Northrup Grumman, Sikorsky, large parts of Boeing and Raytheon, and essentially all other domestic aviation companies were all subsidiaries of a single corporation, which was also heavily invested in automobiles, commodities, insurance, finance, and a range of other schemes. As of 2023, AVIC employs 386,000 personnel,[1] has total assets valued at 1.27 trillion RMB ($179 billion),[i] and had a 2022 total operating income of 555 billion RMB ($78 billion) and 2022 annual net profits of 18.93 billion RMB ($2.66 billion).[2] It oversees 86 laboratories and applied research centers, including roughly 33 scientific research institutes, nine national key laboratories, five defense S&T key laboratories,[ii] 41 aviation technology key laboratories, 32 national-level enterprise technology centers, 32 provincial and ministerial enterprise technology centers, and eight technology innovation centers.[3] It has hundreds of subsidiaries in all provincial-level divisions of China, along with more than one hundred overseas entities.[4] It is also highly connected to international aviation companies. Its many subsidiaries have joint ventures, foreign acquisitions, licensed manufacturing agreements, production and maintenance agreements, and other forms of cooperation with companies across the world. These have included Boeing, Airbus, Bombardier, Safran, Goodrich, Sikorsky, Rolls Royce, Pratt & Whitney, UTC, GE, and Honeywell. All of this serves to make AVIC both China and the world's second largest defense company by overall revenue, and the fourth to eighth (based on different calculations) largest defense company in the world by defense revenue.[5]

This report maps out AVIC's organization and corporate structure, as well as providing extensive information on its component parts. Splitting AVIC into six core competencies,[iii] it includes profiles of AVIC and over 170 of its subsidiary companies, factories, and research institutes. Where found, these profiles include information on these subsidiaries' products and services, history, size, funding, aliases, collaborations, personnel, and infrastructure. While not 100% comprehensive (as AVIC has countless other minor subsidiaries unrelated to its core defense and aviation businesses), this report aims to provide the most detailed view of AVIC's organization available in open sources, shining light on the inner workings of China's largest and most complex state-owned defense conglomerates.

---

[i] January 2024 Chinese yuan to United States dollar exchange rate

[ii] For more information on AVIC's Defense S&T Key Labs, see Ma Xiu, "The PRC State & Defense Laboratory System Part Two: Defense S&T Key Lab Directory," China Aerospace Studies Institute, 2023, https://www.airuniversity.af.edu/LinkClick.aspx?fileticket=kW8zGJeZ7Ew%3d&portalid=10

[iii] These categories are: 1. Military Aviation and Weaponry, 2. Helicopters, 3. Aviation Systems, Components, and Accessories, 4. Aviation Research and Testing, 5. Civil Aviation, and 6. Other Products and Services

**China Aerospace Studies Institute**

7

WuXi AR 4217

# History

AVIC's original incarnation, the "Ministry of Machine Industry" (MMI) under the Ministry of Defense, was established in 1951 by the Government Administration Council of the Central People's Government.[6] During the first Five Year Plan (1953-1957), the MMI expanded to include a number of aviation colleges and universities as well as 13 supporting enterprises.[7] This expansion allowed the PRC's nascent aviation industry to shift focus from maintaining the aircraft they had to producing their own equipment and aircraft. This was accomplished with significant aid from the USSR, as aircraft and equipment during this period were copies of models produced by the Soviet Union, such as the MiG-19.

During the 1960s and 70s, the MMI's scope expanded to include more specialized aircraft and helicopters. These included the CJ-6 trainer, the Z-5 helicopter, the Q-5 ground assault aircraft, the J-7 fighter, the H-5 light bomber, the Y-7 transport, and the KJ-1 early warning aircraft.[8] While the emphasis was clearly on military aircraft, it developed civilian aircraft as well, such as the Y-10 passenger aircraft, completed in 1980.

Like many industries, China's aviation industry shifted scope by expanding its civilian product offerings following Deng Xiaoping's rise to power in the late 1970s. The MMI was reorganized as the Ministry of Aerospace Industry and transferred from the Ministry of Defense to the State Council.[9] During this time, the PRC produced 20 civilian aircraft models, as well as its first air-to-air missile and the Z-8 large transport helicopter.

In the 1980s, China's aviation industry began to expand internationally. In 1985, an agreement was reached with McDonnell-Douglas for 25 MD-82 airliners to be produced in Shanghai. This was followed by PRC participation in the 27th International Aviation Expo held in the UK in 1986. Further, in 1990 the Y-12 transport aircraft obtained an airworthiness certification from the British Civil Aviation Authority, displaying an increased degree of sophistication from China's aircraft industry.[10]

AVIC was created in 1993 by breaking up the Ministry of Aerospace Industry into the Aviation Industry Corporation of China (AVIC) and the China Aerospace Corporation (CASC) and placing them under the Commission for Science, Technology, and Industry for National Defense (COSTIND).[11] In 1999, AVIC was further split into AVIC I and AVIC II. AVIC I was tasked with developing large aircraft such as bombers (H-6, JH-7), medium commercial aircraft (ARJ-21), and fighters (J-7, J-8, J-10, J-11, and JF-17), while AVIC II was responsible for smaller aircraft and helicopters.[12]

This experiment did not last long, however. By 2008, the two AVICs were again merged into a single company and placed under the Ministry of Industry and Information Technology (MIIT). In 2009, following the re-merger, AVIC became the first PRC defense company to join the Fortune Global 500 list. In 2011, China's first stealth aircraft, the J-20 fighter produced by AVIC's Chengdu Aircraft Industry Group, made its maiden flight.[13]

In 2016, AVIC's aeroengine enterprises were split off to form a second aviation company, the Aero Engine Corporation of China (AECC) [中国航空发动机集团有限公司(中国航发)].[14]

In late July 2017, the State Council announced a plan to implement structural changes to several important state-owned enterprises, including AVIC. In January 2018, AVIC became a limited corporation[15] now solely-owned by SASAC, centralizing the State Council's power in terms of funding and personnel decisions.[16]

**China Aerospace Studies Institute**

8

WuXi AR 4218



AVIC's chart representing its various incarnations since 1951[17]

The table below provides a brief comparison of AVIC's main subsidiaries in 2009, the year after it was re-formed as a single company, and 2022-2023. In 2009, AVIC featured 19 major subsidiaries. By 2023, it was sectioned into 12 direct subsidiaries and 10 direct business units, in large part due to the break-up of the AVIC Defense Branch into its constituent companies.[18]

Further, AVIC's direct major subsidiaries were previously organized by industrial sector [板块], with all third-level organizations falling under one of several groupings: defense/aviation equipment, transport aircraft, engines, helicopters, airborne equipment and systems, general aircraft, aeronautical research, flight testing, trade & logistics, asset management, finance, engineering, planning & construction, and automobiles.[19] There no longer appears to be such an official categorization after 2015.

| AVIC Subsidiaries Comparison | |
| --- | --- |
| **2009 Subsidiaries** | **2022-2023 Subsidiary Changes** |
| Aviation Industry Corporation of China Defense Branch [中国航空工业集团公司防务分公司] | Defunct |
| AVIC Aircraft Co., Ltd. [中航飞机有限责任公司] | Name changed to Xi'an Aircraft Asset Management Co., Ltd. [西安飞机资产管理有限公司] |
| AVIC Engine Holdings Co., Ltd. [中航发动机控股有限公] | Now part of Aero Engine Corporation of China (AECC) |
| AVIC Helicopter Co., Ltd. [中航直升机有限责任公司] | Name changed to Avicopter [中国直升机设计研究所] |
| AVIC Avionics Systems Co., Ltd. [中航航空电子系统有限责任公司] | Now subordinate to AVIC Aerospace System Co., Ltd. [中航机载系统有限公司] |

**China Aerospace Studies Institute**

9

| | |
|---|---|
| AVIC Electromechanical Systems Co. Ltd. [中航机电系统有限公司] | Now subordinate to AVIC Aerospace System Co., Ltd. [中航机载系统有限公司] |
| China Aviation Industry General Aircraft Co., Ltd. [中航通用飞机有限责任公司] | No change |
| AVIC Asset Management Division [中航资产管理事业部] | Name changed to AVIC Asset Management Corporation Ltd. [中航资产管理有限公司] |
| AVIC International Holding Corporation [中国航空技术国际控股有限公司] | No change |
| AVIC Basic Technology Research Institute [中航工业基础技术研究院] | Defunct |
| China Aviation Industry Economic and Technological Research Institute [中国航空工业经济技术研究院] | Defunct |
| Chinese Flight Test Establishment [中国飞行试验研究院] | No change |
| AVIC Investment Holdings Co., Ltd. [中航投资控股股份有限公司] | Name changed to AVIC Industry-Finance Holdings Co., Ltd. [中航工业产融控股股份有限公司] |
| AVIC Automobile Industry Co., Ltd. [中国航空汽车工业有限公司] | Name changed to AVIC Automotive Systems Holdings Co., Ltd. [中国航空汽车系统控股有限公司] |
| China National Aero-Technology Import & Export Corporation [中航技进出口有限责任公司] | No change |
| AVIC Commercial Aircraft Engine Co., Ltd. [中航商用飞机发动机有限责任公司] | Now part of Aero Engine Corporation of China (AECC) |
| China Aviation Planning, Construction and Development Co., Ltd. [中国航空规划建设发展有限公司] | China Aviation Planning and Design Institute (Group) Co., Ltd. [中国航空规划设计研究总院有限公司] |
| Joy Air LLC [幸福航空有限责任公司] | Now a minor subsidiary |
| AVIC Heavy Machinery Co., Ltd. [中航重机股份有限公司] | Now subordinate to China Aviation Industry General Aircraft Co., Ltd. [中航通用飞机有限责任公司] |
| N/A | AVIC Chengdu Aircraft Industry Group Co., Ltd. [中国航空工业成都飞机工业集团有限公司] |
| N/A | AVIC Aerospace System Co., Ltd. [中航机载系统有限公司] |
| N/A | Chinese Aeronautical Establishment [中国航空研究院] |
| N/A | China Aviation Manufacturing Technology Institute [中国航空制造技术研究院] |

**China Aerospace Studies Institute**

10

| N/A | AVIC Shenyang Aircraft Industry (Group) Co., Ltd. [沈阳飞机工业(集团)有限公司] |
|-----|-----|
| N/A | AVIC Jiangxi Hongdu Aviation Industry Group Co., Ltd. [江西洪都航空工业集团有限责任公司] |
| N/A | Shenyang Aircraft Design Institute [沈阳飞机设计研究所] |
| N/A | Chengdu Aircraft Design Institute [成都飞机设计研究所] |
| N/A | Changhe Aircraft Industries (Group) Co., Ltd. [昌河飞机工业(集团)有限责任公司] |
| N/A | AVIC Harbin Aircraft Industry Group Co., Ltd. [中国航空工业哈尔滨飞机工业集团有限公司] |
| N/A | China Airborne Missile Academy [中国空空导弹研究院] |
| N/A | AVIC Digital Technology [金航数码科技有限责任公司] |

# Fields and Products



Scale models of recent AVIC products: the J-20 stealth aircraft, Y-20 large transport, and Z-20 helicopter[20]

AVIC is a far-reaching organization whose business scope extends well beyond aviation engineering and research. It officially classifies its four main fields of operation as military aviation

**China Aerospace Studies Institute**

11

WuXi AR 4221

and defense, civil aviation, industrial manufacturing, and modern services,[21] with significant interests in finance, capital management, automobiles, commodities, engineering and construction, import-export, and real estate.

AVIC's main military aviation products include fighter, fighter-bomber, bomber, transport, trainer, reconnaissance, and general-purpose aircraft, helicopters, UAVs, and other aircraft. It also develops air-to-air, air-to-surface, and surface-to-air missiles.[22] Today, AVIC's most prominent military aviation series include the J-10, J-11, J-15, J-16, and J-20 combat aircraft, the Y-20 "Kunpeng" large transport aircraft, the Z-10 attack helicopter, the Z-20 medium-lift utility helicopter, the H-6 series of bombers, and the "Wing Loong" UAV, among others.[23]

AVIC also produces, through its various subsidiaries, much of the hardware and support equipment utilized by these military aircraft. This includes numerous avionics and flight control components, such as electronics, IT systems, communications, navigation, and auto-pilot systems.[24] It also produces electromechanical components for electrical power, fuel, hydraulics, aircraft environment control, fire protection, and de-icing. AVIC is further involved in basic and applied research, aviation flight testing and simulation, modifications and maintenance of aircraft, and pilot training.

In the civil aviation field, AVIC has produced numerous civilian aircraft, helicopters, and aerospace systems.[25] Prominent civil products include the MA60, 600 and 700 series passenger aircraft, the MA600F civil freighter, the Cirrus Vision SF50 private business aircraft, the Y-5 multifunctional aircraft, and the HO300 seaplane. It also includes small-sized UAVs[26] such as the Harrier Hawk remote sensing civilian UAV,[iv] the Aries personal UAV, and the Andromeda tethered UAV. As with its military aviation line, AVIC is also responsible for a wide range of support systems and equipment for civil aviation.

Beyond aviation, AVIC's industrial manufacturing capabilities are also diverse and include automotive components, electronic equipment, power distribution systems, machine tooling and welding, and motors for a range of uses. As mentioned above, AVIC is also an important vendor of a wide range of "modern services," including R&D, aircraft leasing, financial management, retail services, the ownership of various hotels and shopping malls, and civil engineering projects such as construction of airports, power plants, and bridges.[27]

## Administration and Party-State Connections

As one of China's ten major defense state-owned enterprises (SOE), AVIC is overseen by the State-owned Assets Supervision and Administration Commission (SASAC),[28] while its business operations are overseen by the State Administration for Science, Technology, and Industry for National Defense (SASTIND) (under the Ministry of Industry and Information Technology, MIIT).[29] As with all of China's defense SOEs, it also maintains close military procurement relationships with the PLA Central Military Commission (CMC) Equipment Development Department (EDD) and the service equipment procurement bureaus.[30]

Under China's policy of "sectorization" [行业化] for its defense SOEs, in which each SOE focuses on a particular industrial sector (e.g. aviation, shipbuilding, electronics, etc.),[31] AVIC is

---

[iv] Subsequent models of this UAV have been employed by the PLA

**China Aerospace Studies Institute**

12

responsible for the great majority of aviation products.[v] This means that it researches, designs, tests, and manufactures virtually all of China's indigenous military aircraft, helicopters, and UAVs, as well as much of its other airborne weapons and technology.

As large conglomerates, China's defense SOEs have also expanded to include a wide range of non-defense industries outside their areas of core competence, and may in fact use their profits in these sectors to finance their defense work. This is the result of the market modernization reforms of the 1990s which reduced state support and forced these SOEs to sink or swim. As stated previously, AVIC is no exception to this, having extended into numerous non-aviation sectors such as automobiles and auto parts, IT, finance, insurance, commodities, import-export, and civil engineering.[32] Today, AVIC derives the majority of its revenue from these non-defense endeavors, in contrast to most defense giants outside the PRC. In 2022, AVIC's defense revenue was, depending on the measures used, an estimated $20.6-30.9 billion out of $82.5 billion overall revenue (or only 25-37% of overall revenue).[33]

Unlike its U.S. counterparts, AVIC's primary duty is not to shareholders, but to the service of the Chinese Party-state and its defense goals, particularly through Beijing's strategy of bringing these two together in the form of military-civil fusion (MCF) [军民融合]. It often mentions upholding "the primary responsibility of strengthening the military" (or "building a strong military") [强军首责], a phrase also used by the other major defense SOEs.[34] In 2019, AVIC adopted a new development strategy, "One Mission, Two Integrations, Three Capabilities, Five Upgrades" [一心、两融、三力、五化], in which the top two items concern serving the country and MCF:[35]

- *One Mission*: Firmly adhere to the original intention of "serving the country through aviation" and carry out the mission of "strengthening the country through aviation"

- *Two Integrations*: Implement the new development model of "military-civilian fusion" and "industrial integration"

- *Three Capabilities*: Become a world-class aviation enterprise group with "leading innovation, advanced culture, and excellent competitiveness"

- *Five Upgrades*: Adhere to the development path and principles of "intensive operation, precision management, market-oriented reform, systematic development, and international win-win"

Interestingly, however, AVIC attempts to hide this fact in its official English translation, as numbers "One" and "Two" leave out any reference to "serving the nation" or MCF:[36]

- *One Mission*: We aim for integration into both the global aviation industry chain and regional development economic circles.

- *Two Integration*s: We are committed to transforming and upgrading the Group's core competitiveness, moving from the traditional triad of capital, technology, and management to the new trinity of branding, innovative business model, and integrated networking.

Statements by AVIC's top leadership also emphasize AVIC's role in MCF and loyalty to the Communist Party. In AVIC's 2014 corporate social responsibility report, then-Chairman Lin Zuoming wrote the following:

---

[v] The smaller Aero Engine Corporation of China (AECC) has also been spun off in recent years from AVIC and focuses more narrowly on aircraft engines.

**China Aerospace Studies Institute**

13

> As one of the important industries and key fields of the national security and the national economy…Our mission is to serve the security of national defense and economic development…AVIC always regards "serve our country with aviation" as its core responsibility and adheres to military-oriented strategy, while supplying munitions with high quality and efficiency, and guaranteeing military aircraft... AVIC has always regarded civil-military fusion as its historical mission.[37]

In the 2017 edition, then-Chairman Tan Ruisong similarly wrote:

> Being absolutely loyal to the Party, bearing the original intention of serving the country in mind, and keeping in mind the mission of making the armed forces powerful have been the political responsibilities that we have consistently upheld…practicing the primary responsibility of serving the country and "making the armed forces powerful" through aviation…we insist on the development philosophy of military-civilian fusion.[38]

In 2018, at AVIC's first military-civilian fusion development work meeting, AVIC Executive Vice President Chen Yuanxian [陈元先] stated that the aviation industry was the "main force" of military-civilian fusion development in the defense industry.[39]

AVIC has aimed to do its part in carrying out PRC government initiatives, promoting the implementation of the 14th Five-Year Plan and the Medium and Long-term Development Plan, and carrying out the three-year action plan for SOE reform [国企改革三年行动].[40] The latter appears to involve significant downsizing and consolidation on AVIC's part.

AVIC is also tightly connected to China's defense establishment. It regularly meets and coordinates with PLA and military-industrial bodies such as SASTIND, the PLA EDD, the CMC Science and Technology Commission, and other stakeholders, and meets with the PLA Air Force each year to plan military R&D priorities for the year.[41]

WuXi AR 4224

| Stakeholders | Expectations for the corporation | Communication and response |
|---|---|---|
| The Party Central Committee, Central Military Commission | Implement Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, strengthen the military through revitalizing equipment, reform and innovate, safeguard national security, serve economic and social development, and enhance people's livelihood and well-being. | Strengthen Party building, fully implement the spirit of General Secretary Xi Jinping's important instructions and the decisions and arrangements of the Party Central Committee, adhere to the original intention of servin the country through aviation, adhere to the primary responsibility of strengthening the military, adhere to innovation and drive, persist in deepening reforms, and strive to build a strong aviation nation in the new era. |
| State Council, ministries and commissions | Implement national policies, laws and regulations, focus on the development of the aviation equipment manufacturing industry according to the requirements of the national Medium- & Long-term Plan and promote the development of civil and general aviation; participate in economic construction in a wide range of fields and serve the national economy and the people's livelihood | Implement laws, regulations and policies; guarantee the primary responsibility of building strong armed forces, and support economic development. Staff representatives attend the NPC and CPPCC, and participate in the formulation of the relevant laws, regulations and policies. Offer advice and suggestions for the healthy development of the industry. Submit statistical statement |
| SASAC of the State Council, the relevant ministries and commissions | Ensure the inflation-proofing and appreciation of the state-owned assets Actively implement the strategies of "Going-out" and "the Belt and Road Initiative", integrate into the world aviation industry chain, comprehensively carry out activities to improve management, and make the main industry stronger and better | Focus on the main industry, and improve quality and efficiency; enhance the assessment of EVA; improve the institutional system; accept survey and visits; cooperate with the audit supervision of all parties; work reports on special topic; system for reporting major matters; daily statistics report |
| CSRC, stock exchanges | Follow securities laws and regulations, cooperate with the regulation on securities trading, and actively undertake and perform responsibilities of the actual controller and controlling shareholders; cooperate to maintain the stability of the capital market | Cooperate with regulation; sign the strategic cooperation agreement; carry out information disclosure in terms of compliance; take active responsibility and maintain the stability of the stock market |
| Local governments | Participate in investment in the development of the local economy, promote local employment, pay taxes in accordance with law, operate according to law, alleviate poverty and support education and undertake the community responsibility of large enterprises | Implement laws, regulations and policies; guarantee the primary responsibility of building strong armed forces, and support economic development. Staff representatives attend the NPC and CPPCC, and participate in the formulation of the relevant laws, regulations and policies. Offer advice and suggestions for the healthy development of the industry. Submit statistical statement |

AVIC chart representing its relationship with various stakeholders[42]

# Corporate Structure

AVIC itself functions primarily as a holding company, allocating resources, managing its many subsidiaries, and coordinating with both the PRC government and foreign partners.[43] Its subsidiaries generally fall under the categories of companies, research institutes, bases, divisions, and departments.

AVIC is divided into three main levels: AVIC Headquarters, direct subsidiaries, and secondary subsidiaries. The latter two are also known as second- and third-level work units [二级单位/三级单位], or occasionally, as second/third-level enterprises [企业].[44] AVIC is composed of approximately 100 of these third-level member units.[45] Below these exist still further, smaller subsidiaries. There are also numerous other minor organizations directly subordinate to AVIC HQ that are not part of this scheme.

**China Aerospace Studies Institute**

15

WuXi AR 4225

| AVIC Overall Organization[46] | | | |
|---|---|---|---|
| AVIC Headquarters | Level 1 | | |
| Direct Subsidiaries | Level 2 | "Business Units" [直属单位] / second-level units [二级单位] | Estimated count: 22 |
| Subsidiaries | Level 3 | "Member units" [成员单位] / third-level units [三级单位] | Estimated count: approximately 100 |
| Fourth-level Organizations | Level 4 | Companies, "departments" [部门], "factory branches" [分厂], "research officers" [研究室] | Estimated count: several hundred |
| Fifth-level Organizations | Level 5 | Companies, "divisions" [科室], and "workshops" [车间] | Estimated count: over one thousand |

AVIC's headquarters is composed of the following departments:

| AVIC Headquarters Departments [总部部门][47] |
|---|
| General Management Department / Party Group Office (Party Group Inspection Tour Office) / Board of Directors Office [综合管理部 / 党组办（党组巡视办）/ 董事会办] |
| Department of Planning and Development [规划发展部] |
| Planning and Finance Department [计划财务部] |
| Capital Operation Department [资本运营部] |
| Party Group (&) Cadre Department / Human Resources Department [党组干部部 / 人力资源部] |
| Science, Technology, and Information Technology Department [科技与信息化部] |
| Defense Affairs General Department [防务综合部] |
| Defense Scientific Research Department [防务科研部] |
| Civil Aircraft National Cooperation Department [民机国合部] |
| Quality and Safety Department [质量安全部] |
| Audit (&) Legal Department [审计法律部] |
| Party Building and Propaganda Department [党建文宣部] |
| Discipline Inspection and Supervision Group [纪检监察组] |
| Retirement Management Center/Veteran Cadre Department [离退休管理中心/老干部部] |

AVIC also directly manages several other organizations, including both companies and centers, that don't fall under the main subsidiaries. These are mostly smaller entities, and include the following:

| AVIC Directly-Managed Functional Units [直管功能单位][48] |
|---|
| AVIC Aviation Service Guarantee (Tianjin) Co., Ltd. [中航航空服务保障（天津）有限公司] |
| AVIC Cabin Systems [中航客舱系统有限公司] |
| Joy Air Holdings, Ltd. [幸福航空控股有限公司] |
| AVIC Finance Co., Ltd. [财务有限责任公司] |

**China Aerospace Studies Institute**

16

| |
|---|
| AVIC Culture Co. Ltd. [中航文化有限公司/中航工业文化股份公司] |
| Beijing AVIC Hotel Property Management Co. Ltd. [北京艾维克酒店物业管理有限责任公司] |
| AVIC (Hong Kong) [中国航空工业集团（香港）有限公司] |
| AVIC Zhongguancun Technology Co., Ltd. [中航中关村科技有限公司] |
| General Technology Group Healthcare Co., Ltd. [通用技术集团医疗健康有限公司] |
| Agency Service Center [机关服务中心] |
| Training Center [培训中心] |
| Audit Center [审计中心] |

At the second level lie AVIC's largest subsidiaries, which include the following:

| Major Directly-Subordinate Subsidiaries[49][vi] |
|---|
| Xi'an Aircraft Industry Group Company Ltd. [中航西安飞机工业集团股份有限公司] |
| AVIC Chengdu Aircraft Industry Group Co., Ltd. [中国航空工业成都飞机工业集团有限公司] |
| Chengdu Aircraft Design Institute [成都飞机设计研究所] |
| AVIC Shenyang Aircraft Industry Group [中国航空工业沈阳飞机工业集团有限公司] |
| Shenyang Aircraft Design Institute [沈阳飞机设计研究所] |
| AVIC Jiangxi Hongdu Aviation Industry Group Co., Ltd. [江西洪都航空工业集团有限责任公司] |
| China Helicopter Research and Design Institute [中国直升机设计研究所] |
| Changhe Aircraft Industries (Group) Co., Ltd. [昌河飞机工业(集团)有限责任公司] |
| AVIC Harbin Aircraft Industry Group Co., Ltd. [中国航空工业哈尔滨飞机工业集团有限公司] |
| AVIC Aerospace Systems Co., Ltd. [中航机载系统有限公司] |
| AVIC International Holding Corporation [中国航空技术国际控股有限公司] |
| China Aviation Industry General Aircraft Co., Ltd. [中航通用飞机有限责任公司] |
| China Aviation Manufacturing Technology Institute [中国航空制造技术研究院] |
| China Aviation Planning and Design Institute (Group) Co., Ltd. [中国航空规划设计研究总院有限公司] |
| Chinese Aeronautical Establishment [中国航空研究院] |
| China Flight Test Research Institute [中国飞行试验研究院] |
| AVIC Automotive Systems Holdings Co., Ltd. [中国航空汽车系统控股有限公司] |
| China Airborne Missile Academy [中国空空导弹研究院] |
| China National Aero-Technology Import & Export Corporation [中航技进出口有限责任公司] |
| AVIC Asset Management Corporation Ltd. [中航资产管理有限公司] |
| AVIC Industry-Finance Holdings Co., Ltd. [中航工业产融控股股份有限公司] |
| AVIC Digital Technology [金航数码科技有限责任公司] |

---

[vi] These are divided into directly Subordinate Units [直属单位] & Directly Subordinate Business Units [直属业务单位].

**China Aerospace Studies Institute**

17

WuXi AR 4227

Many of AVIC's subsidiaries are also listed on various stock exchanges, mostly in China.

| AVIC Listed Companies [上市公司][50] |
|---|
| FACC AG (Austrian FACC) [奥地利未来先进复合材料股份有限公司] |
| KHD Humboldt Wedag International AG (KWG:GR) [德国洪堡] |
| AviChina Industry & Technology Company Limited [中国航空科技工业股份有限公司] |
| AVIC International Holding (HK) Limited [中国航空工业国际控股(香港)有限公司] |
| Nexteer Automotive [耐世特汽车系统集团有限公司] |
| AVICOPTER PLC [中航直升机股份有限公司] |
| China Avionics Systems Co. Ltd. [中航航空电子系统股份有限公司] |
| AVIC Aviation High-Technology Co. Ltd. [中航航空高科技股份有限公司] |
| AVIC Shenyang Aircraft Company Limited [中航沈飞股份有限公司] |
| AVIC Heavy Machinery Co. Ltd. [中航重机股份有限公司] |
| AVIC Capital Co. Ltd. [中航资本控股股份有限公司] |
| Jiangxi Hongdu Aviation Industry Co. Ltd. [江西洪都航空工业股份有限公司] |
| Baosheng Science and Technology Innovation Co. Ltd. [宝胜科技创新股份有限公司] |
| Guizhou Guihang Automotive Components Co. Ltd. [贵州贵航汽车零部件股份有限公司] |
| FIYTA (Group) Co. Ltd. [飞亚达精密科技股份有限公司] |
| Tianma Microelectronics Co. Ltd. [天马微电子股份有限公司] |
| Sichuan Chengfei Integration Technology Co. Ltd. [四川成飞集成科技股份有限公司] |
| AVIC JONHON Optronic Technology Co. Ltd. [中航光电科技股份有限公司] |
| AVIC Xifei (formerly AVIC Aircraft Co. Ltd.) [中航西飞/中航飞机股份有限公司] |
| AVIC Electromechanical Systems Co. Ltd. [中航工业机电系统股份有限公司] |
| Rainbow Department Store Co. Ltd. [天虹商场股份有限公司] |
| Shennan Circuits Co. Ltd. [深南电路股份有限公司] |
| Zhonghang Electronic Measuring Instruments Co. Ltd. [中航电测仪器股份有限公司] |
| Avic Forstar S&T Co Ltd [中航富士达科技股份有限公司] |
| AVIC (Chengdu) UAS Co., Ltd [中航（成都）无人机系统股份有限公司] |
| Hefei Jianghang Aircraft Equipment Co., Ltd. [合肥江航飞机装备股份有限公司] |

# Leadership and Personnel

AVIC has historically been led by a Board of Directors whose Chairman, the top official, also serves as the Secretary of the company's Communist Party Group, while the second-ranked President serves as the first Party Deputy Secretary. Notably, the Party affiliations of senior AVIC leadership are absent in their English-language profiles. As with other SOEs, AVIC's top leadership is appointed by the State-owned Assets Supervision and Administration Commission.[51]

WuXi AR 4228



AVIC graphic of its top-level structure (unclear if Board of Supervisors and Management Committee still exist, and at this level; the Party Group appears to be co-equal with the Board of Directors)[52]

AVIC's most recent Chair, Tan Ruisong [谭瑞松], was dismissed from his position by the CCP Central Committee Organization Department in March 2023, officially due to "age regulations."[53] Of note, this happened in the same year as a reported wave of purges believed to be related to corruption in PLA acquisitions which have likely spread to include the top executives of other defense aerospace SOEs.[54] There have been unsubstantiated rumors that he has been purged or investigated.[55] However, Tan's dismissal predated the first public purges by several months. Further, the 61-year-old Tan was within the retirement window for top SOE leaders (normally 60, but can go up to 63),[56] and he may have been preparing to step down at around that time.[57] It remains unclear whether Tan's dismissal merely due to age, was punitive in nature, or related to the ongoing corruption purge. If he is purged it is possible more information, perhaps in the form of legal charges, may come to light later; it is possible that the details of his removal may remain unknown.



No replacement as Chairman has been named as of January 2024, but AVIC President Hao Zhaoping [郝照平] (pictured) appears to be filling the role of interim top official,[58] while board member and second deputy Party secretary Li Qingtang [李清堂], who previously held a variety of top roles in the state-owned China National Nuclear Corporation (CNNC),[59] is now effectively the second-ranked official.

In addition to serving as President, Hao Zhaoping also serves as a board member and the first Deputy Party Secretary. He received his Bachelor's Degree in Aircraft Structure and Strength from the PLA National University of Defense Technology, and a Master's Degree from the CASC China Academy of Launch Vehicle Technology.[60] Prior to this, Hao served in a number of key positions at the CASC China Academy

WuXi AR 4229

of Launch Vehicle Technology, eventually being promoted to President of the organization. In 2019, he was named as Executive Vice President of AVIC. [61]

### *Other Personnel*

According to AVIC, as of mid-2023 the organization employed 386,000 personnel, down from 409,622 in 2009 and down from a high of around 550,000 in 2014.[62][vii]  As of 2021 or earlier, 77,000 are managerial staff (17.9% of personnel), while technical and "skilled" workers account for 28.3% and 53.8% of personnel, respectively. [63]

AVIC employees generally follow one of four major career tracks. [64] These are the executive, non-executive, engineering (although "technical" may be a more accurate definition), and skilled tracks. Each track follows a set and predictable progression of positions, making it possible to track the career progress and relative seniority of AVIC personnel by their titles. These ranking systems with fixed titles and positions bear a similarity to other governmental organizations within China's professional bureaucracy or the People's Liberation Army.



AVIC graphic illustrating the primary career paths for AVIC employees[65]

The executive track is for leadership positions. Personnel begin by heading individual divisions or workshops within a low-level organization, before eventually moving up the track to leading an individual department, factory, or research department within a subsidiary. This is followed by heading a subsidiary, then a business unit, and eventually becoming an executive within AVIC HQ.

---

[vii] This is due at least in part to AVIC's aeroengine enterprises splitting off to become AECC in 2016.

WuXi AR 4230



AVIC graphic illustrating the typical "executive" career track[66]

The non-executive track appears to be focused on business-related career specializations, with titles evolving from business manager, to general director, to senior vice-president, to consultant. Presumably these consultants would be advising the executive track leaders.



AVIC graphic illustrating the typical "non-executive" career track[67]

The engineering career track involves 12 ranks beginning with designer, then advancing to chief engineer, and finally technical expert.

**China Aerospace Studies Institute**

21

WuXi AR 4231

## Engineering



AVIC graphic illustrating the typical "engineering" career track[68]

Finally, the "skilled" career track appears to involve operations with 8 ranks and titles ranging from operator, to operations technician, to chief skilled expert. The "chief expert" ranks appear to be simply a rank and title, as opposed to a singular position, and there appear to be numerous "chief experts" across AVIC its various subsidiaries.



AVIC graphic illustrating the typical "skilled" career track[69]

## Inclusion on U.S. Government Export Screening Lists

Due to its significant contributions to China's military, AVIC and many of its subsidiaries have been subject to export control by the U.S. government. The following is a non-exhaustive list of AVIC organizations on at least one U.S. government export screening list. These include the Treasury Department Office of Foreign Assets Control's (OFAC) Chinese Military Companies list,

**China Aerospace Studies Institute**

22

WuXi AR 4232

the Commerce Department Bureau of Industrial Security's (BIS) Entity List and Military End User (MEU) List, the Department of Defense (DOD) Chinese Military Companies List, and the former DOD Communist Chinese Military Companies list.[viii] For more information on these lists and their criteria, see Appendix 1.

| AVIC Companies on U.S. Export Screening Lists | |
|---|---|
| **Company** | **Export Screening Body** |
| Aviation Industry Corporation of China (AVIC) | BIS (Entity List) DOD OFAC |
| AVIC Asset Management Corporation Ltd. | DOD |
| AVIC Automotive Systems Holdings Co., Ltd. | DOD |
| AVIC Aviation High-Technology Co., Ltd. | DOD OFAC |
| AviChina Industry and Technology Co., Ltd. | DOD |
| Avicopter | DOD |
| Beijing Ruisai Technology Co., Ltd. | DOD |
| AVIC CAPDI (Beijing) Technology Co., Ltd. | DOD |
| Changhe Aircraft Industries (Group) Co., Ltd. | BIS (Entity List) |
| Chengdu Aircraft Industry Group Co., Ltd. | BIS (Entity List) BIS (MEU) DOD |
| China Aviation Industry Standard Parts Manufacturing Co., Ltd. | BIS (Entity List) |
| China Aviation Manufacturing Technology Institute | BIS (Entity List) |
| China Avionics Systems Co., Ltd. | DOD OFAC |
| AVIC Electromechanical Systems Co. Ltd. | DOD |
| FIYTA Precision Technology Co., Ltd. | DOD |
| AVIC General Aircraft Zhejiang Institute Co., Ltd. | BIS (Entity List) BIS (MEU) DOD |
| AVIC General Huanan Aircraft Industry Co., Ltd. | BIS (Entity List) BIS (MEU) DOD |
| Guizhou Aviation Aircraft Co. Ltd. | DOD |
| Guizhou Guihang Automotive Components Co., Ltd. | DOD |
| Harbin Aircraft Industry Group Co., Ltd. | BIS (Entity List) |
| AVIC Heavy Machinery Co., Ltd. | DOD OFAC |
| Hubei Hangyu Jiatai Aircraft Equipment Co., Ltd. | BIS (Entity List) |
| AVIC Industry-Finance Holdings Co., Ltd. | DOD |
| AVIC International Holding Corporation | BIS (Entity List) BIS (MEU) DOD |
| AVIC International Hong Kong | DOD |
| Jiangxi Hongdu Aviation Industry Group Co., Ltd. | BIS (Entity List) DOD OFAC |
| Jonhon Optronic Technology Co., Ltd. | DOD OFAC |

---

[viii] Importantly, the latter DOD list appeared to generally list parent companies and a non-comprehensive list of subsidiaries. This stands in contrast to other organizations that list individual subsidiaries based on their specific contributions to the PLA.

**China Aerospace Studies Institute**

23

| | |
|---|---|
| Leihua Electronic Technology Research Institute | BIS (Entity List) BIS (MEU) DOD |
| Nanjing Engineering Institute of Aircraft Systems | BIS (Entity List) |
| Qing'an Group Co., Ltd. | BIS (Entity List) |
| Rainbow Digital Commercial Co., Ltd. | DOD |
| Research Institute for Special Structures of Aeronautical Composites | BIS (Entity List) |
| Shaanxi Aircraft Industry Corporation | BIS (Entity List) |
| Shaanxi Hongyuan Aviation Forging Co., Ltd. | BIS (Entity List) |
| Shennan Circuits Co., Ltd. | DOD |
| Shenyang Aircraft Industry Group Co., Ltd. | BIS (Entity List) DOD OFAC |
| Sichuan Chengfei Integration Technology Co., Ltd. | DOD |
| Xi'an Aircraft Industry Group Company Ltd. | BIS (Entity List) BIS (MEU) DOD OFAC |
| Xi'an Aircraft Asset Management Co., Ltd. | DOD |
| Xi'an Flight Automatic Control Research Institute | BIS (Entity List) BIS (MEU) DOD |
| Zhonghang Electronic Measuring Instruments Co. Ltd. | OFAC |

Of the over two hundred AVIC organizations either profiled or noted in this directory, less than one-quarter are on a U.S. export screening list. A large number of AVIC subsidiaries engaged in significant military activity remain unsanctioned as of this writing despite clearly meeting the criteria to do so (see Appendix 1). This includes major subsidiaries conducting militarily relevant work such as AVIC Aerospace System Co. and the China Helicopter Research and Design Institute, both of which have avoided being placed on any of these lists.

A lack of consistency in sanctioning AVIC subsidiaries may lead to serious holes in enforcement of export controls, as unsanctioned companies can be used as conduits for receipt of sensitive technologies. While putting a parent company on an entity list should forbid business with its subsidiaries, many subsidiaries are obfuscated and businesses often do not know that they are dealing with a sanctioned entity. For example, AVIC International (which is on a list) subsidiary Continental Aerospace Technologies (which is not) oversees several acquired U.S. and European aviation companies, including German aeroengine manufacturer Thielert, which produced the engine for the U.S. Army's MQ-1C Gray Eagle UCAV. These acquisitions may be helping improve China's UAV industry, specifically UAV piston engines, according to multiple Chinese sources.[70]

Even for AVIC entities that have nothing to do with defense, AVIC itself is at its core a defense company, and has made its commitment to military-civil fusion (MCF) clear. Thus, any business conducted with AVIC or its subsidiaries is likely to benefit China's defense industrial base, whether directly through technology transfer, or indirectly through profits, as AVIC may use commercial profits to fund its defense work.

**China Aerospace Studies Institute**

WuXi AR 4234

## Sources and Limitations

AVIC is a massive organization, with potentially thousands of subsidiaries[ix] and other subordinate entities.[71] It has a convoluted and sprawling organizational structure, the result of several decades'-worth of constant mergers, acquisitions, divisions, and reforms. Oftentimes, AVIC subsidiaries are variously owned by one parent company, operationally subordinate to another, and operated in trust [托管] by a third. Leaders of some AVIC companies frequently sit on the boards of others, and numerous subsidiaries have very similar or even identical names. Its corporate ownership at multiple levels often resembles a crisscrossing spiderweb or circular ouroboros of various AVIC subsidiaries owning stakes in others. This is compounded by the fact that AVIC's websites, when they are accessible, are frequently out of date and rarely updated, resulting in a lack of timely and authoritative information.[x] In addition, AVIC is continually reforming its structure. Individual companies and their shares frequently change hands, such that any organizational chart of AVIC will have significant inaccuracies within a short period of time. While the authors have made every effort to untangle this web and ensure accuracy, they acknowledge these limitations and take full responsibility for any inaccuracies. The research is current as of March 2023 unless otherwise noted.

The main sources for this report consisted of AVIC's official website, its subsidiaries' official websites, AVIC corporate reports, Chinese business information sites, university websites (which frequently have recruiting info likely provided by AVIC entities, as well as university-related AVIC news), and other news sites (especially the AVIC-run China Aviation News). Secondary sources included previous CASI publications on China's aerospace industry and military aerospace. Ken Allen's previous work on AVIC was a useful reference, as was the RAND Corporation report "The Effectiveness of China's Industrial Policies in Commercial Aviation Manufacturing."

---

[ix] AVIC reportedly had at least one thousand subsidiaries at all levels as of 2016. Obviously, it would not be realistically possible to map every one of these entities. Rather, this report set out to map the most significant entities, with an emphasis on those related to aviation and defense.
[x] As is becoming increasingly common on the Chinese internet, some webpages have become inaccessible since they were first accessed. In some cases, they have been saved in an online archive (such as the Internet Archive's Wayback Machine [archive.org] and archive.today), and can be accessed there.

**China Aerospace Studies Institute**

25

WuXi AR 4235

# PART 2: DIRECTORY OF AVIC ENTITIES

# 1. AVIATION INDUSTRY CORPORATION OF CHINA HEADQUARTERS [中国航空工业集团有限公司]

**Aliases and Former Names:**
- 中国航空工业集团公司
- 航空工业集团
- 航空工业
- 中航工业
- 中航集团
- 中航

**Notable Products/Services:** fighters, fighter bombers, bombers, transport aircraft, trainers, reconnaissance aircraft, helicopters, assault aircraft, general-purpose aircraft, unmanned aerial vehicles and other aircraft, as well as air-to-air, air-to-surface, and surface-to-air missiles[72]

**Immediate Parent Institution:** State-owned Assets Supervision and Administration Commission (SASAC) [国务院国有资产监督管理委员会][73]

**Corporate Ownership:** State-owned Assets Supervision and Administration Commission (SASAC) [国务院国有资产监督管理委员会] (100%)[74]

**Address:** Building 19, Yard 5, Shuguang Xili, Chaoyang District, Beijing [北京市朝阳区曙光西里甲 5 号院 19 号楼][75]

**Websites:**
*Chinese:*
- https://www.avic.com/ (Archived: https://web.archive.org/web/20231201010120/https://www.avic.com/)
- https://www.avic.com.cn/ (Archived: https://web.archive.org/web/20231201010329/https://www.avic.com.cn/)
- https://m.avic.com/ (Archived: https://web.archive.org/web/20230330191900/https://m.avic.com/)

*English:*
- https://en.avic.com/(Archived: https://web.archive.org/web/20240102225050/https://en.avic.com/ )
- https://www.avic.com/en/ (last updated 2021)(Archived: https://web.archive.org/web/20240102225311/https://www.avic.com/en/)
- https://enm.avic.com/(Archived: https://web.archive.org/web/20240102231309/https://enm.avic.com/)

**China Aerospace Studies Institute**

26

WuXi AR 4236

*Weibo:*
- https://weibo.com/n/航空工业
- https://m.weibo.cn/u/3061210763

*WeChat:*
- 航空工业 (ID: avic-2008)

*Douyin:*
- https://www.douyin.com/user/MS4wLjABAAAAReeCTd5h7yT4agFJKtp8mj5JCn2cOq QRRpTHT5asA_Y

*China Aviation News [中国航空报]:*
- https://www.cannews.com.cn/
- https://ep.cannews.com.cn/publish/zghkb7/ (digital edition)
- https://www.cannews.com.cn/pc/list/45/10253 (English articles)

*Chinese Society of Aeronautics and Astronautics (CSAA) [中国航空学会]:*
- http://www.csaa.org.cn/
- http://en.csaa.org.cn/ (English)

**Key Data:**
Established: April 1951[76]
Entrusted Management: 278.069 billion RMB (December 2014)[77]
Personnel: 386,000 employees (end of 2021 / mid-2022)[78]

**Overview**:
  Aviation Industry Corporation of China (AVIC) is a state-owned enterprise managed by the central government, as well as an investment institution authorized by the Chinese government working in the field of aerospace research, development, and production.[79] It was reorganized into its current form on 6 November 2008.[80]

  The company operates in the fields of aviation weapons and equipment, military transport aircraft, helicopters, airborne systems, general aviation, aviation research, flight testing, aviation supply chain logistics, and special equipment development. Non-aviation products include auto parts, asset management, finance, and engineering construction projects.[81]

  AVIC is also a large investment vehicle which incorporates securities companies, financial companies, leasing companies, trust companies, futures companies, industrial funds, and insurance companies into AVIC Capital through equity transfer and custody.[82]

**Notable Applications**:
- AVIC subsidiaries produce essentially all of the PLA's indigenous aircraft, helicopters, and UAVs. Notable examples include:[xi]
    - J-10, J-11, J-15, J-20, J-31, JH-7, JF-17 combat aircraft
    - Y-20 large transport aircraft
    - Z-10, Z-19 armed helicopters
    - H-6 series bombers
    - KJ-200, KJ-2000 early warning aircraft

---

[xi] Profiles of many of their major products can be found on AVIC's site:
(https://web.archive.org/web/20231201010300mp_/https://www.avic.com/sycd/ywly/jyhkyfw/zdj/?PC=PC;
https://web.archive.org/web/20191025030936/http://www.avic.com/en/forbusiness/militaryaviationanddefense/index.shtml).

**China Aerospace Studies Institute**

27

WuXi AR 4237

- o  Wing Loong, Yaoying-series UAVs
- o  JL-9, JL-10 trainer aircraft
- o  PL-series air-to-air missiles
- o  AC series civil aircraft[83]

**Notable Collaborations**:

*Domestic:*

AVIC lists the following domestic entities as major partners:

- China Railway Corporation [中国铁路总公司]
- COMAC [中国商飞]
- CCB International [建银国际]
- OCBC Bank [华侨银行]
- UNITA Insurance [安盟保险]
- Zhongguancun Development [中关村发展][84]

AVIC has worked on new materials, new technologies, and new energy projects with the following entities:[85]

- Chengfei Integration [成飞集成] – joint investment in AVIC Lithium Battery
- AVIC Heavy Machinery [中航重机] - joint investment in AVIC Laser Forming Manufacturing Company Ltd. [中航激光成形制造有限公司]
- Hong Kong Future International Aviation Investment Company Ltd. [香港未来国际航空投资股份有限公司] - joint investment in FACC AG [奥地利未来先进复合材料股份有限公司]

AVIC Capital has participated in major mergers and acquisitions and reorganizations of AVIC Heavy Machinery, AVIC Black Panther (Hei Bao), Xifei Group, AVIC International, Shenfei Civil Aviation, Chengfei Civil Aviation, and others[86]

*International:*

- In 2005, Airbus created a joint venture with AVIC called the Airbus Beijing Engineering Centre (ABEC), which carries out joint research with Chinese research institutions and is responsible for 5% of the A350 XWB airframe.[87]
- AVIC claims more than 100 overseas foreign organizations.[88]

**Known Subsidiaries**:

- AVIC is composed of more than 100 member units, and 24 listed companies. AVIC claims (date unclear) nearly 200 subsidiaries in total.[89]
- It has an apparently co-equal investment entity - AviChina Industry and Technology Co., Ltd. [中国航空科技工业股份有限公司]

*Major directly-subordinate subsidiaries:*

- Xi'an Aircraft Industry Group Co., Ltd.
- AVIC Chengdu Aircraft Industry Group Co., Ltd.
- Chengdu Aircraft Design Institute
- AVIC Shenyang Aircraft Industry Group

**China Aerospace Studies Institute**

28

WuXi AR 4238

- Shenyang Aircraft Design Institute
- AVIC Jiangxi Hongdu Aviation Industry Group Co., Ltd.
- China Helicopter Research and Design Institute
- Changhe Aircraft Industries (Group) Co., Ltd.
- AVIC Harbin Aircraft Industry Group Co., Ltd.
- AVIC Aerospace Systems Co., Ltd.
- AVIC Electromechanical Systems Co. Ltd.
- China Avionics Systems Co., Ltd.
- AVIC International Holding Corporation
- China Aviation Industry General Aircraft Co., Ltd.
- China Aviation Manufacturing Technology Institute
- China Aviation Planning and Design Institute (Group) Co., Ltd.
- Chinese Aeronautical Establishment
- China Flight Test Research Institute
- AVIC Automotive Systems Holdings Co., Ltd.
- China Airborne Missile Academy
- China National Aero-Technology Import & Export Corporation
- AVIC Asset Management Corporation Ltd.
- AVIC Industry-Finance Holdings Co., Ltd.
- AVIC Digital Technology

*Directly managed functional units [直管功能单位]:*
- AVIC Aviation Service Guarantee (Tianjin) Co., Ltd. [中航航空服务保障（天津）有限公司]
- AVIC Cabin Systems [中航客舱系统有限公司]
  - AVIC Cabin Systems (ACS) is an integrated group company established in 2018 with a product portfolio that covers the essential features of the commercial aircraft cabin interiors. Its subsidiaries include ACS UK (including AIM Altitude (UK)), FACC (Austria), Fesher, Jiatai, and Thomason Aero Seating. The company is headquartered in London and largely aimed at Western customers, including Airbus and Boeing.
- Joy Air Holdings, Ltd. [幸福航空控股有限公司]
  - Joyair Co., Ltd. is an airline founded by AVIC in 2008, and has been controlled by Xi'an Aerospace Investment Co., Ltd. since November 2018. Since its establishment, Joyair has supported the development of domestic civil aircraft in China. The airline has 24 Modern Ark 60s, 5 Boeing 737-800s, more than 1000 employees, 6 overnight bases and more than 40 routes.
- AVIC Finance Co., Ltd. [财务有限责任公司]
- AVIC Culture Co. Ltd. [中航文化有限公司/中航工业文化股份公司]
- Beijing AVIC Hotel Property Management Co. Ltd. [北京艾维克酒店物业管理有限责任公司]
- AVIC (Hong Kong) [中国航空工业集团（香港）有限公司]
- AVIC Zhongguancun Technology Co., Ltd. [中航中关村科技有限公司]
- Agency Service Center [机关服务中心]

**China Aerospace Studies Institute**

29

WuXi AR 4239

- Training Center [培训中心]
- Audit Center [审计中心]

*Listed [上市] companies (many if not all are not under AVIC directly) with stock codes:*

- FACC AG (Austrian FACC) [奥地利未来先进复合材料股份有限公司] (FACC)
- KHD Humboldt Wedag International AG [德国洪堡] (KWG:GR)
- AviChina Industry & Technology Company Limited [中国航空科技工业股份有限公司] (2357.HK)
- AVIC International Holding (HK) Limited [中国航空工业国际控股(香港)有限公司] (0232.HK)
- Nexteer Automotive [耐世特汽车系统集团有限公司] (1316.HK)
- AVICOPTER PLC [中航直升机股份有限公司] (600038.SH)
- China Avionics Systems Co. Ltd. [中航航空电子系统股份有限公司] (600372.SH)
- AVIC Aviation High-Technology Co. Ltd. [中航航空高科技股份有限公司] (600862.SH)
- Zhonghang Heibao Co. Ltd. [中航沈飞股份有限公司] (600760.SH)
- AVIC Heavy Machinery Co. Ltd. [中航重机股份有限公司] (600765.SH)
- AVIC Capital Co. Ltd. [中航资本控股股份有限公司] (600705.SH)
- Jiangxi Hongdu Aviation Industry Co. Ltd. [江西洪都航空工业股份有限公司] (600316.SH)
- Baosheng Science and Technology Innovation Co. Ltd. [宝胜科技创新股份有限公司] (600973.SH)
- Guizhou Guihang Automotive Components Co. Ltd. [贵州贵航汽车零部件股份有限公司] (600523.SH)
- FIYTA (Group) Co. Ltd. [飞亚达精密科技股份有限公司] (000026.SZ)
- Tianma Microelectronics Co. Ltd. [天马微电子股份有限公司] (000050.SZ)
- Sichuan Chengfei Integration Technology Co. Ltd. [四川成飞集成科技股份有限公司] (002190.SZ)
- AVIC JONHON Optronic Technology Co. Ltd. [中航光电科技股份有限公司] (002179.SZ)
- AVIC Xifei (formerly AVIC Aircraft Co. Ltd.) [中航西飞/中航飞机股份有限公司] (000768.SZ)
- AVIC Electromechanical Systems Co. Ltd. [中航工业机电系统股份有限公司] (002013.SZ)
- Rainbow Department Store Co. Ltd. [天虹商场股份有限公司] (002419.SZ)
- Shennan Circuits Co. Ltd. [深南电路股份有限公司] (002916.SZ)
- Zhonghang Electronic Measuring Instruments Co. Ltd. [中航电测仪器股份有限公司] (300114.SZ)
- Avic Forstar S&T Co Ltd [中航富士达科技股份有限公司] (835640)
- AVIC (Chengdu) UAS Co., Ltd [中航（成都）无人机系统股份有限公司] (688297.SH)
- Hefei Jianghang Aircraft Equipment Co., Ltd. [合肥江航飞机装备股份有限公司] (688586.SH)

**China Aerospace Studies Institute**

30

WuXi AR 4240

*Headquarters Departments [总部部门]:*
- General Management Department / Party Group Office (Party Group Inspection Tour Office) / Board of Directors Office [综合管理部 / 党组办（党组巡视办）/ 董事会办]
- Department of Planning and Development [规划发展部]
- Planning and Finance Department [计划财务部]
- Capital Operation Department [资本运营部]
- Party Group (&) Cadre Department / Human Resources Department [党组干部部 / 人力资源部]
- Department of Science and Technology and Information Technology [科技与信息化部]
- Defense Affairs General Department [防务综合部]
- Defense Scientific Research Department [防务科研部]
- Civil Aircraft National Cooperation Department [民机国合部]
- Quality and Safety Department [质量安全部]
- Audit (&) Legal Department [审计法律部]
- Party Building and Propaganda Department [党建文宣部]
- Discipline Inspection and Supervision Group [纪检监察组]
- Retirement Management Center/Veteran Cadre Department [离退休管理中心/老干部部]

*Other possibly directly-subordinate entities:*
- Science and Technology Committee [科技委 / 科学技术委员会]
- Was directly subordinate as of 2019; current situation unclear
- Secrecy Committee [保密委员会]
    - Existed as of 2019; current situation unclear[90]
- Chinese Society of Aeronautics and Astronautics (CSAA) [中国航空学会]
- General Technology Group Healthcare Co., Ltd. [通用技术集团医疗健康有限公司]
    - Was directly subordinate as of 2019; current situation unclear
- China Aviation News [中国航空报社]

**Key Personnel**:
- Hao Zhaoping [郝照平]: Board member; President; Deputy Party Group Secretary
- Li Qingtang [李清堂]: Board member; Deputy Party Group Secretary; Executive Vice President
- Zhang Minsheng [张民生]: Chief Accountant / Chief Finance Officer
- Yang Wei [杨伟]: (Executive) Vice President
- Ren Yukun [任玉琨]: Discipline Inspection and Supervision Group Leader [纪检监察组组长]
- Hong Jiao [洪蛟]: (Executive) Vice President
- He Shengqiang [何胜强]: (Executive) Vice President
- Zhang Jichao [张继超]: (Executive) Vice President [91]
- Liang Xiaogeng [梁晓庚]: Chief Weapons Guidance & Control Technology Expert [中航工业"武器制导控制技术"首席专家][92] (one of various)

**China Aerospace Studies Institute**
31

- Wang Haifeng [王海峰]: Chief Technical Expert [航空工业首席技术专家] (one of numerous)[93]

**Equipment/Facilities**:
- 86 laboratories and applied research centers
- 33 scientific research institutes
- nine national key laboratories
- five defense science & technology key laboratories
- 41 aviation technology key laboratories
- 32 national-level enterprise technology centers
- 32 provincial and ministerial enterprise technology centers
- 8 technology innovation centers. [94]

**Inclusion on U.S. Entity Lists**:
- Present on U.S. Department of Commerce Entity List[95]
- Present on U.S. Office of Foreign Asset Control Sanctions List[96]
- Present on U.S. Department of Defense Communist Chinese Military Companies List[97]

# 1.1. AVIC Aviation Service Guarantee (Tianjin) Co., Ltd. [中航航空服务保障（天津）有限公司]

**Notable Products/Services:** aviation support services, including support for aircraft spare parts, equipment sub-system installation and modification, ground cross-link testing and fault detection equipment, renovation of aviation weaponry and equipment

**Immediate Parent Institution:** AVIC[98]

**Corporate Ownership:**
- AVIC [中国航空工业集团公司] (10%)
- CATIC [中国航空技术进出口公司] (20%)
- AVIC Aerospace Systems [中航机载系统有限公司] (17.333%)
- Shenyang Aircraft Corporation [沈阳飞机工业（集团）有限公司] (13.333%)
- Chengdu Aircraft Corporation [成都飞机工业集团] (13.333%)
- AVIC Hongdu [洪都航空工业集团有限责任公司] (6.667%)
- Tianjin Dida Economic Development Co., Ltd. [天津帝达经济发展有限公司] (6.667%)
- AVIC Chengdu Aircraft Design Institute [中航工业成都飞机设计研究所] (4.667%)
- AVIC Shenyang Aircraft Design Institute [沈阳飞机设计研究所] (4.667%)
- China Air-to-Air Missile Research Institute [中国空空导弹研究院] (3.333%)[99]

**Address:**
No. 56, Huandong Main Road, Airport Economic Zone, Tianjin [天津市空港经济区环东干道五 6 号][100]

WuXi AR 4242

**Key Data:**
- Established: 2010
- Capital: 150 million RMB in registered capital[101]
- Personnel: 100-499 employees
- Floor space: 298,000 sqm[102]

**Overview:**

AVIC Aviation Service Guarantee (Tianjin) Co., established in 2010, is a national defense and military enterprise directly subordinate to AVIC (though its actual ownership structure is complex). The company's main business is service and technical support following the installation of new aviation weaponry and equipment, support for aircraft spare parts, equipment sub-system installation and modification projects, development of ground cross-link testing and fault detection equipment, and renovation of aviation weaponry and equipment. It is a specialized aviation weaponry service enterprise built by AVIC to speed up the adaptation of the PLA's aviation weaponry and equipment.[103] The company is located in the Tianjin Airport Economic Zone, one of China's national comprehensive reform pilot zones.

**Key Personnel:**
- Qiao Mingjie [乔明杰]: Legal Representative[104]

WuXi AR 4243

 金融界App
领888积分 新人VIP特权
打开App

# 中航军民融合精选C基金最新净值涨幅达1.93％

2019-09-03 06:52:13

基金09月03日讯 中航军民融合精选混合型证券投资基金（简称：中航军民融合精选C，代码004927）09月02日净值上涨1.93%，引起投资者关注。当前基金单位净值为0.9484元，累计净值为0.9484元。

中航军民融合精选C基金成立以来收益-5.17%，今年以来收益12.40%，近一月收益1.08%，近一年收益1.63%，近三年收益--。

本基金成立以来分红0次，累计分红金额0亿元。目前该基金开放申购。

基金经理为韩浩，自2018年02月09日管理该基金，任职期内收益-6.97%。



谈谈您的想法...

WuXi AR 4548

最新基金定期报告显示，该基金重仓持有易华录（持仓比例6.06%）、金卡智能（持仓比例5.95%）、中国电影（持仓比例5.58%）、高德红外（持仓比例5.48%）、药明康德（持仓比例5.32%）、内蒙一机（持仓比例5.32%）、建设银行（持仓比例5.31%）、伊利股份（持仓比例5.29%）、工商银行（持仓比例5.25%）、招商银行（持仓比例5.13%）。

报告期内基金投资策略和运作分析

今年上半年市场迎来了一轮快速的估值修复行情，国防军工板块在风险偏好回暖的情况下取得了超额收益，其中以超跌的船舶和民参军的估值修复为代表。总体来说市场环境对行业影响较大，军工贝塔属性尽显，时机把握成为关键。本基金总体上保持了较为稳健的仓位，重点配置了一批军工龙头公司以及优质的民参军企业。



报告期内基金的业绩表现

截至本报告期末中航军民融合精选混合A基金份

谈谈您的想法...

WuXi AR 4549

长率为13.95%；截至本报告期末中航军民融合精选混合C基金份额净值为0.9600元，本报告期基金份额净值增长率为13.77%；同期业绩比较基准收益率为20.09%。

管理人对宏观经济、证券市场及行业走势的简要展望

在美国对华政策反复的背景下，强大的军事实力是国家安全的重要保证和谈判信心的来源。在全球经济困难重重的背景下，预计2019年军工行业基本面持续向好，从已公布的行业基本面数据来看，基本符合去年对于行业趋势的判断，在十三五的后两年，逆周期属性可能给军工行业带来超额收益。2019年各项改革预计稳步推进。科研院所改制稳步推进，股权激励等混改措施将会改善企业经营效率，军民融合已进入实质落地阶段，各项工作稳步推进并取得新进展。展望下半年，预计真正基本面优秀的公司表现将会优于上半年。（点击查看更多基金异动）

谈谈您的想法...

WuXi AR 4550

**S** 人形机器人

宏微科技(688711.SH)：目前…

深科技 🔥 🔥 🔥 🔥

+9.19%　重组预案

免费领福利！

7节课教你玩涨停

金

## 投顾热议

天赢居：君子不立危墙之下，等待右侧信号

天赢居　2026-06-29 22:18:43



七月，还炒科技吗？

投顾伦哥　2026-06-30 19:44:30



下降通道上轨能否突破是关键！

骑牛老兵　2026-06-30 05:46:51



缩量反弹，明天A股还能行吗？

弘股道　2026-06-30 20:35:15



倒计时 1 天！618 巅峰钜惠明日收官，超级福利勿错过🔥

爱投顾　2026-06-29 13:43:23



谈谈您的想法…

WuXi AR 4551

全部评论



谈谈您的想法…

WuXi AR 4552


金融界App
领888积分 新人VIP特权

打开App

# The latest net asset value of the AVIC Military-Civilian Integration Selected C Fund has increased by 1.93%.

2019-09-03 06:52:13

On September 3rd, the net asset value of the AVIC Military-Civilian Integration Selected Hybrid Securities Investment Fund (hereinafter referred to as: AVIC Military-Civilian Integration Selected C, code 004927) rose by 1.93% on September 2nd, attracting investor attention. The current net asset value per unit is 0.9484 yuan, and the cumulative net asset value is 0.9484 yuan.

Since its inception, the AVIC Military-Civilian Integration Selected C Fund has yielded -5.17%, 12.40% year-to-date, 1.08% in the past month, 1.63% in the past year, and -- in the past three years.



Share your thoughts...

WuXi AR 4553

This fund has distributed dividends 0 times since its inception, with a cumulative dividend amount of 0 yuan. The fund is currently open for subscription.

The fund manager is Han Hao , who has managed the fund since February 9, 2018 , with a return of -6.97% during his tenure.

The latest fund report shows that the fund's top holdings include EHL (6.06%), Jinka Smart (5.95%), China Film (5.58%), Guide Infrared (5.48%), WuXi AppTec (5.32%), Inner Mongolia First Machinery (5.32%), China Construction Bank (5.31%), Yili Group (5.29%), Industrial and Commercial Bank of China (5.25%), and China Merchants Bank (5.13%).

Analysis of Fund Investment Strategy and Operations during the Reporting Period

The market experienced a rapid valuation recovery in the first half of this year, with the defens

Share your thoughts...

WuXi AR 4554

mid a rebound in risk appetite. This was exemplified by the valuation recovery of oversold ship building and private sector participation in the military industry. Overall, the market environment has a significant impact on the industry, highlighting the beta characteristics of the defense sector, making timing crucial. This fund maintained a relatively stable position overall, focusing on leading defense companies and high-quality private sector participation in the military industry.

Fund performance during the reporting period

As of the end of this reporting period, the net asset value per unit of AVIC Military-Civilian Integration Selected Hybrid A Fund was RMB 0.9669, with a net asset value growth rate of 13.95% during the reporting period; as of the end of this reporting period, the net asset value per unit  of AVIC Military-Civilian Integration Selected Hybrid C Fund was RMB 0.9600, with a net asset

Share your thoughts...

WuXi AR 4555

g period; the benchmark return for the same period was 20.09%.

The manager's brief outlook on the macroeconomy, securities market, and industry trends.

Against the backdrop of fluctuating US policy towards China, strong military power is a crucial guarantee of national security and a source of confidence in negotiations. Amidst a challenging global economy, the fundamentals of the military industry are expected to continue improving in 2019. Based on published industry fundamental data, this largely aligns with last year's assessment of industry trends. In the latter two years of the 13th Five-Year Plan, the counter-cyclical nature of the military industry may bring excess returns. Various reforms are expected to progress steadily in 2019. The restructuring of research institutes is progressing steadily, and mixed-ownership reform measures such as equity incentives will improve corporate operating efficienc



Share your thoughts...

WuXi AR 4556

stantial implementation stage, with various tasks progressing steadily and achieving new progress. Looking ahead to the second half of the year, companies with truly strong fundamentals are expected to outperform the first half. (Click to see more fund movements)

Financial experts remind you: The content, data, and tools in this article do not constitute any investment advice and are for reference only. They are not intended to provide any guidance. Investing in the stock market involves risk; please invest cautiously! (Complaints)

**S** humanoid robot

Hongwei Technology (688711···

Shenzhen Technology    🔥🔥🔥🔥🔥

+9.19%    Restructuring Plan

Claim your freebies!

Learn to trade limit-up stocks in 7 lessons

Fir

Investment advisors are discussing



Share your thoughts...

WuXi AR 4557

Tianyingju: A wise man does not stand under a dangerous wall; wait for the⋯

Tianyingju　　2026-06-29 22:18:43



Will tech stocks still be a hot topic in July?

Investment advisor Lun Ge　　, 2026-06-30 19:44:30



Whether the upper trendline of the descending channel can be broken is⋯

Veteran Riding a Bull　　2026-06-30 05:46:51



With a rebound on low volume, can the A-share market continue its upward⋯

Hiromata-do　　2026-06-30 20:35:15



Countdown: 1 day! The 618 mega sale ends tomorrow, don't miss out on the⋯

AiTouGu　　2026-06-29 13:43:23



All comments



Share your thoughts...

WuXi AR 4558



Share your thoughts...

WuXi AR 4559



# More than 1 military-themed fund has a heavy position in WuXi AppTec

AlphaWorks Research Institute
*2024-01-28 19:18*

The following article is from 一地基毛 Author 一地基毛



**A foundation wool**

A lightning protection manual for fund investors!

**Author | A foundation hair**

**Source | A foundation hair**

Introduction: The business of these companies has nothing to do with military stocks, and I don't know how they feel when they see the stock price of WuXi AppTec.

WuXi AR 4580

On the afternoon of January 26, a U.S. proposal caused an uproar, WuXi crashed, and the CXO track collectively hit the streets.

A document is said to be circulating in the industry proposing to prohibit federally funded health care providers from contracting with certain biotech providers, ensuring that foreign biotech companies do not have access to U.S. taxpayer funds.

Among the companies proposed for the ban in relevant documents circulating in the industry include BGI, WuXi AppTec and their subsidiaries, parent companies, affiliates or successors.

The document also mentions that WuXi AppTec has received investment from a mixed Chinese military-civilian fund, and that WuXi Biologics' CEO Chen Zhisheng was an adjunct professor at the Academy of Military Medical Sciences of the People's Liberation Army of Chinese People's Liberation Army.

According to information obtained by Wu Yu, an analyst at CMB International Securities, WuXi AppTec received an investment from a company called the "Civil-Military Integration Select Mixed Securities Investment Fund".

Cao Shanshi, a financial influencer, further confirmed, "Because of the style drift of a military fund, it bought a large amount of biomedicine in 2020, and four years later, it was regarded as evidence of the military-related involvement of the US proposal to sanction China's biomedical industry." "

Combined with the data, it is more likely to be the AVIC Civil-Military Integration Selection under the AVIC Fund, and the fund manager of this fund is our old friend, Han Hao.

According to the data, the investment objective of AVIC Civil-Military Integration Select is to grasp the investment opportunities brought about by the development of China's civil-military integration industry, share the continuous investment income of listed companies related to civil-military integration, and strive to obtain returns that exceed the performance benchmark for fund share holders on the basis of strict control of investment risks.

AVIC Civil-Military Integration Select has been established for nearly 6 years, with a loss of 10.89% since its establishment, underperforming the partial stock hybrid fund index by 40%.

From the perspective of natural years, 2022 and 2023 will both lose 21% steadily, while in January this year, it has already lost 19%, which is close to completing last year's KPI.

As a serious military-themed fund, what surprised Ji very much was that the proportion of military stocks was not high for a long time, and even in the year and a half from Q4 in 2019 to Q2 in 2021, there was no allocation of military stocks at all.

According to iFinD data, during this period, the allocation of banks, food and beverage, and medicine and biology took turns to become the first heavy industry.

WuXi AR 4581

Among them, WuXi AppTec appeared in the second quarter of 2019 heavy stocks selected by AVIC Civil-Military Integration. According to iFinD data, WuXi AppTec was the sixth largest heavy stock in the product in the quarter, accounting for 5.32% of the fund's net asset value.

It should be noted that WuXi AppTec is not Han Hao's favorite pharmaceutical stock, Hengrui Pharmaceutical is. Since the third quarter of 2019, Hengrui Pharmaceutical has been a heavy product stock for 8 consecutive quarters.

It is also worth noting that in the third quarter of 2019, Kweichow Moutai, Gree Electric Appliances, China Merchants Bank, Ping An of China, Vanke A, etc. also appeared.

The business of these companies has nothing to do with military stocks, and I don't know how they feel when they see WuXi AppTec's stock price.

In addition, it should be noted that AVIC Civil-Military Integration Select is not the only military-themed fund that has a heavy position in WuXi AppTec.

According to iFind data, in the fourth quarter of this year, Beixin Ruifeng Ping An China, a subsidiary of Beixin Ruifeng Fund, also held heavy positions in WuXi AppTec.

WuXi AR 4582

Founded in May 2015, Beixin Ruifeng Ping An China has lost 15.6% since its establishment, and has lost nearly 40% in the past three years!

In addition, a number of fund managers have changed since the establishment of the product, but most of them have performed poorly. Among them, the current fund manager is Wang Yujue, who has been in office for nearly 11 days.

According to the data, the investment goal of Beixin Ruifeng Ping An China is to focus on investing in listed companies that can represent the future development trend of Ping An China through relatively flexible asset allocation, including aerospace, aviation, navigation, nuclear energy, high-end equipment industries in the field of national defense and security, communications, software, chip electronics and other industries in the information security category, security and monitoring industries in social security, and other industries involved in the scope of Ping An China such as energy security, food security, and ecological security. Under the premise of strict risk control, we will seek long-term and stable appreciation of fund assets.

As a military-themed concept stock, Beixin Ruifeng Ping An China does not have a soft spot for the military industry, and there have been several quarters without military industry.

WuXi AR 4583

Judging from the data of the fourth quarter of this year, only Torch Electronics belongs to the national defense and military industry among the top ten heavy stocks of Beixin Ruifeng Ping An China, while the new heavy stocks are Venustech and Hang Seng Electronics in the computer industry, Changchun High-tech, Venture Huikang and WuXi AppTec in the pharmaceutical industry, and Yiwei Lithium and Emma Technology in the power equipment industry.

从时间节点看，4季度的调仓是北信瑞丰平安中国的前任基金经理石础，该说不说，这位基金经理的投资边界还挺广！

药明康德再次回应：预计实质影响较小

业内人士表示，此次股价下跌或与美国一项生物安全法案草案有关。有医药行业分析师向记者表示："从目前情况来看，预计实质影响很小，但是情绪上短期会有压制。"

1月26日晚间，药明康德发布澄清公告称，该生物安全法案草案尚未生效颁布，其后的立法程序要求美国众议院和美国参议院分别在相关委员会审查后，对各自的法案版本进行投票以形成最终版本。因此，生物安全法案草案的内容仍有待进一步审议并可能变更。

1月27日，中国证券报记者从券商人士处获悉，药明康德昨晚就"业内流传美提案"召开电话会。

WuXi AR 4584

会上，药明康德高管表示，美国新生物政策尚在议案提案阶段，当前时间点猜测任何事情为时尚早。公司高管也对生物安全法案草案涉及公司的四点内容进行了逐一回应。

一是公司坚信药明康德业务的发展不会对任何国家的安全构成风险

二是公司从来没有赞助过所谓的军民融合项目

三是公司没有直接受到过任何军民融合基金的投资

四是药明康德的生命化学研究奖评选标准是跟科研人员的科研经历、能力，以及他们的科研成果发表在国际期刊上相关。
继续滑动看下一个

轻触阅读原文



阿尔法工场研究院
向上滑动看下一个

WuXi AR 4585



**State-owned Assets Supervision and
Administration Commission of the State Council**

中文   Contact Us     I Search...

HOME          ABOUT US          LATEST          SPECIALS          DIRECTORY          RESOURCES          VIDEOS

Home > What We Do

# What we do

Updated: 2018-07-17

WuXi AR 4624

WuXi AR 4625

# WHAT WE DO

## State-owned Assets Supervision and Administration Commission of the State Council

State-owned Assets Supervision and Administration Commission of the State Council (SASAC) is established in conformity with the Notice on the Institutional Establishment of the State Council (No.11 [2008] of the State Council).

It is an ad-hoc ministerial-level organization directly subordinated to the State Council. The Party Committee of SASAC performs the responsibilities mandated by the Central Committee of the Chinese Communist Party.

WuXi AR 4626

**1**

Authorized by the State Council, in accordance with the Company Law of the People's Republic of China and other administrative regulations, SASAC performs the investor's responsibilities, supervises and manages the state-owned assets of enterprises under the supervision of the Central Government (excluding financial enterprises), and enhances the management of state-owned assets.

**2**

SASAC shoulders the responsibility of supervising the preservation and increment of the value of the state-owned assets of the supervised enterprises: establishes and improves the index system of the preservation and increment of the value of the state-owned assets, and works out the assessment criteria; supervises and administers the preservation and increment of the value of the state-owned assets of the supervised enterprises through statistics and auditing; and is responsible for the management work of wages and remuneration of the supervised enterprises and formulates policies regulating the income distribution of the top executives of the supervised enterprises and organizes

WuXi AR 4627



supervised enterprises and organizes implementation of the policies.

**3**

SASAC guides and pushes forward the reform and restructuring of state-owned enterprises, advances the establishment of modern enterprise system in SOEs, improves corporate governance, and propels strategic adjustment of the layout and structure of the state economy.



**4**



SASAC appoints and removes the top executives of the supervised enterprises, and evaluates their performances through legal procedures and either grants rewards or inflicts punishments based on their performances; establishes a corporate executives selection system in accordance with the requirements of the socialist market economy system and modern enterprise system, and improves incentives and restraints

WuXi AR 4628

modern enterprise system, and improves incentives and restraints systems for corporate management.

**5**

SASAC is responsible for organizing the supervised enterprises to turn the state-owned capital gains over to the state, participates in formulating management system and methods of the state-owned capital operational budget, and is responsible for working out the state-owned capital operational budget and final account and their implementation in accordance with related regulations.

**6**

SASAC is responsible for urging the supervised enterprises to carry out the guiding principles, policies, related laws and regulations and standards for safety production and inspects the results in accordance with the responsibilities as investor.

WuXi AR 4629

**7**

SASAC is responsible for the fundamental management of the state-owned assets of enterprises, works out draft laws and regulations on the management of the state-owned assets, establishes related rules and regulations and directs and supervises the management work of local state-owned assets according to law.



**8**

SASAC undertakes other tasks assigned by the State Council.

en.sasac.gov.cn

WuXi AR 4630

ABOUT US

LATEST

SPECIALS

DIRECTORY

RESOURCES

VIDEOS

What we do

Leadership

Bureaux

Top News

SASAC News

SOEs News

Statistics

Laws and Regulations

FAQs

Copyright © 2025 State-owned Assets Supervision and Administration Commission of the State Council All rights reserved.

Presented by China Daily

WuXi AR 4631

全国一体化政务服务平台
科学技术部政务服务平台
fuwu.most.gov.cn

🏠 国家政务服务平台 ｜ 🏛 中华人民共和国科技部 ｜ 📞 咨询联系 ｜ ❓ 平台介绍

站内搜索 🔍

🏠 首页　　⭐ 服务事项　　ℹ️ 办事咨询　　✏️ 在线办事　　📖 结果公示

👤 用户登录 ｜ 👤+ 用户注册

通知通告 > 行政许可

[字体放大][字体还原][字体缩小][打印][关闭]

## 中国人类遗传资源行政许可事项2022年 第19批审批结果

2022-10-09

依据《中华人民共和国人类遗传资源管理条例》（国令第717号），科技部依法开展"中国人类遗传资源采集审批""中国人类遗传资源保藏审批""中国人类遗传资源国际合作科学研究审批""中国人类遗传资源出境审批"行政许可。"中国人类遗传资源采集审批"许可适用于在中国境内从事的中国人类遗传资源采集活动，包括重要遗传家系、特定地区人类遗传和国务院科学技术行政部门规定种类、数量的人类遗传资源的采集活动的规范和管理。"中国人类遗传资源保藏审批"许可适用于对在中国境内从事中国人类遗传资源保藏活动、为科学研究提供基础平台的事项的规范和管理。"中国人类遗传资源国际合作科学研究审批"许可适用于对利用中国人类遗传资源开展国际合作科学研究的规范和管理。"中国人类遗传资源出境审批"许可适用于对利用中国人类遗传资源开展国际合作科学研究，或者因其他特殊情况确需将中国人类遗传资源材料运送、邮寄、携带出境的规范和管理。为临床诊疗、采供血服务、查处违法犯罪、兴奋剂检测和殡葬等活动需要，采集、保藏器官、组织、细胞等人体物质及开展相关活动，依照相关法律、行政法规规定管理，不在上述许可的适用范围内。

2022年8月29日-9月9日共受理行政许可申请事项258项，同意开展253项，其中，采集行政许可73项，国际合作科学研究行政许可180项。审批平均时间16个工作日，最长20个工作日。

2022年9月16日受理保藏相关行政许可申请事项共18项，同意开展17项。

2022年8月29日至2022年9月22日共受理新型冠状病毒相关行政许可申请事项共11项，同意开展11项，其中，行政许可3项，国际合作科学研究行政许可8项。

用户登录

信息查询

📱 移动端

❓ 用户指引

📞 咨询联系

∨ 收起

WuXi AR 4740

电话咨询：010-88225151。

邮件咨询：ycb@cncbd.org.cn。

电话投诉：科技部科技监督与诚信建设司，010-68947680。

## 已批准的人类遗传资源行政许可项目信息汇总

### （2022年第19批）

一、中国人类遗传资源采集审批

| 序号 | 审批号 | 项目名称 | 申请单位 | 批准时间 |
|---|---|---|---|---|
| 1 | 国科遗办审字〔2022〕CJ2207号 | 新鲜胚胎移植周期中黄体酮递增剂量方案与标准剂量有效性和安全性的随机对照临床研究 | 中山大学附属第一医院 | 2022年10月 |
| 2 | 国科遗办审字〔2022〕CJ2208号 | 运动相关损伤多维数据队列构建及长期随访研究 | 四川大学华西医院 | 2022年10月 |
| 3 | 国科遗办审字〔2022〕CJ2209号 | 乙型流感病毒IgM抗体检测试剂盒（干式荧光免疫层析法）临床试验 | 南方医科大学珠江医院 | 2022年10月 |
| 4 | 国科遗办审字〔2022〕CJ2210号 | 甲型流感病毒IgM抗体检测试剂盒（干式荧光免疫层析法）临床试验 | 南方医科大学珠江医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4741

| 5 | 国科遗办审字〔2022〕CJ2211号 | 基于多组学联合分析技术的糖尿病慢性创面生物标志物的多中心病例对照研究 | 山东省千佛山医院 | 2022年10月 |
|---|---|---|---|---|
| 6 | 国科遗办审字〔2022〕CJ2212号 | 线粒体功能障碍导致出生缺陷的基因治疗临床前研究和产品研发 | 浙江大学医学院附属儿童医院 | 2022年10月 |
| 7 | 国科遗办审字〔2022〕CJ2213号 | 基于多维度分子特征的鼻咽癌发生机制研究及精准筛查技术体系构建研究 | 中山大学肿瘤防治中心 | 2022年10月 |
| 8 | 国科遗办审字〔2022〕CJ2214号 | 特瑞普利单抗联合诱导化疗后单纯放疗或同期放化疗治疗高危局部区域晚期鼻咽癌的随机、对照、多中心、3期临床研究 | 中山大学肿瘤防治中心 | 2022年10月 |
| 9 | 国科遗办审字〔2022〕CJ2215号 | 高危和极高危高胆固醇血症干预策略研究 | 华中科技大学同济医学院附属同济医院 | 2022年10月 |
| 10 | 国科遗办审字〔2022〕CJ2216号 | 运动神经元存活基因1（SMN1）外显子缺失检测试剂盒（荧光PCR-毛细管电泳法） | 首都儿科研究所附属儿童医院 | 2022年10月 |
| 11 | 国科遗办审字〔2022〕CJ2217号 | 心肺功能五联测定试剂盒（荧光免疫法）临床试验 | 首都医科大学附属北京安贞医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4742

| 12 | 国科遗办审字〔2022〕CJ2218号 | 遗传变异和表观遗传变异在儿童肿瘤中的作用及机制研究 | 广州市妇女儿童医疗中心 | 2022年10月 |
|---|---|---|---|---|
| 13 | 国科遗办审字〔2022〕CJ2219号 | 人类免疫缺陷病毒抗原及抗体联合检测试剂盒（磁微粒化学发光法）临床试验 | 武汉市金银潭医院（武汉市传染病医院） | 2022年10月 |
| 14 | 国科遗办审字〔2022〕CJ2220号 | 启萌行动-靶向测序技术在新生儿疾病筛查和诊断中的应用 | 上海市儿童医院 | 2022年10月 |
| 15 | 国科遗办审字〔2022〕CJ2221号 | 自身免疫病患者分子影像学的基础及临床研究 | 昆明医科大学第一附属医院 | 2022年10月 |
| 16 | 国科遗办审字〔2022〕CJ2222号 | 单中心癫痫队列长期随访研究 | 浙江大学医学院附属第一医院 | 2022年10月 |
| 17 | 国科遗办审字〔2022〕CJ2223号 | 脓毒症多器官功能障碍早期识别和动态风险预警体系研究 | 中国医学科学院北京协和医院 | 2022年10月 |
| 18 | 国科遗办审字〔2022〕CJ2224号 | GC301腺相关病毒注射液治疗婴儿型庞贝病患者安全性、耐受性及疗效的单臂、多中心、开放、剂量递增临床试验 | 中国人民解放军总医院第七医学中心 | 2022年10月 |
| 19 | 国科遗办审字〔2022〕CJ2225号 | 评价FHND9041与阿法替尼对照一线治疗EGFRm＋局部晚期或转移性非小细胞肺癌的有效性和安全性的随机、开放、阳性药平行对照、多中心III期临床试验 | 中国医学科学院肿瘤医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4743

| 20 | 国科遗办审字〔2022〕CJ2226号 | 宁夏地区上消化道肿瘤前瞻性队列建设及精准防控策略研究 | 宁夏回族自治区人民医院（宁夏眼科医院、西北民族大学第一附属医院） | 2022年10月 |
|---|---|---|---|---|
| 21 | 国科遗办审字〔2022〕CJ2227号 | 评价四价流感病毒裂解疫苗商业化规模连续三个批次在9～59岁健康人群中接种后的批间一致性、免疫原性和安全性的随机、双盲临床试验 | 贵州省疾病预防控制中心 | 2022年10月 |
| 22 | 国科遗办审字〔2022〕CJ2228号 | 单基因遗传性疾病遗传学研究 | 湖北省妇幼保健院（湖北省妇女儿童医院） | 2022年10月 |
| 23 | 国科遗办审字〔2022〕CJ2229号 | 心理综合干预促进老年人心血管健康 | 中国疾病预防控制中心 | 2022年10月 |
| 24 | 国科遗办审字〔2022〕CJ2230号 | 精神疾病个体化智慧医疗技术体系的建立及转化 | 上海交通大学 | 2022年10月 |
| 25 | 国科遗办审字〔2022〕CJ2231号 | 腺病毒抗原检测试剂盒（胶体金法）临床试验 | 广州市妇女儿童医疗中心 | 2022年10月 |
| 26 | 国科遗办审字〔2022〕CJ2232号 | 呼吸道合胞病毒抗原检测试剂盒（量子点荧光免疫法）临床试验 | 广州市妇女儿童医疗中心 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4744

| 27 | 国科遗办审字〔2022〕CJ2233号 | 呼吸道合胞病毒抗原检测试剂盒（胶体金法）临床试验 | 广州市妇女儿童医疗中心 | 2022年10月 |
|----|---------|-----------|-----------|-----------|
| 28 | 国科遗办审字〔2022〕CJ2234号 | 副流感病毒抗原检测试剂盒（量子点荧光免疫法）临床试验 | 广州市妇女儿童医疗中心 | 2022年10月 |
| 29 | 国科遗办审字〔2022〕CJ2235号 | 副流感病毒抗原检测试剂盒（胶体金法）临床试验 | 广州市妇女儿童医疗中心 | 2022年10月 |
| 30 | 国科遗办审字〔2022〕CJ2236号 | 随机、双盲、多中心、安慰剂平行对照，评价郁枢达片治疗轻中度抑郁症（湿浊困脾、气机郁滞证）有效性和安全性III期临床试验 | 上海市精神卫生中心 | 2022年10月 |
| 31 | 国科遗办审字〔2022〕CJ2237号 | 六项呼吸道病毒核酸检测试剂盒（荧光PCR法） | 武汉明德生物科技股份有限公司 | 2022年10月 |
| 32 | 国科遗办审字〔2022〕CJ2238号 | 亚洲糖尿病转归预防试验 | 北京大学人民医院 | 2022年10月 |
| 33 | 国科遗办审字〔2022〕CJ2239号 | 基因联合影像、临床对肥厚型心肌病精准诊断和危险分层的转化研究 | 中国人民解放军空军军医大学第一附属医院 | 2022年10月 |
| 34 | 国科遗办审字〔2022〕CJ2240号 | 中国精准肝切除决策树的安全性和有效性的前瞻性、多中心临床研究 | 北京清华长庚医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4745

| 35 | 国科遗办审字〔2022〕CJ2241号 | HOX基因遗传变异与先天性马蹄足内翻足遗传易感性的相关性及机制的多中心研究 | 广州市妇女儿童医疗中心 | 2022年10月 |
|---|---|---|---|---|
| 36 | 国科遗办审字〔2022〕CJ2242号 | B族链球菌核酸检测试剂盒（荧光PCR法）临床试验 | 首都医科大学附属北京天坛医院 | 2022年10月 |
| 37 | 国科遗办审字〔2022〕CJ2243号 | 基于无创产前检查的全基因组数据发现影响孕妇产后出血量和孕期血糖代谢能力的遗传因素 | 西安交通大学第一附属医院 | 2022年10月 |
| 38 | 国科遗办审字〔2022〕CJ2244号 | 一项在健康受试者中评价NH600001乳状注射液单次静脉给药的安全性、耐受性和药代动力学的随机、双盲、安慰剂对照、阳性对照、剂量爬坡的I期临床研究 | 中南大学湘雅三医院 | 2022年10月 |
| 39 | 国科遗办审字〔2022〕CJ2245号 | 上海痴呆高危队列研究 | 上海交通大学医学院附属瑞金医院 | 2022年10月 |
| 40 | 国科遗办审字〔2022〕CJ2246号 | 球囊导引导管辅助机械取栓治疗急性大血管闭塞性缺血性卒中的随机对照研究 | 上海长海医院 | 2022年10月 |
| 41 | 国科遗办审字〔2022〕CJ2247号 | 便隐血检测试剂（胶体金法）临床准确性及精密度研究 | 浙江省人民医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4746

| 42 | 国科遗办审字〔2022〕CJ2248号 | 评价23价肺炎球菌多糖疫苗在2岁及以上健康人群中接种的免疫原性和安全性的随机、盲法、同类疫苗对照的III期临床试验 | 四川省疾病预防控制中心 | 2022年10月 |
|---|---|---|---|---|
| 43 | 国科遗办审字〔2022〕CJ2249号 | 一项在既往未经治疗且FGFR2b过表达的晚期胃或胃食管连接部癌受试者中比较bemarituzumab联合mFOLFOX6与安慰剂联合mFOLFOX6的随机、多中心、双盲、安慰剂对照、3期桥接研究 | 上海市东方医院 | 2022年10月 |
| 44 | 国科遗办审字〔2022〕CJ2250号 | 游离蛋白S检测试剂盒（胶乳免疫比浊法）临床试验 | 中国医学科学院血液病医院 | 2022年10月 |
| 45 | 国科遗办审字〔2022〕CJ2251号 | 围产期脲原体感染与妊娠不良结局及早产并发症前瞻性多中心临床队列研究 | 浙江大学医学院附属儿童医院 | 2022年10月 |
| 46 | 国科遗办审字〔2022〕CJ2252号 | 一项在携带可干预的体细胞突变（经血液检出）的晚期或转移性非小细胞肺癌（NSCLC）患者中评估多种靶向治疗的疗效和安全性的II/III期多中心研究（BFAST：血液首检筛查试验） | 吉林省肿瘤医院 | 2022年10月 |
| 47 | 国科遗办审字〔2022〕CJ2253号 | 构建以主动健康为核心的健康管理综合服务模式及其应用示范 | 桂林医学院 | 2022年10月 |
| 48 | 国科遗办审字〔2022〕CJ2254号 | 注射用替奈普酶（TNK-tPA）治疗超急性期（发病<4.5h）缺血性卒中的多中心、随机、开放性、终点盲法、阳性药物平行对照、非劣效III期临床试验（3T Stroke-III） | 首都医科大学附属北京天坛医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引

咨询联系


收起

WuXi AR 4747

| 49 | 国科遗办审字〔2022〕CJ2255号 | 结核分枝杆菌复合群核酸（DNA）检测试剂盒（卡式荧光PCR法） | 苏州市第五人民医院 | 2022年10月 |
|---|---|---|---|---|
| 50 | 国科遗办审字〔2022〕CJ2256号 | 人ApoE基因多态性核酸检测试剂盒（PCR-荧光探针法） | 圣湘生物科技股份有限公司 | 2022年10月 |
| 51 | 国科遗办审字〔2022〕CJ2257号 | 人CYP2C9基因和VKORC1基因多态性检测试剂盒（PCR-荧光探针法） | 圣湘生物科技股份有限公司 | 2022年10月 |
| 52 | 国科遗办审字〔2022〕CJ2258号 | 人ALDH2基因多态性核酸检测试剂盒（PCR-荧光探针法） | 圣湘生物科技股份有限公司 | 2022年10月 |
| 53 | 国科遗办审字〔2022〕CJ2259号 | 遗传性耳聋基因检测试剂盒（PCR-飞行时间质谱法） | 中南大学湘雅医院 | 2022年10月 |
| 54 | 国科遗办审字〔2022〕CJ2260号 | 一项在原发性高胆固醇血症和混合型高脂血症患者中评价AK102的疗效和安全性的随机、双盲、安慰剂对照III期临床研究 | 北京大学第一医院 | 2022年10月 |
| 55 | 国科遗办审字〔2022〕CJ2261号 | 重要免疫性皮肤病相关影响因素与风险模型：病例对照与队列研究 | 中国医学科学院皮肤病医院（中国医学科学院皮肤病研究所） | 2022年10月 |


用户登录


信息查询


移动端


用户指引

咨询联系


收起

WuXi AR 4748

| 56 | 国科遗办审字〔2022〕CJ2262号 | 评价焦谷氨酸荣格列净胶囊在2型糖尿病患者中疗效和安全性的随机、双盲、平行、安慰剂对照、多中心的IIIa期临床研究 | 中日友好医院(中日友好临床医学研究所) | 2022年10月 |
|---|---|---|---|---|
| 57 | 国科遗办审字〔2022〕CJ2263号 | 呼吸道病原体核酸检测试剂盒（PCR-荧光探针法） | 深圳大学总医院 | 2022年10月 |
| 58 | 国科遗办审字〔2022〕CJ2264号 | 一项评价LM-102注射液单药或联合治疗在CLDN18.2阳性的晚期实体瘤患者中的安全性、耐受性、药代动力学、免疫原性和抗肿瘤活性的开放、多中心的I/II期临床研究 | 复旦大学附属中山医院 | 2022年10月 |
| 59 | 国科遗办审字〔2022〕CJ2265号 | 肝癌早筛多组学筛查技术开发 | 复旦大学附属中山医院 | 2022年10月 |
| 60 | 国科遗办审字〔2022〕CJ2266号 | 脑胶质瘤分子病理研究 | 复旦大学附属华山医院 | 2022年10月 |
| 61 | 国科遗办审字〔2022〕CJ2267号 | 评估pexidartinib在腱鞘巨细胞瘤成年受试者中疗效和安全性的多中心、单臂研究 | 北京积水潭医院 | 2022年10月 |
| 62 | 国科遗办审字〔2022〕CJ2268号 | 多中心、随机、双盲、双模拟、平行分组、活性对照的III期临床研究，与兰索拉唑对比评价LXI-15028治疗十二指肠溃疡中国患者6周的疗效和安全性 | 首都医科大学附属北京友谊医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4749

| 63 | 国科遗办审字〔2022〕CJ2269号 | 一项区域性、多中心、随机、双盲、安慰剂对照、平行组、III期研究，旨在评价Tezepelumab在重度哮喘控制不佳的成年受试者中的有效性和安全性（DIRECTION） | 广州医科大学附属第一医院 | 2022年10月 |
|---|---|---|---|---|
| 64 | 国科遗办审字〔2022〕CJ2270号 | 比较A140和爱必妥®分别联合mFOLFOX6方案一线治疗RAS野生型转移性结直肠癌患者的有效性及安全性的III期临床研究 | 中国人民解放军总医院 | 2022年10月 |
| 65 | 国科遗办审字〔2022〕CJ2271号 | 乙型肝炎病毒基因分型和耐药突变检测试剂盒（PCR-荧光探针法） | 甘肃省武威肿瘤医院（武威医学科学研究院） | 2022年10月 |
| 66 | 国科遗办审字〔2022〕CJ2272号 | 一项多中心、开放，评估重组人凝血因子VIII（SCT800）在既往接受过凝血因子VIII治疗的重型甲型血友病患者中出血事件的预防和按需治疗的长期安全性和有效性扩展研究 | 中国医学科学院血液病医院 | 2022年10月 |
| 67 | 国科遗办审字〔2022〕CJ2273号 | S086片治疗轻、中度原发性高血压的有效性和安全性的随机、双盲、阳性药平行对照、多中心III期临床研究 | 上海交通大学医学院附属瑞金医院 | 2022年10月 |
| 68 | 国科遗办审字〔2022〕CJ2274号 | 一项多中心、随机、双盲、安慰剂平行对照临床3期研究评价Lemborexant治疗中国失眠障碍受试者的疗效和安全性 | 北京大学精神卫生研究所（北京大学第六医院） | 2022年10月 |
| 69 | 国科遗办审字〔2022〕CJ2275号 | 一项随机、双盲、双模拟、多中心、活性药物对照比较奈必洛尔与比索洛尔在中国轻度至中度原发性高血压患者中的疗效与安全性的III期研究 | 上海交通大学医学院附属瑞金医院 | 2022年10月 |



用户登录



信息查询



移动端



用户指引

咨询联系



收起

WuXi AR 4750

| 70 | 国科遗办审字〔2022〕CJ2276号 | 益肾通络方干预糖尿病肾脏疾病3期循证评价及疗效机制合作研究 | 河南中医药大学第一附属医院 | 2022年10月 |
|---|---|---|---|---|
| 71 | 国科遗办审字〔2022〕CJ2277号 | 一项在中国成人志愿者中比较TNM002注射液与破伤风人免疫球蛋白或安慰剂单次肌肉注射后抗破伤风毒素中和抗体滴度水平和安全性的多中心、随机、双盲、平行对照、剂量探索II期临床研究 | 山东北大医疗鲁中医院有限公司 | 2022年10月 |
| 72 | 国科遗办审字〔2022〕CJ2278号 | 一项评价含替戈拉生对比含艾司奥美拉唑的铋剂四联疗法根除幽门螺杆菌的疗效和安全性的多中心、随机、双盲双模拟的III期临床研究 | 北京大学第三医院 | 2022年10月 |
| 73 | 国科遗办审字〔2022〕CJ2279号 | 一项Tislelizumab（BGB-A317）（抗PD-1抗体）联合铂类与培美曲塞对比铂类与培美曲塞作为IIIB或IV期非鳞状非小细胞肺癌一线治疗的有效性和安全性的3期、开放、多中心、随机研究 | 上海市胸科医院 | 2022年10月 |

## 二、中国人类遗传资源保藏审批

| 序号 | 审批号 | 项目名称 | 申请单位 | 批准时间 |
|---|---|---|---|---|
| 1 | 国科遗办审字〔2022〕BC0098号 | 临汾市中心医院（临汾市第四人民医院）保藏/生物样本库 | 临汾市中心医院（临汾市第四人民医院） | 2022年10月 |
| 2 | 国科遗办审字〔2022〕BC0099号 | 中山大学附属第五医院生物样本库 | 中山大学附属第五医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引

咨询联系


收起

WuXi AR 4751

| | | | | |
|---|---|---|---|---|
| 3 | 国科遗办审字〔2022〕BC0100号 | 复旦大学附属儿科医院保藏生物样本库 | 复旦大学附属儿科医院 | 2022年10月 |
| 4 | 国科遗办审字〔2022〕BC0101号 | 合肥中科普瑞昇生物医药科技有限公司生物样本库 | 合肥中科普瑞昇生物医药科技有限公司 | 2022年10月 |
| 5 | 国科遗办审字〔2022〕BC0102号 | 湖南源品细胞生物科技有限公司细胞保藏库 | 湖南源品细胞生物科技有限公司 | 2022年10月 |
| 6 | 国科遗办审字〔2022〕BC0103号 | 福建省妇幼保健院生物样本库 | 福建省妇幼保健院 | 2022年10月 |
| 7 | 国科遗办审字〔2022〕BC0104号 | 上海交通大学医学院附属新华医院生物样本与数据资源库 | 上海交通大学医学院附属新华医院 | 2022年10月 |
| 8 | 国科遗办审字〔2022〕BC0105号 | 泰达国际心血管病医院生物样本库 | 泰达国际心血管病医院 | 2022年10月 |
| 9 | 国科遗办审字〔2022〕BC0106号 | 济南市中心医院生物样本库建设 | 济南市中心医院 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4752

| 10 | 国科遗办审字〔2022〕BC0107号 | 湖南省人民医院(湖南师范大学附属第一医院）生物样本库 | 湖南省人民医院(湖南师范大学附属第一医院） | 2022年10月 |
|---|---|---|---|---|
| 11 | 国科遗办审字〔2022〕BC0108号 | 成都市第五人民医院（成都市老年病医院）（成都中医药大学附属第五人民医院）-生物样本库 | 成都市第五人民医院（成都市老年病医院）（成都中医药大学附属第五人民医院） | 2022年10月 |
| 12 | 国科遗办审字〔2022〕BC0109号 | 暨南大学附属第一医院（广州华侨医院）生物样本库建设 | 暨南大学附属第一医院（广州华侨医院） | 2022年10月 |
| 13 | 国科遗办审字〔2022〕BC0110号 | 北京大学第一医院生物样本库 | 北京大学第一医院 | 2022年10月 |
| 14 | 国科遗办审字〔2022〕BC0111号 | 北京大学首钢医院生物样本库 | 北京大学首钢医院 | 2022年10月 |
| 15 | 国科遗办审字〔2022〕BC0112号 | 海南省妇女儿童医学中心生物样本库人类遗传资源保藏 | 海南省妇女儿童医学中心 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

︿
收起

WuXi AR 4753

| 16 | 国科遗办审字〔2022〕BC0113号 | 深圳市人民医院生物样本库 | | | 深圳市人民医院 | 2022年10月 |
| 17 | 国科遗办审字〔2022〕BC0114号 | 中国疾病预防控制中心营养与健康所生物样本库 | | | 中国疾病预防控制中心营养与健康所 | 2022年10月 |

## 三、中国人类遗传资源国际合作科学研究审批

| 序号 | 审批号 | 项目名称 | 医疗机构(组长单位) | 申办方 | 合同研究组织 | 第三方实验室 | 批准时间 |
|---|---|---|---|---|---|---|---|
| 1 | 国科遗办审字〔2022〕GH4930号 | 枸橼酸西地那非口崩片（50mg）在中国健康男性受试者中随机、开放、单次给药、两制剂、两周期、双交叉空腹生物等效性试验 | 中国科学院大学宁波华美医院（宁波市第二医院） | 上海普康药业有限公司 | 杭州颐源医药技术有限公司 | 苏州国辰生物科技股份有限公司 | 2022年10月 |
| 2 | 国科遗办审字〔2022〕GH4931号 | 一项评估奥希替尼辅助治疗携带罕见表皮生长因子受体突变（EGFRm）非小细胞肺癌（NSCLC）疗效和安全性的开放标签、前瞻性、多中心、单臂研究 | 四川大学华西医院 | 阿斯利康投资（中国）有限公司、AstraZeneca AB | 北京科林利康医学研究有限公司 | 上海序祯达生物科技有限公司、因美纳（中国）科学器材有限公司 | 2022年10月 |

WuXi AR 4754

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 国科遗办审字〔2022〕GH4932号 | 烹调油全替代干预心血管疾病风险人群的随机对照试验 | 武汉科技大学 | 北京中营惠营养健康研究院有限公司、佳格食品（中国）有限公司 | | | 2022年10月 |
| 4 | 国科遗办审字〔2022〕GH4933号 | SurVaxM联合替莫唑胺辅助治疗初诊的胶质母细胞瘤的前瞻性随机安慰剂对照试验（SURVIVE） | 首都医科大学附属北京天坛医院 | 上海复星医药产业发展有限公司、MimiVax,LLC | 北京复星医药科技开发有限公司 | 北京吉因加医学检验实验室有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 5 | 国科遗办审字〔2022〕GH4934号 | 中国工作场所癌症预防综合干预项目（WECAN） | 中国疾病预防控制中心慢性非传染性疾病预防控制中心 | The George Institute for Global Health、乔治全球健康研究院（澳大利亚）北京代表处、Queen Mary University of London | | | 2022年10月 |
| 6 | 国科遗办审字〔2022〕GH4935号 | 在中国超重或肥胖受试者中Cagrilintide s.c.2.4mg联合Semaglutide s.c.2.4mg（CagriSema s.c.2.4mg/2.4mg）每周一次给药的有效性和安全性 | 中国人民解放军总医院 | 诺和诺德（中国）制药有限公司、Novo Nordisk A/S | | 徕博科医药研发（上海）有限公司、上海药明康德新药开发有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引

咨询联系



收起

WuXi AR 4755

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | 国科遗办审字〔2022〕GH4936号 | 探索ctDNA监测用于I-II期不可手术NSCLC在SBRT后的疗效及预后预测的可行性研究 | 山东第一医科大学附属肿瘤医院（山东省肿瘤防治研究院、山东省肿瘤医院） | | 广州燃石医学检验所有限公司 | 2022年10月 |
| 8 | 国科遗办审字〔2022〕GH4937号 | 评价重组人源化抗HER2单抗-AS269偶联物（ARX788）联合特瑞普利单抗在HER2表达或突变晚期实体瘤患者中有效性及安全性的I期临床研究 | 浙江省肿瘤医院 | 浙江新码生物医药有限公司 | 北京海金格医药科技股份有限公司 | 军科正源（北京）药物研究有限责任公司、上海药明康德新药开发有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 9 | 国科遗办审字〔2022〕GH4938号 | 评价BB-1701在HER2表达局部晚期或转移性尿路上皮癌患者中有效性和安全性的I/II期临床研究 | 北京肿瘤医院 | 百力司康生物医药（杭州）有限公司 | | 徕博科医药研发（上海）有限公司 | 2022年10月 |
| 10 | 国科遗办审字〔2022〕GH4939号 | 重组人促红素-HyFc融合蛋白注射液在中国健康受试者中的耐受性、药代动力学和药效动力学的Ia期临床研究 | 南方医科大学南方医院 | 上海凯茂生物医药有限公司 | 博济医药科技股份有限公司 | 上海药明康德新药开发有限公司 | 2022年10月 |

用户登录

信息查询

移动端

用户指引

咨询联系

收起

WuXi AR 4756

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 国科遗办审字〔2022〕GH4940号 | 一项评价注射用BAT8010在局部晚期或转移性实体瘤患者的安全性、耐受性、药代动力学特征和初步临床有效性的多中心、开放的I期临床研究 | 中山大学肿瘤防治中心 | 百奥泰生物制药股份有限公司 | 圣方（上海）医药研发有限公司 | 军科正源（北京）药物研究有限责任公司 | 2022年10月 |
| 12 | 国科遗办审字〔2022〕GH4941号 | SurVaxM联合替莫唑胺辅助治疗初诊的胶质母细胞瘤的前瞻性随机安慰剂对照试验（SURVIVE） | 首都医科大学附属北京天坛医院 | 上海复星医药产业发展有限公司、MimiVax,LLC | 北京复星医药科技开发有限公司 | Imaging Endpoints II,LLC | 2022年10月 |
| 13 | 国科遗办审字〔2022〕GH4942号 | 评价眼科手术用硅油Oxane 5700用于严重视网膜脱离的回顾性、多中心、上市后观察性研究 | 复旦大学附属眼耳鼻喉科医院 | 博士伦（上海）贸易有限公司、Bausch & Lomb, Inc. | 杭州泰格医药科技股份有限公司 | | 2022年10月 |
| 14 | 国科遗办审字〔2022〕GH4943号 | 乙酰半胱氨酸颗粒随机、开放、单次给药、两制剂、两周期、双交叉空腹/餐后生物等效性临床试验 | 河北大学附属医院 | 湘北威尔曼制药股份有限公司 | 北京华氏康源医药科技有限公司 | 武汉宏韧生物医药股份有限公司 | 2022年10月 |
| 15 | 国科遗办审字〔2022〕GH4944号 | 不同基弧区直径设计角膜塑形镜1年近视控制效果及影响因素研究 | 温州医科大学附属眼视光医院 | 欧几里德贸易（上海）有限公司 | | | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4757

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | 国科遗办审字〔2022〕GH4945号 | 评价中国健康成年男性受试者单次皮下注射注射用醋酸丙氨瑞林微球的安全性、耐受性、药代动力学和药效学特征的单中心、随机、双盲、安慰剂对照的I期临床试验 | 中国医学科学院北京协和医院 | 上海丽珠制药有限公司 | 北京科林利康医学研究有限公司 | 江苏万略医药科技有限公司 | 2022年10月 |
| 17 | 国科遗办审字〔2022〕GH4946号 | 健康志愿者空白基质采集 | 淄博岜山万杰医院 | 上海复宏汉霖生物医药有限公司 | 力擎医药科技（上海）有限公司 | | 2022年10月 |
| 18 | 国科遗办审字〔2022〕GH4947号 | 中国儿童银屑病患者临床特征与治疗模式的现况和趋势研究：一项多中心回顾性观察性研究 | 首都医科大学附属北京儿童医院 | 礼来苏州制药有限公司 | 天津新开心生活科技有限公司 | | 2022年10月 |
| 19 | 国科遗办审字〔2022〕GH4948号 | 一项在中国狼疮肾炎患者中评价efgartigimod有效性和安全性的多中心、随机、双盲、安慰剂对照的概念验证研究 | 广东省人民医院 | 再鼎医药（上海）有限公司、argenx BV | | 广州金域医学检验中心有限公司、徕博科医药研发（上海）有限公司、百时益医药研究（苏州）有限公司 | 2022年10月 |
| 20 | 国科遗办审字〔2022〕GH4949号 | 肿瘤组织样本收集用于病理分析方法学验证项目临床研究 | 聊城市人民医院 | 上海药明康德新药开发有限公司 | 山东泽尼特医疗科技有限公司 | | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系



收起

WuXi AR 4758

| 21 | 国科遗办审字〔2022〕GH4950号 | 氯苯唑酸葡胺软胶囊人体生物等效性试验 | 南京市第二医院 | 南京正大天晴制药有限公司 | | 南京科利泰医药科技有限公司 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 22 | 国科遗办审字〔2022〕GH4951号 | 基于多维度分子特征的鼻咽癌发生机制研究及精准筛查技术体系构建研究 | 中山大学肿瘤防治中心 | | 杭州诺辉健康科技有限公司 | 艾吉泰康（嘉兴）生物科技有限公司 | 2022年10月 |
| 23 | 国科遗办审字〔2022〕GH4952号 | 安罗替尼联合吉西他滨、顺铂或安罗替尼联合派安普利单抗术前诱导治疗局部晚期尿路上皮癌的前瞻性II期临床研究 | 复旦大学附属肿瘤医院 | 正大天晴药业集团股份有限公司 | | | 2022年10月 |
| 24 | 国科遗办审字〔2022〕GH4953号 | 评估KJ103在中国健康受试者中的安全性、耐受性、药代动力学特征、药效学特征和免疫原性的随机、双盲、安慰剂对照、单次给药、剂量递增的I期研究 | 苏州市立医院 | 上海宝济药业有限公司 | 北京科林利康医学研究有限公司 | 昭衍（北京）检测技术有限公司 | 2022年10月 |
| 25 | 国科遗办审字〔2022〕GH4954号 | 一项在非药物治疗的肢端肥大症患者中评估Paltusotine治疗安全性和有效性的随机、对照、多中心研究 | 中国医学科学院北京协和医院 | CRINETICS PHARMACEUTICALS,INC. | 上海康德弘翼医学临床研究有限公司 | 广州金域医学检验中心有限公司、迈得派斯（上海）医药科技有限公司、上海药明康德新药开发有限公司、eResearchTechnology, Inc. | 2022年10月 |

WuXi AR 4759

| 26 | 国科遗办审字〔2022〕GH4955号 | 一项在非药物治疗的肢端肥大症患者中评估Paltusotine治疗安全性和有效性的随机、对照、多中心研究 | 中国医学科学院北京协和医院 | CRINETICS PHARMACEUTICALS,INC. | 上海康德弘翼医学临床研究有限公司 | 上海药明康德新药开发有限公司 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 27 | 国科遗办审字〔2022〕GH4956号 | 评价健康受试者皮下注射CJC-1134-PC注射液分别与二甲双胍、阿托伐他汀、华法林药物-药物相互作用的临床研究 | 山东北大医疗鲁中医院有限公司 | 常山凯捷健生物药物研发（河北）有限公司 | 北京易启医药科技有限公司 | 上海方达生物技术有限公司 | 2022年10月 |
| 28 | 国科遗办审字〔2022〕GH4957号 | 评价四价流感病毒裂解疫苗商业化规模连续三个批次在9～59岁健康人群中接种后的批间一致性、免疫原性和安全性的随机、双盲临床试验 | 贵州省疾病预防控制中心 | 北京科兴生物制品有限公司 | | 中国食品药品检定研究院 | 2022年10月 |
| 29 | 国科遗办审字〔2022〕GH4958号 | 多组学方法探索与复发转移性结直肠癌二次根治术后预后相关生物标志物 | 浙江大学医学院附属第二医院 | | | 广州燃石医学检验所有限公司 | 2022年10月 |
| 30 | 国科遗办审字〔2022〕GH4959号 | 前列腺癌患者单次皮下给予注射用醋酸亮丙瑞林微球的随机、开放、平行设计的生物等效性试验 | 四川大学华西医院 | 上海丽珠制药有限公司 | 上海韧致医学研究有限公司 | 成都凡微析医药科技有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | 国科遗办审字〔2022〕GH4960号 | 评估注射用DXC004A在晚期实体瘤患者中的安全性、耐受性、药代动力学特征以及初步疗效的开放、国际多中心、首次人体、剂量递增和扩大入组的I期临床研究 | 中山大学肿瘤防治中心 | 杭州多禧生物科技有限公司 | | 军科正源（北京）药物研究有限责任公司、北京泛生子基因科技有限公司 | 2022年10月 |
| 32 | 国科遗办审字〔2022〕GH4961号 | SEL1L-ERAD在多发性骨髓瘤细胞抗原呈递及免疫逃逸中的机制研究 | 北京大学第一医院 | | University of Michigan | | 2022年10月 |
| 33 | 国科遗办审字〔2022〕GH4962号 | 在健康志愿者中采集空白血液应用于分析方法学研究 | 太仓市第一人民医院 | 昭衍（北京）检测技术有限公司 | | | 2022年10月 |
| 34 | 国科遗办审字〔2022〕GH4963号 | 采集中国健康志愿者空白血作为药物临床试验研究中生物样本分析方法开发、验证及检测的空白生物基质 | 淄博岜山万杰医院 | 阿斯利康全球研发（中国）有限公司、阿斯利康投资（中国）有限公司 | 康诚泰（北京）医药科技有限公司 | | 2022年10月 |
| 35 | 国科遗办审字〔2022〕GH4964号 | 基于胰腺癌和胃癌对苹果酸酶的依赖性探究该酶作为临床治疗靶点的可行性研究 | 北京大学第三医院 | University of Michigan | | | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

收起

WuXi AR 4761

| 36 | 国科遗办审字〔2022〕GH4965号 | 流式试剂开发研究 | 浙江省人民医院 | 安捷伦生物（杭州）有限公司 | | | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 37 | 国科遗办审字〔2022〕GH4966号 | Elecsys®Anti-HEV IgM 和 Elecsys® Anti-HEV IgG性能评价 | 上海交通大学医学院附属瑞金医院 | Roche Diagnostics GmbH | | | 2022年10月 |
| 38 | 国科遗办审字〔2022〕GH4967号 | 亚洲糖尿病转归预防试验 | 北京大学人民医院 | NATIONAL HEART CENTRE OF SINGAPORE PTE LTD、Roche Diagnostics International Ltd | George Clinical Pty Ltd、乔治(北京)临床医学研究有限公司 | 迈得派斯（上海）医药科技有限公司 | 2022年10月 |
| 39 | 国科遗办审字〔2022〕GH4968号 | 一项在中国健康志愿者中评价paltusotine的药代动力学和安全性的双盲、随机、安慰剂对照、单次给药随后多次给药的研究 | 成都市第五人民医院 | CRINETICS PHARMACEUTICALS,INC. | 上海康德弘翼医学临床研究有限公司 | 上海药明康德新药开发有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系

∨

收起

WuXi AR 4762

| 40 | 国科遗办审字〔2022〕GH4969号 | 比较帕博利珠单抗（MK-3475）联合化疗（XP或FP）和安慰剂联合化疗（XP或FP）作为新辅助/辅助治疗用于胃和胃食管结合部（GEJ）腺癌受试者的III期、随机、双盲临床试验（KEYNOTE-585） | 北京肿瘤医院 | 默沙东研发（中国）有限公司、Merck Sharp & Dohme LLC | | 昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |
| 41 | 国科遗办审字〔2022〕GH4970号 | 评价JAB-21822用于KRAS p.G12C突变的晚期实体瘤的安全性、耐受性、药代动力学和抗肿瘤活性的多中心，开放，剂量递增及扩展的I/II期临床研究（探索性研究） | 北京肿瘤医院 | 北京加科思新药研发有限公司 | 北京凯普顿医药科技开发有限公司 | 上海厦维医学检验实验室有限公司 | 2022年10月 |
| 42 | 国科遗办审字〔2022〕GH4971号 | 一项对比MK-7684A联合化疗与帕博利珠单抗联合化疗一线治疗转移性非小细胞肺癌受试者的随机、双盲、III期研究 | 上海市肺科医院 | Merck Sharp & Dohme LLC、默沙东研发（中国）有限公司 | | 上海序祯达生物科技有限公司 | 2022年10月 |
| 43 | 国科遗办审字〔2022〕GH4972号 | 卡瑞丽珠单抗联合阿帕替尼及化疗新辅助治疗三阴性乳腺癌的生物标记物研究 | 四川大学华西医院 | 厦门艾德生物医药科技股份有限公司 | | 上海厦维医学检验实验室有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4763

| 44 | 国科遗办审字〔2022〕GH4973号 | VICTORION REAL：一项国际前瞻性真实世界研究，旨在评估Inclisiran联合标准降脂疗法与单独标准疗法相比在原发性高胆固醇血症或混合性血脂异常患者中的有效性和依从性 | 香港大学深圳医院 | Novartis Pharma AG、诺华（中国）生物医学研究有限公司 | 精鼎医药研究开发(上海)有限公司 | | 2022年10月 |
| 45 | 国科遗办审字〔2022〕GH4974号 | 托拉塞米片人体生物等效性研究 | 长沙市第一医院（长沙市传染病医院、长沙市公共卫生救治中心） | 苏中药业集团股份有限公司 | 长沙晶易医药科技股份有限公司 | 武汉宏韧生物医药股份有限公司 | 2022年10月 |
| 46 | 国科遗办审字〔2022〕GH4975号 | 一项在疼痛性膝骨关节炎受试者中评价XG005的安全性和疗效的IIb期、随机、双盲、安慰剂对照和平行组研究 | 北京大学人民医院 | 昌郁医药（上海）有限公司 | 昆拓信诚医药研发(北京)有限公司 | 上海药明康德新药开发有限公司 | 2022年10月 |
| 47 | 国科遗办审字〔2022〕GH4976号 | 在健康志愿者中采集空白血液应用于分析方法学研究 | 太仓市第一人民医院 | 昭衍（苏州）新药研究中心有限公司 | | | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4764

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 国科遗办审字〔2022〕GH4977号 | 一项评价MK-1026用于血液系统恶性肿瘤受试者的有效性和安全性的II期研究 | 中国医学科学院血液病医院 | Merck Sharp & Dohme LLC、默沙东研发（中国）有限公司 | | BIOTEL RESEARCH, LLC、徕博科医药研发（上海）有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |
| 49 | 国科遗办审字〔2022〕GH4978号 | CD19-CAR-DNT细胞对复发/难治性B细胞非霍奇金淋巴瘤治疗的疗效研究 | 浙江大学医学院附属第二医院 | 浙江大学、浙江瑞加美生物科技有限公司 | | | 2022年10月 |
| 50 | 国科遗办审字〔2022〕GH4979号 | 奈玛特韦片/利托那韦片组合包装300mg/100mg随机、开放、两制剂、单剂量、三周期、三交叉健康受试者空腹及餐后状态下生物等效性试验 | 树兰（杭州）医院有限公司 | 石药集团中诺药业（石家庄）有限公司 | | 苏州国辰生物科技股份有限公司 | 2022年10月 |
| 51 | 国科遗办审字〔2022〕GH4980号 | 奈玛特韦片150mg随机、开放、两制剂、单剂量、三周期、三交叉健康受试者空腹及餐后状态下生物等效性试验 | 树兰（杭州）医院有限公司 | 石药集团中诺药业（石家庄）有限公司 | | 苏州国辰生物科技股份有限公司 | 2022年10月 |
| 52 | 国科遗办审字〔2022〕GH4981号 | 阅视智能微生态自动分析仪准确性研究 | 北京大学第一医院 | 北京阅视智能技术有限责任公司 | 北京斯丹姆赛尔技术有限责任公司 | | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系



收起

WuXi AR 4765

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | 国科遗办审字〔2022〕GH4982号 | 便隐血检测试剂（胶体金法）临床准确性及精密度研究 | 浙江省人民医院 | 杭州诺辉健康科技有限公司 | | 2022年10月 |
| 54 | 国科遗办审字〔2022〕GH4983号 | 一项评价MRTX849单药或联合帕博利珠单抗治疗携带有KRAS G12C突变的晚期非小细胞肺癌的II期临床试验 | 上海市胸科医院 | Mirati Therapeutics, Inc.、再鼎医药（上海）有限公司 | | 徕博科医药研发（上海）有限公司、迈杰转化医学研究（苏州）有限公司、Resolution Bioscience Inc. | 2022年10月 |
| 55 | 国科遗办审字〔2022〕GH4984号 | 一项在既往未经治疗且FGFR2b过表达的晚期胃或胃食管连接部癌受试者中比较bemarituzumab联合mFOLFOX6与安慰剂联合mFOLFOX6的随机、多中心、双盲、安慰剂对照、3期桥接研究 | 上海市东方医院 | 再鼎医药（上海）有限公司 | | 上海药明康德新药开发有限公司、昆皓睿诚医药研发（北京）有限公司、百时益医药研究（苏州）有限公司 | 2022年10月 |
| 56 | 国科遗办审字〔2022〕GH4985号 | 一项ZEN003694联合他唑来膦治疗三阴性乳腺癌患者的II期研究 | 中山大学孙逸仙纪念医院 | 恒翼生物医药（上海）股份有限公司、Zenith Epigenetics Ltd. | 杭州泰格医药科技股份有限公司 | 浙江鼎晶医学检验有限公司、上海熙华检测技术服务股份有限公司、上海观合医药科技股份有限公司、Bioclinica, Inc. | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4766

| 57 | 国科遗办审字〔2022〕GH4986号 | 一项在既往接受过系统性治疗的晚期肝细胞癌（HCC）受试者中评估Amivantamab单药治疗的安全性、疗效和药代动力学的开放性II期研究 | 浙江大学医学院附属第一医院 | Janssen Research & Development, LLC、强生（中国）投资有限公司 | | 广州金域医学检验中心有限公司、上海迪安医学检验所有限公司、BIOCLINICA, INC.、徕博科医药研发（上海）有限公司 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 58 | 国科遗办审字〔2022〕GH4987号 | 一项Amivantamab单药治疗和与标准治疗化疗联合治疗晚期或转移性结直肠癌受试者的Ib/II期、开放性研究 | 浙江大学医学院附属第二医院 | Janssen Research & Development, LLC、强生（中国）投资有限公司 | | 慧渡（上海）医疗科技有限公司、BIOCLINICA, INC.、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 59 | 国科遗办审字〔2022〕GH4988号 | 注射用西罗莫司（白蛋白结合型）在晚期恶性血管周围上皮样细胞瘤（PEComa）患者安全性、有效性的Ib/II期临床试验 | 北京积水潭医院 | 石药集团中奇制药技术（石家庄）有限公司 | | 四川省药品检验研究院（四川省医疗器械检测中心）、天津华大医学检验所有限公司 | 2022年10月 |
| 60 | 国科遗办审字〔2022〕GH4989号 | 注射用西罗莫司（白蛋白结合型）在晚期恶性血管周围上皮样细胞瘤（PEComa）患者安全性、有效性的Ib/II期临床试验 | 北京积水潭医院 | 石药集团中奇制药技术（石家庄）有限公司 | | 四川省药品检验研究院（四川省医疗器械检测中心）、天津华大医学检验所有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 61 | 国科遗办审字〔2022〕GH4990号 | 一项基于电子健康档案数据的雅培冠脉介入导丝在冠心病患者中有效性和安全性评价的回顾性真实世界研究 | 天津医科大学总医院 | Abbott Vascular | 北京医鸣技术有限公司 | | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4767

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | 国科遗办审字〔2022〕GH4991号 | 在真实世界中评价雅培冠脉球囊导管在冠心病患者中的有效性和安全性：一项基于电子健康档案数据的回顾性研究 | 天津医科大学总医院 | Abbott Vascular | 北京医鸣技术有限公司 | | 2022年10月 |
| 63 | 国科遗办审字〔2022〕GH4992号 | 帕博利珠单抗联合维迪西妥单抗治疗既往至少二线系统治疗失败的HER2表达的转移性结直肠癌的有效性及安全性的临床研究 | 复旦大学附属中山医院 | 荣昌生物制药（烟台）股份有限公司、默沙东研发（中国）有限公司 | 上海有临医药科技有限公司 | | 2022年10月 |
| 64 | 国科遗办审字〔2022〕GH4993号 | 一项研究MK-4830单药治疗和与帕博利珠单抗联合治疗晚期实体瘤受试者的I期、开放性、多组、多中心研究 | 上海市胸科医院 | 默沙东研发（中国）有限公司、Merck Sharp & Dohme LLC | | 昆皓睿诚医药研发（北京）有限公司、BEACON BIOSCIENCE, INC.、方达医药技术（上海）有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 65 | 国科遗办审字〔2022〕GH4994号 | HERTHENA–Lung02：一项在表皮生长因子受体（EGFR）酪氨酸激酶抑制剂（TKI）治疗失败的转移性或局部晚期表皮生长因子受体突变（EGFRm）非小细胞肺癌（NSCLC）患者中比较Patritumab Deruxtecan与含铂化疗的随机、开放性、3期研究 | 广东省人民医院 | Daiichi Sankyo, Inc、第一三共（中国）投资有限公司 | 赛纽仕医药信息咨询（北京）有限公司 | 昆皓睿诚医药研发（北京）有限公司、徕博科医药研发（上海）有限公司、BioClinica,Inc. | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4768

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | 国科遗办审字〔2022〕GH4995号 | 一项评价HLX208片（BRAF V600E抑制剂）在BRAF V600突变晚期实体瘤中的有效性、安全性和PK的开放、多中心的II期临床研究 | 复旦大学附属肿瘤医院 | 上海复宏汉霖生物技术股份有限公司 | | 杭州太美星程医药科技有限公司、方达医药技术（上海）有限公司、上海厦维医学检验实验室有限公司 | 2022年10月 |
| 67 | 国科遗办审字〔2022〕GH4996号 | 一项评价CM326注射液在治疗中重度特应性皮炎成年患者中的有效性、安全性的随机、双盲、安慰剂对照II期临床研究 | 北京大学人民医院 | 康诺亚生物医药科技（成都）有限公司 | | 上海鼎岳生物技术有限公司 | 2022年10月 |
| 68 | 国科遗办审字〔2022〕GH4997号 | 评估LNF1904在复发/难治B细胞恶性肿瘤患者中的安全性、耐受性、初步有效性及药代动力学/药效学特征的I期临床研究 | 中国医学科学院血液病医院 | 安源医药科技（上海）有限公司 | 博纳西亚（合肥）医药科技有限公司 | 昭衍（北京）检测技术有限公司 | 2022年10月 |
| 69 | 国科遗办审字〔2022〕GH4998号 | 阿司匹林肠溶片随机、开放、两制剂、单剂量、四周期、两序列、交叉健康人体空腹状态下生物等效性试验 | 沧州市人民医院 | 石药集团欧意药业有限公司 | | 北京阳光德美医药科技有限公司 | 2022年10月 |
| 70 | 国科遗办审字〔2022〕GH4999号 | JS203在复发难治B细胞非霍奇金淋巴瘤患者中的I期临床研究 | 北京肿瘤医院 | 上海君实生物医药科技股份有限公司 | | 上海鼎岳生物技术有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系

收起

WuXi AR 4769

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | 国科遗办审字〔2022〕GH5000号 | 一项在携带KRAS G12C突变的既往经治的非小细胞肺癌患者中评价MRTX849对比多西他赛的随机、III期研究 | 上海市胸科医院 | Mirati Therapeutics, Inc.、再鼎医药（上海）有限公司 | | 徕博科医药研发（上海）有限公司、Resolution Bioscience Inc. | 2022年10月 |
| 72 | 国科遗办审字〔2022〕GH5001号 | 一项在携带可干预的体细胞突变（经血液检出）的晚期或转移性非小细胞肺癌（NSCLC）患者中评估多种靶向治疗的疗效和安全性的II/III期多中心研究（BFAST：血液首检筛查试验） | 吉林省肿瘤医院 | 罗氏（中国）投资有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技（上海）有限公司、赛纽仕医药咨询（上海）有限公司 | 南京世和医学检验有限公司、徕博科医药研发（上海）有限公司、Perceptive Informatics LLC | 2022年10月 |
| 73 | 国科遗办审字〔2022〕GH5002号 | 评价单剂量静脉输注BRL-101治疗输血依赖型β-地中海贫血的安全性和有效性的1/2期临床研究 | 广西医科大学第一附属医院 | 上海邦耀生物科技有限公司 | 昆翎企业管理（上海）有限公司 | | 2022年10月 |
| 74 | 国科遗办审字〔2022〕GH5003号 | 评价单剂量静脉输注BRL-101治疗输血依赖型β-地中海贫血的安全性和有效性的1/2期临床研究 | 广西医科大学第一附属医院 | 上海邦耀生物科技有限公司 | 昆翎企业管理（上海）有限公司 | 上海药明康德新药开发有限公司 | 2022年10月 |
| 75 | 国科遗办审字〔2022〕GH5004号 | BRL-101治疗输血依赖型β-地中海贫血的长期随访研究 | 广西医科大学第一附属医院 | 上海邦耀生物科技有限公司 | | 上海药明康德新药开发有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4770

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76 | 国科遗办审字〔2022〕GH5005号 | 接受Zilver®PTX®药物洗脱外周血管支架治疗的中国患者的长期上市后临床随访 | 复旦大学附属中山医院 | Cook Research Incorporated、库克（中国）医疗贸易有限公司 | 昆拓信诚医药研发(北京)有限公司 | | 2022年10月 |
| 77 | 国科遗办审字〔2022〕GH5006号 | 龟鹿二仙口服液治疗少、弱精子症（肾精亏虚型）的有效性和安全性的多中心、随机、双盲、阳性药对照临床试验 | 中国中医科学院西苑医院 | 东阿阿胶股份有限公司 | 北京化药科创医药科技发展有限公司 | | 2022年10月 |
| 78 | 国科遗办审字〔2022〕GH5007号 | 对已完成既往诺华申办的司库奇尤单抗研究，并经研究者判断可从司库奇尤单抗继续治疗中获益的患者进行的一项开放标签、多中心研究 | 中国医学科学院北京协和医院 | 诺华（中国）生物医学研究有限公司、Novartis Pharma Schweiz AG | | | 2022年10月 |
| 79 | 国科遗办审字〔2022〕GH5008号 | 评估PMC176细胞在晚期实体恶性肿瘤患者中的安全性的临床研究 | 武汉大学人民医院 | 苏州恒康生命科学有限公司 | 南京日睿新医药科技有限公司 | 武汉思安医疗技术有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4771

| 80 | 国科遗办审字〔2022〕GH5009号 | 一项在携带KRAS p.G12C突变的晚期实体瘤受试者中评估D3S-001单药治疗的安全性、耐受性、药代动力学、药效学和初步疗效的开放标签、剂量递增和剂量扩展的1期研究 | 上海市胸科医院 | 德昇济医药（无锡）有限公司 | 徕博科医药研发（北京）有限公司 | 上海厦维医学检验实验室有限公司、广州燃石医学检验所有限公司 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 81 | 国科遗办审字〔2022〕GH5010号 | Rh阴性血型二胎流产病例、强制性脊柱炎病例、自身免疫性疾病及肿瘤等防治相关单抗的研发 | 广州中医药大学顺德医院附属勒流医院(佛山市顺德区勒流医院) | 珠海泰诺麦博生物技术有限公司 | | | 2022年10月 |
| 82 | 国科遗办审字〔2022〕GH5011号 | HXYT-001细胞注射液治疗复发/难治B细胞非霍奇金淋巴瘤（B-NHL）的I期临床试验 | 北京肿瘤医院 | 华夏英泰（北京）生物技术有限公司、北京清医泰克医药科技有限公司 | 昆翎企业管理（上海）有限公司 | 上海精翰生物科技有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 83 | 国科遗办审字〔2022〕GH5012号 | 一项在接受奥希替尼和化疗后出现疾病进展的EGFR突变晚期或转移性非小细胞肺癌患者中比较Lazertinib联合Amivantamab皮下给药与Amivantamab静脉内给药或通过贴身给药系统皮下给药的开放性、随机III期研究 | 吉林省肿瘤医院 | Janssen Research & Development, LLC、强生（中国）投资有限公司 | | 徕博科医药研发（上海）有限公司、方达医药技术（上海）有限公司、BIOCLINICA, INC. | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

收起

| 84 | 国科遗办审字〔2022〕GH5013号 | 基于无创血流储备分数的分叉病变介入治疗策略的评估 | 北京大学第一医院 | | 苏州润迈德医疗科技有限公司 | | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 85 | 国科遗办审字〔2022〕GH5014号 | "近视弱视综合治疗仪"控制儿童青少年轻中度近视的有效性和安全性的前瞻性真实世界研究 | 海南省眼科医院 | 光朗（海南）生物科技有限责任公司 | 圣方（上海）医药研发有限公司 | | 2022年10月 |
| 86 | 国科遗办审字〔2022〕GH5015号 | 一项在中国健康受试者中进行的TNM002与吸附破伤风疫苗单独给药和联合给药的随机、开放、平行设计的药代动力学和药效学相互作用研究 | 山东北大医疗鲁中医院有限公司 | 珠海泰诺麦博生物技术有限公司 | 上海谋思医药科技有限公司、杭州泰格医药科技股份有限公司 | 上海精翰生物科技有限公司 | 2022年10月 |
| 87 | 国科遗办审字〔2022〕GH5016号 | 评估受试制剂利培酮口崩片（1mg）与参比制剂 Risperdal® OD Tablets 在健康成年受试者中的生物等效性研究 | 济南市中心医院 | 常州四药制药有限公司 | 济南合泰医药技术有限公司 | 江苏万略医药科技有限公司 | 2022年10月 |
| 88 | 国科遗办审字〔2022〕GH5017号 | 一项在晚期或转移性实体恶性肿瘤受试者中评价AZD8205的安全性、耐受性、药代动力学、药效学和初步抗肿瘤活性的多中心、开放性、I/IIa期研究的主方案 | 北京肿瘤医院 | 阿斯利康全球研发（中国）有限公司、AstraZeneca AB | | 广州燃石医学检验所有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系

收起

WuXi AR 4773

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | 国科遗办审字〔2022〕GH5018号 | 莫达非尼胶囊在空腹及餐后条件下的人体生物等效性试验 | 湖南医药学院第一附属医院 | 湘北威尔曼制药股份有限公司 | 湖南慧泽生物医药科技有限公司 | 湖南泰新医药科技有限公司 | 2022年10月 |
| 90 | 国科遗办审字〔2022〕GH5019号 | TQB3702片在血液肿瘤受试者中耐受性和药物代谢动力学的I期临床试验 | 山东省肿瘤医院 | 正大天晴药业集团股份有限公司 | | 广州金域医学检验中心有限公司 | 2022年10月 |
| 91 | 国科遗办审字〔2022〕GH5020号 | FDA022-BB05在晚期实体瘤受试者中的安全性、耐受性和药代动力学Ia/Ib期临床研究 | 首都医科大学附属北京世纪坛医院 | 上海复旦张江生物医药股份有限公司 | | 南京科利泰医药科技有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 92 | 国科遗办审字〔2022〕GH5021号 | 一项评价GH35片在KRAS突变的晚期实体瘤患者中有效性、安全性、耐受性及药代动力学特征的II期临床研究 | 上海市肺科医院 | 勤浩医药（苏州）有限公司 | 上海有临医药科技有限公司 | 希麦迪（南京）生物科技有限公司、南京世和基因生物技术股份有限公司、国瑞怡康医学检验所（上海）有限公司、上海临影医药科技有限公司 | 2022年10月 |
| 93 | 国科遗办审字〔2022〕GH5022号 | 评价HB0017注射液不同给药方案在中重度斑块型银屑病患者中的有效性和安全性的多中心、随机、双盲、安慰剂对照的II期临床研究 | 北京大学人民医院 | 华博生物医药技术（上海）有限公司、上海华奥泰生物药业股份有限公司 | | 上海熙华检测技术服务股份有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系

∨

收起

WuXi AR 4774

| 94 | 国科遗办审字〔2022〕GH5023号 | 一项在标准一线治疗期间或治疗后疾病进展的携带KRAS G12C突变的晚期结直肠癌患者中评价MRTX849联合西妥昔单抗治疗对比化疗的随机、III期研究 | 北京肿瘤医院 | Mirati Therapeutics, Inc.、再鼎医药（上海）有限公司 | | 徕博科医药研发（上海）有限公司、Resolution Bioscience Inc. | 2022年10月 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 95 | 国科遗办审字〔2022〕GH5024号 | 注射用重组人血清白蛋白与干扰素α-2b融合蛋白在健康成年志愿者中单次给药剂量递增的耐受性、药代动力学、药效学、免疫原性Ia期临床试验 | 首都医科大学附属北京友谊医院 | 山西康宝生物制品股份有限公司 | 北京斯丹姆赛尔技术有限责任公司 | 昭衍（北京）检测技术有限公司 | 2022年10月 |
| 96 | 国科遗办审字〔2022〕GH5025号 | 评价精蛋白人胰岛素注射液起始治疗2型糖尿病患者的有效性及安全性的随机、开放、阳性药平行对照、多中心临床研究 | 武汉大学中南医院 | 吉林惠升生物制药有限公司 | 北京兴德通医药科技股份有限公司 | 军科正源（天津）生物医药科技有限公司 | 2022年10月 |
| 97 | 国科遗办审字〔2022〕GH5026号 | 一项在既往未接受过治疗且不能手术的局部晚期或转移性三阴性乳腺癌患者中比较Atezolizumab（抗PD-L1抗体）联合紫杉醇与安慰剂联合紫杉醇的多中心、随机、双盲、安慰剂对照的III期研究 | 中国医学科学院肿瘤医院 | 上海罗氏制药有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技(上海)有限公司、赛纽仕医药咨询（上海）有限公司 | 昆皓睿诚医药研发（北京）有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |

WuXi AR 4775


用户登录


信息查询


移动端


用户指引


咨询联系


收起

| 98 | 国科遗办审字〔2022〕GH5027号 | 一项在既往未接受过治疗且不能手术的局部晚期或转移性三阴性乳腺癌患者中比较Atezolizumab（抗PD-L1抗体）联合紫杉醇与安慰剂联合紫杉醇的多中心、随机、双盲、安慰剂对照的III期研究 | 中国医学科学院肿瘤医院 | 上海罗氏制药有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技（上海）有限公司、赛纽仕医药咨询（上海）有限公司 | 昆皓睿诚医药研发（北京）有限公司、Bioclinica, Inc.、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 99 | 国科遗办审字〔2022〕GH5028号 | SKB264联合治疗晚期或转移性非小细胞肺癌患者的II期临床研究 | 中山大学肿瘤防治中心 | 四川科伦博泰生物医药股份有限公司 | | 上海方达生物技术有限公司、军科正源（北京）药物研究有限责任公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 100 | 国科遗办审字〔2022〕GH5029号 | 一项随机、多中心、双盲、安慰剂对照III期研究，评估一线卡铂和紫杉醇联合Durvalumab，随后在维持期使用Durvalumab联合或不联合奥拉帕利治疗新诊断为晚期或复发性子宫内膜癌患者的有效性（DUO-E） | 复旦大学附属肿瘤医院 | AstraZeneca AB、阿斯利康投资（中国）有限公司 | 徕博科医药研发（北京）有限公司 | Perceptive Informatics LLC、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 101 | 国科遗办审字〔2022〕GH5030号 | 评价TQC2731注射液在健康成人受试者及重症哮喘患者中随机、双盲、安慰剂对照的I期临床试验 | 郑州大学第一附属医院 | 正大天晴药业集团南京顺欣制药有限公司 | | 正大天晴药业集团股份有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4776

| 102 | 国科遗办审字〔2022〕GH5031号 | 一项在中国HER2阳性早期乳腺癌患者中评估帕妥珠单抗和曲妥珠单抗固定剂量复方制剂皮下给药联合化疗的药代动力学、有效性和安全性的III期、随机、多中心、开放性、双组研究 | 复旦大学附属肿瘤医院 | 罗氏（中国）投资有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技（上海）有限公司、赛纽仕医药咨询（上海）有限公司 | QPS,LLC、昆皓睿诚医药研发（北京）有限公司、ICON Labaoratory Services,Inc、MicroConstants, Inc、PPD Development, L.P. | 2022年10月 |
| 103 | 国科遗办审字〔2022〕GH5032号 | 评估重组人源化抗HER2双特异性抗体KN026单药或联合治疗HER2低表达或HER2阳性复发/转移性乳腺癌有效性和安全性的II期临床研究 | 哈尔滨医科大学附属肿瘤医院 | 江苏康宁杰瑞生物制药有限公司 | | 宁波熙宁检测技术有限公司、迈杰转化医学研究（苏州）有限公司、至本医疗科技（上海）有限公司 | 2022年10月 |
| 104 | 国科遗办审字〔2022〕GH5033号 | 一项评价NIRSEVIMAB在中国健康成人中的药代动力学、安全性和耐受性的I期、随机、双盲、安慰剂对照研究 | 复旦大学附属华山医院 | 阿斯利康投资（中国）有限公司、AstraZeneca AB | 艾昆纬医药科技（上海）有限公司 | 徕博科医药研发（上海）有限公司 | 2022年10月 |
| 105 | 国科遗办审字〔2022〕GH5034号 | EPIK-B2：在有PIK3CA突变的HER2阳性晚期乳腺癌患者中评估alpelisib（BYL719）联合应用曲妥珠单抗和帕妥珠单抗作为维持治疗的有效性和安全性的两部分、多中心、随机（1:1）、双盲、安慰剂对照的III期研究 | 复旦大学附属肿瘤医院 | 诺华（中国）生物医学研究有限公司、Novartis Pharma AG | | 昆皓睿诚医药研发（北京）有限公司、上海药明康德新药开发有限公司、BIOCLINICA, INC. | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4777

| 106 | 国科遗办审字〔2022〕GH5035号 | ZG19018在携带KRAS G12C突变的晚期实体瘤患者中的耐受性、安全性、有效性和药代动力学剂量递增及扩展的I/II期临床研究 | 中国人民解放军总医院 | 苏州泽璟生物制药股份有限公司 | | 迈杰转化医学研究（苏州）有限公司、昭衍（苏州）新药研究中心有限公司 | 2022年10月 |
| 107 | 国科遗办审字〔2022〕GH5036号 | BOTOX®（onabotulinumtoxinA, A型肉毒毒素）治疗咬肌肥大/突出：一项3期、多中心、随机、双盲、安慰剂对照研究 | 华中科技大学同济医学院附属协和医院 | 艾尔建信息咨询（上海）有限公司、AbbVie Limited | | Canfield Scientific, Inc. | 2022年10月 |
| 108 | 国科遗办审字〔2022〕GH5037号 | 一项在原发性高胆固醇血症和混合型高脂血症患者中评价AK102的疗效和安全性的随机、双盲、安慰剂对照III期临床研究 | 北京大学第一医院 | 康融东方（广州）生物医药有限公司 | | 军科正源（北京）药物研究有限责任公司、广州金域医学检验中心有限公司 | 2022年10月 |
| 109 | 国科遗办审字〔2022〕GH5038号 | 评价焦谷氨酸荣格列净胶囊在2型糖尿病患者中疗效和安全性的随机、双盲、平行、安慰剂对照、多中心的IIIa期临床研究 | 中日友好医院 | 广东东阳光药业有限公司 | | 广州金域医学检验中心有限公司、上海熙华检测技术服务股份有限公司 | 2022年10月 |
| 110 | 国科遗办审字〔2022〕GH5039号 | 评估CureSight弱视治疗系统与单眼遮盖标准疗法用于治疗儿童弱视的前瞻性、多中心、随机、盲法、对照的安全性和有效性临床研究 | 复旦大学附属眼耳鼻喉科医院 | NovaSight Ltd.、长沙云星医疗科技有限公司 | 北京捷通康诺医药科技有限公司 | | 2022年10月 |

WuXi AR 4778


用户登录


信息查询


移动端


用户指引


咨询联系


收起

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 111 | 国科遗办审字〔2022〕GH5040号 | HS-10352联合氟维司群在HR阳性HER2阴性PIK3CA突变阳性晚期乳腺癌受试者中的安全性、耐受性、药代动力学和有效性的Ib期临床研究 | 复旦大学附属肿瘤医院 | 江苏豪森药业集团有限公司 | | 上海方达生物技术有限公司、北京泛生子基因科技有限公司 | 2022年10月 |
| 112 | 国科遗办审字〔2022〕GH5041号 | 一项AL8326治疗携带FGFR突变等的以胆管癌、膀胱癌为主的晚期肿瘤患者的安全性和初步有效性的Ib期临床研究 | 浙江大学医学院附属第一医院 | 南京爱德程医药科技有限公司 | 上海有临医药科技有限公司 | 至本医疗科技（上海）有限公司、北京泛生子基因科技有限公司 | 2022年10月 |
| 113 | 国科遗办审字〔2022〕GH5042号 | 评估IBI389单药或联合治疗晚期恶性肿瘤受试者的安全性、耐受性、药代动力学和初步疗效的开放性、多中心、Ia/Ib期研究 | 四川大学华西医院 | 信达生物制药（苏州）有限公司 | | 昆皓睿诚医药研发（北京）有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 114 | 国科遗办审字〔2022〕GH5043号 | 评估重组抗白介素1-β（IL-1β）人源化单克隆抗体注射液（SSGJ-613）皮下注射治疗急性痛风性关节炎受试者的安全性、耐受性、药代动力学特征及有效性的Ib/II期临床研究 | 复旦大学附属华山医院 | 三生国健药业（上海）股份有限公司 | | 上海熙华检测技术服务股份有限公司、广州金域医学检验中心有限公司 | 2022年10月 |
| 115 | 国科遗办审字〔2022〕GH5044号 | 靶向CD19嵌合抗原受体T淋巴细胞（pCAR-19B）自体回输制剂治疗CD19阳性复发/难治性B细胞急性淋巴细胞白血病的II期临床研究 | 华中科技大学同济医学院附属同济医院 | 重庆精准生物技术有限公司 | 昆拓信诚医药研发（北京）有限公司 | 北京诺禾致源科技股份有限公司、武汉康圣达医学检验所有限公司、上海观合医药科技有限公司、北京泛生子基因科技有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引

咨询联系


收起

WuXi AR 4779

| 116 | 国科遗办审字〔2022〕GH5045号 | 多中心、开放、剂量递增的I期临床研究评估注射用重组抗CD38和CD3双特异性抗体（Y150）在复发或难治性多发性骨髓瘤患者中的安全耐受性和药代/药效学特征 | 中国医学科学院血液病医院 | 武汉友芝友生物制药股份有限公司 | 博纳西亚（合肥）医药科技有限公司 | 上海方达生物技术有限公司、广州华银医学研究所有限公司、广州华银医学检验中心有限公司、中国医学科学院血液病医院 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 117 | 国科遗办审字〔2022〕GH5046号 | 多中心、单组目标值、前瞻性评价胸主动脉支架系统进行主动脉夹层腔内治疗的安全性和有效性临床试验 | 复旦大学附属中山医院 | 杭州唯强医疗科技有限公司 | 锐意科盛（北京）生物医学研究有限公司 | | 2022年10月 |
| 118 | 国科遗办审字〔2022〕GH5047号 | 一项评价LM-102注射液单药或联合治疗在CLDN18.2阳性的晚期实体瘤患者中的安全性、耐受性、药代动力学、免疫原性和抗肿瘤活性的开放、多中心的I/II期临床研究 | 复旦大学附属中山医院 | 上海礼新医药研发有限公司 | | 上海方达生物技术有限公司、上海药明康德新药开发有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4780

| 119 | 国科遗办审字〔2022〕GH5048号 | 评估IBI389单药或联合治疗晚期恶性肿瘤受试者的安全性、耐受性、药代动力学和初步疗效的开放性、多中心、Ia/Ib期研究 | 四川大学华西医院 | 信达生物制药（苏州）有限公司 | | 昆皓睿诚医药研发（北京）有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 120 | 国科遗办审字〔2022〕GH5049号 | 一项比较帕博利珠单抗联合化疗与安慰剂联合化疗治疗可行化疗的激素受体阳性、人表皮生长因子受体2阴性（HR+/HER2-）的局部复发无法手术或转移性乳腺癌的随机、双盲、安慰剂对照III期研究（KEYNOTE-B49） | 复旦大学附属肿瘤医院 | 默沙东研发（中国）有限公司、Merck Sharp & Dohme LLC | | 昆皓睿诚医药研发（北京）有限公司、BEACON BIOSCIENCE, INC. | 2022年10月 |
| 121 | 国科遗办审字〔2022〕GH5050号 | 评价FHND9041与阿法替尼对照一线治疗EGFRm+局部晚期或转移性非小细胞肺癌的有效性和安全性的随机、开放、阳性药平行对照、多中心III期临床试验 | 中国医学科学院肿瘤医院 | 南京创特医药科技有限公司 | 北京华氏康源医药科技有限公司 | 江苏万略医药科技有限公司、上海厦维医学检验实验室有限公司 | 2022年10月 |
| 122 | 国科遗办审字〔2022〕GH5051号 | 单中心、随机、双盲及安慰剂对照评价ENN0403胶囊在健康受试者中单次、多次给药后人体安全性、耐受性及药代、药效动力学I期临床研究 | 上海市徐汇区中心医院 | 轶诺（浙江）药业有限公司 | 百试达（上海）医药科技股份有限公司 | 苏州锐迪欧医药科技有限公司 | 2022年10月 |

WuXi AR 4781



用户登录



信息查询



移动端



用户指引

咨询联系



收起

| | | | | | | |
|---|---|---|---|---|---|---|
| 123 | 国科遗办审字〔2022〕GH5052号 | MH048用于复发/难治性B细胞恶性肿瘤患者的安全性、药代动力学以及抗肿瘤药效的多中心、开放标签、剂量递增及队列扩展I/II期临床研究 | 浙江大学医学院附属第一医院 | 明慧医药（上海）有限公司 | 杭州泰格医药科技股份有限公司 | 上海鼎岳生物技术有限公司 | 2022年10月 |
| 124 | 国科遗办审字〔2022〕GH5053号 | 一项MK-6482单药治疗以及与仑伐替尼（MK-7902）（加用或不加用帕博利珠单抗[MK-3475]）联合治疗中国晚期肾细胞癌受试者的开放标签I期研究 | 北京肿瘤医院 | 默沙东研发（中国）有限公司、Merck Sharp & Dohme LLC | | 昆皓睿诚医药研发（北京）有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 125 | 国科遗办审字〔2022〕GH5054号 | 安罗替尼联合氟维司群治疗HR阳性、HER2阴性的继发性内分泌治疗耐药的局部晚期或转移性乳腺癌患者有效性与安全性临床试验 | 浙江省肿瘤医院 | 正大天晴药业集团股份有限公司 | | | 2022年10月 |
| 126 | 国科遗办审字〔2022〕GH5055号 | 多中心、随机、双盲、双模拟、平行分组、活性对照的III期临床研究，与兰索拉唑对比评价LXI-15028治疗十二指肠溃疡中国患者6周的疗效和安全性 | 首都医科大学附属北京友谊医院 | 山东罗欣药业集团股份有限公司 | 诺思格（北京）医药科技股份有限公司 | 广州金域医学检验中心有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4782

| 127 | 国科遗办审字〔2022〕GH5056号 | 一线治疗失败后局部进展或转移性黑色素瘤中Pexa-Vec（痘苗GM-CSF/TK灭活病毒）联合重组全人抗PD-L1单克隆抗体（ZKAB001）的Ib/II期、开放、对照临床研究 | 北京肿瘤医院 | 兆科（广州）肿瘤药物有限公司 | 兆科药业（合肥）有限公司 | 康龙化成（成都）临床研究服务有限公司 | 2022年10月 |
| 128 | 国科遗办审字〔2022〕GH5057号 | ZKAB001联合白蛋白结合型紫杉醇用于晚期尿路上皮癌一线治疗的Ib期临床试验 | 北京肿瘤医院 | 兆科（广州）肿瘤药物有限公司 | 兆科药业（合肥）有限公司 | 迈杰转化医学研究（苏州）有限公司、康龙化成（成都）临床研究服务有限公司 | 2022年10月 |
| 129 | 国科遗办审字〔2022〕GH5058号 | 一项评价Mirikizumab用于中度至重度活动性溃疡性结肠炎患者的3期、多中心、随机、双盲、平行组、安慰剂对照的维持期研究 | 上海交通大学医学院附属仁济医院 | Eli Lilly and Company、礼来苏州制药有限公司 | 艾昆纬医药科技（上海）有限公司 | 北京明谛生物医药科技有限公司、广州金域医学检验中心有限公司、徕博科医药研发（上海）有限公司、迈杰转化医学研究（苏州）有限公司、上海药明康德新药开发有限公司、ALIMENTIV INC. | 2022年10月 |
| 130 | 国科遗办审字〔2022〕GH5059号 | 评估pexidartinib在腱鞘巨细胞瘤成年受试者中疗效和安全性的多中心、单臂研究 | 北京积水潭医院 | 第一三共株式会社、第一三共（中国）投资有限公司 | 艾昆纬医药科技（上海）有限公司 | Bioclinica, Inc.、昆皓睿诚医药研发（北京）有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系

收起

WuXi AR 4783

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 131 | 国科遗办审字〔2022〕GH5060号 | 一项评价ICP-723在实体瘤患者中的安全性、耐受性、药代动力学的多中心、非随机、开放性I/II期临床试验 | 中山大学肿瘤防治中心 | 北京诺诚健华医药科技有限公司 | 艾昆纬医药科技（上海）有限公司 | 江苏万略医药科技有限公司、广州燃石医学检验所有限公司、杭州英放生物科技有限公司 | 2022年10月 |
| 132 | 国科遗办审字〔2022〕GH5061号 | 比较A140和爱必妥®分别联合mFOLFOX6方案一线治疗RAS野生型转移性结直肠癌患者的有效性和安全性的III期临床研究 | 中国人民解放军总医院 | 四川科伦博泰生物医药股份有限公司 | 杭州泰格医药科技股份有限公司 | 无锡观合医学检验所有限公司、杭州英放生物科技有限公司 | 2022年10月 |
| 133 | 国科遗办审字〔2022〕GH5062号 | 评价NP-01片治疗晚期恶性实体瘤患者的安全性、耐受性、药代动力学及初步疗效的I期临床研究 | 中山大学肿瘤防治中心 | 石家庄四药有限公司 | 郑州深蓝海生物医药科技有限公司 | 广州金域医学检验中心有限公司、中山大学肿瘤防治中心 | 2022年10月 |
| 134 | 国科遗办审字〔2022〕GH5063号 | 一项评价Mirikizumab用于传统治疗失败和生物治疗失败的中度至重度活动性溃疡性结肠炎患者的3期、多中心、随机、双盲、平行组、安慰剂对照的诱导期研究 | 上海交通大学医学院附属仁济医院 | Eli Lilly and Company、礼来苏州制药有限公司 | 艾昆纬医药科技（上海）有限公司 | 北京明谛生物医药科技有限公司、广州金域医学检验中心有限公司、徕博科医药研发（上海）有限公司、迈杰转化医学研究（苏州）有限公司、上海药明康德新药开发有限公司、ALIMENTIV INC. | 2022年10月 |

 用户登录

 信息查询

 移动端

 用户指引

 咨询联系

 收起

| 135 | 国科遗办审字〔2022〕GH5064号 | 一项评价YH002联合YH001治疗晚期实体瘤受试者的安全性、耐受性、药代动力学和初步抗肿瘤活性的多中心、开放标签、I期剂量递增研究 | 浙江大学医学院附属邵逸夫医院 | 祐和医药科技（北京）有限公司 | | 康龙化成（成都）临床研究服务有限公司北京分公司、康龙化成（北京）新药技术股份有限公司、康龙化成（成都）临床研究服务有限公司 | 2022年10月 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 136 | 国科遗办审字〔2022〕GH5065号 | 评价TQA3605在成年健康受试者及慢性乙型肝炎患者中随机、双盲、安慰剂对照的I期临床试验 | 吉林大学第一医院 | 正大天晴药业集团股份有限公司 | | 上海熙华检测技术服务股份有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 137 | 国科遗办审字〔2022〕GH5066号 | 一项评估中国生产的泰诺林®对乙酰氨基酚缓释片与美国生产的泰诺林®对乙酰氨基酚缓释片在健康受试者中餐后状态下生物等效性的单次给药、开放性、随机、两制剂、两周期、交叉研究 | 首都医科大学附属北京友谊医院 | 强生（中国）投资有限公司、Johnson&Johnson Consumer Inc.、上海强生制药有限公司 | 缔脉生物医药科技（上海）有限公司 | 方达医药技术（上海）有限公司 | 2022年10月 |
| 138 | 国科遗办审字〔2022〕GH5067号 | 一项评价Bruton酪氨酸激酶靶向蛋白降解剂BGB-16673用于治疗B细胞恶性肿瘤中国患者的1期、开放性、剂量递增和扩展研究 | 上海交通大学医学院附属瑞金医院 | 百济神州（苏州）生物科技有限公司 | | 广州金域医学检验中心有限公司、慧渡（上海）医疗科技有限公司、广州燃石医学检验所有限公司、昆皓睿诚医药研发（北京）有限公司、北京泛生子基因科技有限公司 | 2022年10月 |

WuXi AR 4785

 用户登录

 信息查询

 移动端

 用户指引

 咨询联系

 收起

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 139 | 国科遗办审字〔2022〕GH5068号 | 一项区域性、多中心、随机、双盲、安慰剂对照、平行组、III期研究，旨在评价Tezepelumab在重度哮喘控制不佳的成年受试者中的有效性和安全性（DIRECTION） | 广州医科大学附属第一医院 | 阿斯利康投资（中国）有限公司、AstraZeneca AB | | 广州金域医学检验中心有限公司、北京明谛生物医药科技有限公司、徕博科医药研发（上海）有限公司、eResearchTechnology GmbH | 2022年10月 |
| 140 | 国科遗办审字〔2022〕GH5069号 | Relatlimab（抗LAG-3单克隆抗体）联合纳武利尤单抗（抗PD-1单克隆抗体）治疗中国晚期实体瘤受试者的1期研究 | 复旦大学附属肿瘤医院 | 百时美施贵宝（中国）投资有限公司、Bristol-Myers Squibb Company | 赛纽仕医药咨询（上海）有限公司 | 昆皓睿诚医药研发（北京）有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 141 | 国科遗办审字〔2022〕GH5070号 | 一项在患有遗传性血管性水肿的中国受试者中评估拉那利尤单抗（SHP643）的安全性、药代动力学和疗效的多中心、开放性研究 | 中国医学科学院北京协和医院 | 武田（中国）国际贸易有限公司、Takeda Development Center Americas, Inc. | 艾昆纬医药科技（上海）有限公司 | 昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |
| 142 | 国科遗办审字〔2022〕GH5071号 | 一项旨在评估泽布替尼治疗活动性增殖型狼疮性肾炎患者的安全性和有效性的2期、多中心、随机、双盲、安慰剂对照研究 | 广东省人民医院 | 百济神州（苏州）生物科技有限公司 | | 广州金域医学检验中心有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 143 | 国科遗办审字〔2022〕GH5072号 | 评估ZZ06在晚期实体瘤患者中的安全性、耐受性、药代动力学、免疫原性和初步抗肿瘤活性的I期临床研究 | 吉林省肿瘤医院 | 长春钻智制药有限公司 | 徕博科医药研发（北京）有限公司 | 广州金域医学检验中心有限公司、徕博科医药研发（上海）有限公司、百时益医药研究（苏州）有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4786

| 144 | 国科遗办审字〔2022〕GH5073号 | 一项在复发或难治性滤泡性淋巴瘤患者中评价Mosunetuzumab单药治疗的药代动力学、安全性和有效性的开放性、多中心、I期试验 | 复旦大学附属肿瘤医院 | 罗氏（中国）投资有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技(上海)有限公司、赛纽仕医药咨询（上海）有限公司 | 恒拓及因医药科技（山东）有限公司、昆皓睿诚医药研发（北京）有限公司、CellCarta NV | 2022年10月 |
| 145 | 国科遗办审字〔2022〕GH5074号 | 甲磺酸阿美替尼对比安慰剂用于表皮生长因子受体敏感突变阳性的II-IIIB期非小细胞肺癌辅助治疗的有效性和安全性：一项随机、对照、双盲、III期、多中心临床研究 | 吉林省肿瘤医院 | 江苏豪森药业集团有限公司 | | 影研医疗科技（上海）有限公司、方达医药技术（上海）有限公司、北京泛生子医学检验实验室有限公司 | 2022年10月 |
| 146 | 国科遗办审字〔2022〕GH5075号 | 在中国成年活动性强直性脊柱炎患者中评估皮下注射JS005的初步有效性、安全性及药代动力学特征的随机、双盲、安慰剂对照、Ⅱ期、多中心研究 | 上海长征医院 | 上海君实生物医药科技股份有限公司 | 广州金堪利医药科技有限公司 | 军科正源（北京）药物研究有限责任公司、广州金域医学检验中心有限公司 | 2022年10月 |
| 147 | 国科遗办审字〔2022〕GH5076号 | 一项评价靶向GPC3的LCAR-H93T细胞制剂治疗晚期肝细胞癌的安全性、耐受性和有效性的I期临床试验 | 中国人民解放军总医院 | 南京传奇生物科技有限公司 | 北京易启医药科技有限公司 | | 2022年10月 |
| 148 | 国科遗办审字〔2022〕GH5077号 | 对GreenLight XPS激光系统治疗结局的前瞻性登记研究 | 中山大学孙逸仙纪念医院 | 波科国际医疗贸易（上海）有限公司 | 昆翎（天津）医药发展有限公司 | | 2022年10月 |

WuXi AR 4787


用户登录


信息查询


移动端


用户指引


咨询联系


收起

| 149 | 国科遗办审字〔2022〕GH5078号 | 注射用西罗莫司（白蛋白结合型）在TSC1/2基因改变的恶性实体瘤患者中的安全性、有效性的Ib期临床试验 | 辽宁省肿瘤医院 | 石药集团中奇制药技术（石家庄）有限公司 | | 四川省药品检验研究院（四川省医疗器械检测中心）、至本医疗科技（上海）有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 150 | 国科遗办审字〔2022〕GH5079号 | 一项在中国复发性或难治性血液恶性肿瘤受试者中研究MK-1026的安全性、药代动力学和有效性的I期临床研究 | 中国医学科学院血液病医院 | 默沙东研发（中国）有限公司、Merck Sharp & Dohme LLC | | 徕博科医药研发（上海）有限公司 | 2022年10月 |
| 151 | 国科遗办审字〔2022〕GH5080号 | 一项评价AZD2936抗TIGIT/抗PD-1双特异性抗体在局部晚期或转移性非小细胞肺癌受试者中的安全性、药代动力学、药效学和有效性的I/II期、开放性、剂量递增和剂量扩展研究（ARTEMIDE-01） | 四川大学华西医院 | 阿斯利康全球研发（中国）有限公司、AstraZeneca AB | | 阿斯利康投资（中国）有限公司、Perceptive Informatics LLC | 2022年10月 |
| 152 | 国科遗办审字〔2022〕GH5081号 | EPIK-P2：一项评估alpelisib（BYL719）在PIK3CA相关过度生长疾病谱系（PROS）儿科和成年患者中的疗效、安全性和药代动力学的II期双盲研究（包括一个前期的16周随机、安慰剂对照阶段） | 上海交通大学医学院附属第九人民医院 | 诺华（中国）生物医学研究有限公司、Novartis Pharma AG | | 上海药明康德新药开发有限公司、昆皓睿诚医药研发（北京）有限公司、BIOCLINICA, INC. | 2022年10月 |



用户登录



信息查询



移动端



用户指引



咨询联系



收起

WuXi AR 4788

| 153 | 国科遗办审字〔2022〕GH5082号 | 吉马替康胶囊治疗铂耐药的复发/难治性卵巢上皮癌、输卵管癌或原发性腹膜癌的II期临床研究 | 重庆大学附属肿瘤医院 | 兆科（广州）肿瘤药物有限公司 | 兆科药业（合肥）有限公司 | 杭州太美星程医药科技有限公司 | 2022年10月 |
|---|---|---|---|---|---|---|---|
| 154 | 国科遗办审字〔2022〕GH5083号 | 一项评估LDL-C水平升高的中国健康受试者接受AZD8233单次给药后的安全性、耐受性、药代动力学和药效学的开放性I期研究 | 东南大学附属中大医院 | 阿斯利康全球研发（中国）有限公司、AstraZeneca AB | | 北京明谛生物医药科技有限公司、广州金域医学检验中心有限公司、上海枫林医药医学检验有限公司、徕博科医药研发（上海）有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 155 | 国科遗办审字〔2022〕GH5084号 | 一项多中心、随机、双盲、安慰剂平行对照临床3期研究评价Lemborexant治疗中国失眠障碍受试者的疗效和安全性 | 北京大学精神卫生研究所（北京大学第六医院） | 卫材（中国）药业有限公司、Eisai Co., Ltd. | 精鼎医药研究开发（上海）有限公司 | 杭州迪安医学检验中心有限公司、欧陆生物科技（上海）有限公司、上海药明康德新药开发有限公司、Clinilabs Asia Pacific LLC、eResearchTechnology, Inc. | 2022年10月 |
| 156 | 国科遗办审字〔2022〕GH5085号 | 在既往经过至少一线系统性治疗失败的、伴FGFR2重排的、手术不可切除的局部晚期、复发性或转移性胆管癌受试者中评价Pemigatinib的疗效和安全性的II期、开放性、单臂、多中心研究 | 复旦大学附属中山医院 | 信达生物制药（苏州）有限公司 | | 北京吉因加医学检验实验室有限公司、浙江太美医疗科技股份有限公司、昆皓睿诚医药研发（北京）有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引

咨询联系


收起

WuXi AR 4789

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 157 | 国科遗办审字〔2022〕GH5086号 | 一项BGB-10188（一种磷脂酰肌醇3-激酶δ（PI3Kδ）抑制剂）联合泽布替尼治疗成熟B细胞恶性肿瘤患者以及联合替雷利珠单抗治疗实体瘤患者的剂量递增和扩展1/2期研究 | 复旦大学附属中山医院 | 百济神州（苏州）生物科技有限公司 | | 上海药明康德新药开发有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 158 | 国科遗办审字〔2022〕GH5087号 | 评价注射用重组人白介素22-Fc融合蛋白（F-652）联合常规方案治疗慢加急性肝衰竭（ACLF）安全性和有效性的多中心、随机、双盲、安慰剂对照、两阶段的II期临床研究 | 上海交通大学医学院附属瑞金医院 | 亿一生物医药开发（上海）有限公司 | 昆翎企业管理（上海）有限公司 | 昭衍（北京）检测技术有限公司 | 2022年10月 |
| 159 | 国科遗办审字〔2022〕GH5088号 | 评价DN1508052-01单药皮下及瘤内注射在标准治疗后疾病进展或对标准治疗不耐受或无标准治疗的晚期实体肿瘤受试者中的安全性、耐受性、药代动力学/药效动力学及初步疗效的开放、多中心、多队列的I期临床研究 | 上海市东方医院 | 上海迪诺医药科技有限公司 | 上海有临医药科技有限公司、缔脉生物医药科技(上海)有限公司 | 徕博科医药研发（上海）有限公司 | 2022年10月 |
| 160 | 国科遗办审字〔2022〕GH5089号 | 一项评估HLX26单抗注射液（抗LAG-3单克隆抗体）在晚期/转移性实体瘤或淋巴瘤患者中的安全性、耐受性、药代动力学特征和初步有效性的I期临床研究 | 复旦大学附属肿瘤医院 | 上海复宏汉霖生物技术股份有限公司 | | 中国食品药品检定研究院、上海复宏汉霖生物医药有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4790

| 161 | 国科遗办审字〔2022〕GH5090号 | 一项评价LY3437943在中国BMI超重或肥胖受试者中的安全性、耐受性、药代动力学和药效学的多次给药剂量递增研究 | 北京大学第一医院 | 礼来苏州制药有限公司、Eli Lilly and Company | 徕博科医药研发（北京）有限公司 | eResearch Technology, Inc、上海药明康德新药开发有限公司、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 162 | 国科遗办审字〔2022〕GH5091号 | 一项Tislelizumab（BGB-A317）（抗PD-1抗体）联合铂类与培美曲塞对比铂类与培美曲塞作为IIIB或IV期非鳞状非小细胞肺癌一线治疗的有效性和安全性的3期、开放、多中心、随机研究 | 上海市胸科医院 | 百济神州（上海）生物科技有限公司 | | BIOCLINICA, INC.、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 163 | 国科遗办审字〔2022〕GH5092号 | 益肾通络方干预糖尿病肾脏疾病3期循证评价及疗效机制合作研究 | 河南中医药大学第一附属医院 | | | 武汉华大医学检验所有限公司、上海中科新生命生物科技有限公司 | 2022年10月 |
| 164 | 国科遗办审字〔2022〕GH5093号 | 一项多中心、开放，评估重组人凝血因子VIII（SCT800）在既往接受过凝血因子VIII治疗的重型甲型血友病患者中出血事件的预防和按需治疗的长期安全性和有效性扩展研究 | 中国医学科学院血液病医院 | 神州细胞工程有限公司 | 北京合源汇丰医药科技有限公司 | 昆皓睿诚医药研发（北京）有限公司、昭衍(北京)检测技术有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4791

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 165 | 国科遗办审字〔2022〕GH5094号 | 一项BGB-10188（一种磷脂酰肌醇3-激酶δ（PI3Kδ）抑制剂）联合泽布替尼治疗成熟B细胞恶性肿瘤患者以及联合替雷利珠单抗治疗实体瘤患者的剂量递增和扩展1/2期研究（探索性研究部分） | 复旦大学附属中山医院 | 百济神州（苏州）生物科技有限公司 | | 北京吉因加医学检验实验室有限公司、天津诺禾医学检验所有限公司、昆皓睿诚医药研发（北京）有限公司、上海药明康德新药开发有限公司 | 2022年10月 |
| 166 | 国科遗办审字〔2022〕GH5095号 | 在健康受试者中评价HS-10374片的安全性、耐受性、药代动力学和药效学的随机、双盲、安慰剂对照、剂量递增的I期临床试验 | 复旦大学附属华山医院 | 常州恒邦药业有限公司 | | 上海药明康德新药开发有限公司 | 2022年10月 |
| 167 | 国科遗办审字〔2022〕GH5096号 | 一项在中国成人志愿者中比较TNM002注射液与破伤风人免疫球蛋白或安慰剂单次肌肉注射后抗破伤风毒素中和抗体滴度水平和安全性的多中心、随机、双盲、平行对照、剂量探索II期临床研究 | 山东北大医疗鲁中医院有限公司 | 珠海泰诺麦博生物技术有限公司 | 南京希麦迪医药科技有限公司 | 上海精翰生物科技有限公司 | 2022年10月 |
| 168 | 国科遗办审字〔2022〕GH5097号 | 一项评价BTK蛋白降解剂HSK29116在复发或难治性B细胞恶性肿瘤受试者中的安全性、耐受性和药代动力学/药效学的Ia/b期临床研究 | 江苏省人民医院 | 海思科医药集团股份有限公司 | 徕博科医药研发（北京）有限公司上海分公司 | 上海药明康德新药开发有限公司 | 2022年10月 |

WuXi AR 4792


用户登录


信息查询


移动端


用户指引


咨询联系


收起

| 169 | 国科遗办审字〔2022〕GH5098号 | 一项评价BTK蛋白降解剂HSK29116在复发或难治性B细胞恶性肿瘤受试者中的安全性、耐受性和药代动力学/药效学的Ia/b期临床研究 | 江苏省人民医院 | 海思科医药集团股份有限公司 | 徕博科医药研发（北京）有限公司上海分公司 | 广州金域医学检验中心有限公司、军科正源（北京）药物研究有限责任公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |
| 170 | 国科遗办审字〔2022〕GH5099号 | 评价FCN-342片在健康志愿者和无症状高尿酸血症患者中安全性、耐受性及药代动力学、药效学特征及食物影响：单中心、随机、双盲、安慰剂对照、单剂量及多剂量递增的I期临床研究 | 北京大学第三医院 | 重庆复创医药研究有限公司 | 北京复星医药科技开发有限公司 | 复星艾迪（苏州）医药科技有限公司 | 2022年10月 |
| 171 | 国科遗办审字〔2022〕GH5100号 | 一项开放的ABSK021在晚期实体瘤患者中的安全性、耐受性与药代动力学I期临床研究 | 北京积水潭医院 | 上海和誉生物医药科技有限公司 | 百试达（上海）医药科技股份有限公司 | BIOCLINICA, INC.、徕博科医药研发（上海）有限公司 | 2022年10月 |
| 172 | 国科遗办审字〔2022〕GH5101号 | 一项评价RS1805片在健康成年受试者中单剂给药和多剂给药的安全性、药代动力学和药效学以及在活动性溃疡性结肠炎受试者中评价RS1805片的安全性、耐受性和药效学的I期临床试验 | 上海中医药大学附属曙光医院 | 瑞石生物医药有限公司 | | 广州金域医学检验中心有限公司、上海药明康德新药开发有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4793

| 173 | 国科遗办审字〔2022〕GH5102号 | 一项在复发或难治性滤泡性淋巴瘤患者中评价Mosunetuzumab单药治疗的药代动力学、安全性和有效性的开放性、多中心、I期试验 | 复旦大学附属肿瘤医院 | 罗氏（中国）投资有限公司、F. Hoffmann-La Roche Ltd | 艾昆纬医药科技(上海)有限公司、赛纽仕医药咨询（上海）有限公司 | 方达医药技术（上海）有限公司、美考伯医药科技（上海）有限公司、QPS Netherlands B.V. | 2022年10月 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 174 | 国科遗办审字〔2022〕GH5103号 | 评估注射用紫杉醇胶束在中国晚期实体瘤患者中的安全性、耐受性、药代动力学特征及初步有效性的剂量递增与剂量扩展的I期临床研究 | 浙江大学医学院附属第一医院 | 杭州迪华生物科技有限公司 | 杭州泰格医药科技股份有限公司 | 上海观合医药科技股份有限公司 | 2022年10月 |
| 175 | 国科遗办审字〔2022〕GH5104号 | 一项评价重组人源化抗BTLA单克隆抗体（JS004）注射液联合特瑞普利单抗在晚期肺癌患者中安全性、耐受性、药代动力学和初步疗效的I/II期临床研究 | 吉林省肿瘤医院 | 上海君实生物医药科技股份有限公司 | | 上海益诺思生物技术股份有限公司、军科正源（北京）药物研究有限责任公司 | 2022年10月 |
| 176 | 国科遗办审字〔2022〕GH5105号 | 一项评价重组人源化抗BTLA单克隆抗体（JS004）注射液联合特瑞普利单抗在晚期肺癌患者中安全性、耐受性、药代动力学和初步疗效的I/II期临床研究 | 吉林省肿瘤医院 | 上海君实生物医药科技股份有限公司 | | 至本医疗科技（上海）有限公司、迈杰转化医学研究（苏州）有限公司 | 2022年10月 |
| 177 | 国科遗办审字〔2022〕GH5106号 | 一项评估HBM4003在晚期实体瘤受试者中的安全性、耐受性、药代动力学和抗肿瘤活性的I期、开放标签、国际多中心研究 | 中国医学科学院肿瘤医院 | 和铂医药（苏州）有限公司 | 上海康德弘翼医学临床研究有限公司 | 上海药明康德新药开发有限公司、至本医疗科技（上海）有限公司 | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

收起

WuXi AR 4794

| 178 | 国科遗办审字〔2022〕GH5107号 | 口服AND017在治疗非透析慢性肾病（NDD-CKD）贫血受试者的安全性和有效性的多中心、随机、双盲、安慰剂平行对照的II期临床试验 | 北京大学人民医院 | 杭州安道药业有限公司 | 昆翎企业管理（上海）有限公司 | 广州金域医学检验中心有限公司、江苏万略医药科技有限公司 | 2022年10月 |
| 179 | 国科遗办审字〔2022〕GH5114号 | 评估IBI360单药或联合治疗晚期恶性肿瘤受试者的安全性、耐受性、药代动力学和初步疗效的开放性、多中心、Ia/Ib期研究 | 厦门大学附属第一医院 | 信达生物制药（苏州）有限公司 | | 上海药明康德新药开发有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |
| 180 | 国科遗办审字〔2022〕GH5115号 | 评估IBI360单药或联合治疗晚期恶性肿瘤受试者的安全性、耐受性、药代动力学和初步疗效的开放性、多中心、Ia/Ib期研究 | 厦门大学附属第一医院 | 信达生物制药（苏州）有限公司 | | 上海药明康德新药开发有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |

## 四、中国人类遗传资源新型冠状病毒相关项目采集审批

| 序号 | 审批号 | 项目名称 | 申请单位 | 批准时间 |
|---|---|---|---|---|
| 1 | 国科遗办审字〔2022〕CJ2191号 | 新型冠状病毒2019-nCoV核酸检测试剂盒（荧光PCR法）临床试验 | 武汉市金银潭医院（武汉市传染病医院） | 2022年9月 |
| 2 | 国科遗办审字〔2022〕CJ2283号 | 新冠疫苗加强免疫效果及免疫策略的优化研究 | 上海市疾病预防控制中心 | 2022年10月 |

 用户登录

 信息查询

 移动端

 用户指引

 咨询联系

 收起

WuXi AR 4795

| 3 | 国科遗办审字〔2022〕CJ2284号 | 新型冠状病毒（SARS-CoV-2）抗原检测试剂盒（胶体金法）临床试验 | 上海市公共卫生临床中心 | 2022年10月 |

## 五、中国人类遗传资源新型冠状病毒相关项目国际合作科学研究审批

| 序号 | 审批号 | 项目名称 | 医疗机构（组长单位） | 申办方 | 合同研究组织 | 第三方实验室 | 批准时间 |
|---|---|---|---|---|---|---|---|
| 1 | 国科遗办审字〔2022〕GH4902号 | 评价RAY1216片单药及联合利托那韦在SARS-CoV-2感染者中的有效性、安全性的随机、双盲、安慰剂对照临床研究 | 三亚中心医院（海南省第三人民医院） | 广东众生睿创生物科技有限公司 | 广州美迪高生物医药科技有限公司 | 无锡观合医学检验所有限公司 | 2022年9月 |
| 2 | 国科遗办审字〔2022〕GH4903号 | 评价WPV01及WPV01联合利托那韦在健康受试者中的安全性、耐受性、药代动力学和食物影响的I期研究 | 山东省千佛山医院 | 西湖制药（杭州）有限公司 | 济南合泰医药技术有限公司 | 江苏万略医药科技有限公司 | 2022年9月 |
| 3 | 国科遗办审字〔2022〕GH4904号 | 评价GS-00202在健康成年受试者中单/多次给药的安全性、耐受性及药代动力学的随机、双盲的I期临床研究 | 南昌大学第二附属医院 | 广州谷森制药有限公司 | 杭州泰格医药科技股份有限公司 | 苏州方达生物技术有限公司 | 2022年9月 |


用户登录


信息查询


移动端


用户指引


咨询联系


收起

WuXi AR 4796

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 国科遗办审字〔2022〕GH4905号 | 评估SHEN26胶囊在健康受试者及轻型和普通型新型冠状病毒肺炎患者中的安全性、耐受性、药代动力学特征及有效性的I/II期临床研究 | 安徽医科大学第二附属医院 | 深圳科兴药业有限公司 | 杭州泰格医药科技股份有限公司 | 上海观合医药科技股份有限公司 | 2022年9月 |
| 5 | 国科遗办审字〔2022〕GH5110号 | 在健康受试者中评价BA-CovMab注射液单次给药的安全性、耐受性、药代动力学特征及免疫原性的Ia期临床研究 | 北京大学第一医院 | 山东博安生物技术股份有限公司 | | 宁波熙宁检测技术有限公司 | 2022年10月 |
| 6 | 国科遗办审字〔2022〕GH5111号 | 评价18周岁及以上健康人群中接种重组双组分新冠肺炎疫苗（CHO细胞）的安全性、耐受性和免疫原性的随机、观察者盲、阳性对照的Ia期临床试验 | 山西省疾病预防控制中心（国家食品安全风险监测山西中心） | 江苏瑞科生物技术股份有限公司 | 上海斯丹姆医药开发有限责任公司 | 无锡观合医学检验所有限公司、中科国邦（北京）检验检测有限公司、武汉大学、原平市医疗集团(原平市第一人民医院、原平市医疗集团第一人民医院)、山西省运城市中心医院 | 2022年10月 |
| 7 | 国科遗办审字〔2022〕GH5112号 | 一项评价HMPL-523治疗重型/危重型新型冠状病毒肺炎（新冠肺炎）住院患者的安全性、耐受性、初步疗效的随机、双盲、安慰剂对照II期临床研究 | 复旦大学附属华山医院 | 和记黄埔医药（上海）有限公司 | | | 2022年10月 |


用户登录


信息查询


移动端


用户指引


咨询联系

∨
收起

WuXi AR 4797

| 8 | 国科遗办审字〔2022〕GH5113号 | 评估一种治疗轻型和普通型COVID-19的中和抗体IBI314的安全性、耐受性和疗效研究 | 广州医科大学附属第二医院 | 信达生物制药（苏州）有限公司 | 广州美迪高生物医药科技有限公司 | 无锡观合医学检验所有限公司、昆皓睿诚医药研发（北京）有限公司 | 2022年10月 |

科学技术部政务服务平台由 科技部信息中心 建设运行并提供相关技术服务。

如遇到政务服务平台使用操作等相关技术问题，请拨打以下技术支持电话：

010-88659000（中继线）

如电话繁忙请通过以下邮箱进行咨询：

fuwu@most.cn

传真请发送至：010-



用户登录



信息查询

科学技术部 © 2019 | ICP 备案序号：京ICP备05022684

建议您使用 IE9及以上版本、 Edge、 Chrome、 Firefox和360等主流浏览器浏览本网站。

移动端



用户指引

咨询联系

收起

WuXi AR 4798

全国一体化政务服务平台
科学技术部政务服务平台
fuwu.most.gov.cn

National Government Service Platform  |  Ministry of Science and Technology of the People's Republic of China  |  Contact for inquiries

🏠 front page    ⭐ Services    ℹ Service Inquiry    ✏ Online services    📰 Results Announcement

Site Search

👤 User Login |

Notices and announcements > Administrative licenses

[Enlarge font][Font Restoration][Shrink font]

## Results of the 19th Batch of Administrative Licensing Items for Human Genetic Resources in China i 2022

2022-10-09

In accordance with the "Regulations on the Management of Human Genetic Resources of the People's Republic of Chi Council Decree No. 717 ), the Ministry of Science and Technology legally conducts administrative licensing for " Approval Collection of Chinese Human Genetic Resources , " " Approval of Preservation of Chinese Human Genetic Resources , " " of International Collaborative Scientific Research Using Chinese Human Genetic Resources , " and " Approval of Export of Human Genetic Resources. " The "Approval of Collection of Chinese Human Genetic Resources" license applies to the coll Chinese human genetic resources within China, including the collection of important genetic pedigrees, human genetic reso from specific regions, and human genetic resources of types and quantities stipulated by the State Council's science and tech administrative department. The " Approval of Preservation of Chinese Human Genetic Resources " license applies to the reg and management of matters related to the preservation of Chinese human genetic resources within China and the provision platforms for scientific research. The " Approval of International Collaborative Scientific Research Using Chinese Human C Resources " license applies to the regulation and management of international collaborative scientific research using Chines genetic resources. The " Approval of Export of Chinese Human Genetic Resources " license applies to the regulation and management of the transportation, mailing, or carrying of Chinese human genetic resource materials out of the country for international collaborative scientific research using Chinese human genetic resources, or due to other special circumstances. collection, preservation, and related activities of human organs, tissues, cells, etc., for the purposes of clinical diagnosis and treatment, blood collection and supply services, investigation and handling of illegal and criminal activities, doping testing, funeral services, shall be managed in accordance with relevant laws and administrative regulations and are not within the sc above-mentioned permits.

From August 29 to September 9 , 2022 , a total of 258 administrative licensing applications were received , of which 2 approved . These included 73 applications for data collection and 180 applications for international collaborative scientific r The average processing time was 16 working days, with a maximum of 20 working days.

On September 16 , 2022 , a total of 18 applications for administrative permits related to the preservation of cultural reli accepted , and 17 of them were approved .

From August 29, 2022 to September 22 , 2022 , a total of 11 administrative licensing applications related to the novel coronavirus were accepted , and all 11 were approved . Among them, 3 were administrative licenses for data collection and administrative licenses for international scientific research cooperation .

For telephone inquiries: 010-88225151 .
For inquiries, please email: ycb@cncbd.org.cn .
Telephone complaints: Department of Science and Technology Supervision and Integrity Construction, Ministry of Sci Technology, 010-68947680 .

Summary of approved administrative licensing projects for human genetic resources

( Batch 19 , 2022 )

WuXi AR4799

I. Approval of Human Genetic Resources Collection in China

| Serial Number | Approval Number | Project Name | applicant | Approval time |
|---|---|---|---|---|
| 1 | National Natural Science Foundation of China (NSFC) Approval No. CJ2207 ( 2022 ) | Randomized controlled clinical trial comparing the efficacy and safety of escalating progesterone dosing regimens versus standard dosing in fresh embryo transfer cycles. | The First Affiliated Hospital of Sun Yat-sen University | October 2022 |
| 2 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2208 | Construction and long-term follow-up study of multidimensional data cohort of sports-related injuries | West China Hospital of Sichuan University | October 2022 |
| 3 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2209 | Clinical trials of the influenza B virus IgM antibody detection kit (dry fluorescence immunochromatography) | Zhujiang Hospital of Southern Medical University | October 2022 |
| 4 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2210 | Clinical trials of the influenza A virus IgM antibody detection kit (dry fluorescence immunochromatography) | Zhujiang Hospital of Southern Medical University | October 2022 |
| 5 | National Natural Science Foundation of China (NSFC) Approval No. CJ2211 ( 2022 ) | A multicenter case-control study of biomarkers for diabetic chronic wounds based on multi-omics joint analysis technology | Shandong Provincial Qianfoshan Hospital | October 2022 |
| 6 | National Natural Science Foundation of China (NSFC) Approval No. CJ2212 ( 2022 ) | Preclinical research and product development of gene therapy for birth defects caused by mitochondrial dysfunction | Children's Hospital Affiliated to Zhejiang University School of Medicine | October 2022 |
| 7 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2213 | Research on the pathogenesis mechanism of nasopharyngeal carcinoma based on multidimensional molecular characteristics and the construction of a precise screening technology system. | Sun Yat-sen University Cancer Center | October 2022 |
| 8 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2214 | A randomized, controlled, multicenter, phase 3 clinical trial of toripalimab in combination with induction chemotherapy followed by radiotherapy alone or concurrent chemoradiotherapy for high-risk locally advanced nasopharyngeal carcinoma. | Sun Yat-sen University Cancer Center | October 2022 |
| 9 | National Natural Science Foundation of China (NSFC) Approval No. CJ2215 ( 2022 ) | Intervention strategies for high-risk and very high-risk hypercholesterolemia | Tongji Hospital, affiliated with Tongji Medical College of Huazhong University of Science and Technology | October 2022 |
| 10 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2216 | Motor neuron survival gene 1 ( SMN1 ) exon deletion detection kit (fluorescent PCR- capillary electrophoresis method) | Capital Institute of Pediatrics Affiliated Children's Hospital | October 2022 |

WuXi AR4800

| 11 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2217 | Clinical Trial of a Five-in-One Cardiopulmonary Function Assay Kit (Fluorescence Immunoassay) | Beijing Anzhen Hospital, Capital Medical University | October 2022 |
|---|---|---|---|---|
| 12 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2218 | Research on the role and mechanism of genetic and epigenetic variations in childhood tumors | Guangzhou Women and Children's Medical Center | October 2022 |
| 13 | National Natural Science Foundation of China (NSFC) Approval No. CJ2219 ( 2022 ) | Clinical Trial of Human Immunodeficiency Virus Antigen and Antibody Combined Detection Kit (Magnetic Particle Chemiluminescence Method) | Wuhan Jinyintan Hospital (Wuhan Infectious Disease Hospital) | October 2022 |
| 14 | National Natural Science Foundation of China (NSFC) Approval No. CJ2220 ( 2022 ) | Qimeng Action - Application of Targeted Sequencing Technology in Newborn Disease Screening and Diagnosis | Shanghai Children's Hospital | October 2022 |
| 15 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2221 | Basic and clinical research on molecular imaging in patients with autoimmune diseases | The First Affiliated Hospital of Kunming Medical University | October 2022 |
| 16 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2222 | Long-term follow-up study of a single-center epilepsy cohort | The First Affiliated Hospital of Zhejiang University School of Medicine | October 2022 |
| 17 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2223 | Research on Early Identification and Dynamic Risk Warning System for Multiple Organ Dysfunction Syndrome in Sepsis | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | October 2022 |
| 18 | National Natural Science Foundation of China (NSFC) Approval No. CJ2224 ( 2022 ) | A single-arm, multicenter, open-label, dose-escalation clinical trial to assess the safety, tolerability, and efficacy of GC301 adeno-associated virus injection in the treatment of infantile Pompe disease. | The Seventh Medical Center of the General Hospital of the Chinese People's Liberation Army | October 2022 |
| 19 | National Natural Science Foundation of China (NSFC) Approval No. CJ2225 ( 2022 ) | A randomized, open-label, active-drug, parallel-controlled, multicenter phase III clinical trial evaluating the efficacy and safety of FHND9041 versus afatinib as first-line treatment for EGFRm+ locally advanced or metastatic non-small cell lung cancer. | Cancer Hospital, Chinese Academy of Medical Sciences | October 2022 |
| 20 | National Natural Science Foundation of China (NSFC) Approval No. CJ2226 ( 2022 ) | A prospective cohort study on upper gastrointestinal tumors in Ningxia and a study on precision prevention and control strategies. | Ningxia Hui Autonomous Region People's Hospital (Ningxia Eye Hospital, First Affiliated Hospital of Northwest University for Nationalities) | October 2022 |
| 21 | National Natural Science Foundation of China (NSFC) Approval No. CJ2227 ( 2022 ) | A randomized, double-blind clinical trial evaluating the batch-to-batch consistency, immunogenicity, and safety of a quadrivalent influenza virus split vaccine in healthy individuals aged 9–59 years after three consecutive batches were administered the vaccine at a commercial scale . | Guizhou Provincial Center for Disease Control and Prevention | October 2022 |

WuXi AR4801

| 22 | National Natural Science Foundation of China (NSFC) Approval No. CJ2228 ( 2022 ) | Genetic research on single-gene hereditary diseases | Hubei Provincial Maternal and Child Health Hospital (Hubei Provincial Women and Children's Hospital) | October 2022 |
|---|---|---|---|---|
| 23 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2229 | Comprehensive psychological intervention promotes cardiovascular health in the elderly | China Center for Disease Control and Prevention | October 2022 |
| 24 | National Natural Science Foundation of China (NSFC) Approval No. CJ2230 ( 2022 ) | The establishment and transformation of a personalized smart healthcare technology system for mental illness | Shanghai Jiao Tong University | October 2022 |
| 25 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2231 | Clinical trials of adenovirus antigen detection kit (colloidal gold method) | Guangzhou Women and Children's Medical Center | October 2022 |
| 26 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2232 | Clinical Trial of Respiratory Syncytial Virus Antigen Detection Kit (Quantum Dot Fluorescence Immunoassay) | Guangzhou Women and Children's Medical Center | October 2022 |
| 27 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2233 | Clinical trial of respiratory syncytial virus antigen detection kit (colloidal gold method) | Guangzhou Women and Children's Medical Center | October 2022 |
| 28 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2234 | Clinical trials of parainfluenza virus antigen detection kit (quantum dot fluorescence immunoassay) | Guangzhou Women and Children's Medical Center | October 2022 |
| 29 | National Natural Science Foundation of China (NSFC) Approval No. CJ2235 ( 2022 ) | Clinical trials of parainfluenza virus antigen detection kit (colloidal gold method) | Guangzhou Women and Children's Medical Center | October 2022 |
| 30 | National Natural Science Foundation of China (NSFC) Approval No. CJ2236 ( 2022 ) | A randomized, double-blind, multicenter, placebo-controlled phase III clinical trial was conducted to evaluate the efficacy and safety of Yushuda tablets in treating mild to moderate depression (dampness and turbidity trapping the spleen, qi stagnation syndrome). | Shanghai Mental Health Center | October 2022 |
| 31 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2237 | Six Respiratory Virus Nucleic Acid Detection Kits (Fluorescent PCR Method) | Wuhan Mingde Biotechnology Co., Ltd. | October 2022 |
| 32 | National Natural Science Foundation of China (NSFC) Approval No. CJ2238 ( 2022 ) | Asian Diabetes Outcome Prevention Trial | Peking University People's Hospital | October 2022 |

WuXi AR4802

| | | | | |
|---|---|---|---|---|
| 33 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2239 | Translational research combining gene imaging and clinical applications for precise diagnosis and risk stratification of hypertrophic cardiomyopathy. | The First Affiliated Hospital of Air Force Medical University of the Chinese People's Liberation Army | October 2022 |
| 34 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2240 | A prospective, multicenter clinical study on the safety and efficacy of precision liver resection decision tree in China. | Beijing Tsinghua Changgung Hospital | October 2022 |
| 35 | National Natural Science Foundation of China (NSFC) Approval No. CJ2241 ( 2022 ) | A multicenter study on the correlation and mechanism between HOX gene genetic variations and genetic susceptibility to congenital clubfoot. | Guangzhou Women and Children's Medical Center | October 2022 |
| 36 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2242 | Group B Streptococcus Nucleic Acid Detection Kit (Fluorescent PCR Method) Clinical Trial | Beijing Tiantan Hospital, Capital Medical University | October 2022 |
| 37 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2243 | Genetic factors influencing postpartum hemorrhage and gestational glucose metabolism in pregnant women were identified based on whole-genome data from non-invasive prenatal testing. | The First Affiliated Hospital of Xi'an Jiaotong University | October 2022 |
| 38 | National Natural Science Foundation of China (NSFC) Approval No. CJ2244 ( 2022 ) | A randomized, double-blind, placebo-controlled, positive-control, dose-escalation phase I clinical study evaluating the safety, tolerability, and pharmacokinetics of a single intravenous administration of NH600001 emulsion injection in healthy subjects. | Xiangya Third Hospital of Central South University | October 2022 |
| 39 | National Natural Science Foundation of China (NSFC) Approval No. CJ2245 ( 2022 ) | Shanghai Dementia High-Risk Cohort Study | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | October 2022 |
| 40 | National Natural Science Foundation of China (NSFC) Approval No. CJ2246 ( 2022 ) | Randomized controlled trial of balloon-guided catheter-assisted mechanical thrombectomy for acute large vessel occlusive ischemic stroke | Shanghai Changhai Hospital | October 2022 |
| 41 | National Natural Science Foundation of China (NSFC) Approval No. CJ2247 ( 2022 ) | Clinical Accuracy and Precision Study of Fecal Occult Blood Test Reagent (Colloidal Gold Method) | Zhejiang Provincial People's Hospital | October 2022 |
| 42 | National Natural Science Foundation of China (NSFC) Approval No. CJ2248 ( 2022 ) | A randomized, blinded, phase III clinical trial evaluating the immunogenicity and safety of the 23- valent pneumococcal polysaccharide vaccine in healthy individuals aged 2 years and older. | Sichuan Provincial Center for Disease Control and Prevention | October 2022 |

WuXi AR4803

| | | | | |
|---|---|---|---|---|
| 43 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2249 | A randomized, multicenter, double-blind, placebo-controlled, phase 3 bridging study comparing bemarituzumab plus mFOLFOX6 versus placebo plus mFOLFOX6 in previously untreated patients with FGFR2b - overexpressing advanced gastric or gastroesophageal junction cancer. | Shanghai East Hospital | October 2022 |
| 44 | National Natural Science Foundation of China (NSFC) Approval No. CJ2250 ( 2022 ) | Clinical trials of the Free Protein S detection kit (latex immunoturbidimetric assay) | Blood Diseases Hospital, Chinese Academy of Medical Sciences | October 2022 |
| 45 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2251 | A prospective, multicenter clinical cohort study on perinatal ureaplasma infection and adverse pregnancy outcomes and preterm birth complications. | Children's Hospital Affiliated to Zhejiang University School of Medicine | October 2022 |
| 46 | National Natural Science Foundation of China (NSFC) Approval No. CJ2252 ( 2022 ) | A phase II/III multicenter study ( BFAST : First-to-Blood Screening Trial) evaluating the efficacy and safety of multiple targeted therapies in patients with advanced or metastatic non-small cell lung cancer ( NSCLC ) carrying modifiable somatic mutations ( detectable via blood) | Jilin Provincial Cancer Hospital | October 2022 |
| 47 | National Natural Science Foundation of China (NSFC) Approval No. CJ2253 ( 2022 ) | Constructing a comprehensive health management service model centered on proactive health and its application demonstration | Guilin Medical College | October 2022 |
| 48 | National Natural Science Foundation of China (NSFC) Approval No. CJ2254 ( 2022 ) | A multicenter, randomized, open-label, endpoint-blinded, positive-drug parallel-controlled, non-inferiority phase III clinical trial ( 3T Stroke-III ) of tenecteplase injection ( TNK-tPA ) for the treatment of hyperacute (onset <4.5h ) ischemic stroke. | Beijing Tiantan Hospital, Capital Medical University | October 2022 |
| 49 | National Natural Science Foundation of China (NSFC) Approval No. CJ2255 ( 2022 ) | Mycobacterium tuberculosis complex nucleic acid ( DNA ) detection kit (card-based fluorescent PCR method) | Suzhou Fifth People's Hospital | October 2022 |
| 50 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2256 | Human ApoE gene polymorphism nucleic acid detection kit ( PCR-fluorescent probe method) | Sansure Biotech Co., Ltd. | October 2022 |
| 51 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2257 | Human CYP2C9 and VKORC1 gene polymorphism detection kit ( PCR- fluorescent probe method) | Sansure Biotech Co., Ltd. | October 2022 |
| 52 | National Natural Science Foundation of China (NSFC) Approval No. CJ2258 ( 2022 ) | Human ALDH2 gene polymorphism nucleic acid detection kit ( PCR- fluorescent probe method) | Sansure Biotech Co., Ltd. | October 2022 |

WuXi AR48B4

| | | | | |
|---|---|---|---|---|
| 53 | National Natural Science Foundation of China (NSFC) Approval No. CJ2259 ( 2022 ) | Genetic testing kit for hereditary deafness ( PCR- time-of-flight mass spectrometry) | Xiangya Hospital of Central South University | October 2022 |
| 54 | National Natural Science Foundation of China (NSFC) Approval No. CJ2260 ( 2022 ) | A randomized, double-blind, placebo-controlled phase III clinical trial evaluating the efficacy and safety of AK102 in patients with primary hypercholesterolemia and mixed hyperlipidemia. | Peking University First Hospital | October 2022 |
| 55 | National Natural Science Foundation of China (NSFC) Approval No. CJ2261 ( 2022 ) | Important immune-related skin disease influencing factors and risk models: case-control and cohort studies | Chinese Academy of Medical Sciences Dermatology Hospital (Institute of Dermatology, Chinese Academy of Medical Sciences) | October 2022 |
| 56 | National Natural Science Foundation of China (NSFC) Approval No. CJ2262 ( 2022 ) | A randomized, double-blind, parallel, placebo-controlled, multicenter phase IIIa clinical study evaluating the efficacy and safety of pyroglutamic acid rongaglidinyl granules in patients with type 2 diabetes. | China-Japan Friendship Hospital ( China-Japan Friendship Clinical Medical Research Institute ) | October 2022 |
| 57 | National Natural Science Foundation of China (NSFC) Approval No. CJ2263 ( 2022 ) | Respiratory Pathogen Nucleic Acid Detection Kit ( PCR-Fluorescent Probe Method) | Shenzhen University General Hospital | October 2022 |
| 58 | National Natural Science Foundation of China (NSFC) Approval No. CJ2264 ( 2022 ) | An open-label, multicenter phase I/II clinical trial evaluating the safety, tolerability, pharmacokinetics, immunogenicity, and antitumor activity of LM-102 injection as monotherapy or in combination therapy in patients with CLDN18.2 -positive advanced solid tumors. | Zhongshan Hospital Affiliated to Fudan University | October 2022 |
| 59 | National Natural Science Foundation of China (NSFC) Approval No. CJ2265 ( 2022 ) | Development of multi-omics screening technology for early liver cancer screening | Zhongshan Hospital Affiliated to Fudan University | October 2022 |
| 60 | National Natural Science Foundation of China (NSFC) Approval No. CJ2266 ( 2022 ) | Molecular pathological study of glioma | Huashan Hospital Affiliated to Fudan University | October 2022 |
| 61 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2267 | A multicenter, single-arm study evaluating the efficacy and safety of pexidartinib in adult subjects with giant cell tumor of the tendon sheath. | Beijing Jishuitan Hospital | October 2022 |
| 62 | National Natural Science Foundation of China (NSFC) Approval No. CJ2268 ( 2022 ) | A multicenter, randomized, double-blind, double-dummy, parallel-group, active-controlled phase III clinical trial was conducted to evaluate the efficacy and safety of LXI-15028 in Chinese patients with duodenal ulcers over 6 weeks , compared with lansoprazole. | Beijing Friendship Hospital, Capital Medical University | October 2022 |

WuXi AR4805

| | | | | |
|---|---|---|---|---|
| 63 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2269 | A regional, multicenter, randomized, double-blind, placebo-controlled, parallel-group, phase III study was conducted to evaluate the efficacy and safety of tezepelumab in adult subjects with poorly controlled severe asthma . | The First Affiliated Hospital of Guangzhou Medical University | October 2022 |
| 64 | National Natural Science Foundation of China (NSFC) Approval No. CJ2270 ( 2022 ) | A Phase III clinical trial comparing the efficacy and safety of A140 and Erbitux® in combination with mFOLFOX6 regimen as first-line treatment for patients with RAS wild-type metastatic colorectal cancer · | General Hospital of the Chinese People's Liberation Army | October 2022 |
| 65 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2271 | Hepatitis B virus genotyping and drug resistance mutation detection kit ( PCR- fluorescent probe method) | Wuwei Cancer Hospital (Wuwei Medical Science Research Institute), Gansu Province | October 2022 |
| 66 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2272 | An extended, multicenter, open- label study evaluating the long-term safety and efficacy of recombinant human coagulation factor VIII ( SCT800 ) in the prevention and on-demand treatment of bleeding events in patients with severe hemophilia A who have previously received factor VIII therapy. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | October 2022 |
| 67 | National Natural Science Foundation of China (NSFC) Approval No. CJ2273 ( 2022 ) | A randomized, double-blind, active-drug, parallel-controlled, multicenter phase III clinical trial to assess the efficacy and safety of S086 tablets in treating mild to moderate essential hypertension. | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | October 2022 |
| 68 | National Natural Science Foundation of China (NSFC) Approval No. CJ2274 ( 2022 ) | A multicenter, randomized, double-blind, placebo-controlled phase 3 clinical trial was conducted to evaluate the efficacy and safety of Leemborexant in treating insomnia in Chinese subjects. | Peking University Institute of Mental Health (Peking University Sixth Hospital) | October 2022 |
| 69 | National Natural Science Foundation of China (NSFC) Approval No. CJ2275 ( 2022 ) | A randomized, double-blind, double-dummy, multicenter, active-drug controlled phase III study comparing the efficacy and safety of nebivolol versus bisoprolol in Chinese patients with mild to moderate essential hypertension. | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | October 2022 |
| 70 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2276 | Collaborative study on the evidence-based evaluation and efficacy mechanism of Yishen Tongluo Formula in the intervention of diabetic kidney disease in phase 3 | The First Affiliated Hospital of Henan University of Traditional Chinese Medicine | October 2022 |
| 71 | National Natural Science Foundation of China (NSFC) Approval No. CJ2277 ( 2022 ) | A multicenter, randomized, double-blind, parallel-controlled, dose-exploratory phase II clinical trial comparing the levels of anti-tetanus toxin neutralizing antibody titers and safety of a single intramuscular injection of TNM002 injection with tetanus immunoglobulin or placebo in adult volunteers in China. | Shandong Beida Medical Luzhong Hospital Co., Ltd. | October 2022 |
| 72 | National Natural Science Foundation of China (NSFC) Approval No. CJ2278 ( 2022 ) | A multicenter, randomized, double-blind, double-dummy phase III clinical trial evaluating the efficacy and safety of bismuth-based quadruple therapy containing ticoraxone versus esomeprazole in eradicating Helicobacter pylori. | Peking University Third Hospital | October 2022 |

WuXi AR4803

| 73 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2279 | A phase 3 , open-label , multicenter, randomized study comparing the efficacy and safety of tislelizumab ( BGB-A317 ) (an anti-PD-1 antibody) in combination with platinum-based chemotherapy versus pemetrexed as first-line treatment for stage IIIB or IV non-squamous non-small cell lung cancer. | Shanghai Chest Hospital | October 2022 |

## II . Approval of Human Genetic Resources Preservation in China

| Serial Number | Approval Number | Project Name | applicant | Approval time |
|---|---|---|---|---|
| 1 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0098 | Linfen Central Hospital (Linfen Fourth People's Hospital) Preservation / Biobank | Linfen Central Hospital (Linfen Fourth People's Hospital) | October 2022 |
| 2 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0099 | Biobank of the Fifth Affiliated Hospital of Sun Yat-sen University | The Fifth Affiliated Hospital of Sun Yat-sen University | October 2022 |
| 3 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0100 | Fudan University Children's Hospital Biobank | Children's Hospital of Fudan University | October 2022 |
| 4 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0101 | Hefei Zhongke Puruisheng Biomedical Technology Co., Ltd. Biobank | Hefei Zhongke Puruisheng Biomedical Technology Co., Ltd. | October 2022 |
| 5 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0102 | Hunan Yuanpin Cell Biotechnology Co., Ltd. Cell Preservation Bank | Hunan Yuanpin Cell Biotechnology Co., Ltd. | October 2022 |
| 6 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0103 | Fujian Provincial Maternal and Child Health Hospital Biobank | Fujian Provincial Maternal and Child Health Hospital | October 2022 |
| 7 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0104 | Biosample and Data Resource Bank of Xinhua Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | Xinhua Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | October 2022 |
| 8 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0105 | TEDA International Cardiovascular Hospital Biobank | TEDA International Cardiovascular Hospital | October 2022 |
| 9 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0106 | Construction of Jinan Central Hospital Biobank | Jinan Central Hospital | October 2022 |

WuXi AR4807

| 10 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0107 | Biobank of Hunan Provincial People's Hospital ( The First Affiliated Hospital of Hunan Normal University) | Hunan Provincial People's Hospital ( The First Affiliated Hospital of Hunan Normal University) | October 2022 |
|---|---|---|---|---|
| 11 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0108 | Chengdu Fifth People's Hospital (Chengdu Geriatric Hospital) (Chengdu University of Traditional Chinese Medicine Affiliated Fifth People's Hospital) - Biobank | Chengdu Fifth People's Hospital (Chengdu Geriatric Hospital) (Chengdu University of Traditional Chinese Medicine Affiliated Fifth People's Hospital) | October 2022 |
| 12 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0109 | Construction of the Biobank at the First Affiliated Hospital of Jinan University (Guangzhou Overseas Chinese Hospital) | The First Affiliated Hospital of Jinan University (Guangzhou Overseas Chinese Hospital) | October 2022 |
| 13 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0110 | Peking University First Hospital Biobank | Peking University First Hospital | October 2022 |
| 14 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0111 | Peking University Shougang Hospital Biobank | Peking University Shougang Hospital | October 2022 |
| 15 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0112 | Human Genetic Resources Preservation at the Biobank of Hainan Provincial Women and Children's Medical Center | Hainan Provincial Women and Children's Medical Center | October 2022 |
| 16 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0113 | Shenzhen People's Hospital Biobank | Shenzhen People's Hospital | October 2022 |
| 17 | National Science and Technology Heritage Office Approval No. [ 2022 ] BC0114 | Biobank, Institute of Nutrition and Health, Chinese Center for Disease Control and Prevention | National Institute for Nutrition and Health, Chinese Center for Disease Control and Prevention | October 2022 |

III . Approval of International Collaborative Scientific Research on Human Genetic Resources in China

| Serial Number | Approval Number | Project Name | medical institutions (Team Leader Unit) | applicant | Contract Research Organization | Third-party laboratory | Approval time |
|---|---|---|---|---|---|---|---|

WuXi AR4808

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | National Natural Science Foundation of China (NSFC) Approval No. GH4930 ( 2022 ) | A randomized, open-label, single-dose, two-formulation, two-period, double-crossover fasting bioequivalence study of sildenafil citrate orally disintegrating tablets ( 50 mg ) in healthy Chinese male subjects. | University of Chinese Academy of Sciences Ningbo Huamei Hospital (Ningbo Second Hospital) | Shanghai Pukang Pharmaceutical Co., Ltd. | Hangzhou Yiyuan Pharmaceutical Technology Co., Ltd. | Suzhou Guochen Biotechnology Co., Ltd. | October 2022 |
| 2 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4931 | An open-label, prospective, multicenter, single-arm study evaluating the efficacy and safety of osimertinib as adjuvant therapy in non-small cell lung cancer ( NSCLC ) with rare epidermal growth factor receptor ( EGFRm ) mutations. | West China Hospital of Sichuan University | AstraZeneca Investment (China) Co., Ltd., AstraZeneca AB | Beijing Kelinlikang Medical Research Co., Ltd. | Shanghai Xuzhenda Biotechnology Co., Ltd., Inmena (China) Scientific Instruments Co., Ltd. | October 2022 |
| 3 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4932 | Randomized controlled trials of full cooking oil substitution intervention in cardiovascular disease risk populations | Wuhan University of Science and Technology | Beijing Zhongyinghui Nutrition and Health Research Institute Co., Ltd., and Jia Ge Foods (China) Co., Ltd. | | | October 2022 |
| 4 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4933 | A prospective, randomized, placebo-controlled trial of SurVaxM in combination with temozolomide as adjuvant therapy for newly diagnosed glioblastoma ( SURVIVE ). | Beijing Tiantan Hospital, Capital Medical University | Shanghai Fosun Pharmaceutical Industry Development Co., Ltd., MimiVax, LLC | Beijing Fosun Pharmaceutical Technology Development Co., Ltd. | Beijing Geneplus Medical Laboratory Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

WuXi AR4809

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4934 | China Workplace Cancer Prevention and Control Integrated Intervention Program ( WECAN ) | China Center for Chronic and Noncommunicable Disease Control and Prevention | The George Institute for Global Health , George Institute for Global Health (Australia) Beijing Office, Queen Mary University of London | | | October 2022 |
| 6 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4935 | Efficacy and safety of Cagrilintide sc 2.4 mg combined with Semaglutide sc 2.4 mg ( CagriSema sc 2.4 mg/2.4 mg ) administered once weekly in overweight or obese subjects in China. | General Hospital of the Chinese People's Liberation Army | Novo Nordisk (China) Pharmaceutical Co., Ltd., Novo Nordisk A/S | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., and Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 7 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4936 | A feasibility study to explore the efficacy and prognostic prediction of ctDNA monitoring in stage I-II inoperable NSCLC after SBRT . | Shandong First Medical University Cancer Hospital (Shandong Cancer Prevention and Treatment Research Institute, Shandong Cancer Hospital) | | | Guangzhou Burning Rock Medical Laboratory Co., Ltd. | October 2022 |
| 8 | National Natural Science Foundation of China (NSFC) Approval No. GH4937 ( 2022 ) | A Phase I clinical study evaluating the efficacy and safety of recombinant humanized anti‐HER2 monoclonal antibody -AS269 conjugate ( ARX788 ) in combination with toripalimab in patients with HER2-expressing or mutant advanced solid tumors. | Zhejiang Cancer Hospital | Zhejiang Xinma Biomedical Co., Ltd. | Beijing Haijingge Pharmaceutical Technology Co., Ltd. | Military Science Source (Beijing) Pharmaceutical Research Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., and Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |

WuXi AR4810

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4938 | A Phase I/II clinical study evaluating the efficacy and safety of BB-1701 in patients with HER2-expressing locally advanced or metastatic urothelial carcinoma. | Beijing Cancer Hospital | Bailisco Biopharmaceutical (Hangzhou) Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 10 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] GH4939 | Phase Ia clinical study of the tolerability, pharmacokinetics, and pharmacodynamics of recombinant human erythropoietin -HyFc fusion protein injection in healthy Chinese subjects. | Southern Medical University Southern Hospital | Shanghai Kaimao Biomedical Co., Ltd. | Boji Pharmaceutical Technology Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 11 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4940 | A multicenter, open-label phase I clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and preliminary clinical efficacy of BAT8010 for injection in patients with locally advanced or metastatic solid tumors. | Sun Yat-sen University Cancer Center | Bio-Thera Solutions, Ltd. | Saint-Fang (Shanghai) Pharmaceutical R&D Co., Ltd. | Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd. | October 2022 |
| 12 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4941 | A prospective, randomized, placebo-controlled trial of SurVaxM in combination with temozolomide as adjuvant therapy for newly diagnosed glioblastoma ( SURVIVE ). | Beijing Tiantan Hospital, Capital Medical University | Shanghai Fosun Pharmaceutical Industry Development Co., Ltd., MimiVax, LLC | Beijing Fosun Pharmaceutical Technology Development Co., Ltd. | Imaging Endpoints II,LLC | October 2022 |

WuXi AR4811

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4942 | A retrospective, multicenter, post-marketing observational study evaluating Oxane 5700 , a silicone oil for ophthalmic surgery, in the treatment of severe retinal detachment. | Eye, Ear, Nose and Throat Hospital Affiliated to Fudan University | Bausch & Lomb (Shanghai) Trading Co. , Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | | October 2022 |
| 14 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4943 | A randomized, open-label, single-dose, two-formulation, two-cycle, double-crossover bioequivalence clinical trial of acetylcysteine granules, conducted on fasting / postprandial patients. | Affiliated Hospital of Hebei University | Xiangbei Wellman Pharmaceutical Co., Ltd. | Beijing Huashi Kangyuan Pharmaceutical Technology Co., Ltd. | Wuhan Hongren Biopharmaceutical Co., Ltd. | October 2022 |
| 15 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4944 | A Study on the Myopia Control Effect and Influencing Factors of Orthokeratology Lenses with Different Base Curve Diameters after 1 Year | Eye Hospital of Wenzhou Medical University | Euclid Trading (Shanghai) Co., Ltd. | | | October 2022 |
| 16 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4945 | A single-center, randomized, double-blind, placebo-controlled phase I clinical trial evaluating the safety, tolerability, pharmacokinetics, and pharmacodynamics of a single subcutaneous injection of propanol acetate microspheres in healthy adult male subjects in China. | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | Shanghai Lizhu Pharmaceutical Co., Ltd. | Beijing Kelinlikang Medical Research Co., Ltd. | Jiangsu Wanlue Pharmaceutical Technology Co., Ltd. | October 2022 |

WuXi AR4812

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4946 | Blank matrix collection from healthy volunteers | Zibo Bashan Wanjie Hospital | Shanghai Henlius Biotech Co., Ltd. | Liqing Pharmaceutical Technology (Shanghai) Co., Ltd. | | October 2022 |
| 18 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4947 | A study on the current status and trends of clinical characteristics and treatment patterns of psoriasis patients in China: a multicenter retrospective observational study. | Beijing Children's Hospital, Capital Medical University | Eli Lilly Suzhou Pharmaceutical Co., Ltd. | Tianjin New Happy Life Technology Co., Ltd. | | October 2022 |
| 19 | National Natural Science Foundation of China (NSFC) Approval No. GH4948 ( 2022 ) | A multicenter, randomized, double-blind, placebo-controlled proof-of-concept study evaluating the efficacy and safety of efgartigimod in Chinese patients with lupus nephritis. | Guangdong Provincial People's Hospital | Zai Lab (Shanghai) Co., Ltd., Argenx BV | | Guangzhou KingMed Diagnostics Center Co., Ltd., Lebio Pharmaceuticals Research & Development (Shanghai) Co., Ltd., and Bristol-Easy Pharmaceutical Research (Suzhou) Co., Ltd. | October 2022 |
| 20 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4949 | Tumor tissue sample collection for clinical research on pathological analysis methodology validation projects | Liaocheng People's Hospital | Shanghai WuXi AppTec New Drug Development Co., Ltd. | Shandong Zenit Medical Technology Co., Ltd. | | October 2022 |
| 21 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4950 | Human bioequivalence study of chlorfenapyridine meglumine soft capsules | Nanjing Second Hospital | Nanjing Chia Tai Tianqing Pharmaceutical Co., Ltd. | | Nanjing Kelitai Pharmaceutical Technology Co., Ltd. | October 2022 |

WuXi AR4813

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4951 | Research on the pathogenesis mechanism of nasopharyngeal carcinoma based on multidimensional molecular characteristics and the construction of a precise screening technology system. | Sun Yat-sen University Cancer Center | | | Hangzhou Nuohui Health Technology Co., Ltd. | Aijitaikang (Jiaxing) Biotechnology Co., Ltd. | October 2022 |
| 23 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4952 | A prospective phase II clinical study of anlotinib in combination with gemcitabine, cisplatin, or anlotinib in combination with penaplimab for preoperative induction therapy in locally advanced urothelial carcinoma. | Fudan University Cancer Hospital | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | | | October 2022 |
| 24 | National Natural Science Foundation of China (NSFC) Approval No. GH4953 ( 2022 ) | A randomized, double-blind, placebo-controlled, single-dose, dose-escalation phase I study evaluating the safety, tolerability, pharmacokinetic characteristics, pharmacodynamic characteristics, and immunogenicity of KJ103 in healthy Chinese subjects. | Suzhou Municipal Hospital | Shanghai Baoji Pharmaceutical Co., Ltd. | Beijing Kelinlikang Medical Research Co., Ltd. | Zhaoyan (Beijing) Testing Technology Co., Ltd. | October 2022 |
| 25 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4954 | A randomized, controlled, multicenter study evaluating the safety and efficacy of paltusotine in patients with acromegaly who are not receiving pharmacological treatment. | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | CRINETICS PHARMACEUTICALS,INC. | Shanghai Kangde Hongyi Medical Clinical Research Co., Ltd. | Guangzhou KingMed Diagnostics Center Co., Ltd., Medpace (Shanghai) Pharmaceutical Technology Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., eResearchTechnology, Inc. | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | National Natural Science Foundation of China (NSFC) Approval No. GH4955 ( 2022 ) | A randomized, controlled, multicenter study evaluating the safety and efficacy of paltusotine in patients with acromegaly who are not receiving pharmacological treatment. | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | CRINETICS PHARMACEUTICALS,INC. | Shanghai Kangde Hongyi Medical Clinical Research Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 27 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4956 | Clinical studies evaluating the drug - drug interactions of subcutaneous injection of CJC-1134-PC solution with metformin, atorvastatin, and warfarin in healthy subjects. | Shandong Beida Medical Luzhong Hospital Co., Ltd. | Changshan Kaijiejian Biopharmaceutical R&D (Hebei) Co., Ltd. | Beijing Yiqi Pharmaceutical Technology Co., Ltd. | Shanghai Fangda Biotechnology Co., Ltd. | October 2022 |
| 28 | National Natural Science Foundation of China (NSFC) Approval No. GH4957 ( 2022 ) | A randomized, double-blind clinical trial evaluating the batch-to-batch consistency, immunogenicity, and safety of a quadrivalent influenza virus split vaccine in healthy individuals aged 9–59 years after three consecutive batches were administered the vaccine at a commercial scale · | Guizhou Provincial Center for Disease Control and Prevention | Beijing Sinovac Biotech Co., Ltd. | | China National Institutes for Food and Drug Control | October 2022 |
| 29 | National Natural Science Foundation of China (NSFC) Approval No. GH4958 ( 2022 ) | Multi-omics approach to explore prognostic biomarkers for secondary radical resection of recurrent and metastatic colorectal cancer | The Second Affiliated Hospital of Zhejiang University School of Medicine | | | Guangzhou Burning Rock Medical Laboratory Co., Ltd. | October 2022 |

WuXi AR4815

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30 | National Natural Science Foundation of China (NSFC) Approval No. GH4959 ( 2022 ) | A randomized, open-label, parallel-design bioequivalence trial of a single subcutaneous injection of leuprolide acetate microspheres in prostate cancer patients. | West China Hospital of Sichuan University | Shanghai Lizhu Pharmaceutical Co., Ltd. | Shanghai Renzhi Medical Research Co., Ltd. | Chengdu Fanweixi Pharmaceutical Technology Co., Ltd. | October 2022 |
| 31 | National Natural Science Foundation of China (NSFC) Approval No. GH4960 ( 2022 ) | An open-label, international, multicenter, first-in-human, dose-escalation, and expanded-enrollment phase I clinical trial was conducted to evaluate the safety, tolerability, pharmacokinetic characteristics, and preliminary efficacy of DXC004A for injection in patients with advanced solid tumors. | Sun Yat-sen University Cancer Center | Hangzhou Duoxi Biotechnology Co., Ltd. | | Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd., Beijing Pan-Genomics Technology Co., Ltd. | October 2022 |
| 32 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4961 | Mechanism of SEL1L-ERAD in antigen presentation and immune escape in multiple myeloma cells | Peking University First Hospital | | University of Michigan | | October 2022 |
| 33 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4962 | Blank blood samples were collected from healthy volunteers for use in analytical methodology research. | Taicang First People's Hospital | Zhaoyan (Beijing) Testing Technology Co., Ltd. | | | October 2022 |

WuXi AR4816

| 34 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4963 | Blank blood samples were collected from healthy Chinese volunteers to serve as blank biological matrices for the development, validation, and detection of biological sample analysis methods in drug clinical trials. | Zibo Bashan Wanjie Hospital | AstraZeneca Global R&D (China) Co., Ltd., AstraZeneca Investment (China) Co., Ltd. | Kangchengtai (Beijing) Pharmaceutical Technology Co., Ltd. | | October 2022 |
| 35 | National Natural Science Foundation of China (NSFC) Approval No. GH4964 ( 2022 ) | A feasibility study on using malic acidase as a clinical therapeutic target, based on the dependence of pancreatic and gastric cancers on malic acidase. | Peking University Third Hospital | University of Michigan | | | October 2022 |
| 36 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4965 | Flow Cytometry Reagent Development and Research | Zhejiang Provincial People's Hospital | Agilent Technologies (Hangzhou) Co., Ltd. | | | October 2022 |
| 37 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4966 | Performance evaluation of Elecsys® Anti-HEV IgM and Elecsys® Anti-HEV IgG | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | Roche Diagnostics GmbH | | | October 2022 |
| 38 | National Natural Science Foundation of China (NSFC) Approval No. GH4967 ( 2022 ) | Asian Diabetes Outcome Prevention Trial | Peking University People's Hospital | NATIONAL HEART CENTRE OF SINGAPORE PTE LTD、 Roche Diagnostics International Ltd | George Clinical Pty Ltd , George ( Beijing ) Clinical Medical Research Co., Ltd. | Medpace (Shanghai) Pharmaceutical Technology Co., Ltd. | October 2022 |

WuXi AR4817

| 39 | National Natural Science Foundation of China (NSFC) Approval No. GH4968 ( 2022 ) | A double-blind, randomized, placebo-controlled, single-dose followed by multiple-dose study evaluating the pharmacokinetics and safety of paltusotine in healthy Chinese volunteers. | Chengdu Fifth People's Hospital | CRINETICS PHARMACEUTICALS,INC. | Shanghai Kangde Hongyi Medical Clinical Research Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 40 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4969 | A phase III , randomized, double-blind clinical trial (KEYNOTE-585) comparing pembrolizumab ( MK-3475 ) in combination with chemotherapy ( XP or FP ) versus placebo in combination with chemotherapy ( XP or FP ) as neoadjuvant / adjuvant therapy in patients with gastric and gastroesophageal junction ( GEJ ) adenocarcinoma . | Beijing Cancer Hospital | Merck Sharp & Dohme LLC (China) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 41 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4970 | A multicenter, open-label, dose-escalation, and expansion phase I/II clinical trial (exploratory study) to evaluate the safety, tolerability, pharmacokinetics, and antitumor activity of JAB-21822 in advanced solid tumors with KRAS p.G12C mutations. | Beijing Cancer Hospital | Beijing Jiacos New Drug R&D Co., Ltd. | Beijing Capton Pharmaceutical Technology Development Co., Ltd. | Shanghai Xavi Medical Laboratory Co., Ltd. | October 2022 |

WuXi AR4818

| 42 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4971 | A randomized, double-blind, phase III study comparing MK-7684A in combination with chemotherapy versus pembrolizumab in combination with chemotherapy as first-line treatment for metastatic non-small cell lung cancer. | Shanghai Pulmonary Hospital | Merck Sharp & Dohme LLC , Merck Research & Development (China) Co., Ltd. | | Shanghai Xuzhenda Biotechnology Co., Ltd. | October 2022 |
| 43 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4972 | Biomarker study of camrelizumab in combination with apatinib and chemotherapy as neoadjuvant therapy for triple-negative breast cancer | West China Hospital of Sichuan University | Xiamen AmoyDx Biotechnology Co., Ltd. | | Shanghai Xavi Medical Laboratory Co., Ltd. | October 2022 |
| 44 | National Natural Science Foundation of China (NSFC) Approval No. GH4973 ( 2022 ) | VICTORION REAL : An international prospective real-world study designed to evaluate the efficacy and adherence of inclisiran in combination with standard lipid-lowering therapy compared with standard therapy alone in patients with primary hypercholesterolemia or mixed dyslipidemia. | The University of Hong Kong-Shenzhen Hospital | Novartis Pharma AG , Novartis (China) Biomedical Research Co., Ltd. | Jingding Pharmaceutical Research and Development ( Shanghai ) Co., Ltd. | | October 2022 |
| 45 | National Natural Science Foundation of China (NSFC) Approval No. GH4974 ( 2022 ) | Human bioequivalence study of torasemide tablets | Changsha No.1 Hospital (Changsha Infectious Disease Hospital, Changsha Public Health Emergency Treatment Center) | Suzhou Zhong Pharmaceutical Group Co., Ltd. | Changsha Jingyi Pharmaceutical Technology Co., Ltd. | Wuhan Hongren Biopharmaceutical Co., Ltd. | October 2022 |

| 46 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4975 | A phase IIb , randomized, double-blind, placebo-controlled, parallel-group study evaluating the safety and efficacy of XG005 in patients with painful knee osteoarthritis. | Peking University People's Hospital | Changyu Pharmaceutical (Shanghai) Co., Ltd. | Quintronics Pharmaceutical R&D ( Beijing ) Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 47 | National Natural Science Foundation of China (NSFC) Approval No. GH4976 ( 2022 ) | Blank blood samples were collected from healthy volunteers for use in analytical methodology research. | Taicang First People's Hospital | Zhaoyan (Suzhou) New Drug Research Center Co., Ltd. | | | October 2022 |
| 48 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4977 | A phase II study evaluating the efficacy and safety of MK-1026 in subjects with hematologic malignancies. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | Merck Sharp & Dohme LLC , Merck Research & Development (China) Co., Ltd. | | BIOTEL RESEARCH, LLC , Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., and Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 49 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4978 | Efficacy study of CD19-CAR-DNT cells in the treatment of relapsed / refractory B- cell non-Hodgkin lymphoma | The Second Affiliated Hospital of Zhejiang University School of Medicine | Zhejiang University and Zhejiang Ruijiamei Biotechnology Co., Ltd. | | | October 2022 |
| 50 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4979 | Nematevir / ritonavir combination pack 300mg/100mg randomized, open-label, two-formulation, single-dose, three-period, three-crossover bioequivalence study in healthy subjects under fasting and postprandial conditions. | Shulan (Hangzhou) Hospital Co., Ltd. | Shijiazhuang Zhongnuo Pharmaceutical Co., Ltd. | | Suzhou Guochen Biotechnology Co., Ltd. | October 2022 |

WuXi AR4820

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | National Natural Science Foundation of China (NSFC) Approval No. GH4980 ( 2022 ) | Nematvir 150mg randomized, open-label, two-formulation, single-dose, three-cycle, three-crossover bioequivalence study in healthy subjects under fasting and postprandial conditions. | Shulan (Hangzhou) Hospital Co., Ltd. | Shijiazhuang Zhongnuo Pharmaceutical Co., Ltd. | | Suzhou Guochen Biotechnology Co., Ltd. | October 2022 |
| 52 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4981 | Research on the Accuracy of the YueShi Intelligent Microecological Automatic Analyzer | Peking University First Hospital | Beijing YueShi Intelligent Technology Co., Ltd. | Beijing Stamcell Technology Co., Ltd. | | October 2022 |
| 53 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4982 | Clinical Accuracy and Precision Study of Fecal Occult Blood Test Reagent (Colloidal Gold Method) | Zhejiang Provincial People's Hospital | Hangzhou Nuohui Health Technology Co., Ltd. | | | October 2022 |
| 54 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4983 | A phase II clinical trial evaluating MRTX849 monotherapy or in combination with pembrolizumab for the treatment of advanced non-small cell lung cancer with KRAS G12C mutation. | Shanghai Chest Hospital | Mirati Therapeutics, Inc. , Zai Lab (Shanghai) Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., Majestic Translational Medicine Research (Suzhou) Co., Ltd., and Resolution Bioscience Inc. | October 2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | National Natural Science Foundation of China (NSFC) Approval No. GH4984 ( 2022 ) | A randomized, multicenter, double-blind, placebo-controlled, phase 3 bridging study comparing bemarituzumab plus mFOLFOX6 versus placebo plus mFOLFOX6 in previously untreated patients with FGFR2b - overexpressing advanced gastric or gastroesophageal junction cancer. | Shanghai East Hospital | Zai Lab (Shanghai) Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., and Bristol-Easy Pharmaceutical Research (Suzhou) Co., Ltd. | October 2022 |
| 56 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4985 | A phase II study of ZEN003694 in combination with tazoledrone for the treatment of triple-negative breast cancer patients | Sun Yat-sen Memorial Hospital, Sun Yat-sen University | Hengyi Biopharmaceutical (Shanghai) Co., Ltd., and Zenith Epigenetics Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Zhejiang Dingjing Medical Laboratory Co., Ltd., Shanghai Xihua Testing Technology Service Co., Ltd., Shanghai Guanhe Pharmaceutical Technology Co., Ltd., and Bioclinica, Inc. | October 2022 |
| 57 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4986 | An open-label phase II study evaluating the safety, efficacy, and pharmacokinetics of amivantamab monotherapy in patients with advanced hepatocellular carcinoma ( HCC ) who had previously received systemic therapy. | The First Affiliated Hospital of Zhejiang University School of Medicine | Janssen Research & Development, LLC , Johnson & Johnson (China) Investment Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd., Shanghai Dian Diagnostics Co., Ltd., BIOCLINICA, INC. , and Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |

WuXi AR4822

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58 | National Natural Science Foundation of China (NSFC) Approval No. GH4987 ( 2022 ) | A phase Ib/II , open-label study of amivantamab monotherapy and in combination with standard chemotherapy in patients with advanced or metastatic colorectal cancer. | The Second Affiliated Hospital of Zhejiang University School of Medicine | Janssen Research & Development, LLC , Johnson & Johnson (China) Investment Co., Ltd. | | Huidu (Shanghai) Medical Technology Co., Ltd., BIOCLINICA, INC. , and Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 59 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4988 | A Phase Ib/II clinical trial assessing the safety and efficacy of sirolimus for injection (albumin-bound) in patients with advanced malignant perivascular epithelioid cell tumor ( PEComa ). | Beijing Jishuitan Hospital | Shijiazhuang Zhongqi Pharmaceutical Technology Co., Ltd. | | Sichuan Provincial Institute for Drug Control (Sichuan Provincial Medical Device Testing Center), Tianjin Huada Medical Laboratory Co., Ltd. | October 2022 |
| 60 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4989 | A Phase Ib/II clinical trial assessing the safety and efficacy of sirolimus for injection (albumin-bound) in patients with advanced malignant perivascular epithelioid cell tumor ( PEComa ). | Beijing Jishuitan Hospital | Shijiazhuang Zhongqi Pharmaceutical Technology Co., Ltd. | | Sichuan Provincial Institute for Drug Control (Sichuan Provincial Medical Device Testing Center), Tianjin Huada Medical Laboratory Co., Ltd., and Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |
| 61 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] GH4990 | A retrospective real-world study evaluating the efficacy and safety of Abbott coronary intervention guidewires in patients with coronary artery disease based on electronic health record data. | Tianjin Medical University General Hospital | Abbott Vascular | Beijing Yiming Technology Co., Ltd. | | October 2022 |

WuXi AR4823

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4991 | Evaluating the efficacy and safety of Abbott coronary balloon catheters in patients with coronary artery disease in the real world: a retrospective study based on electronic health record data. | Tianjin Medical University General Hospital | Abbott Vascular | Beijing Yiming Technology Co., Ltd. | | October 2022 |
| 63 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4992 | Clinical study on the efficacy and safety of pembrolizumab in combination with vedicetuzumab for the treatment of HER2 -expressing metastatic colorectal cancer who have failed at least two lines of prior systemic therapy. | Zhongshan Hospital Affiliated to Fudan University | Rongchang Biopharmaceutical (Yantai) Co., Ltd., Merck R&D (China) Co., Ltd. | Shanghai Youlin Pharmaceutical Technology Co., Ltd. | | October 2022 |
| 64 | National Natural Science Foundation of China (NSFC) Approval No. GH4993 ( 2022 ) | A phase I , open-label, multicenter study investigating MK-4830 monotherapy and its combination with pembrolizumab in patients with advanced solid tumors. | Shanghai Chest Hospital | Merck Sharp & Dohme LLC (China) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., BEACON BIOSCIENCE, INC. , Fangda Pharmaceutical Technology (Shanghai) Co., Ltd., and Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

WuXi AR4824

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4994 | HERTHENA–Lung02 : A randomized, open-label, phase 3 study comparing patritumab deruxtecan with platinum -based chemotherapy in patients with metastatic or locally advanced EGFR -mutated non-small cell lung cancer ( NSCLC ) who have failed epidermal growth factor receptor ( EGFR ) tyrosine kinase inhibitor ( TKI ) therapy . | Guangdong Provincial People's Hospital | Daiichi Sankyo, Inc. and Daiichi Sankyo (China) Investment Co., Ltd. | Cynus Pharmaceutical Information Consulting (Beijing) Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., BioClinica, Inc. | October 2022 |
| 66 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4995 | An open-label, multicenter phase II clinical trial evaluating the efficacy, safety, and pharmacokinetic profile of HLX208 tablets ( a BRAF V600E inhibitor) in BRAF V600 -mutant advanced solid tumors. | Fudan University Cancer Hospital | Shanghai Henlius Biotech Co., Ltd. | | Hangzhou Taimei Xingcheng Pharmaceutical Technology Co., Ltd., Fangda Pharmaceutical Technology (Shanghai) Co., Ltd., and Shanghai Xiawei Medical Laboratory Co., Ltd. | October 2022 |
| 67 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4996 | A randomized, double-blind, placebo-controlled phase II clinical trial evaluating the efficacy and safety of CM326 injection in adult patients with moderate to severe atopic dermatitis. | Peking University People's Hospital | Connoya Biomedical Technology (Chengdu) Co., Ltd. | | Shanghai Dingyue Biotechnology Co., Ltd. | October 2022 |

| 68 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4997 | A Phase I clinical study evaluating the safety, tolerability, preliminary efficacy, and pharmacokinetic / pharmacodynamic characteristics of LNF1904 in patients with relapsed / refractory B- cell malignancies. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | Anyuan Pharmaceutical Technology (Shanghai) Co., Ltd. | Bonasia (Hefei) Pharmaceutical Technology Co., Ltd. | Zhaoyan (Beijing) Testing Technology Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 69 | National Natural Science Foundation of China (NSFC) Approval No. GH4998 ( 2022 ) | A randomized, open-label, two-formulation, single-dose, four-period, two-sequence, crossover bioequivalence study of enteric-coated aspirin in healthy, fasting subjects. | Cangzhou People's Hospital | CSPC Ouyi Pharmaceutical Co., Ltd. | | Beijing Sunshine Demei Pharmaceutical Technology Co., Ltd. | October 2022 |
| 70 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4999 | Phase I clinical study of JS203 in patients with relapsed/refractory B- cell non-Hodgkin lymphoma | Beijing Cancer Hospital | Shanghai Junshi Biosciences Co., Ltd. | | Shanghai Dingyue Biotechnology Co., Ltd. | October 2022 |
| 71 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5000 | A randomized, phase III study evaluating MRTX849 versus docetaxel in previously treated non-small cell lung cancer patients with KRAS G12C mutations. | Shanghai Chest Hospital | Mirati Therapeutics, Inc. , Zai Lab (Shanghai) Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., and Resolution Bioscience Inc. | October 2022 |

WuXi AR4826

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5001 | A phase II/III multicenter study ( BFAST : First-to-Blood Screening Trial) evaluating the efficacy and safety of multiple targeted therapies in patients with advanced or metastatic non-small cell lung cancer ( NSCLC ) carrying modifiable somatic mutations ( detectable via blood) | Jilin Provincial Cancer Hospital | Roche (China) Investment Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology (Shanghai) Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | Nanjing Shihe Medical Laboratory Co., Ltd., Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., Perceptive Informatics LLC | October 2022 |
| 73 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5002 | A phase 1/2 clinical study evaluating the safety and efficacy of a single-dose intravenous infusion of BRL-101 for the treatment of transfusion-dependent β-thalassemia. | The First Affiliated Hospital of Guangxi Medical University | Shanghai Bangyao Biotechnology Co., Ltd. | Kunling Enterprise Management (Shanghai) Co., Ltd. | | October 2022 |
| 74 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5003 | A phase 1/2 clinical study evaluating the safety and efficacy of a single-dose intravenous infusion of BRL-101 for the treatment of transfusion-dependent β-thalassemia. | The First Affiliated Hospital of Guangxi Medical University | Shanghai Bangyao Biotechnology Co., Ltd. | Kunling Enterprise Management (Shanghai) Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 75 | National Natural Science Foundation of China (NSFC) Approval No. GH5004 ( 2022 ) | Long-term follow-up study of BRL-101 in the treatment of transfusion-dependent β-thalassemia | The First Affiliated Hospital of Guangxi Medical University | Shanghai Bangyao Biotechnology Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

WuXi AR4827

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5005 | Long-term post-marketing clinical follow-up of Chinese patients who received Zilver® PTX® drug-eluting peripheral vascular stent therapy | Zhongshan Hospital Affiliated to Fudan University | Cook Research Incorporated , Cook (China) Medical Trading Co., Ltd. | Quintronics Pharmaceutical R&D ( Beijing ) Co., Ltd. | | October 2022 |
| 77 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5006 | A multicenter, randomized, double-blind, positive-drug controlled clinical trial investigating the efficacy and safety of Guilu Erxian oral liquid in treating oligospermia and asthenospermia (kidney essence deficiency type). | Xiyuan Hospital, China Academy of Chinese Medical Sciences | Dong-E-E-Jiao Co., Ltd. | Beijing Chemical Pharmaceutical Innovation Pharmaceutical Technology Development Co., Ltd. | | October 2022 |
| 78 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5007 | This is an open-label, multicenter study of patients who have completed the previously Novartis-sponsored secukinumab study and who, according to investigators, would benefit from continued secukinumab treatment. | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | Novartis (China) Biomedical Research Co., Ltd., Novartis Pharma Schweiz AG | | | October 2022 |
| 79 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5008 | Clinical studies evaluating the safety of PMC176 cells in patients with advanced solid malignancies | People's Hospital of Wuhan University | Suzhou Hengkang Life Science Co., Ltd. | Nanjing Rirui New Medicine Technology Co., Ltd. | Wuhan Si'an Medical Technology Co., Ltd. | October 2022 |

WuXi AR4828

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5009 | An open-label, dose-escalation, and dose-expansion phase 1 study evaluating the safety, tolerability, pharmacokinetics, pharmacodynamics, and initial efficacy of D3S-001 monotherapy in patients with advanced solid tumors harboring the KRAS p.G12C mutation. | Shanghai Chest Hospital | Deshengji Pharmaceutical (Wuxi) Co., Ltd. | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. | Shanghai Xavi Medical Laboratory Co., Ltd., Guangzhou Burning Rock Medical Laboratory Co., Ltd. | October 2022 |
| 81 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5010 | Development of monoclonal antibodies for the prevention and treatment of Rh-negative blood type second-pregnancy miscarriage cases, ankylosing spondylitis cases, autoimmune diseases, and tumors. | Leliu Hospital Affiliated to Shunde Hospital of Guangzhou University of Chinese Medicine ( Leliu Hospital, Shunde District, Foshan City ) | Zhuhai TechnoMed Biotechnology Co., Ltd. | | | October 2022 |
| 82 | National Natural Science Foundation of China (NSFC) Approval No. GH5011 ( 2022 ) | Phase I clinical trial of HXYT-001 cell injection for the treatment of relapsed / refractory B- cell non-Hodgkin lymphoma ( B-NHL ). | Beijing Cancer Hospital | Huaxia Yingtai (Beijing) Biotechnology Co., Ltd., Beijing Qingyitai Pharmaceutical Technology Co., Ltd. | Kunling Enterprise Management (Shanghai) Co., Ltd. | Shanghai Jinghan Biotechnology Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

WuXi AR4829

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5012 | An open-label, randomized phase III study comparing subcutaneous administration of lazertinib in combination with amivantamab versus intravenous or subcutaneous administration of amivantamab via a personal delivery system in patients with EGFR- mutant advanced or metastatic non-small cell lung cancer whose disease had progressed after osimertinib and chemotherapy. | Jilin Provincial Cancer Hospital | Janssen Research & Development, LLC , Johnson & Johnson (China) Investment Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., Fangda Pharmaceutical Technology (Shanghai) Co., Ltd., BIOCLINICA, INC. | October 2022 |
| 84 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5013 | Evaluation of interventional treatment strategies for bifurcation lesions based on non-invasive fractional flow reserve | Peking University First Hospital | | Suzhou Runmaide Medical Technology Co., Ltd. | | October 2022 |
| 85 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5014 | A prospective real-world study on the effectiveness and safety of a " comprehensive treatment device for myopia and amblyopia " in controlling mild to moderate myopia in children and adolescents. | Hainan Provincial Eye Hospital | Guanglang (Hainan) Biotechnology Co., Ltd. | Saint-Fang (Shanghai) Pharmaceutical R&D Co., Ltd. | | October 2022 |

WuXi AR4830

| 86 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5015 | A randomized, open-label, parallel-design pharmacokinetic and pharmacodynamic interaction study of TNM002 with adsorbed tetanus vaccine , administered alone and in combination, in healthy Chinese subjects. | Shandong Beida Medical Luzhong Hospital Co., Ltd. | Zhuhai TechnoMed Biotechnology Co., Ltd. | Shanghai Mouss Pharmaceutical Technology Co., Ltd. and Hangzhou Tigermed Technology Co., Ltd. | Shanghai Jinghan Biotechnology Co., Ltd. | October 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 87 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5016 | A study evaluating the bioequivalence of the test formulation risperidone orally disintegrating tablets ( 1 mg ) and the reference formulation Risperdal® OD Tablets in healthy adult subjects. | Jinan Central Hospital | Changzhou No.4 Pharmaceutical Co., Ltd. | Jinan Hetai Pharmaceutical Technology Co., Ltd. | Jiangsu Wanlue Pharmaceutical Technology Co., Ltd. | October 2022 |
| 88 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5017 | The master protocol of a multicenter, open-label, phase I/IIa study evaluating the safety, tolerability, pharmacokinetics, pharmacodynamics, and preliminary antitumor activity of AZD8205 in subjects with advanced or metastatic solid malignancies. | Beijing Cancer Hospital | AstraZeneca Global R&D (China) Co., Ltd., AstraZeneca AB | | Guangzhou Burning Rock Biotech Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 89 | National Natural Science Foundation of China (NSFC) Approval No. GH5018 ( 2022 ) | Bioequivalence studies of modafinil capsules in humans under fasting and postprandial conditions | The First Affiliated Hospital of Hunan University of Medicine | Xiangbei Wellman Pharmaceutical Co., Ltd. | Hunan Huize Biomedical Technology Co., Ltd. | Hunan Taixin Pharmaceutical Technology Co., Ltd. | October 2022 |

WuXi AR4831

| 90 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5019 | A Phase I clinical trial of the tolerability and pharmacokinetics of TQB3702 tablets in hematologic malignancy subjects. | Shandong Cancer Hospital | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 91 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5020 | Safety, tolerability, and pharmacokinetics of FDA022-BB05 in patients with advanced solid tumors (Phase Ia/Ib clinical study) | Beijing Shijitan Hospital, Capital Medical University | Shanghai Fudan Zhangjiang Bio-Pharmaceutical Co., Ltd. | | Nanjing Kelitai Pharmaceutical Technology Co., Ltd., Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |
| 92 | National Natural Science Foundation of China (NSFC) Approval No. GH5021 ( 2022 ) | A phase II clinical study evaluating the efficacy, safety, tolerability, and pharmacokinetic characteristics of GH35 tablets in patients with KRAS-mutated advanced solid tumors. | Shanghai Pulmonary Hospital | Qinhao Pharmaceutical (Suzhou) Co., Ltd. | Shanghai Youlin Pharmaceutical Technology Co., Ltd. | Ximed (Nanjing) Biotechnology Co., Ltd., Nanjing Shihe Gene Biotechnology Co., Ltd., Guorui Yikang Medical Laboratory (Shanghai) Co., Ltd., Shanghai Linying Pharmaceutical Technology Co., Ltd. | October 2022 |
| 93 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5022 | A multicenter, randomized, double-blind, placebo-controlled phase II clinical trial evaluating the efficacy and safety of different dosing regimens of HB0017 injection in patients with moderate to severe plaque psoriasis. | Peking University People's Hospital | Huabo Biopharmaceutical Technology (Shanghai) Co., Ltd., Shanghai Huaotai Biopharmaceutical Co., Ltd. | | Shanghai XiHua Testing Technology Service Co., Ltd. | October 2022 |

WuXi AR4832

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 94 | National Natural Science Foundation of China (NSFC) Approval No. GH5023 ( 2022 ) | A randomized, phase III study evaluating MRTX849 in combination with cetuximab versus chemotherapy in patients with advanced colorectal cancer harboring the KRAS G12C mutation whose disease progressed during or after standard first-line therapy. | Beijing Cancer Hospital | Mirati Therapeutics, Inc. , Zai Lab (Shanghai) Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., and Resolution Bioscience Inc. | October 2022 |
| 95 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5024 | A Phase Ia clinical trial of tolerability, pharmacokinetics, pharmacodynamics, and immunogenicity of recombinant human serum albumin for injection combined with interferon α-2b in healthy adult volunteers, using a single-dose escalation regimen. | Beijing Friendship Hospital, Capital Medical University | Shanxi Kangbao Biological Products Co., Ltd. | Beijing Stamcell Technology Co., Ltd. | Zhaoyan (Beijing) Testing Technology Co., Ltd. | October 2022 |
| 96 | National Natural Science Foundation of China (NSFC) Approval No. GH5025 ( 2022 ) | A randomized, open-label, active-drug, parallel-controlled, multicenter clinical study evaluating the efficacy and safety of protamine human insulin injection as the initial treatment for patients with type 2 diabetes. | Zhongnan Hospital of Wuhan University | Jilin Huisheng Biopharmaceutical Co., Ltd. | Beijing Xingdetong Pharmaceutical Technology Co., Ltd. | Junke Zhengyuan (Tianjin) Biomedical Technology Co., Ltd. | October 2022 |

WuXi AR4833

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 97 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5026 | A multicenter, randomized, double-blind, placebo-controlled phase III study comparing atezolizumab (anti-PD-L1 antibody) in combination with paclitaxel versus placebo in combination with paclitaxel in patients with previously untreated and inoperable locally advanced or metastatic triple-negative breast cancer. | Cancer Hospital, Chinese Academy of Medical Sciences | Shanghai Roche Pharmaceuticals Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology ( Shanghai ) Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 98 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5027 | A multicenter, randomized, double-blind, placebo-controlled phase III study comparing atezolizumab (anti-PD-L1 antibody) in combination with paclitaxel versus placebo in combination with paclitaxel in patients with previously untreated and inoperable locally advanced or metastatic triple-negative breast cancer. | Cancer Hospital, Chinese Academy of Medical Sciences | Shanghai Roche Pharmaceuticals Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology (Shanghai) Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Bioclinica, Inc. , and Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 99 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5028 | Phase II clinical trial of SKB264 in combination with other treatments for patients with advanced or metastatic non-small cell lung cancer. | Sun Yat-sen University Cancer Center | Sichuan Kelun Biotech Co., Ltd. | | Shanghai Fangda Biotechnology Co., Ltd., Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd., and Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |

WuXi AR4834

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100 | National Natural Science Foundation of China (NSFC) Approval No. GH5029 ( 2022 ) | A randomized, multicenter, double-blind, placebo-controlled phase III study evaluated the efficacy of first-line carboplatin and paclitaxel in combination with Durvalumab , followed by maintenance therapy with or without olaparib for newly diagnosed advanced or recurrent endometrial cancer ( DUO-E ). | Fudan University Cancer Hospital | AstraZeneca AB , AstraZeneca Investment (China) Co., Ltd. | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. | Perceptive Informatics LLC , Lebio Pharmaceuticals R&D (Shanghai) Co., Ltd. | October 2022 |
| 101 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5030 | A randomized, double-blind, placebo-controlled phase I clinical trial evaluating TQC2731 injection in healthy adult subjects and patients with severe asthma. | The First Affiliated Hospital of Zhengzhou University | Chia Tai Tianqing Pharmaceutical Group Nanjing Shunxin Pharmaceutical Co., Ltd. | | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | October 2022 |
| 102 | National Natural Science Foundation of China (NSFC) Approval No. GH5031 ( 2022 ) | A phase III , randomized, multicenter, open-label, two-arm study evaluating the pharmacokinetics, efficacy, and safety of a fixed-dose combination of pertuzumab and trastuzumab administered subcutaneously in combination with chemotherapy in Chinese patients with HER2 -positive early breast cancer. | Fudan University Cancer Hospital | Roche (China) Investment Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology (Shanghai) Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | QPS, LLC , Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., ICON Labaoratory Services, Inc. , MicroConstants, Inc. , PPD Development, LP | October 2022 |

WuXi AR4835

| 103 | National Natural Science Foundation of China (NSFC) Approval No. GH5032 ( 2022 ) | A phase II clinical study evaluating the efficacy and safety of recombinant humanized anti-HER2 bispecific antibody KN026 as monotherapy or in combination therapy for HER2- low expressing or HER2-positive recurrent / metastatic breast cancer. | Harbin Medical University Cancer Hospital | Jiangsu Kangning Jierui Biopharmaceutical Co., Ltd. | | Ningbo Xining Testing Technology Co., Ltd., Maijie Translational Medicine Research (Suzhou) Co., Ltd., and Zhiben Medical Technology (Shanghai) Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 104 | National Natural Science Foundation of China (NSFC) Approval No. GH5033 ( 2022 ) | A phase I , randomized, double-blind, placebo-controlled study evaluating the pharmacokinetics, safety, and tolerability of NIRSEVIMAB in healthy Chinese adults. | Huashan Hospital Affiliated to Fudan University | AstraZeneca Investment (China) Co., Ltd., AstraZeneca AB | IQVIA Medical Technology (Shanghai) Co., Ltd. | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 105 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5034 | EPIK-B2 : A two-part, multicenter, randomized ( 1:1) , double- blind , placebo -controlled phase III study evaluating the efficacy and safety of alpelisib ( BYL719 ) in combination with trastuzumab and pertuzumab as maintenance therapy in patients with HER2-positive advanced breast cancer with PIK3CA mutations. | Fudan University Cancer Hospital | Novartis (China) Biomedical Research Co., Ltd., Novartis Pharma AG | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., BIOCLINICA, INC. | October 2022 |

WuXi AR4836

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | National Natural Science Foundation of China (NSFC) Approval No. GH5035 ( 2022 ) | A Phase I/II clinical study of the tolerability, safety, efficacy, and pharmacokinetics of ZG19018 in patients with advanced solid tumors harboring KRAS G12C mutations, including dose escalation and expansion. | General Hospital of the Chinese People's Liberation Army | Suzhou Zekjing Biopharmaceutical Co., Ltd. | | Maijie Translational Medicine Research (Suzhou) Co., Ltd., Zhaoyan (Suzhou) New Drug Research Center Co., Ltd. | October 2022 |
| 107 | National Natural Science Foundation of China (NSFC) Approval No. GH5036 ( 2022 ) | BOTOX® ( onabotulinumtoxin A, type A botulinum toxin) for the treatment of masseter hypertrophy / protrusion: A phase 3 , multicenter, randomized, double-blind, placebo-controlled study | Union Hospital, Tongji Medical College, Huazhong University of Science and Technology | Allergan Information Consulting (Shanghai) Co., Ltd., AbbVie Limited | | Canfield Scientific, Inc. | October 2022 |
| 108 | National Natural Science Foundation of China (NSFC) Approval No. GH5037 ( 2022 ) | A randomized, double-blind, placebo-controlled phase III clinical trial evaluating the efficacy and safety of AK102 in patients with primary hypercholesterolemia and mixed hyperlipidemia. | Peking University First Hospital | Kangrong Oriental (Guangzhou) Biomedical Co., Ltd. | | Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd., and Guangzhou KingMed Diagnostics Center Co., Ltd. | October 2022 |
| 109 | National Natural Science Foundation of China (NSFC) Approval No. GH5038 ( 2022 ) | A randomized, double-blind, parallel, placebo-controlled, multicenter phase IIIa clinical study evaluating the efficacy and safety of pyroglutamic acid rongaglidinyl granules in patients with type 2 diabetes. | China-Japan Friendship Hospital | Guangdong Dongyangguang Pharmaceutical Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd., Shanghai XiHua Testing Technology Service Co., Ltd. | October 2022 |

WuXi AR4837

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 110 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] GH5039 | A prospective, multicenter, randomized, blinded, controlled clinical study evaluating the safety and efficacy of the CureSight amblyopia treatment system versus standard monocular occlusion therapy for the treatment of childhood amblyopia. | Eye, Ear, Nose and Throat Hospital Affiliated to Fudan University | NovaSight Ltd. , Changsha Yunxing Medical Technology Co., Ltd. | Beijing Jietong Kangnuo Pharmaceutical Technology Co., Ltd. | | October 2022 |
| 111 | National Natural Science Foundation of China (NSFC) Approval No. GH5040 ( 2022 ) | A Phase Ib clinical study of the safety, tolerability, pharmacokinetics, and efficacy of HS-10352 in combination with fulvestrant in HR-positive , HER2-negative, PIK3CA mutation-positive advanced breast cancer patients. | Fudan University Cancer Hospital | Jiangsu Hansoh Pharmaceutical Group Co., Ltd. | | Shanghai Fangda Biotechnology Co., Ltd., Beijing Genecast Biotechnology Co., Ltd. | October 2022 |
| 112 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5041 | A phase Ib clinical study investigating the safety and preliminary efficacy of AL8326 in treating patients with advanced cancers, primarily cholangiocarcinoma and bladder cancer, who harbor FGFR mutations. | The First Affiliated Hospital of Zhejiang University School of Medicine | Nanjing Aidecheng Pharmaceutical Technology Co., Ltd. | Shanghai Youlin Pharmaceutical Technology Co., Ltd. | Zhiben Medical Technology (Shanghai) Co., Ltd., Beijing Genecast Gene Technology Co., Ltd. | October 2022 |

WuXi AR4838

| 113 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5042 | An open-label, multicenter, phase Ia/Ib study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of IBI389 as monotherapy or in combination therapy in patients with advanced malignancies. | West China Hospital of Sichuan University | Innovent Biologics (Suzhou) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 114 | National Natural Science Foundation of China (NSFC) Approval No. GH5043 ( 2022 ) | A Phase Ib/II clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and efficacy of subcutaneous injection of recombinant anti-interleukin -1β ( IL-1β ) humanized monoclonal antibody injection ( SSGJ-613 ) for the treatment of acute gouty arthritis in subjects. | Huashan Hospital Affiliated to Fudan University | 3SBio (Shanghai) Co., Ltd. | | Shanghai XiHua Testing Technology Service Co., Ltd., Guangzhou KingMed Diagnostics Center Co., Ltd. | October 2022 |
| 115 | National Natural Science Foundation of China (NSFC) Approval No. GH5044 ( 2022 ) | A Phase II clinical trial of autologous infusion of CD19 - targeted chimeric antigen receptor T lymphocytes ( pCAR-19B ) for the treatment of CD19 - positive relapsed / refractory B- cell acute lymphoblastic leukemia. | Tongji Hospital, affiliated with Tongji Medical College of Huazhong University of Science and Technology | Chongqing Precision Biotechnology Co., Ltd. | Quintronics Pharmaceutical R&D (Beijing) Co., Ltd. | Beijing Novogene Technology Co., Ltd., Wuhan Kang Shengda Medical Laboratory Co., Ltd., Shanghai Guanhe Pharmaceutical Technology Co., Ltd., and Beijing Genecast Technology Co., Ltd. | October 2022 |

WuXi AR4839

| 116 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5045 | A multicenter, open-label, dose-escalation phase I clinical trial was conducted to evaluate the safety, tolerability, and pharmacokinetic / pharmacodynamic characteristics of recombinant anti-CD38 and CD3 bispecific antibody ( Y150 ) for injection in patients with relapsed or refractory multiple myeloma. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | Wuhan Youzhiyou Biopharmaceutical Co., Ltd. | Bonasia (Hefei) Pharmaceutical Technology Co., Ltd. | Shanghai Fangda Biotechnology Co., Ltd., Guangzhou Huayin Medical Research Institute Co., Ltd., Guangzhou Huayin Medical Testing Center Co., Ltd., Institute of Hematology and Blood Diseases Hospital, Chinese Academy of Medical Sciences | October 2022 |
|---|---|---|---|---|---|---|---|
| 117 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5046 | A multicenter, single-arm, prospective clinical trial evaluating the safety and efficacy of thoracic aortic stent systems for endovascular treatment of aortic dissection. | Zhongshan Hospital Affiliated to Fudan University | Hangzhou Weiqiang Medical Technology Co., Ltd. | Ruiyi Kesheng (Beijing) Biomedical Research Co., Ltd. |  | October 2022 |
| 118 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5047 | An open-label, multicenter phase I/II clinical trial evaluating the safety, tolerability, pharmacokinetics, immunogenicity, and antitumor activity of LM-102 injection as monotherapy or in combination therapy in patients with CLDN18.2 -positive advanced solid tumors. | Zhongshan Hospital Affiliated to Fudan University | Shanghai Lixin Pharmaceutical R&D Co., Ltd. |  | Shanghai Fangda Biotechnology Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 119 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5048 | An open-label, multicenter, phase Ia/Ib study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of IBI389 as monotherapy or in combination therapy in patients with advanced malignancies. | West China Hospital of Sichuan University | Innovent Biologics (Suzhou) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 120 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5049 | KEYNOTE-B49 is a randomized, double-blind, placebo-controlled phase III study comparing pembrolizumab in combination with chemotherapy versus placebo in combination with chemotherapy for patients with hormone receptor-positive, human epidermal growth factor receptor 2-negative ( HR+/HER2- ) locally recurrent, unresectable or metastatic breast cancer who are eligible for chemotherapy . | Fudan University Cancer Hospital | Merck Sharp & Dohme LLC (China) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., and BEACON BIOSCIENCE, INC. | October 2022 |
| 121 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5050 | A randomized, open-label, active-drug, parallel-controlled, multicenter phase III clinical trial evaluating the efficacy and safety of FHND9041 versus afatinib as first-line treatment for EGFRm+ locally advanced or metastatic non-small cell lung cancer. | Cancer Hospital, Chinese Academy of Medical Sciences | Nanjing Chuangte Pharmaceutical Technology Co., Ltd. | Beijing Huashi Kangyuan Pharmaceutical Technology Co., Ltd. | Jiangsu Wanlue Pharmaceutical Technology Co., Ltd. and Shanghai Xiawei Medical Laboratory Co., Ltd. | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 122 | National Science and Technology Heritage Office Approval No. 〔2022〕GH5051 | A single-center, randomized, double-blind, placebo-controlled Phase I clinical study evaluating the safety, tolerability, pharmacokinetics, and pharmacodynamics of ENN0403 capsules in healthy subjects after single and multiple doses. | Shanghai Xuhui District Central Hospital | Yinuo (Zhejiang) Pharmaceutical Co., Ltd. | Bestar (Shanghai) Pharmaceutical Technology Co., Ltd. | Suzhou REDIO Pharmaceutical Technology Co., Ltd. | October 2022 |
| 123 | National Science and Technology Heritage Office Approval No. 〔2022〕GH5052 | A multicenter, open-label, dose-escalation, and cohort-extension phase I/II clinical study of the safety, pharmacokinetics, and antitumor efficacy of MH048 in patients with relapsed / refractory B- cell malignancies. | The First Affiliated Hospital of Zhejiang University School of Medicine | Minghui Pharmaceutical (Shanghai) Co., Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Shanghai Dingyue Biotechnology Co., Ltd. | October 2022 |
| 124 | National Science and Technology Heritage Office Approval No. 〔2022〕GH5053 | An open-label phase I study of MK-6482 monotherapy and in combination with lenvatinib ( MK-7902 ) (with or without pembrolizumab [MK-3475] ) in Chinese patients with advanced renal cell carcinoma. | Beijing Cancer Hospital | Merck Sharp & Dohme LLC (China) Co., Ltd. | | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 125 | National Science and Technology Heritage Office Approval No. 〔2022〕GH5054 | Clinical trial on the efficacy and safety of anlotinib in combination with fulvestrant in the treatment of HR-positive, HER2 - negative locally advanced or metastatic breast cancer resistant to secondary endocrine therapy. | Zhejiang Cancer Hospital | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | | | October 2022 |

WuXi AR4842

| 126 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5055 | A multicenter, randomized, double-blind, double-dummy, parallel-group, active-controlled phase III clinical trial was conducted to evaluate the efficacy and safety of LXI-15028 in Chinese patients with duodenal ulcers over 6 weeks , compared with lansoprazole. | Beijing Friendship Hospital, Capital Medical University | Shandong Luoxin Pharmaceutical Group Co., Ltd. | Northrop Grumman (Beijing) Pharmaceutical Technology Co., Ltd. | Guangzhou KingMed Diagnostics Center Co., Ltd. | October 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 127 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5056 | A Phase Ib/II , open-label, controlled clinical trial of Pexa-Vec (vaccinia GM-CSF/TK inactivated virus) combined with recombinant fully human anti -PD-L1 monoclonal antibody ( ZKAB001 ) in patients with locally advanced or metastatic melanoma after failure of first-line therapy. | Beijing Cancer Hospital | Zhaoke (Guangzhou) Oncology Drug Co., Ltd. | Zhaoke Pharmaceutical (Hefei) Co., Ltd. | Kanglong Chemical (Chengdu) Clinical Research Service Co., Ltd. | October 2022 |
| 128 | National Natural Science Foundation of China (NSFC) Approval No. GH5057 ( 2022 ) | A Phase Ib clinical trial of ZKAB001 in combination with albumin-bound paclitaxel as first-line treatment for advanced urothelial carcinoma. | Beijing Cancer Hospital | Zhaoke (Guangzhou) Oncology Drug Co., Ltd. | Zhaoke Pharmaceutical (Hefei) Co., Ltd. | Maijie Translational Medicine Research (Suzhou) Co., Ltd., and Kanglong Chemical (Chengdu) Clinical Research Service Co., Ltd. | October 2022 |

WuXi AR4843

| | | | | | | |
|---|---|---|---|---|---|---|
| 129 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5058 | A phase 3 , multicenter, randomized, double-blind, parallel-group, placebo-controlled maintenance study evaluating mirikizumab in patients with moderate to severe active ulcerative colitis. | Renji Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | Eli Lilly and Company , Eli Lilly Suzhou Pharmaceutical Co., Ltd. | IQVIA Medical Technology (Shanghai) Co., Ltd. | Beijing Mindray Bio-Medical Technology Co., Ltd., Guangzhou KingMed Diagnostics Center Co., Ltd., Lebro Pharmaceuticals R&D (Shanghai) Co., Ltd., Maggie Translational Medicine Research (Suzhou) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., ALIMENTIV INC. | October 2022 |
| 130 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5059 | A multicenter, single-arm study evaluating the efficacy and safety of pexidartinib in adult subjects with giant cell tumor of the tendon sheath. | Beijing Jishuitan Hospital | Daiichi Sankyo Corporation, Daiichi Sankyo (China) Investment Co., Ltd. | IQVIA Medical Technology (Shanghai) Co., Ltd. | Bioclinica, Inc. , Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., and Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 131 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5060 | A multicenter, non-randomized, open-label phase I/II clinical trial evaluating the safety, tolerability, and pharmacokinetics of ICP-723 in patients with solid tumors. | Sun Yat-sen University Cancer Center | Beijing Nuocheng Jianhua Pharmaceutical Technology Co., Ltd. | IQVIA Medical Technology (Shanghai) Co., Ltd. | Jiangsu Wanlue Pharmaceutical Technology Co., Ltd., Guangzhou Burning Rock Medical Laboratory Co., Ltd., Hangzhou Yingfang Biotechnology Co., Ltd. | October 2022 |
| 132 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5061 | A Phase III clinical trial comparing the efficacy and safety of A140 and Erbitux® in combination with mFOLFOX6 regimen as first-line treatment for patients with RAS wild-type metastatic colorectal cancer . | General Hospital of the Chinese People's Liberation Army | Sichuan Kelun Biotech Co., Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Wuxi Guanhe Medical Laboratory Co., Ltd., Hangzhou Yingfang Biotechnology Co., Ltd. | October 2022 |

WuXi AR4844

| 133 | National Natural Science Foundation of China (NSFC) Approval No. GH5062 ( 2022 ) | A Phase I clinical study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of NP-01 tablets in patients with advanced malignant solid tumors. | Sun Yat-sen University Cancer Center | Shijiazhuang No.4 Pharmaceutical Co., Ltd. | Zhengzhou Deep Blue Ocean Biomedical Technology Co., Ltd. | Guangzhou KingMed Diagnostics Center Co., Ltd., Sun Yat-sen University Cancer Center | October 2022 |
|---|---|---|---|---|---|---|---|
| 134 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5063 | A phase 3 , multicenter, randomized, double-blind, parallel-group, placebo-controlled induction study evaluating mirikizumab in patients with moderate to severe active ulcerative colitis who have failed conventional and biological therapies. | Renji Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | Eli Lilly and Company , Eli Lilly Suzhou Pharmaceutical Co., Ltd. | IQVIA Medical Technology (Shanghai) Co., Ltd. | Beijing Mindray Bio-Medical Technology Co., Ltd., Guangzhou KingMed Diagnostics Center Co., Ltd., Lebro Pharmaceuticals R&D (Shanghai) Co., Ltd., Maggie Translational Medicine Research (Suzhou) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., ALIMENTIV INC. | October 2022 |
| 135 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5064 | A multicenter, open-label, phase I dose-escalation study evaluating the safety, tolerability, pharmacokinetics, and preliminary antitumor activity of YH002 in combination with YH001 in patients with advanced solid tumors. | Sir Run Run Shaw Hospital, affiliated with Zhejiang University School of Medicine | Yuhe Pharmaceutical Technology (Beijing) Co., Ltd. | | Kanglong Pharmaceutical (Chengdu) Clinical Research Service Co., Ltd. Beijing Branch, Kanglong Pharmaceutical (Beijing) New Drug Technology Co., Ltd., Kanglong Pharmaceutical (Chengdu) Clinical Research Service Co., Ltd. | October 2022 |
| 136 | National Natural Science Foundation of China (NSFC) Approval No. GH5065 ( 2022 ) | A randomized, double-blind, placebo-controlled phase I clinical trial evaluating TQA3605 in healthy adult subjects and patients with chronic hepatitis B. | The First Hospital of Jilin University | Chia Tai Tianqing Pharmaceutical Group Co., Ltd. | | Shanghai XiHua Testing Technology Service Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 137 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5066 | A single-dose, open-label, randomized, two-formulation, two-period, crossover study evaluating the bioequivalence of Tylenol® acetaminophen extended-release tablets manufactured in China and Tylenol® acetaminophen extended-release tablets manufactured in the United States in healthy subjects under postprandial conditions. | Beijing Friendship Hospital, Capital Medical University | Johnson & Johnson (China) Investment Co., Ltd., Johnson & Johnson Consumer Inc. , and Shanghai Johnson & Johnson Pharmaceutical Co., Ltd. | Dima Biopharmaceutical Technology (Shanghai) Co., Ltd. | Fangda Pharmaceutical Technology (Shanghai) Co., Ltd. | October 2022 |
| 138 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5067 | A phase 1 , open-label, dose-escalation, and expansion study evaluating Bruton's tyrosine kinase-targeting protein degrader BGB-16673 for the treatment of Chinese patients with B- cell malignancies. | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | BeiGene (Suzhou) Biotechnology Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd., Huidu (Shanghai) Medical Technology Co., Ltd., Guangzhou Burning Rock Biotech Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Beijing Genecast Technology Co., Ltd. | October 2022 |
| 139 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5068 | A regional, multicenter, randomized, double-blind, placebo-controlled, parallel-group, phase III study was conducted to evaluate the efficacy and safety of tezepelumab in adult subjects with poorly controlled severe asthma . | The First Affiliated Hospital of Guangzhou Medical University | AstraZeneca Investment (China) Co., Ltd., AstraZeneca AB | | Guangzhou KingMed Diagnostics Center Co., Ltd., Beijing Mindray Bio-Medical Technology Co., Ltd., Lebro Pharmaceutical R&D (Shanghai) Co., Ltd., eResearchTechnology GmbH | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 140 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5069 | A phase 1 study of relatlimab (anti-LAG-3 monoclonal antibody) in combination with nivolumab (anti- PD-1 monoclonal antibody) in Chinese patients with advanced solid tumors. | Fudan University Cancer Hospital | Bristol-Myers Squibb (China) Investment Co., Ltd. | Cynus Medical Consulting (Shanghai) Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 141 | National Natural Science Foundation of China (NSFC) Approval No. GH5070 ( 2022 ) | A multicenter, open-label study evaluating the safety, pharmacokinetics, and efficacy of lanaflavin ( SHP643 ) in Chinese patients with hereditary angioedema. | Peking Union Medical College Hospital, Chinese Academy of Medical Sciences | Takeda (China) International Trading Co., Ltd., and Takeda Development Center Americas, Inc. | IQVIA Medical Technology (Shanghai) Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 142 | National Natural Science Foundation of China (NSFC) Approval No. GH5071 ( 2022 ) | A phase 2 , multicenter, randomized, double-blind, placebo-controlled study aimed at evaluating the safety and efficacy of zanubrutinib in patients with active proliferative lupus nephritis. | Guangdong Provincial People's Hospital | BeiGene (Suzhou) Biotechnology Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 143 | National Natural Science Foundation of China (NSFC) Approval No. GH5072 ( 2022 ) | A Phase I clinical study evaluating the safety, tolerability, pharmacokinetics, immunogenicity, and preliminary antitumor activity of ZZ06 in patients with advanced solid tumors. | Jilin Provincial Cancer Hospital | Changchun Zuanzhi Pharmaceutical Co., Ltd. | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. | Guangzhou KingMed Diagnostics Center Co., Ltd., Lebio Pharmaceuticals Research & Development (Shanghai) Co., Ltd., and Bristol-Easy Pharmaceutical Research (Suzhou) Co., Ltd. | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 144 | National Natural Science Foundation of China (NSFC) Approval No. GH5073（2022） | An open-label, multicenter, phase I trial evaluating the pharmacokinetics, safety, and efficacy of mosunetuzumab monotherapy in patients with relapsed or refractory follicular lymphoma. | Fudan University Cancer Hospital | Roche (China) Investment Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology（Shanghai）Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | Hengtuo and Yinyin Pharmaceutical Technology (Shandong) Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., CellCarta NV | October 2022 |
| 145 | National Science and Technology Heritage Office Approval No.［2022］GH5074 | Efficacy and safety of amitinib mesylate versus placebo as adjuvant therapy for stage II-IIIB non-small cell lung cancer with epidermal growth factor receptor-sensitive mutations: a randomized, controlled, double-blind, phase III, multicenter clinical study. | Jilin Provincial Cancer Hospital | Jiangsu Hansoh Pharmaceutical Group Co., Ltd. | | Imaging Research Medical Technology (Shanghai) Co., Ltd., Fangda Medical Technology (Shanghai) Co., Ltd., Beijing Genecast Medical Laboratory Co., Ltd. | October 2022 |
| 146 | National Natural Science Foundation of China (NSFC) Approval No. GH5075（2022） | A randomized, double-blind, placebo-controlled, phase II, multicenter study evaluating the preliminary efficacy, safety, and pharmacokinetic characteristics of subcutaneous JS005 in adult Chinese patients with active ankylosing spondylitis. | Shanghai Changzheng Hospital | Shanghai Junshi Biosciences Co., Ltd. | Guangzhou Jinmanli Pharmaceutical Technology Co., Ltd. | Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd., and Guangzhou KingMed Diagnostics Center Co., Ltd. | October 2022 |
| 147 | National Natural Science Foundation of China (NSFC) Approval No. GH5076（2022） | A phase I clinical trial evaluating the safety, tolerability, and efficacy of a GPC3 - targeted LCAR-H93T cell therapy for advanced hepatocellular carcinoma. | General Hospital of the Chinese People's Liberation Army | Nanjing Legend Biotechnology Co., Ltd. | Beijing Yiqi Pharmaceutical Technology Co., Ltd. | | October 2022 |

WuXi AR4848

| 148 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5077 | A prospective registry study on treatment outcomes using the GreenLight XPS laser system | Sun Yat-sen Memorial Hospital, Sun Yat-sen University | Boston Scientific International Medical Trade (Shanghai) Co., Ltd. | Kunling (Tianjin) Pharmaceutical Development Co., Ltd. | | October 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 149 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5078 | A Phase Ib clinical trial assessing the safety and efficacy of sirolimus for injection (albumin-bound) in patients with malignant solid tumors altered by the TSC1/2 gene. | Liaoning Cancer Hospital | Shijiazhuang Zhongqi Pharmaceutical Technology Co., Ltd. | | Sichuan Provincial Institute for Drug Control (Sichuan Provincial Medical Device Testing Center), Zhiben Medical Technology (Shanghai) Co., Ltd., and Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |
| 150 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5079 | A Phase I clinical trial investigating the safety, pharmacokinetics, and efficacy of MK-1026 in Chinese patients with relapsed or refractory hematologic malignancies. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | Merck Sharp & Dohme LLC (China) Co., Ltd. | | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 151 | National Natural Science Foundation of China (NSFC) Approval No. GH5080 ( 2022 ) | A phase I/II , open-label, dose-escalation and dose-expansion study (ARTEMIDE-01) evaluating the safety, pharmacokinetics, pharmacodynamics, and efficacy of the AZD2936 anti-TIGIT/ anti- PD-1 bispecific antibody in patients with locally advanced or metastatic non-small cell lung cancer . | West China Hospital of Sichuan University | AstraZeneca Global R&D (China) Co., Ltd., AstraZeneca AB | | AstraZeneca Investment (China) Co., Ltd., Perceptive Informatics LLC | October 2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 152 | National Natural Science Foundation of China (NSFC) Approval No. GH5081 ( 2022 ) | EPIK-P2 : A phase II , double-blind study (including a preliminary 16- week randomized, placebo -controlled phase ) evaluating the efficacy, safety, and pharmacokinetics of alpelisib ( BYL719 ) in pediatric and adult patients with PIK3CA -associated overgrowth disease spectrum (PROS). | Shanghai Ninth People's Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | Novartis (China) Biomedical Research Co., Ltd., Novartis Pharma AG | | Shanghai WuXi AppTec New Drug Development Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., BIOCLINICA, INC. | October 2022 |
| 153 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5082 | Phase II clinical trial of gematocaine capsules for the treatment of platinum-resistant relapsed / refractory epithelial ovarian cancer, fallopian tube cancer, or primary peritoneal cancer. | Affiliated Cancer Hospital of Chongqing University | Zhaoke (Guangzhou) Oncology Drug Co., Ltd. | Zhaoke Pharmaceutical (Hefei) Co., Ltd. | Hangzhou Taimei Xingcheng Pharmaceutical Technology Co., Ltd. | October 2022 |
| 154 | National Natural Science Foundation of China (NSFC) Approval No. GH5083 ( 2022 ) | An open-label phase I study evaluating the safety, tolerability, pharmacokinetics, and pharmacodynamics of a single dose of AZD8233 in healthy Chinese subjects with elevated LDL-C levels. | Southeast University Affiliated Zhongda Hospital | AstraZeneca Global R&D (China) Co., Ltd., AstraZeneca AB | | Beijing Mingdi Biomedical Technology Co., Ltd., Guangzhou KingMed Diagnostics Center Co., Ltd., Shanghai Fenglin Pharmaceutical Medical Laboratory Co., Ltd., Lebio Pharmaceutical R&D (Shanghai) Co., Ltd., and Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |

WuXi AR4850

| | | | | | | |
|---|---|---|---|---|---|---|
| 155 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5084 | A multicenter, randomized, double-blind, placebo-controlled phase 3 clinical trial was conducted to evaluate the efficacy and safety of Leemborexant in treating insomnia in Chinese subjects. | Peking University Institute of Mental Health (Peking University Sixth Hospital) | Eisai (China) Pharmaceutical Co. , Ltd. | Jingding Pharmaceutical Research and Development (Shanghai) Co., Ltd. | Hangzhou Dian Medical Testing Center Co., Ltd., Euronext Biotechnology (Shanghai) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd., Clinilabs Asia Pacific LLC , eResearchTechnology, Inc. | October 2022 |
| 156 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5085 | A phase II , open-label, single-arm, multicenter study evaluating the efficacy and safety of pemigatinib in patients with unresectable locally advanced, recurrent, or metastatic cholangiocarcinoma who have failed at least one line of systemic therapy and have FGFR2 rearrangements. | Zhongshan Hospital Affiliated to Fudan University | Innovent Biologics (Suzhou) Co., Ltd. | | Beijing Geneplus Medical Laboratory Co., Ltd., Zhejiang Taimei Medical Technology Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., and Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 157 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5086 | A dose-escalation and expansion phase 1/2 study of BGB-10188 (a phosphatidylinositol 3- kinase δ ( PI3Kδ ) inhibitor) in combination with zanubrutinib for patients with mature B- cell malignancies and in combination with tislelizumab for patients with solid tumors. | Zhongshan Hospital Affiliated to Fudan University | BeiGene (Suzhou) Biotechnology Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd., and Lebro Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |

WuXi AR4851

| 158 | National Natural Science Foundation of China (NSFC) Approval No. GH5087 ( 2022 ) | A multicenter, randomized, double-blind, placebo-controlled, two-phase II clinical trial evaluating the safety and efficacy of recombinant human interleukin- 22-Fc fusion protein ( F-652 ) for injection in combination with conventional therapy for acute-on-chronic liver failure ( ACLF ) . | Ruijin Hospital Affiliated to Shanghai Jiao Tong University School of Medicine | YiYi Biopharmaceutical Development (Shanghai) Co., Ltd. | Kunling Enterprise Management (Shanghai) Co., Ltd. | Zhaoyan (Beijing) Testing Technology Co., Ltd. | October 2022 |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 159 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5088 | This is an open-label, multicenter, multi-cohort phase I clinical trial evaluating the safety, tolerability, pharmacokinetic / pharmacodynamics, and preliminary efficacy of DN1508052-01 monotherapy subcutaneously and intratumorally in patients with advanced solid tumors who have progressed after standard therapy, are intolerant to standard therapy, or have no standard therapy available. | Shanghai East Hospital | Shanghai Dino Pharmaceutical Technology Co., Ltd. | Shanghai Youlin Pharmaceutical Technology Co., Ltd., and Dimai Biomedical Technology ( Shanghai ) Co., Ltd. | Lebio Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |

WuXi AR4852

| 160 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5089 | A phase I clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and preliminary efficacy of HLX26 monoclonal antibody injection (anti- LAG-3 monoclonal antibody) in patients with advanced / metastatic solid tumors or lymphoma. | Fudan University Cancer Hospital | Shanghai Henlius Biotech Co., Ltd. | | China National Institutes for Food and Drug Control, Shanghai Henlius Biotech Co., Ltd. | October 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 161 | National Natural Science Foundation of China (NSFC) Approval No. GH5090 ( 2022 ) | A multiple-dose escalation study evaluating the safety, tolerability, pharmacokinetics, and pharmacodynamics of LY3437943 in Chinese subjects with overweight or obese BMI . | Peking University First Hospital | Eli Lilly and Company (Suzhou) | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. | eResearch Technology, Inc. , WuXi AppTec New Drug Development Co., Ltd., and Lebro Pharmaceutical R&D (Shanghai) Co., Ltd. | October 2022 |
| 162 | National Natural Science Foundation of China (NSFC) Approval No. GH5091 ( 2022 ) | A phase 3 , open-label , multicenter, randomized study comparing the efficacy and safety of tislelizumab ( BGB-A317 ) (an anti- PD -1 antibody) in combination with platinum-based chemotherapy versus pemetrexed as first-line treatment for stage IIIB or IV non-squamous non-small cell lung cancer. | Shanghai Chest Hospital | BeiGene (Shanghai) Biotechnology Co., Ltd. | | BIOCLINICA, INC. , and Leico Biotech R&D (Shanghai) Co., Ltd. | October 2022 |
| 163 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5092 | Collaborative study on the evidence-based evaluation and efficacy mechanism of Yishen Tongluo Formula in the intervention of diabetic kidney disease in phase 3 | The First Affiliated Hospital of Henan University of Traditional Chinese Medicine | | | Wuhan BGI Medical Laboratory Co., Ltd., Shanghai Zhongke New Life Biotechnology Co., Ltd. | October 2022 |

WuXi AR4853

| 164 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5093 | An extended, multicenter, open-label study evaluating the long-term safety and efficacy of recombinant human coagulation factor VIII ( SCT800 ) in the prevention and on-demand treatment of bleeding events in patients with severe hemophilia A who have previously received factor VIII therapy. | Blood Diseases Hospital, Chinese Academy of Medical Sciences | Shenzhou Cell Engineering Co., Ltd. | Beijing Heyuan Huifeng Pharmaceutical Technology Co., Ltd. | Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Zhaoyan ( Beijing ) Testing Technology Co., Ltd. | October 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 165 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5094 | A dose-escalation and expansion phase 1/2 study (exploratory study portion) of BGB-10188 (a phosphatidylinositol 3- kinase δ ( PI3Kδ ) inhibitor) in combination with zanubrutinib for patients with mature B –cell malignancies and in combination with tislelizumab for patients with solid tumors . | Zhongshan Hospital Affiliated to Fudan University | BeiGene (Suzhou) Biotechnology Co., Ltd. | | Beijing Geneplus Medical Laboratory Co., Ltd., Tianjin Novogene Medical Laboratory Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 166 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5095 | A randomized, double-blind, placebo-controlled, dose-escalation phase I clinical trial evaluating the safety, tolerability, pharmacokinetics, and pharmacodynamics of HS-10374 tablets in healthy subjects. | Huashan Hospital Affiliated to Fudan University | Changzhou Hengbang Pharmaceutical Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |

WuXi AR4854

| 167 | National Natural Science Foundation of China (NSFC) Approval No. GH5096 ( 2022 ) | A multicenter, randomized, double-blind, parallel-controlled, dose-exploratory phase II clinical trial comparing the levels of anti-tetanus toxin neutralizing antibody titers and safety of a single intramuscular injection of TNM002 injection with tetanus immunoglobulin or placebo in adult volunteers in China. | Shandong Beida Medical Luzhong Hospital Co., Ltd. | Zhuhai TechnoMed Biotechnology Co., Ltd. | Nanjing Ximaidi Pharmaceutical Technology Co., Ltd. | Shanghai Jinghan Biotechnology Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 168 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5097 | A phase Ia/b clinical study evaluating the safety, tolerability, and pharmacokinetic / pharmacodynamics of the BTK protein degrader HSK29116 in subjects with relapsed or refractory B- cell malignancies. | Jiangsu Provincial People's Hospital | Hisun Pharmaceutical Group Co., Ltd. | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. Shanghai Branch | Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 169 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5098 | A phase Ia/b clinical study evaluating the safety, tolerability, and pharmacokinetic / pharmacodynamics of the BTK protein degrader HSK29116 in subjects with relapsed or refractory B- cell malignancies. | Jiangsu Provincial People's Hospital | Hisun Pharmaceutical Group Co., Ltd. | Lebio Pharmaceutical R&D (Beijing) Co., Ltd. Shanghai Branch | Guangzhou KingMed Diagnostics Center Co., Ltd., Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd., and Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |

WuXi AR4855

| 170 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5099 | Evaluation of the safety, tolerability, pharmacokinetics, pharmacodynamics, and food effects of FCN-342 tablets in healthy volunteers and patients with asymptomatic hyperuricemia: a single-center, randomized, double-blind, placebo-controlled, single-dose and multiple-dose escalation phase I clinical trial. | Peking University Third Hospital | Chongqing Fuchuang Pharmaceutical Research Co., Ltd. | Beijing Fosun Pharmaceutical Technology Development Co., Ltd. | Fosun Eddie (Suzhou) Pharmaceutical Technology Co., Ltd. | October 2022 |
| 171 | National Natural Science Foundation of China (NSFC) Approval No. GH5100 ( 2022 ) | An open-label Phase I clinical study of the safety, tolerability, and pharmacokinetics of ABSK021 in patients with advanced solid tumors. | Beijing Jishuitan Hospital | Shanghai Heyu Biomedical Technology Co., Ltd. | Bestar (Shanghai) Pharmaceutical Technology Co., Ltd. | BIOCLINICA, INC. , and Leico Biotech R&D (Shanghai) Co., Ltd. | October 2022 |
| 172 | National Natural Science Foundation of China (NSFC) Approval No. GH5101 ( 2022 ) | A phase I clinical trial evaluating the safety, pharmacokinetics, and pharmacodynamics of RS1805 tablets in healthy adult subjects with single and multiple doses, as well as in subjects with active ulcerative colitis. | Shuguang Hospital Affiliated to Shanghai University of Traditional Chinese Medicine | Ruishi Biomedical Co., Ltd. | | Guangzhou KingMed Diagnostics Center Co., Ltd., Shanghai WuXi AppTec New Drug Development Co., Ltd. | October 2022 |
| 173 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5102 | An open-label, multicenter, phase I trial evaluating the pharmacokinetics, safety, and efficacy of mosunetuzumab monotherapy in patients with relapsed or refractory follicular lymphoma. | Fudan University Cancer Hospital | Roche (China) Investment Co., Ltd., F. Hoffmann-La Roche Ltd | IQVIA Medical Technology ( Shanghai ) Co., Ltd., Cynthia Medical Consulting (Shanghai) Co., Ltd. | Fangda Pharmaceutical Technology (Shanghai) Co., Ltd., Mecobala Pharmaceutical Technology (Shanghai) Co., Ltd., QPS Netherlands BV | October 2022 |

WuXi AR4856

| 174 | National Natural Science Foundation of China (NSFC) Approval No. GH5103 ( 2022 ) | A phase I clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and preliminary efficacy of injectable paclitaxel micelles in Chinese patients with advanced solid tumors, involving dose escalation and dose expansion. | The First Affiliated Hospital of Zhejiang University School of Medicine | Hangzhou Dihua Biotechnology Co., Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Shanghai Guanhe Pharmaceutical Technology Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 175 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5104 | A phase I/II clinical study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of recombinant humanized anti-BTLA monoclonal antibody ( JS004 ) injection in combination with toripalimab in patients with advanced lung cancer. | Jilin Provincial Cancer Hospital | Shanghai Junshi Biosciences Co., Ltd. | | Shanghai Innosys Biotechnology Co., Ltd., and Junke Zhengyuan (Beijing) Pharmaceutical Research Co., Ltd. | October 2022 |
| 176 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5105 | A phase I/II clinical study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of recombinant humanized anti-BTLA monoclonal antibody ( JS004 ) injection in combination with toripalimab in patients with advanced lung cancer. | Jilin Provincial Cancer Hospital | Shanghai Junshi Biosciences Co., Ltd. | | Zhiben Medical Technology (Shanghai) Co., Ltd., Maijie Translational Medicine Research (Suzhou) Co., Ltd. | October 2022 |

WuXi AR4857

| 177 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5106 | A Phase I , open-label, international multicenter study evaluating the safety, tolerability, pharmacokinetics, and antitumor activity of HBM4003 in patients with advanced solid tumors. | Cancer Hospital, Chinese Academy of Medical Sciences | Harbour Medical (Suzhou) Co., Ltd. | Shanghai Kangde Hongyi Medical Clinical Research Co., Ltd. | Shanghai WuXi AppTec New Drug Development Co., Ltd., and Zhiben Medical Technology (Shanghai) Co., Ltd. | October 2022 |
|---|---|---|---|---|---|---|---|
| 178 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5107 | A multicenter, randomized, double-blind, placebo-controlled phase II clinical trial to assess the safety and efficacy of oral AND017 in treating anemia in patients with non-dialysis chronic kidney disease ( NDD-CKD ). | Peking University People's Hospital | Hangzhou Andao Pharmaceutical Co., Ltd. | Kunling Enterprise Management (Shanghai) Co., Ltd. | Guangzhou KingMed Diagnostics Center Co., Ltd., Jiangsu Wanlue Pharmaceutical Technology Co., Ltd. | October 2022 |
| 179 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5114 | An open-label, multicenter, phase Ia/Ib study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of IBI360 as monotherapy or in combination therapy in patients with advanced malignancies. | The First Affiliated Hospital of Xiamen University | Innovent Biologics (Suzhou) Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |
| 180 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5115 | An open-label, multicenter, phase Ia/Ib study evaluating the safety, tolerability, pharmacokinetics, and preliminary efficacy of IBI360 as monotherapy or in combination therapy in patients with advanced malignancies. | The First Affiliated Hospital of Xiamen University | Innovent Biologics (Suzhou) Co., Ltd. | | Shanghai WuXi AppTec New Drug Development Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |

WuXi AR4858

IV . Approval of the Collection of Novel Coronavirus-Related Projects from Human Genetic Resources in China

| Serial Number | Approval Number | Project Name | applicant | Approval time |
|---|---|---|---|---|
| 1 | National Natural Science Foundation of China (NSFC) Approval No. [ 2022 ] CJ2191 | Clinical trial of novel coronavirus 2019-nCoV nucleic acid detection kit (fluorescent PCR method) | Wuhan Jinyintan Hospital (Wuhan Infectious Disease Hospital) | September 2022 |
| 2 | National Science and Technology Heritage Office Approval No. [ 2022 ] CJ2283 | Research on the booster effect of COVID-19 vaccines and the optimization of immunization strategies | Shanghai Municipal Center for Disease Control and Prevention | October 2022 |
| 3 | National Natural Science Foundation of China (NSFC) Approval No. CJ2284 ( 2022 ) | Clinical trial of novel coronavirus ( SARS-CoV-2 ) antigen detection kit (colloidal gold method) | Shanghai Public Health Clinical Center | October 2022 |

V. Approval of International Collaborative Scientific Research Projects Related to Novel Coronavirus from Chinese Human Resources

| Serial Number | Approval Number | Project Name | medical institutions (Team Leader Unit) | applicant | Contract Research Organization | Third-party laboratory | Approval time |
|---|---|---|---|---|---|---|---|
| 1 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4902 | A randomized, double-blind, placebo-controlled clinical study evaluating the efficacy and safety of RAY1216 tablets as a monotherapy and in combination with ritonavir in patients infected with SARS-CoV-2. | Sanya Central Hospital (The Third People's Hospital of Hainan Province) | Guangdong Zhong Sheng Ruichuang Biotechnology Co., Ltd. | Guangzhou Medigo Biomedical Technology Co., Ltd. | Wuxi Guanhe Medical Laboratory Co., Ltd. | September 2022 |
| 2 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4903 | A Phase I study evaluating the safety, tolerability, pharmacokinetics, and food effects of WPV01 and WPV01 in combination with ritonavir in healthy subjects. | Shandong Provincial Qianfoshan Hospital | Westlake Pharmaceutical (Hangzhou) Co., Ltd. | Jinan Hetai Pharmaceutical Technology Co., Ltd. | Jiangsu Wanlue Pharmaceutical Technology Co., Ltd. | September 2022 |
| 3 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4904 | A randomized, double-blind phase I clinical study evaluating the safety, tolerability, and pharmacokinetics of GS-00202 in healthy adult subjects with single / multiple doses. | The Second Affiliated Hospital of Nanchang University | Guangzhou Gusen Pharmaceutical Co., Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Suzhou Fangda Biotechnology Co., Ltd. | September 2022 |

WuXi AR4859

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH4905 | A Phase I/II clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and efficacy of SHEN26 capsules in healthy subjects and patients with mild and moderate COVID-19. | The Second Affiliated Hospital of Anhui Medical University | Shenzhen Sinovac Biotech Co., Ltd. | Hangzhou Tigermed Consulting Co., Ltd. | Shanghai Guanhe Pharmaceutical Technology Co., Ltd. | September 2022 |
| 5 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5110 | A Phase Ia clinical study evaluating the safety, tolerability, pharmacokinetic characteristics, and immunogenicity of a single dose of BA-CovMab injection in healthy subjects. | Peking University First Hospital | Shandong Boan Biotechnology Co., Ltd. | | Ningbo Xining Testing Technology Co., Ltd. | October 2022 |
| 6 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5111 | A randomized, observer-blinded, positive-controlled phase Ia clinical trial evaluating the safety, tolerability, and immunogenicity of a recombinant two-component COVID-19 vaccine ( CHO cells) in healthy individuals aged 18 years and older. | Shanxi Provincial Center for Disease Control and Prevention (Shanxi Center for National Food Safety Risk Monitoring) | Jiangsu Ruike Biotechnology Co., Ltd. | Shanghai Stam Pharmaceutical Development Co., Ltd. | Wuxi Guanhe Medical Laboratory Co., Ltd., Zhongke Guobang (Beijing) Testing and Inspection Co., Ltd., Wuhan University, Yuanping Medical Group ( Yuanping First People's Hospital, Yuanping Medical Group First People's Hospital ) , Yuncheng Central Hospital of Shanxi Province | October 2022 |
| 7 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5112 | A randomized, double-blind, placebo-controlled phase II clinical trial evaluating the safety, tolerability, and preliminary efficacy of HMPL-523 in hospitalized patients with severe / critical COVID-19. | Huashan Hospital Affiliated to Fudan University | Hutchison MediPharma (Shanghai) Co., Ltd. | | | October 2022 |
| 8 | National Science and Technology Heritage Office Approval No. [ 2022 ] GH5113 | Studies evaluating the safety, tolerability, and efficacy of IBI314 , a neutralizing antibody for the treatment of mild and moderate COVID-19. | The Second Affiliated Hospital of Guangzhou Medical University | Innovent Biologics (Suzhou) Co., Ltd. | Guangzhou Medigo Biomedical Technology Co., Ltd. | Wuxi Guanhe Medical Laboratory Co., Ltd., Kunhao Ruicheng Pharmaceutical R&D (Beijing) Co., Ltd. | October 2022 |

WuXi AR4860

The Ministry of Science and Technology's government service platform is built, operated, and provides related technical services by  the Ministry of Science and Technology's Information Cent

For technical issues related to using or operating the government service platform,

please call the following technical support number: 010-88659000 (trunk line).

If the phone line is busy, please contact us

via email:

Please send the f

fuwu@most.cn

Ministry of Science and Technology © 2019 | ICP Filing Number: 京ICP备05022684

88654001

We recommend you use  IE9 and above  Edge、  Chrome、  Use mainstream browsers such as Firefox and 360 to browse this website.

WuXi AR4861



## China Defence Universities Tracker

Edit ✎

The China Defence Universities Tracker is a database of Chinese institutions engaged in military or security-related science and technology research. It was created by ASPI's International Cyber Policy Centre.



ⓘ **Authors** ›

## Academy of Military Science (中国人民解放军军事科学院)

AMS is responsible for leading and coordinating military science for the whole military. AMS is involved in not only the development of theory, strategy, and doctrine but also advancing national defense innovation. Pursuant to the PLA reforms, AMS has undergone dramatic changes starting in June 2017. At a July 2017 ceremony marking the AMS's reorganisation, Xi urged the AMS to construct a 'world-class military scientific research institution.' Through the National Defence Science and Technology Innovation Institute, the AMS is pursuing research in cutting-edge technologies including unmanned systems, artificial intelligence, biotechnology and quantum technology.



⛓ **Internal MISP references** ›

ⓘ **External references** ›

ⓘ **Associated metadata** ›

## Aero Engine Corporation of China (中国航空发动机集团有限公司)

AECC is a leading producer of aircraft parts for the People's Liberation Army (PLA), having separated from its parent company the Aviation Industry Corporation of China (AVIC) in 2016. The company reports having 27 affiliated or subordinate companies, three major listed companies, and 84,000 staff. AVIC and the Commercial Aircraft Corporation of China (also known as COMAC) are major shareholders in AECC. AECC's main products include aircraft engines, combustion gas turbines, and transmission systems. AECC also develops aircraft power units, helicopter drive systems, monocrystalline blades, turbine disks, and graphene. AECC was established in order to improve China's capability in developing domestically built aircraft engines as part of the 'Made in China 2025' program. A priority is strengthening its supply chains within China. Though indigenously developed engines have proven challenging for AECC, the company had purported success in providing thrust vector control technology for the J-10B fighter jet.



⛓ **Internal MISP references** ›

ⓘ **External references** ›

ⓘ **Associated metadata** ›

## Air Force Command College (中国人民解放军空军指挥学院)

The PLA Air Force Command College in Beijing is considered the PLA Air Force's 'peak institution for educating mid-rank and senior officers' for command posts across the service. The college has a long history and was initially established in Nanjing during the early years of the People's Republic in 1958. The Air Force Command College offers a range of degree programmes, mainly at the postgraduate level, including training in military disciplines such as military history, strategy, and tactics. It has published research on control science and radar. The college's other specialties include battlefield command, military operations as well as political–ideological education.



⛓ **Internal MISP references** ›

ⓘ **External references** ›

ⓘ **Associated metadata** ›

WuXi AR4862

JSU trains intelligence officers in tradecraft and carries out research on intelligence and security. The university first opened in 1986 with over 600 students and staff. Since 1999, it has run the Journal of Jiangnan Social University, which publishes research on international security, strategy and politics. Satellite and streetview imagery from Google Maps and Baidu appears to show a shooting range at the southern end of its campus.



## Jiangsu University of Science and Technology(江苏科技大学)

JUST engages in high levels of defence research. With a focus on research relevant to the PLA Navy, JUST is supervised by the China State Shipbuilding Corporation and the China Shipbuilding Industry Corporation, China's leading defence shipbuilding conglomerates. In 2002, JUST was one of eight universities jointly supervised by defence industry agency COSTIND and a provincial government. In 2016, its was the subject of an agreement between the Jiangsu Provincial Government and defence industry agency SASTIND to expand its role in defence research.JUST scientists have been involved in nuclear submarine, unmanned submersible and aircraft carrier projects. The university holds secret-level security credentials, allowing it to participate in classified defence technology projects.Faculties at the university involved in defence research include the School of Naval Architecture and Ocean Engineering and the School of Energy and Propulsion.



## Jilin University (吉林大学)

JLU is directly under the administration of the Ministry of Education and came under the joint supervision of the ministry and defence industry agency SASTIND in 2016 In 2017, SASTIND designated eight fields of research at JLU as national defence disciplines, indicating the university carries out high levels of defence research.  In 2012, JLU spent roughly RMB60 million (AUD12.5 million) on defence research, a number that is likely to have grown substantially.JLU's National Defense Science and Technology Research Institute, also known as the Advanced Technology Research Institute, was established in April 2006 and is responsible for the organization and management of the university's national defence science and technology projects. The research institute has received several certifications to conduct research for military applications. It conducts research in collaboration with the former PLA General Armaments Department, SASTIND, and state-owned defence conglomerates in the fields of aviation, aerospace, electronics, nuclear technology, and shipbuilding.JLU's State Key Laboratory of Superhard Materials (超硬材料国家重点实验室) works closely with China's nuclear weapons complex, the Chinese Academy of Engineering Physics (CAEP). Job advertisements for a CAEP subsidiary, the Center for High Pressure Science & Technology Advanced Research (北京高压科学研究中心) state that it has a branch within Jilin University. This suggests that CAEP may even be involved in managing the State Key Laboratory of Superhard Materials.The university hosts at least two defence research labs, located in the university's College of Computer Science and Technology and in the College of Chemistry. Its Key Laboratory of Attack and Defense Simulation Technology for Naval Warfare, Ministry of Education (海战场攻防对抗仿真技术教育部重点实验室（B类）) is involved in cybersecurity research for the Navy. The lab's academic committee is headed by a computer scientist from China Aerospace Science and Technology Corporation, a leading state-owned missile manufacturer.JLU holds secret-level security credentials, allowing it to participate in research and production for classified weapons and defence technology projects.



## Kunming University of Science and Technology(昆明理工大学)

Kunming University of Science and Technology appears to engage in low levels of defence research, but its involvement in defence research is likely to grow. In 2017, Kunming University of Science and Technology signed an agreement with Yunnan's defence technology bureau to deepen military-civil fusion. In 2018, the Yunnan Provincial Government and defence industry agency SASTIND signed an agreement to jointly construct KMUST. The agreement is designed to increase the university's involvement in defence research.KMUST carries out high levels of research on metallurgy. It is involved in defence research related to China's aviation industry, and collaborates with defence shipbuilding conglomerate CSIC on vibration and noise research.



WuXi AR4883



## PAP NCO College (中国人民武装警察部队士官学校)

The PAP NCO College was established in 2017 following Xi Jinping's reforms to China's military education system. The college does not appear to engage in significant levels of defence research and focuses its attention on training enlisted personnel in China's paramilitary service, the People's Armed Police.



## Peking University (北京大学)

PKU is considered among China's most prestigious universities with a storied history. It is ranked as one of China's top two academic institutions, along with Tsinghua University. Unsurprisingly, the university has been included in a number of the PRC's educational initiatives, including as a Class A institution under the Double First-Class University program.PKU has been subject to at least two joint-supervision agreements between the Ministry of Education and defence industry agency SASTIND. These agreements, signed in 2012 and 2016, are designed to deepen the university's involvement in defence research.PKU's Advanced Technology Institute was founded in 2006 to oversee and develop the university's defence research. Includes several research centres and supervises the university's four major defence laboratories. The institute's research covers semiconductors, nuclear technology, quantum physics, advanced materials, underwater acoustics, satellite navigation and communications, flight propulsion, aerospace engineering and microprocessors.In 2017, PKU and the Chinese Academy of Engineering Physics (CAEP)—China's nuclear weapons program—established the PKU-CAEP New Structure Center for Applied Physics and Technology (北京大学中国工程物理研究院新体制应用物理与技术研究中心).. The institution was founded on the basis of the PKU Center for Applied Physics and Technology (北京大学应用物理与技术研究中心) established with CAEP in 2007. The joint centre carries out research on materials, lasers for atomic physics applications, laser plasma physics, computer science and fluid dynamics. PKU's report on the centre notes that it will serve China's national defence needs and that CAEP's deputy director emphasised it should 'take the path of military-civil fusion'. The joint centre's honorary director and founding director, He Xiantu, is credited as the developer of China's first neutron bomb.PKU takes precautions for the protection of classified information. The university has an office devoted to the secure handling of classified information, hosting regular meetings and training sessions to strengthen the university's security culture. In 2006, the university received security credentials for participation in classified defence research.



## People's Armed Police Command College (中国人民武装警察指挥学院)

The PAP Command College is an institution devoted to training officers in China's paramilitary service, the People's Armed Police, that was established in 1984. The college's key subjects focus on law, engineering, military studies and management studies, but most attention is devoted to paramilitary training and political work. The PAP Command College maintains a focus on paramilitary training, but it does retain a scientific research program.Drone technology is another area of interest for the PAP Command College. The college was involved in testing the X-Swift unmanned aerial vehicle (UAV) in June 2019. Kang Jian from the college's Scientific Research Department also attended the 2017 Drone World Congress hosted in Shenzhen.



## People's Public Security University of China (中国人民公安大学)

PPSUC was founded in July 1948. In 1984, it was developed into a full-time higher education institution with master's and bachelor's degree programs. In 1998, it was merged with the Chinese People's Police University (中国人民警官大学). Its schools include a Marxism School, Law School, Law and Order School, Investigation and

WuXi AR4892

research at SDUT. SDUT has carried out research on mechatronic engineering for the defence industry, and developed a non-destructive testing system for ceramic antenna covers on missiles.



## Shanghai Jiao Tong University (上海交通大学)

SJTU is directly under the administration of the MOE. In 2016 it also came under the supervision of defence industry agency SASTIND as part of a 'joint construction' agreement between the MOE and SASTIND.The university has at least three laboratories focused on defense research relating to materials science, ships and hydrodynamics. The defence labs have established substantial collaborative research and talent development relationships with hydrodynamics research groups at universities including MIT, Cornell, and the Danish Technical University.One of the university's strongest departments is computer science. Its computer science program has garnered support from American tech companies such as Cisco Systems and Microsoft, which collaborated on establishing a laboratory for intelligent computing and intelligent systems at the university. In particular, the School of Information Security Engineering, has ties to the PLA through its dean and chief professor who both previously worked for the PLA. SJTU also has ties to the PLA Unit 61398, a cyber espionage unit that has been implicated in cyber attacks on the United States.SJTU is also known for its involvement in maritime research. The School of Naval Architecture, Ocean & Civil Engineering cooperates extensively with other universities from around the world as well as with many domestic industrial enterprises, such as defence conglomerate CSIC and CASC. The school is the lead unit of the High-tech Ship and Deep-Sea Development Equipment Collaborative Innovation Center (高新船舶与深海开发装备协同创新中心), where it has contributed to assisting the PLA Navy's transition to offshore defense operations.



## Shanghai University (上海大学)

SHU is engaged in growing levels of defence research. In 2016, the Shanghai Municipal Government and defence industry agency SASTIND agreed to jointly supervise and support its participation in defence research.Shanghai University has begun building up its capability in defence research in areas such as unmanned surface vehicles, materials for missiles, and microwave technology. It holds secret-level security credentials, allowing it to participate in classified defence technology projects.Shanghai University's Research Institute of Unmanned Surface Vehicle Engineering researches and produces unmanned surface vessels, some of which are for the China Maritime Safety Administration.



## Shenyang Aerospace University (沈阳航空航天大学)

SAU is the only university formally under the supervision of China's military aircraft manufacturer, AVIC. SAU engages in high levels of defence research and describes itself as a base for training talent in national defence science and technology. Serving China's military aviation industry is what SAU refers to as its 'glorious tradition'.Many of China's military aircraft are designed and built in Shenyang, which is home to AVIC subsidiaries Shenyang Aircraft Design Institute and Shenyang Aircraft Corporation. SAU and AVIC work closely together, including through a joint research institute.



WuXi AR4895

## Shenyang Ligong University (沈阳理工大学)

SYLU is a civilian university that specialises in defence research. The university's primary areas of defence research are armament science, information and communications engineering, control science, materials science and mechanical engineering. Apart from Xi'an Technological University, SYLU is the only Chinese civilian university supervised by state-owned arms manufacturers Norinco Group and China South Industries Group. In 2016, it also came under the supervision of defence industry agency SASTIND.SYLU is a member of the B8 Cooperation Innovation Alliance (B8协同创新联盟 or 中国兵器协同创新联盟), a group of eight Chinese research institutions that specialize in armament science—the 'B' in 'B8' stands for the Chinese word for armaments, bingqi (兵器). The university runs a weapons museum on its campus. Furthermore, SYLU is a member of the Liaoning Military-Civil Fusion Arms Industry-College Alliance (辽宁军民融合（兵工）产业校企联盟) and SYLU's president doubles as chairman of the alliance. This indicates close ties between SYLU and China's arms industry.



## Shenzhen University (深圳大学)

SZU is the primary university in China's rapidly growing technology hub, Shenzhen. The university does not appear to engage in high levels of defence research outside of its national defence laboratory on automatic target recognition. The laboratory was founded in 2001, is overseen by the PLA and SASTIND, and is headed by the university's former president.



## Shijiazhuang Tiedao University (石家庄铁道大学)

STDU specializes in transportation science, engineering and information technology. Its predecessor was the PLA Railway Engineering College.Since 2013, STDU has also been supervised by defence industry agency SASTIND through an arrangement designed to expand the university's involvement in defense-related research and training.  STDU has secret-level security credentials, allowing it to participate in classified defense technology research.STDU is home to the National Defense Transportation Research Institute (国防交通研究所), which is the only civilian university research institute that specializes in national defense transportation research. STDU is also home to the Institute of Complex Networks and Visualisations (复杂网络与可视化研究所), which develops military-use information processing software including remote-control systems for aerospace applications.



## Sichuan University (四川大学)

Sichuan University (SCU) is a leading Chinese university subordinate to the Ministry of Education. In 2011 and again in 2016 SCU was the subject of joint construction agreements between the MOE and defence industry agency SASTIND designed to increase its involvement in defence research.The university hosts at least three laboratories that focus on defence research and has a close relationship with the Chinese Academy of Engineering Physics (CAEP), the PRC's primary nuclear warheads research facility. SCU's Institute of Atomic and Molecular Physics and CAEP jointly established the Institute of Atomic and Molecular Engineering and the Institute of High Temperature and High Pressure Physics. In 2012, SCU was added to the US BIS Entity List as an alias of CAEP, implying that it acts as a proxy for the facility.A 201 study by American think tank Project 2049 concluded that a PLA signals intelligence unit 'likely maintain a close, mutually supportive relationship with related organizations in Chengdu, such as Sichuan University's Information Security and Network Attack and Defense Laboratory (四川大学信息安全及网络攻防研究室).'



WuXi AR4896



## Xi'an Technological University (西安工业大学)

XATU is a civilian university that primarily engages in defence research. XATU describes itself as 'having distinct defence-industrial characteristics' and is heavily involved in weapons development. Since 2016, it has been subject to a 'joint construction' agreement between the Shaanxi Provincial Government and defence industry agency SASTIND designed to deepen its defence links.The university's main areas of defence research include photoelectric imaging technology, manufacturing technology, materials science, detection and measurement technology and weapons systems. It holds secret-level security credentials.XATU is a member of the B8 Cooperation Innovation Alliance (B8协同创新联盟 or 中国兵器协同创新联盟), a group of eight Chinese research institutions that specialize in weapons science—the 'B' in 'B8' stands for Chinese work for armaments, bingqi (兵器). Apart from Shenyang Ligong University, XATU is the only Chinese civilian university known to be supervised by state-owned arms manufacturers China North Industries Group (Norinco Group) and China South Industries Group.



## Xi'an University of Posts and Telecommunications (西安邮电大学)

XUPT is a leading Chinese university supervised by the Shaanxi Provincial Government and the Department of Information Technology. The university was established in 1959 as an institution focused on communications and information technology. XUPT retains a focus on these discipline to this day. XUPT's faculties include college focusing on artificial intelligence, automation, cyber security and electrical engineering.XUPT maintains close links to China's Ministry of Public Security (MPS). The university has signed agreements and established joint laboratories with the MPS's local counterparts.In November 2013, XUPT partnered with the Shaanxi Municipal Government's public security ministry to establish the MPS Key Laboratory of Electronic Information Application Technology for Scene Investigation (公安部电子信息现场勘验应用技术重点实验室). This was the first such joint laboratory that the MPS established with a university in any of China's five north-western provinces.XUPT partnered with Xi'an's Yanta District Public Security Bureau branch in November 2018, establishing the 'Joint Laboratory for Smart Public Security Information Analysis and Applications' (公安信息智能分析及应用联合实验室). The joint laboratory develops applications of artificial intelligence for analysing criminal information.



## Xiamen University (厦门大学)

XMU is one of China's leading universities, but it does not appear to engage in high levels of defence research. However, in 2018 it came under a joint supevision agreement between the Ministry of Education, the Fujian Provincial Government and defence industry agency SASTIND that indicates XMU will expand its involvement in defence research. The arrangement is designed to 'upgrade the university's ability to innovate defence science and technology and actively integrate itself with the development of military-civil fusion.'In 2017, XMU allegedly conspired with Huawei to steal trade secrets from CNEX Labs Inc., an American semiconductor startup. CNEX claims that Huawei and XMU engaged in a multiyear conspiracy to steal the company's solid-state drive computer storage technology.The university appears to be involved in the development of military-use heavy-duty coatings. In 2017, XMU, Fujian Normal University, Fujian Liheng Paint Co. Ltd. (福建立恒涂料有限公司) and People's Liberation Army Unit 63983 jointly established the Haixi Liheng New Materials Research Institute (海西立恒新材料研究院). Fujian Liheng Paint specialises in heavy-duty coatings for warships and holds confidential-level security credentials, allowing it to participate in classified defence projects.



## Xiangtan University (湘潭大学)

XTU is a university in Chairman Mao Zedong's hometown that has substantially expanded its participation in defence research in recent years. It has been subject to two 'joint construction' agreements between the Hunan Provincial Government and defence industry agency SASTIND that are designed to help the university 'draw out its national defence characteristics'. In the university's own words, its 'military-civil fusion characteristics are becoming clearer with each day', and it increased its spending

WuXi AR4903

网站无障碍　适老版



首页　政务公开　办事服务　交流互动　党建工作　新闻宣传　科普文化

您当前的位置 > 首页 > 新闻宣传 > 工作动态 > 正文

# 国防科工局启动"十三五"共建高校工作

发布日期：2016-05-17　　　　分享：

为深入贯彻落实创新驱动发展战略和军民融合发展战略，国防科工局近日决定，"十三五"期间继续与有关部门和省（市）共建近50所高等院校。

"十二五"以来，国防科工局高度重视发挥高等院校在国防科技创新体系建设中的生力军作用，着力推动产学研用协同创新，与有关部门和省（市）共建的近40所高校在军工特色人才培养、专业基础技术和国防基础研究方面取得了明显成效。据不完全统计，"十二五"期间，共建高校获得省部级以上科技奖励500多项，地方共建高校向国防相关单位输送毕业生数量占其全部毕业生人数10%以上。在共建高校设立了近70个重点实验室、近10个技术创新中心以及200余个国防特色学科点。

为进一步增强国防科技原始创新能力，支持高等院校创建世界一流大学和一流学科，培养更多创新型人才，促进大众创业、万众创新，支撑国防科技工业建设，服务经济社会发展，国防科工局加大力度，"十三五"期间，将在重点支持北京航空航天大学、北京理工大学、哈尔滨工业大学、西北工业大学、哈尔滨工程大学、南京航空航天大学、南京理工大学等7所军工院校的同时，继续在国防特色学科建设、国防科技创新基地建设、国防基础研究等方面对有关部门和省（市）共建高校给予支持，并对共建高校实施中期评估、动态管理。

【打印】　【关闭】

WuXi AR4906

相关链接：　　　中国政府网　　　工业和信息化部　　　国家先进技术转化应用公共服务平台　　　地方国防科技工业管理部门　　　军工集团　　　局属单位

 

主办单位：国家国防科技工业局 地址：北京市海淀区阜成路甲8号 邮编：100048
承办单位：国家国防科技工业局新闻宣传中心
国家国防科技工业局 版权所有 网站标识码：bm63000003 京ICP备11007804号　　　　　　　🛡️ 京公网安备11040102100212号

WuXi AR4907

Site Map     Contact Us     RSS feed

Accessible and age-friendly  website



front page    Government transparency    Service

Exchange and interaction    Party building work    News and Publicity

Popular Science Culture

Your current location > Homepage  >  News & Publicity  >  Work Updates > Article

# The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities.

Release Date: 2016-05-17          share:

To thoroughly implement the innovation-driven development strategy and the military-civilian integration development strategy, the State Administration of Science, Technology and

Industry for National Defense (SASTIND) recently decided to continue co-constructing nearly 50 higher education institutions with relevant departments and provinces (municipalities) during the 13th Five-Year Plan period. Since the 12th Five-Year Plan, SASTIND has attached great importance to leveraging the role of higher education institutions as a vital force in the construction of the national defense science and technology innovation system, focusing on promoting collaborative innovation between industry, academia, and research. The nearly 40 universities co-constructed with relevant departments and provinces (municipalities) have achieved significant results in cultivating military-specific talent, developing basic professional technologies, and conducting basic national defense research. According to incomplete statistics, during the 12th Five-Year Plan period, these co-constructed universities received more than 500 provincial and ministerial-level science and technology awards, and the number of graduates from these universities who were sent to national defense-related units accounted for more than 10% of their total graduates. Nearly 70 key laboratories, nearly 10 technology innovation centers, and more than 200 national defense-specific disciplines have been established in these co-constructed universities.

To further enhance the original innovation capabilities of national defense science and technology, support universities in creating world-class universities and disciplines, cultivate more innovative talents, promote mass entrepreneurship and innovation, support the construction of the national defense science and technology industry, and serve economic and social development, the State Administration of Science, Technology and Industry for National Defense has intensified its efforts. During the 13th Five-Year Plan period, while focusing on supporting seven military-industrial universities, including Beijing University of Aeronautics and Astronautics, Beijing Institute of Technology, Harbin

WuXi AR4908

Institute of Technology, Northwestern Polytechnical University, Harbin Engineering University, Nanjing University of Aeronautics and Astronautics, and Nanjing University of Science and Technology, it will continue to support relevant departments and universities jointly constructed by provinces and municipalities in areas such as the construction of national defense-featured disciplines, the construction of national defense science and technology innovation bases, and basic research on national defense. It will also implement mid-term evaluation and dynamic management of the jointly constructed universities.

[Print]    [Close]

Related links:    China Government Website    Ministry of Industry and Information Technology

National Advanced Technology Transformation and Application Public Service Platform



Loc...    ...en...    technology industry management departments    military industrial group    Subordinate units

Organizer: State Administration of Science, Technology and Industry for National Defense Address: No. 8, Jia, Fucheng Road, Haidian District, Beijing Postcode: 100048

Undertaker: News and Publicity Center of State Administration of Science, Technology and Industry for National Defense

Copyright © State Administration of Science, Technology and Industry for National Defense Website Identification Code: bm63000003 Beijing ICP Registration No. 11007804    Beijing Public Security Bureau Registration No. 11040102100212

WuXi AR4909



2027考研英语全程班

真题答案　考研时讯　招考指南　院校招生　录取调剂　专业硕士　公共课　专业课　考试大纲　资源共享　我的考研

中国考研网　考研网　»　考研信息　»　招考资讯　»　择校择业　»　国防科工局与教..　　　　考研资料　网络课程　研招网　考研真题



2027 考研英语全程班（一、二）"波涛"陪伴，真题助力

# 国防科工局与教育部共建16所高校名单

择校择业　来源：中公考研 2016-07-08

2027考研数学人工答疑班

2027老夏考研英语365天带背答疑伴学营

2027考研英语全程班 早鸟1班

2027考研全科上岸规划营「择校▪规划▪备考」



## 重点关注

2027考研数学人工答疑班

考研英语365天带背答疑伴学营

如何选择院校专业？如何规划？

2026年考研报名人数汇总

2025考研国家线公布

34所自划线院校考研复试分数线

## 热门课程

2027考研数学全程班 早鸟1班

2027考研政治全程班 早鸟1班

2027考研英语全程班 早鸟1班

2027考研西医学硕全程班

2027考研数字经济（西经）全程班

2027考研数字经济（数经）全程班

WuXi AR4910

北京大学

清华大学

北京化工大学

天津大学

吉林大学

上海交通大学

东南大学

浙江大学

山东大学

武汉大学

华中科技大学

武汉理工大学

湖南大学

四川大学

电子科技大学

西安电子科技大学

此次共建旨在推动国防科技创新基地建设，统筹国防科技工业创新中心建设，优化国防科技重点实验室布局，支持打造一批一流的国防特色高校和国防特色学科，以此落实创新驱动发展战略，加快推进国防科技协同创新体系建设。重点开展高校国防特色学科和专业建设、国防重点学科实验室建设及军工特色专业人才培养等工作;发挥共建高

WuXi AR4911

2027考研法律硕士（法学）全程班

27考研手把手择校择专指导

## 考研真题

历年考研真题
政治、英语、数学
（已更新至2025）

扫码获取

## 考研资料

山东大学432统计学全套考研资料

山东科技大学817管理学考研资料

浙江师范大学936物理化学考研复习资

浙江大学855环境学考研复习资料

大连理工大学333教育综合考研复习资

沈阳大学346体育综合考研复习资料

大连大学848传热考研复习资料

大连民族大学338生物化学考研复习资

## 最新资讯

首页　备考　院校　研招　调剂　问答　论坛　资料　真题　分数线　辅导班　会员

注册　登录

开展"双一流"特别是一流学科建设。



宁夏医科大学2026年接收推免生�updating..

山西医科大学2026年硕士研究生录...

太原理工大学2026年硕士研究生录...

2027年北京林业大学823《中国哲...

2027年北京林业大学824《生态文...

2027年北京林业大学448《汉语写...

2027年北京林业大学357《翻译基...

**省市考研网**

| | | | |
|---|---|---|---|
| 北京 | 天津 | 河北 | 山西 |
| 辽宁 | 吉林 | 上海 | 江苏 |
| 浙江 | 安徽 | 福建 | 江西 |
| 山东 | 河南 | 湖北 | 湖南 |
| 广东 | 广西 | 海南 | 重庆 |
| 四川 | 贵州 | 云南 | 西藏 |
| 陕西 | 甘肃 | 青海 | 宁夏 |
| 新疆 | 内蒙古 | 黑龙江 | |

WuXi AR4912



WuXi AR4913



仅限1000人，嗨写领进门，下笔如有神！

来源未注明"中国考研网\考研信息网"的资讯、文章等均为转载，本网站转载出于传递更多信息之目的，并不意味着赞同其观点或证实其内容的真实性，如涉及版权问题，请联系本站管理员予以更改或删除。如其他媒体、网站或个人从本网站下载使用，必须保留本网站注明的"稿件来源"，并自负版权等法律责任。

来源注明"中国考研网"的文章，若需转载请联系管理员获得相应许可。

联系方式：chinakaoyankefu@163.com

## 在线辅导中心



### 2027考研英语全程班 6班

权威高配师资亲授技巧，教研千锤百炼科学提分。直录播课相结合精讲互动二合一，专业团队精细化作文批改。讲练结合，随学随练稳步提升。支持试听~

主讲团队：王江涛、谭剑波、董仲蠡、许聪杰、陈志超、潘赟、郑艳彤、易熙人

    

27英语　　　27政治　　　27数学　　　27西医　　　计算机

## 本类最新资讯

考研信息 | 考研调剂 | 真题资料 | 考研分数线 | 研究生院 | 考研国家线

2024考研扩招院校有哪些

2024考研院校新增专业

2024考研择校：10所实力强劲的宝藏B区高校

WuXi AR4914

2022年海南师范大学电子信息硕士-计算机技术考研学科专业介绍

2022年海南师范大学网络空间安全考研学科专业介绍

广西科技大学135108艺术设计硕士专业简介

广西科技大学135101音乐硕士专业简介

广西科技大学086102道路交通运输硕士专业简介

广西科技大学085602化学工程硕士专业简介

**2026考研英语全程班（一二通用）　　目标冲刺80分**

| 研招网 | 院校专业 | 考研调剂 | 考研论坛 | 考研问答 | 考研辅导班 | 试卷资料 | 输入查询 |
|---|---|---|---|---|---|---|---|
| 考研真题 | 招生单位 | 调剂信息网 | 跨专业考研 | 跨校跨专业 | 考研公共课 | 考研真题 | |
| 考研成绩 | 211大学名单 | 发布调剂 | 考研调剂 | 考场应考 | 统考专业课 | 笔记资料 | |
| 考研国家线 | 985大学名单 | 考研调剂流程 | 考研复试 | 考试科目 | 院校专业课 | | |
| 招生简章 | 自划线院校 | | 厦门大学 | 考研分数线 | 专业硕士 | | |
| | 专业导航 | | | 报录比 | 英语四六级 | | |
| | | | | | 出国留学 | | |

网站介绍　　关于我们　　联系方式　　友情链接　　广告业务　　帮助信息

1998-2022 ChinaKaoyan.com Network Studio. All Rights Reserved. 沪ICP备12018245号

WuXi AR4915

front page    Exam preparation    Institutions    Graduate Admissions    adjust    Q&A    forum    material    Past Exam Questions    score line

inal text

e this translation

r feedback will be used to help improve Google Translate







| Answers to past exam questions | Postgraduate Entrance Examination News | Recruitment Guide | College Admissions |

China Postgraduate Entrance Examination  Website  » Postgraduate Entrance Examination Information  » Recruitment  Information  » School and Career Selection  » State



# List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education

Choosing a School and Career  Source: Zhonggong Postgraduate Entrance Examination 2016-07-08

## Key Focus

2027 Postgraduate Entrance

365-Day Tutoring Camp for

Q&A Class Postgraduate Entrance Exam

WuXi AR4916

2027 Lao Xia Postgraduate Entrance Exam English 365-Day Tutoring and Q&A Camp

2027 Postgraduate Entrance Examination English Full Course Early Bird Class 1

2027 Postgraduate Entrance Examination Comprehensive Success Planning Camp: "University Selection, Planning, and Exam Preparation"

Summary of the number of

The 2025 national postgraduate

Postgraduate entrance

## Popular Courses

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

2027 Postgraduate Entrance

27 Step-by-Step Guidance on



Recently, the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education announced the list of universities jointly supported during the 13th Five-Year Plan period. The list is as follows:

Beijing University

Tsinghua University

Beijing University of Chemical Technology

Tianjin University

Jilin University

Shanghai Jiao Tong University

Southeast University

## Postgraduate Entrance



WuXi AR4917

front page    Exam preparation    Institutions    Graduate Admissions    adjust    Q&A    forum    material    Past Exam Questions    score line

Shandong University

Wuhan University

Huazhong University of Science and Technology

Wuhan University of Technology

Hunan University

Sichuan University

University of Electronic Science and Technology of China

Xi'an University of Electronic Science and Technology

This joint initiative aims to promote the construction of national defense science and technology innovation bases, coordinate the construction of national defense science and technology industry innovation centers, optimize the layout of key national defense science and technology laboratories, and support the development of a number of first-class universities and disciplines with national defense characteristics. This will implement the innovation-driven development strategy and accelerate the construction of a collaborative innovation system for national defense science and technology. The focus will be on developing national defense-oriented disciplines and majors in universities, constructing key national defense discipline laboratories, and cultivating specialized talents with military industry characteristics. The initiative will leverage the professional advantages of participating universities to undertake military research tasks; encourage and support participating universities to strengthen collaborative innovation between industry, academia, and military enterprises; and actively promote the development of "Double First-Class" universities, especially first-class disciplines.

WuXi AR4918

## Examination Materials

Complete set of entrance exam

Shandong University of Science

Zhejiang Normal University 936

Zhejiang University 855

Dalian University of Technology

Shenyang University 346 Sports

Dalian University 848 Heat

Dalian Minzu University 338

## Latest News

Ningxia Normal University (6405)

Ningxia Medical University

Shanxi Medical University 2026

Taiyuan University of Technology

2027 Beijing Forestry University

Beijing Forestry University's 2027

2027 Beijing Forestry University

2027 Beijing Forestry University

## Provincial and municipal postgraduate entrance examination websites

Beijing    Tianjin    Hebei    Shanxi
Liaoning Jilin    Shanghai Jiangsu
Zhejiang Anhui    Fujian    Jiangxi
Shandong Henan    Hubei    Hunan
Guangdong Guangxi Hainan    Chongqing
Sichuan  Guizhou  Yunnan    Tibet

front page    Exam preparation    Institutions    Graduate Admissions    adjust    Q&A    forum    material    Past Exam Questions    score line

Xinjiang Inner    Heilongjiang

WuXi AR4919