## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WUXI APPTEC CO., LTD.,

*Plaintiff*,

v.

U.S. DEPARTMENT OF DEFENSE a/k/a/
U.S. DEPARTMENT OF WAR, *et al.*,

*Defendants*.

Civil Action No. 26-2069 (JEB)

## [DEFENDANTS' PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Preliminary Injunction, ECF No. 13, the parties' respective memoranda in support of an in opposition to the motion, the record, the four preliminary-injunction factors, and the parties' arguments, it is hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 13, is **DENIED**. It is further **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, within 60 days after entry of this order.

Date: _____

_____
**Hon. James E. Boasberg**
United States District Judge

## APPENDIX

Pursuant to LCvR 7(k), Defendants provide the below list of names and addresses of all

attorneys entitled to be notified of the entry of this proposed order:


**William S. Jankowski**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*


**Melissa Mills**
Wilson Sonsini Goodrich & Rosati
953 East Third Street
Suite 100
Los Angeles, CA 90013
(323) 210-2991
mmills@wsgr.com

**Morris Fodeman**
Wilson Sonsini Goodrich & Rosati
31 West 52nd Street
Fifth Floor
New York, NY 10019
(212) 497-7704
mfodeman@wsgr.com

**Timothy M. Broas**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Suite 500
Washington, DC 20006-3814
(202) 973-8846
tbroas@wsgr.com

*Counsel for Plaintiff*