**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WUXI APPTEC CO., LTD.,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**U.S. DEPARTMENT OF DEFENSE, also known as U.S. DEPARTMENT OF WAR,** *et al.*,<br><br>  **Defendants.** | **Civil Action No. 26-2069 (JEB)** |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  Plaintiff's Motion for Preliminary Injunction is GRANTED;

2.  Defendants are preliminarily ENJOINED from enforcing, implementing, or otherwise giving effect to the Department of Defense's designation of WuXi AppTec Co., Ltd., as a Chinese military company under Section 1260H; and

3.  Plaintiff shall post a bond in the amount of $1.00 by August 14, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: August 7, 2026

1