# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WUXI APPTEC CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE a/k/a <br> U.S. DEPARTMENT OF WAR, et al., <br><br> *Defendants*. | Civ. Action No. 1:26-cv-02069-JEB |

## NOTICE OF SECURITY PAYMENT

On August 11, 2026, WuXi AppTec Co., Ltd. hand-delivered $1.00 to the Clerk's Office for the United States District Court for the District of Columbia as security payment pursuant to Rule 65(c) of the Federal Rules of Civil Procedure and the Court's August 7, 2026 Memorandum Opinion. *See* Mem. Op., August 7, 2026, ECF No. 24. A true and correct copy of the receipt for the security payment is attached as Exhibit A.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI, P.C.

Dated: August 11, 2026

/s/ Melissa Mills
Melissa Mills (D.C. Bar No. 90033390)
953 East Third Street, Suite 100
Los Angeles, CA 90013-1955
(323) 210-2991
mmills@wsgr.com

*Counsel for Plaintiff WuXi AppTec Co., Ltd.*