# Exhibit A

Generated: Aug 11, 2026 9:53AM

Page 1/1

# U.S. District Court

## District of Columbia

Abigail Hermes

Receipt Date: Aug 11, 2026 9:53AM

Rcpt. No: 212383                  Trans. Date: Aug 11, 2026 9:53AM                  Cashier ID: #CA (1362)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 701 | Treasury Registry | DDCX126CV002069 /001<br>WUXI APPTEC CO., LTD. | 1 | 1.00 | 1.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CA | Cash | | $1.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $1.00 |
| Total Tendered: | $1.00 |
| Total Cash Received: | $1.00 |
| Cash Change Amount: | $0.00 |

**Comments:**

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.