**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WUXI APPTEC CO., LTD.,<br>*Plaintiff,*<br>v.<br>U.S. DEPARTMENT OF DEFENSE a/k/a<br>U.S. DEPARTMENT OF WAR, et al.,<br>*Defendants.* | Civ. Action No. 1:26-cv-02069-JEB |

**DECLARATION OF MELISSA MILLS**

I, Melissa Mills, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner at Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Plaintiff WuXi AppTec Co., Ltd. ("Plaintiff, "WuXi" or the "Company"), and am familiar with the facts, circumstances, and proceedings herein. I have personal knowledge of the matters set forth in this declaration and could and would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Proposed Interrogatories to the Department of War.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff's Proposed Requests for Production of Documents to the Department of War.

4. Attached as **Exhibit C** is a true and correct copy of a letter dated October 7, 2025 from Deputy Secretary of War Steve Feinberg to the U.S. House and Senate Armed Services Committees, containing redactions applied by Defendants.

5. Attached as **Exhibit D** is a true and correct copy of an email chain dated July 13, 2026 through September 14, 2026, between counsel for Plaintiff and Defendants.

6. Attached as **Exhibit E** is a true and correct copy of an email chain dated June 30, 2026 through July 11, 2026, between counsel for Plaintiff and Defendants.

7. Attached as **Exhibit F** is a true and correct excerpted copy of the July 22, 2026 preliminary injunction hearing in this action.

8. Attached as **Exhibit G** is a true and correct copy of an email chain dated September 18, 2026 through October 1, 2026, between counsel for Plaintiff and Defendants.

9. Attached as **Exhibit H** is a true and correct copy of an excerpt of the Administrative Record pages AR3602-3604, reflecting a December 2025 email chain between counsel for WuXi and Department of Defense representatives, containing redactions applied by Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2026 in Los Angeles, California.

/s/ *Melissa Mills*

Melissa Mills (D.C. Bar No. 90033390)

WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013-1955
(323) 210-2991
mmills@wsgr.com