# Exhibit C

DEPUTY SECRETARY OF DEFENSE
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

OCT - 7 2025

The Honorable Mike D. Rogers
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Section 1260H of Public Law 116-283, the William M. (Mac) Thornberry National Defense Authorization Act for FY 2021, as amended by Section 1346 of Public Law 118-159, the Servicemember Quality of Life Improvement and National Defense Authorization Act for Fiscal Year 2025 (presented at 10 U.S.C. § 113 note), provides that the Secretary of Defense is to identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute, and provide a list of those entities to the Senate and House Armed Services Committees. Section 1260H further requires the Secretary to make additions to the most recent list on an ongoing basis based on the latest information available. The listing or delisting of a company on the 1260H List is without prejudice to the other efforts by the Administration to act against entities of concern.

In our review of the latest information available, the Department has identified eight entities that it has determined are "Chinese military companies" in accordance with the statute that should be added to the 1260H List. A list of those entities, in English and Mandarin Chinese, is attached.

I am sending an identical letter to the Committee on Armed Services of the United States Senate.

Sincerely,

Enclosure:
As stated

cc:
The Honorable Adam Smith
Ranking Member

The estimated cost of this report or study for the Department of Defense is approximately $360,000 for the 2025 Fiscal Year. This includes $232,000 in expenses and $128,000 in DoD labor.

DEPUTY SECRETARY OF DEFENSE
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

OCT - 7 2025

The Honorable Roger F. Wicker
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

Section 1260H of Public Law 116-283, the William M. (Mac) Thornberry National Defense Authorization Act for FY 2021, as amended by Section 1346 of Public Law 118-159, the Servicemember Quality of Life Improvement and National Defense Authorization Act for Fiscal Year 2025 (presented at 10 U.S.C. § 113 note), provides that the Secretary of Defense is to identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute, and provide a list of those entities to the Senate and House Armed Services Committees. Section 1260H further requires the Secretary to make additions to the most recent list on an ongoing basis based on the latest information available. The listing or delisting of a company on the 1260H List is without prejudice to the other efforts by the Administration to act against entities of concern.

In our review of the latest information available, the Department has identified eight entities that it has determined are "Chinese military companies" in accordance with the statute that should be added to the 1260H List. A list of those entities, in English and Mandarin Chinese, is attached.

I am sending an identical letter to the Committee on Armed Services of the U.S. House of Representatives.

Sincerely,

Enclosure:
As stated

cc:
The Honorable Jack Reed
Ranking Member

The estimated cost of this report or study for the Department of Defense is approximately $360,000 for the 2025 Fiscal Year. This includes $232,000 in expenses and $128,000 in DoD labor.

# Enclosure

**Entities Identified as Chinese Military Companies Operating in the United States in Accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283, Section 1260H, as amended by Public Law 118-159, Section 1346 (presented at 10 U.S.C. § 113 note))**

Alibaba Group Holding Limited

[redacted]

WuXi AppTec Co., Ltd

[redacted]

**Entities Identified as Chinese Military Companies Operating in the United States in Accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283, Section 1260H, as amended by Public Law 118-159, Section 1346 (presented at 10 U.S.C. § 113 note)) – Mandarin List**

阿里巴巴集团控股有限公司

[redacted]

药明康德股份有限公司

[redacted]