# Exhibit D

**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Monday, September 14, 2026 9:42 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

Hi Melissa,

Thanks for your patience as I've been out of the office. Although it's not generally the government's practice to share materials in an administrative record before the record is finalized, because the Department's search for two of the six letters continues, the Department has authorized us to share a courtesy copy of the Deputy Feinberg letter pending finalization of supplemental administrative record. That letter is attached here. As you'll see, the enclosure attached to the letter—which includes the full list of eight identified entities—is redacted except as to WuXi's name and the name of another entity currently in litigation with the Department.

The Department hopes to be able to finalize the supplemental administrative record soon.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Wednesday, September 9, 2026 3:37 PM
**To:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>; Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Thank you, Kristina. Please let us know if the Department will provide a courtesy copy of the letter if it is still not ready to certify the supplementation.

Best,
Melissa

**From:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Sent:** Thursday, September 3, 2026 12:49 PM
**To:** Mills, Melissa <mmills@wsgr.com>

**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>; Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - kristina.wolfe@usdoj.gov

---

Hi Melissa,

I'm checking with the Department and will circle back.

Best,
Kristina

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Wednesday, September 2, 2026 4:22 PM
**To:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>; Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Hi Kristina, I received Will's out-of-office autoreply directing me to you for inquiries in this litigation, so I wanted to make sure you saw the below.

Thanks,
Melissa

---

**From:** Mills, Melissa
**Sent:** Wednesday, September 2, 2026 1:18 PM
**To:** 'Jankowski, William S (CIV)' <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Will, can you clarify why a courtesy copy of these materials cannot be shared while the certification is finalized? We've accommodated the government's multiple requests for additional time, and it would be helpful to us to have the full administrative record – including the additional documents that the government agrees should be included in the AR – while the government uses that time to sort out its next steps. For clarity, we have copies of these materials except for the Feinberg letter. Please let us know if you will provide a courtesy copy of that letter.

Thanks,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Wednesday, September 2, 2026 5:51 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael

<msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks for sharing your copies of the letters. As I noted, the Department still needs to undertake its own search for its copies. At this stage, we don't yet have a sense for how long it might take to finalize those document searches and the accompanying supplemental certifications. We anticipate that the Department will be in a position to make a partial supplemental certification as to the letters it can currently access, but they won't be able to provide copies of those documents until the certification is finalized. We hope to be in touch as to their progress on that front as we near the extended answer deadline.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Monday, August 31, 2026 9:11 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Thanks, Will. Per the below exchange, I'm attaching a copy of the May 3, 2024 letter, which attached a copy of the February 21, 2024 letter. Do you have an update on when you will be able to provide the other materials? If your team is still searching for the missing items and intends to supplement all at once when you have located them, we would appreciate if you could provide in the meantime courtesy copies of the items that you do have.

We look forward to connecting soon on next steps for the litigation. Thanks again.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Thursday, August 27, 2026 5:53 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks for agreeing to that proposal. We can ask the Court to extend the answer deadline to 9/18; we'll get a consent motion on file shortly. I'll just note that the Department very well may need additional time to track down its copies of those outstanding letters. We'd welcome you sharing copies of those letters, as it may help the Department in their retrieval, but we'd caution that they'll still need to track down their own copies, given that Department officials are responsible for certifying the accuracy of the administrative record.

We'll also note that we hope to have more clarity on our proposed next steps (beyond outstanding record issues) in this litigation by the time the extended answer deadline comes around again.

Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Thursday, August 27, 2026 12:16 AM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] Re: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Thanks, Will. Would it be possible to extend to 9/18 rather than 9/22? My client would prefer that timing if possible.

If it would be helpful to the process of identifying the two records that your team hasn't located, we could provide copies of those documents. Let me know.

Best,
Melissa

On Aug 26, 2026, at 2:09 PM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:

EXT - william.s.jankowski@usdoj.gov

---

Melissa,

We wanted to follow up today because we just heard back from our client that they're willing to complete the administrative record with three additional record documents you identified in your August 12 email as well as the letter that Deputy Secretary Feinberg sent to Congress on October 7, 2025. The Department understands that the remaining two letters (the February 21 and May 3 letters from WuXi to the Department) were archived pursuant to standard record-retention policies. They don't yet have an estimate on when they might be able to retrieve those letters for inclusion in the administrative record. The Department will produce the three additional record documents as well as the Feinberg letter and will file a supplemental certification within the three additional weeks we asked for in our below email. I will notify you if the Department is able to retrieve the February 21 and May letters.

Please let me know if Plaintiff is willing to consent to our request for three additional weeks as to Defendants' answer deadline. The additional time will allow the Department to continue to contemplate next steps in the litigation, particularly in light of recent developments. Further, as discussed above, we believe that the Department should be in a position to supplement the AR with four of the six letters within that time, and we hope to have further insight for you on whether the remaining two letters are retrievable in that time period.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Jankowski, William S (CIV)
**Sent:** Wednesday, August 26, 2026 10:42 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Hi Melissa,

Thanks for your patience. At this stage, given several recent legal developments, the Department is still not able to come to a final determination as to your question on record documents and on how it wishes to proceed in this litigation. At bottom, we would ask for another three weeks' extension to our answer deadline to come to ground on how to proceed—an extension that we believe would not prejudice Plaintiff, given the preliminary injunction that is currently in effect. We hope that our client is able to make its position clear by that point.

If you're unwilling to wait, then we would suggest jointly moving the Court to enter a briefing schedule on a motion to complete/supplement the administrative record with your requested documents (and simultaneously extending our answer deadline at the same time). We can engage with that process, but I do want to flag the caveat that our understanding is that there remains some chance that the Department is willing to include at least some of your referenced documents in the administrative record. And should our client make that final determination in the coming days/weeks, we'll likely reach out to you to offer at least partial relief for any pending motion to complete/supplement that is filed in the interim.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, August 25, 2026 4:48 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael

<msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Will, it's been a couple of weeks since our below inquiry, and you've also mentioned that you would be in touch to discuss next steps in advance of your 9/1 deadline. Can you provide an update?

Thanks,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Friday, August 21, 2026 5:33 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

We wanted to follow up on this request. Our client is still considering whether it might be able to include the referenced documents in the administrative record. We hope to have a response in the first part of next week. We're also still conferring with the Department about Defendants' proposed next steps in this litigation, and we hope to be able to engage with you soon on that front as well.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, August 18, 2026 5:18 PM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** Re: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Hi Melissa,

We're still conferring with the Department. We hope to have an answer for you in the coming day or two.

Will

**William S. Jankowski**

Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, 18 August 2026 17:16:55
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] Re: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Will, can you provide an update on this?

Thanks,
Melissa

> On Aug 14, 2026, at 2:35 PM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:
>
> EXT - william.s.jankowski@usdoj.gov
>
> ---
>
> Hi Melissa,
>
> I wanted to confirm receipt here—we're still conferring with our client.
>
> Thanks,
> Will
>
> **William S. Jankowski**
> Federal Programs Branch
> Phone: (202) 353-7578
> Cell: [redacted]
>
> ---
>
> **From:** Mills, Melissa <mmills@wsgr.com>
> **Sent:** Wednesday, August 12, 2026 1:22 PM
> **To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
> **Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
> **Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record
>
> Hi Will, I'm circling back on our mid-briefing discussion about materials that we believe should be considered for inclusion in the administrative record based on our review of the decisional memo, administrative record, and your brief. We appreciate your willingness to engage with us on this issue.

As a starting point, we reiterate our request for the October 7, 2025 letter from Deputy Secretary Feinberg to members of Congress. We've heard the Government's position that this letter isn't appropriate for inclusion in the AR, but we would again ask for you to, at a minimum, produce a copy so that we can fairly evaluate that position. This inter-branch correspondence is plainly relevant to this litigation, and to our understanding, it's also a public record subject to our unfulfilled FOIA request that has been pending for several months (and to a separate FOIA request that we submitted for only the letter last month). We haven't yet heard a reason why the Government can't share it with us.

In addition, we would request that you consider supplementing the administrative record with the following:

1. February 21, 2024 letter from WXAT (Steve Yang and Richard Connell) to Secretary Austin
2. May 3, 2024 letter from WXAT (Steve Yang and Richard Connell) to Assistant Secretary Taylor-Kale
3. June 11, 2024 letter from WXAT (Steve Yang and Richard Connell) to Assistant Secretary Taylor-Kale
4. February 12, 2024 letter from Mike Gallagher, Gary Peters, Raja Krishnamoorthi, and Bill Hagerty to Secretary Raimondo, Secretary Austin, and Secretary Yellen
5. December 18, 2025 letter from nine committees of the House of Representatives to Secretary Hegseth

Please let me know if you need more detail to identify any of these materials or if it would be helpful to discuss.

Thanks,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Thursday, July 16, 2026 5:47 AM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

To the extent that you believe any materials may have been inadvertently omitted from the record, we're happy to ask the Department whether that's the case, and can certify a supplemental administrative record production if necessary. Please let us know the specific portions you believe are incomplete.

To your question about the reported letter to Congress, though, we can't confirm the contents of any non-public document that is not part of the record in this litigation.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Wednesday, July 15, 2026 9:26 AM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Thanks, Will. We may need to litigate whether the Feinberg letter is appropriately part of the administrative record, among other perceived deficiencies in the record that your clients certified (for example, it excludes at least one relevant substantive attachment to correspondence that is itself included). In the meantime, given the short timeline for the preliminary injunction motion, can you confirm that – as reported by Bloomberg News, which said they had seen a copy of the letter – WuXi AppTec was one of the companies identified in this letter for addition to the 1260H list? We note that the company also submitted a FOIA request for this public record months ago and has not received it (or a substantive response to the request) that way either.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, July 14, 2026 1:07 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

The administrative record "consists of 'all documents and materials' " that the agency "directly or indirectly considered," "no more and no less." *Oceana, Inc. v. Ross*, 290 F. Supp. 3d 73, 77 (D.D.C. 2018) (citation omitted). And the "administrative record should not include materials that were not considered by agency decisionmakers." *See, Inc. v. Walsh*, 581 F. Supp. 3d 265, 280 (D.D.C. 2022)

(citation omitted); *see also Theodore Roosevelt Conservation P'ship v. Salazar*, 616 F.3d 497, 515 (D.C. Cir. 2010) (affirming that agencies need not include documents not "actually considered" if they were "not used in making [the agency's] decision"). The agency's "submission and certification" of the "administrative record as filed is entitled to a strong presumption of regularity." *Open Soc'y Inst. v. U.S. Citizenship & Immigr. Servs.*, 573 F. Supp. 3d 294, 306 (D.D.C. 2021) (citation omitted); *see also Oceana, Inc v. Ross*, 920 F.3d 855, 865 (D.C. Cir. 2019). And judicial review is limited to the administrative record as filed and certified by the agency, save for "certain narrow exceptions." *Open Soc'y Inst.*, 573 F. Supp. 3d at 306 (citation omitted); *see also Biden v. Texas*, 597 U.S. 785, 811 (2022) (outlining the "unusual circumstances" that might result in supplementing the administrative record); *City of Dania Beach v. Fed. Aviation Admin.*, 628 F.3d 581, 590 (D.C. Cir. 2010) (same).

The agency here affirmed that the administrative record, as certified, constitutes a "true, correct, and complete copy of the documents that were directly or indirectly considered in connection with DoD's decision to identify Plaintiff on the Section 1260H list." ECF No. 16-1 ¶ 6. Indeed, the record, as it stands, reflects that the agency engaged in the relevant analysis for and validated its decision to include Plaintiff on the Section 1260H list entirely in the months after November 2025, a time period during which the agency developed the decisional memo at issue in this litigation. Congress requires revalidation of the Section 1260H list on, at a minimum, an annual basis; each designation reflects the agency's renewed consideration of evidence supporting the designation. The letter that you reference was not before the agency decisionmakers when they engaged in the analysis supporting WuXi's designation on the June 2026 Section 1260H list, so it is not properly part of the administrative record.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Monday, July 13, 2026 3:01 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Will, thanks for providing access for Abby; we have successfully accessed the files you provided.

On the Deputy Secretary of War's letter to members of Congress, while we appreciate Defendants' confirmation that they did not rely on this letter in making the agency determination, non-reliance does not suffice to remove it from the administrative record. *See, e.g., Bazzi v. Gacki*, 2020 WL 5653599, at *4 (D.D.C. Sept. 23, 2020) (agency may not "exclude information on the grounds that did not rely on the excluded information in its final decision"); *see also Bahman Grp. v. Gacki*, 2020 WL 4346912, at

*2 (D.D.C. July 29, 2020) ("An agency, moreover, 'may not exclude information from the record simply because it did not 'rely' on the excluded information in its final decision.'). Instead, the agency record must include the materials "that were compiled by the agency that were before the agency at the time the decision was made.'" *Maritel, Inc. v. Collins*, 422 F. Supp. 2d 188, 196 (D.D.C. 2006). And "it is axiomatic that documents created by an agency itself or otherwise located in its files were before it." *Cty. of San Miguel v. Kempthorne*, 587 F. Supp. 2d 64, 76 (D.D.C. 2008).

We again request that this letter be produced as part of the administrative record.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Monday, July 13, 2026 12:58 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

I can indeed—that invitation should come shortly.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Monday, July 13, 2026 12:57 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

Will, thanks for sending the Box link. Can you please provide access for Abby Hermes, copied above, who will help us upload the files for access?

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Monday, July 13, 2026 12:36 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas,

Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** WuXi AppTec v. U.S. Dep't of Def. -- Production of Administrative Record

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Defendants have finalized the administrative record in this litigation. You and other counsel of record should shortly be receiving an email invitation from the Justice Department's filesharing service with the full production of the record, including the signed certification, the certified list of the record's contents, and one native file that cannot be produced in PDF form. Please let us know if you are unable to access the files. As required by Local Civil Rule 7(n), we'll be filing the certified list of the contents of the record and the certification with the Court shortly.

Defendants have confirmed to us that they did not rely, directly or indirectly, on the November 2025 letter to Congress that you referenced in your earlier email request in making the agency's June 2026 Section 1260H list determination. Accordingly, that letter was not included in the administrative record.

Thanks,
Will

**William S. Jankowski | Trial Attorney**
Civil Division | Federal Programs Branch
U.S. Department of Justice
Email: William.S.Jankowski@usdoj.gov
Phone: (202) 353-7578
Cell: [redacted]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential,

and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender

immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.