# Exhibit E

**From:** Mills, Melissa
**Sent:** Saturday, July 11, 2026 3:08 PM
**To:** Jankowski, William S (CIV)
**Cc:** Fodeman, Moe; Broas, Timothy; Sommer, Michael; Wolfe, Kristina (CIV)
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Thanks, Will. The harms from the 1260H listing have continued to unfold since we filed our motion, including the loss of the lobbying firm. Since these things hadn't happened yet, we couldn't raise them in the opening motion.

Also, I don't think we've heard back on the below request for the October 7, 2025 Feinberg letter to members of Congress. Will you provide this document?

Thanks again,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Saturday, July 11, 2026 4:34 PM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Melissa,

Thanks for reaching out. We note your position on irreparable harm. Defendants intend to oppose your new argument, which Plaintiff forfeited by failing to raise it and by failing to include supporting evidence in its opening motion.

Separately, we confirm that we do not intend to rely directly on any information that WuXi redacted in its opening motion and that we plan on referring to Plaintiff's general arguments without including specifically redacted information.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Friday, July 10, 2026 6:59 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael

<msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Will, two more items I wanted to raise:

First, because of the 1260H listing (and related concerns over 10 USC 4663), WuXi AppTec's sole US lobbying firm recently terminated its relationship with the company. WuXi AppTec has been working to engage another lobbying firm, but due to its current status as a 1260H designee, it has been unable to retain another firm to date. Just letting you know that we plan to address this development in our reply brief as another irreparable harm sustained from the 1260H designation.

Second, we wanted to confirm that the government will redact from its opposition any information that WuXi AppTec redacted from its opening motion. Please let us know if that's not your intention or if you'd like to discuss.

Thanks,
Melissa

---

**From:** Mills, Melissa
**Sent:** Thursday, July 9, 2026 7:21 PM
**To:** William S Jankowski <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Kristina Wolfe <Kristina.Wolfe@usdoj.gov>
**Subject:** Re: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Will, thanks for confirming the below. Can you please provide a copy of the DSOW's October 7, 2025 letter to members of Congress on the subject of WXAT's status? It would be helpful to have at least that item as we await the full administrative record.

Best,
Melissa

> On Jul 6, 2026, at 5:47 PM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:
>
> EXT - william.s.jankowski@usdoj.gov
>
> ---
>
> Hi Melissa,
>
> Thanks again for reaching out. We can confirm that the Department is not willing to remove WuXi from the Section 1260H list pending the resolution of the preliminary-injunction (or summary-judgment) motion. The relief that Alibaba received was limited to enforcement of a statutory provision not at issue in this lawsuit; Alibaba remains on the Section 1260H list.
>
> Thanks,
> Will
>
> **William S. Jankowski**
> Federal Programs Branch

Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Monday, July 6, 2026 11:34 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** Re: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Hi Melissa,

Thanks for checking in. We haven't yet gotten final word on this request—we'll follow up with the agency to see if there have been any further developments.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Monday, July 6, 2026 11:28:57 AM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] Re: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Will, I hope you had a good holiday weekend. Checking in to see if you have an answer yet on whether the government will agree to de-list WuXi AppTec pending resolution of our motion. We note that the government offered temporary relief to Alibaba in a similar situation this weekend.

Thanks,
Melissa

> On Jul 2, 2026, at 3:29 PM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:
>
> EXT - william.s.jankowski@usdoj.gov
>
> ---
>
> Hi Melissa,
>
> Those additional records won't be available until the administrative record is compiled and certified by the agency.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Thursday, July 2, 2026 5:22 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Will, thanks for providing the Department of War's decisional memorandum. On page 3, the memo acknowledges that "[t]his report relies on the latest information available, recognizing that information is frequently removed from the internet." Many of the cited websites are no longer publicly available. Can you please provide local copies of the cited website sources? Also, where sources are listed as having been "machine translated using Google Translate," please provide the English-translation version on which the DoW relied.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Wednesday, July 1, 2026 7:23 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Attached here is the Department's final decisional memo supporting its designation of WuXi as a Chinese military company. Let us know if you have any questions or concerns.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

**From:** Jankowski, William S (CIV)
**Sent:** Wednesday, July 1, 2026 9:51 AM
**To:** 'Mills, Melissa' <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Hi Melissa,

Confirmed—we agree to this proposal. We're okay with sending the email you drafted below.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Wednesday, July 1, 2026 9:48 AM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] Re: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Will, please let us know if we can reply to the Court on this. Thanks.

> On Jun 30, 2026, at 5:56 PM, Mills, Melissa <mmills@wsgr.com> wrote:
>
> Thanks, Will. I think we've arrived at a reasonable place. We appreciate that your team will target the end of this week to provide the decisional memo. Below is an email that I'd propose sending as a reply to Chief Judge Boasberg's law clerk. With your confirmation, I can send it, or let me know if you'd like to discuss.
>
> -------
>
> Thank you, [redacted].
>
> The parties jointly propose the following schedule:
>
> 1. Opposition due: July 13 by 2pm ET
> 2. Reply due: July 20 by 2pm ET
> 3. Hearing: July 22

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, June 30, 2026 5:04 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Melissa,

At this stage we can't share with certainty exactly what our factual support will look like—again, it depends to some extent on the agency's resource constraints. We do anticipate relying at a minimum on the decisional memo.

We'd earlier suggested that the agency might be able to have the full administrative record ready by July 15, and the decisional memo at some point "earlier" than that. At this point we anticipate that we'll be able to provide you a copy of the decisional memo by the end of this week.

Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, June 30, 2026 7:32 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Thanks, Will. We likewise appreciate the productive engagement.

For clarity, do you anticipate that the government's opposition will rest only on the decision memo, or will you be producing additional evidence to support the opposition? If we can get the materials that you intend to rely on, that will help us to gain comfort with the later

opposition date. If it's just going to be the decision memo, I gather from your earlier emails that this would be available by July 7.

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, June 30, 2026 3:52 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks for the productive back-and-forth. We're broadly in agreement with this proposal, except as to the filing of the administrative record.

The main timing constraints for Defendants involve the agency's ability to compile the record in the coming days. The Department will not be able to compile a full administrative record—a significant undertaking—by July 7, only two days after the end of the holiday weekend. Moreover, Local Civil Rule 7(n)(1) contemplates that an administrative record in an agency-action case need not be produced until 30 days after the service of an answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first.

We remain willing to negotiate an expedited summary-judgment schedule if you'd prefer to litigate on the full administrative record.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, June 30, 2026 6:20 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Thanks, Will. We're okay with that hearing date. Understanding the holiday timing and leave constraints, we would also be okay with a later date for your opposition filing deadline, but we would like to build in an interim date whereby we could obtain a copy of the full administrative record – we'd suggest July 7 for that. We also have concerns about a four-day turnaround for filing our reply brief. To allow sufficient time for both the reply and the Court's review of the briefing record, we'd propose minor changes as below:

1. Administrative record provided by July 7
2. Opposition due July 13 by 2pm ET
3. Reply due July 20 by 2pm ET
4. Hearing on July 22

Does this work on your end? If so, I'm happy to reply to the Court's email (and can send you an advance draft for approval).

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, June 30, 2026 2:24 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks for your response. We would ask for additional time on a preliminary-injunction schedule. Defendants intend to produce record evidence to support their opposition to Plaintiff's pending motion, and the individuals responsible for developing the factual record at the agency are unavailable in the coming days for preplanned leave and the upcoming federal holiday. I am also unavailable for several days late this week due to preplanned leave.

We would suggest the following schedule, taking into account the agency's resource constraints in producing certain record documents, as well as the fact that that the local rules do not contemplate that Plaintiff file a reply in support of a preliminary-injunction motion as of right.

1. Opposition due July 13
2. Reply due July 17
3. Hearing on July 22

This proposal would permit Plaintiff to receive a hearing on the pending motion only two days later than under your proposed schedule.

Let us know if you might be amenable to the above timing.

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, June 30, 2026 5:06 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Subject:** [EXTERNAL] RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Thanks, Will. We're not going to be in a position to answer your proposal to proceed to summary judgment in lieu of litigating the preliminary injunction without knowing whether the government would agree to remove our client from the 1260H list in the interim. Given that uncertainty and the time pressures, we see a need to set a schedule for the PI briefing and hearing in the meantime.

As we understand the local rules, the government's opposition would be due on July 7, and the hearing would take place by July 20. We are available for a hearing on July 20 (but also could do the week before).

We'd propose to jointly request the following schedule:

Opposition due July 7
Reply due July 14
Hearing July 20

Please let us know your thoughts, thanks.

Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, June 30, 2026 1:51 PM
**To:** Mills, Melissa <mmills@wsgr.com>; Fodeman, Moe <mfodeman@wsgr.com>; Broas, Timothy <tbroas@wsgr.com>; Sommer, Michael <msommer@wsgr.com>
**Cc:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>

**Subject:** RE: Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Given the time-sensitive nature of the Court's request below, we wanted to reach out to renew our proposal to proceed directly to an expedited summary-judgment schedule. At this stage, we don't yet have an answer for you on your requests, though—as noted earlier—we hope to be able to provide a courtesy copy of Defendants' decisional report in advance of our estimated record-compilation date.

Would you and your client be willing to consider an expedited summary-judgment schedule in lieu of litigating over a preliminary injunction? Under our proposal, Defendants would produce the administrative record on or about July 15. The parties could then move to an expedited four-brief schedule (starting with Plaintiff), perhaps on a two- to three-week cadence. That, in our view, would be the most efficient path forward for the parties and the Court and would result in the timely resolution of Plaintiff's claims here.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** [redacted]>
**Sent:** Tuesday, June 30, 2026 2:10 PM
**To:** mmills@wsgr.com; mfodeman@wsgr.com; tbroas@wsgr.com; Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Subject:** [EXTERNAL] Briefing and Argument Schedule in Wuxi Apptec v. U.S. DOD (26-2069)

Good afternoon,

I am reaching out on behalf of the Chambers of Chief Judge Boasberg to coordinate a briefing and argument schedule for Plaintiff's Motion for a Preliminary Injunction in Wuxi Apptec Co., Ltd. v. U.S. Department of Defense, No. 26-2069. At counsel's earliest convenience, please submit a joint proposed briefing schedule and argument date for the Motion. Counsel may email me the proposed schedule; there is no need to docket anything.

Thank you,

[redacted]

[redacted]
Law Clerk to the Honorable James E. Boasberg
U.S. District Court for the District of Columbia
[redacted]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.