# Exhibit G

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Thursday, October 1, 2026 10:48 AM
**To:** Mills, Melissa
**Cc:** McCarthy, Kate; Wolfe, Kristina (CIV); Shapiro Bassin, Sheryl; Finkelstein, Henry; Guenther, Nick; Hermes, Abby
**Subject:** Re: WuXi AppTec - discovery issues

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks for putting this together. We have no edits; you may sign for me.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Wednesday, September 30, 2026 3:18 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec - discovery issues

Thanks, Will. That works for us. Attached is a proposed draft submission requesting that discovery briefing schedule. Please let us know if we may sign for you, if you have edits, or if you'd like to discuss.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Wednesday, September 30, 2026 9:47 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec - discovery issues

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

Thanks. Subject to further discussion with our client, that broadly works for us—though we'd ask that Defendants' deadline to respond be pushed back by two days, to October 28 (due to other conflicting court deadlines and the agency client's availability).

Best,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, September 29, 2026 7:41 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec - discovery issues

Thanks, Will. We'd propose filing on Friday a joint proposed briefing schedule for our discovery motion, with the motion due October 8, opposition due October 26, reply due November 5.

If this concept is workable, we can send you a draft proposed filing.

Best,
Melissa

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, September 29, 2026 2:49 PM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec - discovery issues

EXT - william.s.jankowski@usdoj.gov

---

Hi Melissa,

We'd hoped to get back to you at the end of the day tomorrow because we expect that's when the agency will be able to give us a firm sense of its position following an internal meeting they intend to have with stakeholders. But we can tentatively tell you now that the Department is likely to oppose your requests for discovery. Should you wish to continue seeking information outside the administrative record, our plan is likely to ask the Court to set a briefing schedule on whatever motion you would file to obtain that relief. Please let us know if you have a proposed briefing schedule you would like us to consider.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, September 29, 2026 5:06 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec - discovery issues

Thanks, Will. For clarity, we may not be in a position to engage on this on Thursday or Friday, so if you're envisioning a negotiation on scheduling or something else that would require signoff from our client, we'll need to discuss by tomorrow morning given the time difference and the holiday.

---

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Tuesday, September 29, 2026 10:41 AM
**To:** Mills, Melissa <mmills@wsgr.com>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec - discovery issues

EXT - william.s.jankowski@usdoj.gov

---

Melissa,

We aim to have our position on next steps to you by the end of the day tomorrow.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Tuesday, September 29, 2026 12:19 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** McCarthy, Kate <kmccarthy@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] Re: WuXi AppTec - discovery issues

Thanks, Will. Can we come to ground on next steps and scheduling by tomorrow? Thursday is the beginning of a public holiday in China, and the Court's deadline is Friday. If it would be helpful to talk live, I have good availability today and tomorrow.

Best,
Melissa

On Sep 29, 2026, at 9:10 AM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:

EXT - william.s.jankowski@usdoj.gov

---

Hi Kate,

Confirming receipt—we're conferring with our clients.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** McCarthy, Kate <kmccarthy@wsgr.com>
**Sent:** Monday, September 28, 2026 3:52 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Mills, Melissa <mmills@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] RE: WuXi AppTec - discovery issues

Will –

Thanks for meeting with us last week regarding a briefing schedule. As we noted on the call, we believe discovery is warranted in this case for multiple reasons, including the indicia that the administrative record is not complete, our procedural claims involving considerations outside of the substance of the agency's decision, and the defense raised by the agency to our procedural claims regarding "special need for very prompt action." That said, to the extent you all are willing to supplement the record with the items covered by any or all of the requests outlined below before we brief summary judgment, we are happy to treat these requests as supplementing the administrative record rather than discovery. Even agreement as to a subset will limit the scope of any discovery dispute.

As indicated by some of the requests below, one outstanding issue relates to the timing of the agency's decision making. In a July 14 email, you noted that "the record, as it stands, reflects that the agency engaged in the relevant analysis for and validated its decision to include Plaintiff on the Section 1260H list entirely in the months after November 2025, a time period during which the

agency developed the decisional memo at issue in this litigation." Could you explain the basis for that statement? Happy to discuss on the phone if that would be helpful.

As of now, our discovery/supplementation requests include:

1. The dates on which the Department made a preliminary determination that Wuxi should be designated as a "Chinese military company," and for each such date of any preliminary determination, identify all supporting documents or information relied upon at that time, including but not limited to any memoranda or communications.
2. The dates on which the Department made a final determination that Wuxi should be designated as a "Chinese military company," and for each such date of any final determination, identify all supporting documents or information relied upon at that time, including but not limited to any memoranda or communications.
3. For the two sources cited in the May 29, 2026 decisional memorandum supporting the Department's determination that Wuxi is indirectly owned by SASTIND (documents found at AR4548-4559 and AR4580-4585), we would request the following information:
    1. The date on which each was found or identified;
    2. The name and position of the person who found or identified each;
    3. A description of the process used to find or identify each, including search engines or other tools or platforms used and search terms or queries; and
    4. A description of all steps taken to verify the accuracy of each, including identification of any documents or information reviewed or otherwise considered in connection with those efforts.
4. Identify and describe all documents or information reviewed, or other steps taken, to verify the accuracy of Wuxi's role in each of the following:
    1. All clinical drug studies relied upon in the May 29, 2026 decisional memorandum to support the Department's determination that Wuxi is indirectly affiliated with SASTIND and indirectly affiliated with the PLA; and
    2. The MOST application process for each of the abovementioned clinical drug studies as referenced in the May 29, 2026 decisional memorandum at AR0063-0066 and AR0069.
5. Identify and describe all documents, facts, or other information supporting the Department's contention that it had a "special need for very prompt action" with respect to the June 2026 1260H designation (Defendants' Opposition at 23), including any documents, facts, or other information supporting the Department's contention that Wuxi would or may engage in any of the "countermeasures" identified in Defendants' Opposition at 23, including "spinning off assets to create a new entity"; "creating new entities while obscuring their true ownership"; or "spoliate[ion of] relevant evidence."
6. Produce all decisional memoranda concerning the Department's designation of the Company in February 2026, and all sources cited therein.
7. Produce all memoranda, guidelines, or any other documents describing the process or criteria for evaluating whether an entity qualifies as a "Chinese military company" under 1260H.

We are also happy to further discuss the above or the timing of a briefing schedule at your convenience.

All Best,
Kate

**From:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Sent:** Monday, September 21, 2026 2:56 PM
**To:** McCarthy, Kate <kmccarthy@wsgr.com>
**Cc:** Mills, Melissa <mmills@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** RE: WuXi AppTec - discovery issues

EXT - william.s.jankowski@usdoj.gov

---

Hi Kate,

That should work for us. I'll send around an invitation to everyone on this email thread shortly.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** McCarthy, Kate <kmccarthy@wsgr.com>
**Sent:** Monday, September 21, 2026 2:54 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>
**Cc:** Mills, Melissa <mmills@wsgr.com>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] Re: WuXi AppTec - discovery issues

Thanks Will,

Would 3:15pm work on your end?

All Best,
Kate

> On Sep 21, 2026, at 1:46 PM, Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov> wrote:
>
> EXT - william.s.jankowski@usdoj.gov
>
> ---
>
> Melissa,
>
> We're available to meet and confer tomorrow afternoon—would 3 PM EDT work for you? Let me know if so and I can send through a Teams invitation.

Thanks,
Will

**William S. Jankowski**
Federal Programs Branch
Phone: (202) 353-7578
Cell: [redacted]

---

**From:** Mills, Melissa <mmills@wsgr.com>
**Sent:** Friday, September 18, 2026 7:50 PM
**To:** Jankowski, William S (CIV) <William.S.Jankowski@usdoj.gov>; Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Cc:** Shapiro Bassin, Sheryl <sbassin@wsgr.com>; McCarthy, Kate <kmccarthy@wsgr.com>; Finkelstein, Henry <hfinkelstein@wsgr.com>; Guenther, Nick <nguenther@wsgr.com>; Hermes, Abby <ahermes@wsgr.com>
**Subject:** [EXTERNAL] WuXi AppTec - discovery issues

Will, we believe that certain limited discovery is appropriate, and we intend to file a motion next week seeking leave unless we can come to an agreement on a voluntary production. Would you please let me know the government's availability to meet and confer on this next Tuesday?

Thanks,
Melissa

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the

sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.