# A

**THE UNDER SECRETARY OF WAR**
**3500 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-3500**

**ACQUISITION AND SUSTAINMENT**

# ACTION MEMO

JUN 0 3 2026

**FOR**: DEPUTY SECRETARY OF WAR

**FROM**: HON Michael P. Duffey, USW(A&S)

ASW(IBP)

**SUBJECT**: (U) Public Reporting of Chinese Military Companies Operating in the United States

- **Purpose**. (CUI) Request your signature and endorse the following TABS related to the section 1260H List of Chinese military companies operating in the United States (1260H List):

  1. (CUI) Sign the letters to the congressional armed service committees, which approve the revised 1260H List and include the rationale for the determinations (TAB A with Enclosures 1 and 2).

  2. (CUI) Sign the attached letters to the entities who had submitted a request for reconsideration of their inclusion on the 1260H List published on January 7, 2025, indicating their request has been rendered moot (TAB B).

  3. (CUI) Sign the memorandum delegating the authority to approve or deny future requests for reconsideration from entities that were included on the 1260H List to the Under Secretary of War for Acquisition and Sustainment (USW(A&S)) (TAB C).

  4. (CUI) Approve this action memorandum to authorize post-publication notice to the entities included on the 1260H List through publication of the Federal Register Notice.

     - (CUI) Your approval of the post-publication notice will direct the Assistant Secretary of War for Industrial Base Policy (ASW(IBP)) to endorse the Federal Register notice, approving the publication of the approved 1260H List (TAB D).

**Background.** (U) Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021, Public Law 116-283, as amended (codified at 10 U.S.C. § 113, note), requires the Secretary of War to identify entities determined to be Chinese military companies operating directly or indirectly in the United States or any of its territories and possessions (TAB E).

| | | |
|---|---|---|
| SD CA | | DSD SA |
| SD SMA | | DSD SMA |
| SD MA | | DSD MA |
| CoS | | DSD CA |
| SD Action Grp | | DSD CoS |
| ES | ND 6/4 | ESB Rvw |
| ESR | | ESD VDA 6/4 |

OSD070308-26/CMD007838-26

Classified by: [redacted] OUSW(A&S)/IBP/GIES
Derived From: Multiple Sources
Declassify On: 20501231
NIPR CATMS: USA002778-26/USA000866-26

Controlled by: OUSW(A&S)/IBP/GIES
CUI Category: PRIVILEGE
Limited Dissemination Control: FEDCON
POC: Ms. [redacted]

~~*Confidential and FOIA Exempt Pursuant to Section 721 of the Defense Production Act of 1950, as amended.*~~



~~REGRADE to **CUI** when separated from **TAB G Annexes**.~~

- (CUI) China pursues a military-civil fusion development strategy to "fuse" its economic and social development strategies with its security strategy in support of its national rejuvenation goals. This fusion has been critical to China's efforts to become a world leader in science and technology and to develop a world-class military.

- (U) Additionally, House Report 119-231, page 226, accompanying H.R. 3838 the National Defense Authorization Act for Fiscal Year 2026, requests the Secretary of War provide a briefing on its analysis determining if BOE Technology Group Co., Ltd. (BOE) and Tianma Microelectronics Co., Ltd., (Tianma) or any subsidiary, parent, affiliate, or successor of such entities, should be identified as a Chinese military or a military-civil fusion contributor and included on the 1260H List (TAB F).

  - (U) The Department will satisfy the requirement to provide a briefing by including these companies on the 1260H List.

**Listing Details.**

- (CUI) The Department of War (the Department) conducted due diligence and **identified 188 proposed qualifying entities** to be listed on the 1260H List, including BOE and Tianma. Section 1260H(b)(4) requires the Department to prepare the list in English and Mandarin Chinese (Enclosure 1 and 2). Section 1260H(b)(1) requires the Department to include the justification for adding entities to the list and for deleting any entities from a prior list to the congressional notification. That justification is included in Enclosure 1. The detailed rationale for including each qualifying entity on the 1260H List is set forth in each entity's profile report (TAB G).

  - (CUI) The Department also **identified 10 entities from the most recent 1260H List** published on Tuesday, January 7, 2025, **that no longer satisfy the requirements** because the 10 entities do not operate directly or indirectly in the United States as required by section 1260H(a), as amended (codified at 10 U.S.C. § 113, note) (TAB E).

- (CUI) Section 1260H requires the 1260H List to be submitted to the House and Senate Armed Services Committees and published in the Federal Register (TABs A and D).

- (CUI) The Department has not notified the entities in Enclosures 1 and 2 of their inclusion on the 1260H List. Providing post-publication notice ensures the Department can protect its supply chains and minimize risk in the event these entities take measures to avoid procurement bans or to eliminate or destroy information related to their connection to the Chinese government.

  - (CUI) The entities are notified of their inclusion on the 1260H List through the publication of the Federal Register notice. The entities **can request reconsideration** of the decision to include them on the 1260H List **through the post-publication reconsideration process** described in the Federal Register notice (TAB D).

**Reconsideration Requests.**

- (CUI) After the Department published the most recent 1260H List on Tuesday, January 7, 2025, the 10 entities listed below requested reconsideration of the decision to include them on the most recent 1260H List (TAB H) and provided additional information in support of their delisting requests.

  - (CUI) The **10 entities that requested reconsideration are**: Baicells Technology Co., Ltd., ChangXin Memory Technology, Inc., Contemporary Amperex Technology Co., Ltd., Hesai Technology Co., Ltd. (Hesai), MGI Technology Co., Ltd., Quectel Wireless Solutions Co., Ltd. (Quectel), SenseTime Group, Inc., SZ DJI Technology Co., Ltd. (DJI), Tencent Holdings Ltd., and Yangtze Memory Technologies Co., Ltd. (YMTC).

  - (CUI) **The Department reviewed the information and the arguments set forth by the entities requesting reconsideration and analyzed additional information it located. The Department concludes that these 10 entities still meet the requirements** for inclusion on the 1260H List. Accordingly, their reconsideration requests have been rendered moot and are superseded by the new listing decision.

  - (CUI) The notification letters to the 10 entities that have submitted reconsideration requests inform them of the Deputy Secretary of War's decision that their reconsideration requests are moot (TAB B).

**Litigation Challenges to 1260H Listings.**

- (CUI) The Department's Office of General Counsel (OGC) reviewed the profile reports to ensure the statutory requirements set forth in section 1260H were satisfied. The Department of Justice reviewed the analysis in the Department's 1260H reports in all cases that are currently in litigation or in which litigation is threatened to ensure litigation risk is mitigated to the extent possible.

  - (U) **Four entities** that are currently on the 1260H List, Hesai, DJI, Quectel, and YMTC **filed litigation** in the District Court for the District of Columbia **challenging the Department's determination**.

  - (U) The **court granted** the Department's **motion for summary judgment** in the Hesai and DJI cases. Both **Hesai and DJI have appealed** to the U.S. Court of Appeals for the District of Columbia. The Department is waiting for decisions in those cases.

  - (U) Briefing is still ongoing in the YMTC litigation. Briefing has not commenced in the Quectel litigation. **DOJ is actively defending the Department in all these cases.**

**View of Others.**

- (CUI) Coordination was received by OGC, Under Secretary of War for Acquisitions and Sustainment's Office of Legislative and Congressional Oversight, the Office of the Assistant Secretary of War for Legislative Affairs, and the Under Secretary of War for Policy; all concurred with minor accepted administrative comments. The Under Secretary of War (Comptroller) indicated that it did not have any equities. The Under Secretary of War for Intelligence and Security was No Response.

**RECOMMENDATION**: (CUI) Sign the notification letters of the Section 1260H List at TAB A and include Enclosures 1 and 2 with the letters to the congressional armed service committees. Sign the letters at TAB B to the entities requesting reconsideration indicating their request has been rendered moot. Sign the delegation of authority memorandum delegating the authority to approve or deny reconsideration requests at TAB C. Approve this action memorandum below to direct the ASW(IBP) to endorse the Federal Register Notice, approving publication of the 1260H List and providing post-publication notice to the listed entities at TAB D.

Approve: S.F. JUN 05 2026 Disapprove: ____________ Other: ____________

**Attachments**:
TAB A – (U) Notification Letters to HASC and SASC
Enclosure 1 – Entities Identified as Chinese Military Companies
Enclosure 2 – Entities Identified as Chinese Military Companies (Mandarin)
TAB B – (U) Reconsideration Notification Letters
TAB C – (CUI) Delegation of Authority Memo
TAB D – (U) Federal Register Notice
TAB E – (U) Pub. L. 116-283, Section 1260H, as amended
TAB F – (U) Excerpt from House Report 119-231, page 226 Accompanying H.R. 3838
TAB G – (CUI) Company Profile Reports; with Attachments 1 – 80
Classified Annexes: (TOP SECRET//HCS-P//SI-G//ORCON/NOFORN/FISA)
TAB H – (CUI) 1260H Company Listing Rationale for List Published on January 7, 2025
TAB I – (CUI) Coordination Sheet

DEPUTY SECRETARY OF WAR
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JUN 0 5 2026

The Honorable Roger F. Wicker
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year (FY) 2021, Public Law 116-283, as amended (codified at 10 U.S.C. § 113, note), requires the Secretary of War to identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute, and provide a list of those entities to the congressional defense committees. The listing or delisting of a company on the list required by section 1260H (1260H List) is without prejudice to the other efforts by the Administration to act against entities of concern.

Additionally, House Report 119-231, page 226, accompanying H.R. 3838 the National Defense Authorization Act for FY 2026 (House Report), requests that the Secretary of War provide a briefing on determining if BOE Technology Group Co., Ltd., (BOE) and Tianma Microelectronics Co., Ltd., (Tianma) or any subsidiary, parent, affiliate, or successor of such entities, should be identified as a Chinese military company or a military-civil fusion contributor and included on the 1260H List.

In our review of the latest information available, the Department of War has identified 188 entities, including BOE and Tianma, that it has determined are "Chinese military companies" in accordance with the statute that should be added to the 1260H List. The House Report briefing requirement is satisfied by BOE and Tianma's inclusion on the 1260H List. The Department has also determined that 10 entities should be removed from the list, without prejudice to its ability to relist the entities in the future on additional grounds or new information. Enclosed is the most recent list of those entities in English and Mandarin Chinese.

I am sending an identical letter to the House Armed Services Committee.

Sincerely,

Enclosure:
As stated

cc:
The Honorable Jack Reed
Ranking Member

The estimated cost of this report or study for the Department of War (DoW) is approximately $1,428,000 in FY 2025 - 2026. This includes $1,043,000 in expenses and $385,000 in DoW labor.

DEPUTY SECRETARY OF WAR
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

JUN - 5 2026

The Honorable Mike D. Rogers
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year (FY) 2021, Public Law 116-283, as amended (codified at 10 U.S.C. § 113, note), requires the Secretary of War to identify those entities operating directly or indirectly in the United States that are "Chinese military companies," as defined in the statute, and provide a list of those entities to the congressional defense committees. The listing or delisting of a company on the list required by section 1260H (1260H List) is without prejudice to the other efforts by the Administration to act against entities of concern.

Additionally, House Report 119-231, page 226, accompanying H.R. 3838 the National Defense Authorization Act for FY 2026 (House Report), requests that the Secretary of War provide a briefing on determining if BOE Technology Group Co., Ltd., (BOE) and Tianma Microelectronics Co., Ltd., (Tianma) or any subsidiary, parent, affiliate, or successor of such entities, should be identified as a Chinese military company or a military-civil fusion contributor and included on the 1260H List.

In our review of the latest information available, the Department of War has identified 188 entities, including BOE and Tianma, that it has determined are "Chinese military companies" in accordance with the statute that should be added to the 1260H List. The House Report briefing requirement is satisfied by BOE and Tianma's inclusion on the 1260H List. The Department has also determined that 10 entities should be removed from the list, without prejudice to its ability to relist the entities in the future on additional grounds or new information. Enclosed is the most recent list of those entities in English and Mandarin Chinese.

I am sending an identical letter to the Senate Armed Services Committee.

Sincerely,

Enclosure:
As stated

cc:
The Honorable Adam Smith
Ranking Member

The estimated cost of this report or study for the Department of War (DoW) is approximately $1,428,000 in FY 2025 - 2026. This includes $1,043,000 in expenses and $385,000 in DoW labor.

# WuXi AppTec Co., Ltd

Controlled by: OUSW(A&S)/IBP/GIES
Controlled Unclassified Information: PRIVILEGE
Dissemination Control: FEDCON
POC: (b) (6) [redacted]

Contents

Document Framework ... 3
Entity Background ... 4
Summary Findings ... 6
WuXi AppTec is Indirectly Owned by SASAC ... 6
WuXi AppTec is Indirectly Affiliated with SASTIND ... 7
WuXi AppTec is Indirectly Affiliated with the PLA ... 11
WuXi AppTec Provides, Researches, Develops, and Manufactures Molecular Drugs and Gene Therapies and Services ... 12
Chinese Military Company Determination ... 13
WuXi AppTec is a Chinese Military Company Operating Directly in the United States ... 13
Exhibit 1 ... 15
Source Citations ... 16

**Document Framework**

The Secretary of War[a] is statutorily required to identify entities that are Chinese military companies and that are operating directly or indirectly in the United States or any of its territories and possessions.[1] A Chinese military company is an entity that is either (1) directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of, any of the following, whether operating inside or outside of China: (a) the People's Liberation Army (PLA), (b) Chinese military and paramilitary elements, security forces, police, law enforcement, border control, (c) the People's Armed Police, (d) the Ministry of State Security (MSS), or any other organization subordinate to the Central Military Commission (CMC) of the Chinese Communist Party (CCP), (e) the Chinese Ministry of Industry and Information Technology (MIIT), (f) the State-Owned Assets Supervision and Administration Commission of the State Council (SASAC), or (g) the State Administration of Science, Technology, and Industry for National Defense (SASTIND) or (2) identified as a military-civil fusion contributor to the Chinese defense industrial base.[2] The entity also must be engaged in providing commercial services, manufacturing, producing, or exporting.[3]

This report analyzes and documents whether the profiled entity is directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of one of the listed organizations; whether the profiled entity is a military-civil fusion contributor to the Chinese defense industrial base; whether the profiled entity is engaged in providing commercial services, manufacturing, producing, or exporting; and whether the profiled entity operates directly or indirectly in the United States.

This report relies on the latest information available, recognizing that information is frequently removed from the internet.[4] [5] [6] [7]

[a] Executive Order 14347 authorized the Secretary of Defense to use the title Secretary of War and the Department of Defense to be referred to as the Department of War in official correspondence, public communications, ceremonial contexts, and non-statutory documents. Restoring the United States Department of War, Executive Order 14347 of September 5, 2025.

## Entity Background

**WuXi AppTec Co., Ltd (WuXi AppTec)**

**药明康德股份有限公司**

**Hong Kong Stock Exchange (SEHK): 02359**

**Shanghai Stock Exchange (SHSE): 603259**

**https://www.wuxiapptec.com**

**Shanghai, China**

**Business Summary:**

WuXi AppTec Co., Ltd (WuXi AppTec) provides research and manufacturing services throughout the discovery, development, and manufacturing processes for small molecule drugs and the development of computer software and databases as well as provides consulting services for combinatorial chemistry and pharmaceuticals.[8] WuXi AppTec's services include drug research and development testing, clinical research services, an end-to-end Contract Research, Development, and Manufacturing Organization (CRDMO) platform for peptide, oligonucleotide, and small molecules, and integrated biology services and solutions for drug discovery.[9] WuXi AppTec's business units include WuXi Chemistry, WuXi Testing, and WuXi Biology.[10]

**Background:**

WuXi AppTec was founded in 2000 by Dr. Ge Li (李革) as WuXi PharmaTech (Cayman) Inc. (WuXi PharmaTech or 药明康德) with an initial focus on the discovery, development, and commercialization of new medicines and healthcare products. [11] WuXi PharmaTech quickly expanded into other medical sectors including synthetic chemistry services (2001), manufacturing process development services (2003), research and development manufacturing (2004), bio-analytical services (2005), and toxicology and formulation services (2007).[12] In 2007, WuXi PharmaTech was listed on the New York Stock Exchange (NYSE) under the ticker WX.[13] In 2008, WuXi PharmaTech acquired Minnesota-based AppTec Laboratory Services, a biologics testing

and manufacturing company, and changed the company's name to WuXi AppTec. [b] [14] In December 2015, WuXi PharmaTech delisted from the NYSE and went private, merging with WuXi Merger Limited and becoming a wholly-owned subsidiary of New WuXi Life Science Limited.[15] In 2018, WuXi AppTec went public on both the Shangahi Stock Exchange (May 2018) and the Hong Kong Stock Exchange (December 2018).[16] [17] The present relationship between WuXi AppTec and WuXi PharmaTech is unclear. In official financial filings, Dr. Ge Li has stated he directly controls the actions of WuXi AppTec and WuXi AppTec's subsidiaries through both his personal office as well as his shareholder and proxy voting powers as required.[18] In WuXi AppTec's 2024 Annual Report, Dr. Ge Li is listed as the Chairman, Chief Executive Officer, and founder of WuXi AppTec and is responsible for "leading the strategic planning and business development" of WuXi AppTec and its subsidiaries. [19] WuXi AppTec collectively holds interests in 22 corporations, all of which are controlled by Dr. Ge Li, Mr. Zhang, and Mr. Liu, along with parties acting in concert with Dr. Ge Li and the proxy grantor.[20] The term proxy grantor is not defined in WuXi AppTec's annual report.[21] Dr. Ge Li, Mr. Zhang, and Mr. Liu jointly control 23.73% of WuXi AppTec's shares.[22]

**Also/Previously Known As:**

- WuXi PharmaTech Co., Ltd.[23]
- WuXi AppTec Combinatorial Chemistry Co., Ltd. (無錫藥明康德組合化學有限公司)[24]
- WuXi PharmaTech[25]
- WuXi PharmaTech (Cayman)[26]
- WuXi AppTec (药明康德)[27]
- Yaoming Kangde[28]
- WXAT Group[29]

[b] WuXi AppTec has sold multiple U.S.-based subsidiaries and facilities, including the February 2025 sale of WuXi AppTec's US medical device testing operations in Georgia and Minnesota to NAMSA and the March 2025 sale of WuXi Advanced Theraputics (ATU) to New York-based investment firm, Altaris. All other WuXi AppTec's U.S.-based operations and facilities are unchanged (https://www.wuxiapptec.com/news/wuxi-news/6019 and https://www.wuxiapptec.com/about/location).

### Summary Findings

WuXi AppTec is indirectly owned by SASAC because it is owned by a SASAC-owned state-owned enterprise (SOE) and is indirectly affiliated with SASTIND and the PLA. WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting through researching and manufacturing small-molecule drugs, cell therapies, and gene therapies. Based on the foregoing, the Secretary of War determines that WuXi AppTec is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note).[30] The Department considered the latest information available, including information provided by WuXi AppTec in a presentation to the Department on August 26, 2024, in written materials provided to the Department on October 14, 2025, and a meeting with the Department on November 24, 2025, when conducting its analysis.

As a Chinese military company, WuXi AppTec operates directly and indirectly in the United States through U.S.-based facilities, wholly owned and downstream U.S.-based subsidiaries, and agreements with U.S.-based companies.[31]

### WuXi AppTec is Indirectly Owned by SASAC

WuXi AppTec is indirectly owned by SASAC (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials it submitted to the Department, WuXi AppTec claims it is not "owned or controlled by, affiliated with, or acting as an agent of, the PLA or CCP or other statutorily specified government agencies," including SASAC. The Department found evidence that refutes these specific WuXi AppTec claims.

- Aviation Industry Corporation of China (AVIC), a SOE owned by SASAC,[32] [33] holds a 5.32% stake in WuXi AppTec through the AVIC Military-Civilian Integration Selected Fund (also known as the AVIC Military-Civil Integration Select Fund Class C).[34] This fund is managed by AVIC's wholly owned subsidiary, AVIC Fund Management Co. Ltd.[35] [36] [37] The Secretary of War has determined that AVIC is a Chinese military company and included AVIC on the most recent 1260H List published on January 7, 2025.[38] SASAC's

indirect ownership of WuXi AppTec, through AVIC and AVIC Military-Civil Integration Selected Fund's investment, is an independent ground for determining that WuXi AppTec is a Chinese military company.

- In 2019, WuXi AppTec received an undisclosed investment from the AVIC Military-Civilian Integration Selected Fund.[39]
  - The AVIC Military-Civilian Integration Selected Fund was established in 2018 through a joint agreement between AVIC and its wholly owned subsidiaries, AVIC Capital Co., Ltd. and AviChina Industry & Technology Company Limited.[40] [41]
  - The goal of the AVIC Military-Civil Integration Selected Fund is to "seize investment opportunities brought about by the development of China's military-civilian integration industry, share the continuous investment returns of military-civilian integration related listed companies, and strive to obtain returns that exceed the benchmark for fund shareholders."[42]
  - Open source reporting indicated that the AVIC Military-Civil Integration Selected Fund owned a 5.32% stake in WuXi AppTec in January 2024.[43] There is no evidence that indicates that the AVIC Military-Civil Integration Selected Fund divested its shares in WuXi AppTec since that date.
- AVIC is a defense SOE controlled by the Chinese central government and SASAC of the State Council.[44] SASAC of the State Council manages SOEs owned by the national government.[45] Such SOEs are legally categorized as central SOEs, the names of which are publicly listed by the SASAC of the State Council.[46] AVIC is a central SOE that is publicly listed on the SASAC of the State Council directory.[47] SASAC of the State Council is in charge of selecting and establishing compensation for SASAC-listed central SOE top executives and managers, a function that is carried out in cooperation with the Chinese Communist Party.[48] [49] SASAC of the State Council also evaluates the performance of SASAC-listed central SOE top executives, issues rewards to those executives based on their performances within the central SOE, and assesses top executives' "party building" efforts.[50] [51] SASAC of the State Council has oversight over central SOEs whereby SASAC of the State

Council performs investor responsibilities for these SOEs, audits the SOEs, and has the power to inspect overseas projects.[52] [53]

- Companies are generally required under Chinese national law to cooperate with the Chinese government.[54] [55] For example, Chinese companies are required to establish and maintain CCP cells.[a] [56] [57] The purpose of a CCP cell is to align the company's activities with Chinese government objectives.[58] CCP cells can play a role in corporate governance, strategic decision-making, and personnel management.[59] Similarly, Chinese companies are required to support Chinese national intelligence work, comply with demands from Chinese intelligence and law enforcement agencies, and "keep the secrets of national intelligence work from becoming public."[60] [61] If companies are generally subject to the control of the Chinese government, then companies owned by SASAC of the State Council or SASAC-owned SOEs are undoubtedly subject to an equal or greater measure of control.[b] [62]

**WuXi AppTec is Indirectly Affiliated with SASTIND**

WuXi AppTec is indirectly affiliated, i.e., in close formal or informal association, with SASTIND (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). While the Department concludes that each partnership with the SASTIND-supervised universities as described below is an independent ground for determining that WuXi AppTec is a Chinese military company, it also believes that the partnerships collectively demonstrate that WuXi AppTec is a Chinese military company. In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials the company submitted to the Department, WuXi

[a] Pursuant to Article 14 of China's Company Law, companies must strengthen the construction of socialist culture and ideology. Additionally, pursuant to Article 17, CCP grass-root organizations in companies must carry out their activities in accordance with the Constitution of the Communist Party of China (Asian Legal Information Institute, Company Law of the People's Republic of China, Chapter I, Article 14 and 17, https://asianlii.org/cn/legis/cen/laws/cl113/).

[b] Pursuant to Article 5 of China's Company Law, companies, under control of the Chinese government, must organize their operations in accordance with market demand. Similarly, pursuant to Article 14 of the same law, companies must accept the supervision of the government (Asian Legal Information Institute, Company Law of the People's Republic of China, Chapter I, Article 5 and 14, https://asianlii.org/cn/legis/cen/laws/cl113/).

AppTec claims it is not affiliated with SASTIND. The Department found evidence that refutes WuXi AppTec's claims that it is not affiliated with SASTIND.

- WuXi AppTec is indirectly affiliated with SASTIND through multiple scientific research studies conducted by WuXi AppTec in partnership with SASTIND-supervised universities. The studies discussed below were approved by the Ministry of Science and Technology (MOST), a key player in China's military industrial planning apparatus who promotes the integration of China's military and civilian sectors with respect to scientific and technical research, and conducted with SASTIND-supervised universities. See Exhibit 1 for more information on MOST.
    - In October 2022, Shanghai WuXi AppTec Pharmaceuticals Co., Ltd. (also known as Shanghai WuXi, Shanghai Wuxi New Drug Development Co., Ltd., 上海药明康德新药开发有限公司 or 上海药明), a wholly owned subsidiary of WuXi AppTec (Shanghai WuXi), and SASTIND-supervised Peking University received approval from MOST for multiple drug studies.[63] There is no evidence that these drug studies have concluded. SASTIND's indirect close informal association with WuXi AppTec, via multiple drug studies with Peking University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
        - Peking University Institute of Mental Health of the Peking University Sixth Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on the treatment of insomnia in Chinese subjects in October 2022.[64]
        - Also in October 2022, Peking University First Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on Chinese subjects with an overweight or obese body mass index or BMI.[65]
        - Since 2012, Peking University has been jointly supervised by SASTIND.[66]

- In October 2022, the First Affiliated Hospital of SASTIND-supervised Xiamen University, Shanghai WuXi, and other institutions received two "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on subjects with advanced malignancies.[67] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Xiamen University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
  - Since 2018, Xiamen University has been jointly supervised by SASTIND.[68]
- Shanghai WuXi and SASTIND-supervised Shanghai Jiao Tong University received approval from MOST in October 2022 for multiple scientific drug studies. There is no evidence that these drug studies have concluded. SASTIND's indirect close informal association with WuXi AppTec, via drug studies with Shanghai Jiao Tong University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
  - Shanghai Jiao Tong University School of Medicine, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on pediatric and adult patients with PIK3CA-related overgrowth spectrum (PROS).[69]
  - Renji Hospital Affiliated to Shanghai Jiao Tong University School of Medicine, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on patients with moderately to severely active ulcerative colitis who have failed conventional therapy and biologic therapy.[70]
  - Since 2016, Shanghai Jiao Tong University has been jointly supervised by SASTIND.[71]

- In October 2022, SASTIND-supervised Jilin University First Hospital, Shanghai WuXi, and other institutions received "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on healthy adult subjects and patients with chronic hepatitis B.[72] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Jilin University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
  - Since 2016, Jilin University has been jointly supervised by the SASTIND.[73]
- In October 2022, SASTIND-supervised Sichuan University, Shanghai WuXi, and other institutions received two "Approvals of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on therapy in subjects with advanced malignancies.[74] There is no evidence to suggest the drug study has concluded. SASTIND's indirect close informal association with WuXi AppTec, via a drug study with Sichuan University, a SASTIND-supervised university, is an independent ground for determining that WuXi AppTec is a Chinese military company.
  - Since 2011, Sichuan University has been jointly supervised by the SASTIND.[75]
- SASTIND supports jointly constructed universities in areas such as the construction of national defense-featured disciplines, the construction of national defense science and technology innovation bases, and basic research on national defense. [76] [77] SASTIND also implements mid-term evaluation and dynamic management of these jointly constructed universities.[78] [79]

**WuXi AppTec is Indirectly Affiliated with the PLA**

WuXi AppTec is indirectly affiliated, i.e., in close formal or informal association, with the PLA (Pub. L. No. 116-283, § 1260H(g)(2)(B)(i)(I), as amended (codified at 10 U.S.C. § 113, note)). In its August 26, 2024, presentation to the Department and the October 14, 2025, written materials the company submitted to the Department, WuXi AppTec claims it is not affiliated with the PLA.

The Department found evidence that refutes WuXi AppTec's claims that it is not affiliated with the PLA.

- WuXi AppTec is affiliated, i.e., in close formal association, with the PLA through research studies conducted by WuXi AppTec in partnership with a PLA hospital. In October 2022, the Chinese People's Liberation Army General Hospital, Shanghai WuXi, and other institutions received "Approval of International Collaborative Scientific Research on Human Genetic Resources in China" from MOST to conduct a drug study on Chinese overweight or obese subjects.[80] There is no evidence to suggest the drug study has concluded. The PLA's close formal association with WuXi AppTec, via a drug study with a PLA-affiliated hospital, is an independent ground for determining that WuXi AppTec is a Chinese military company.

**WuXi AppTec Provides, Researches, Develops, and Manufactures Molecular Drugs and Gene Therapies and Services**

WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting (Pub. L. No. 116-283, § 1260H(g)(2)(B)(ii), as amended (codified at 10 U.S.C. § 113, note)).

- WuXi AppTec researches and manufactures small-molecule drugs, cell therapies, and gene therapies. WuXi AppTec also provides testing services for medical devices.[81]
- WuXi AppTec operates 16 research, development, and manufacturing sites around the globe, including sites in China, Switzerland, South Korea, Japan, Singapore, and the United States.[82]
- WuXi STA Pharmaceutical Co., Ltd. (WuXi STA), a subsidiary of WuXi AppTec,[83] has a substantial footprint in Europe, with facilities in the United Kingdom, Switzerland, and Germany.
    - WuXi STA owns sites such as "The Couvet" in Switzerland, which has an annual capacity of one billion units of oral dosage forms that supply eight key markets globally, including the United States, the European Union, the United Kingdom, Switzerland, Australia, New Zealand, Canada, and Japan.[84]

### Chinese Military Company Determination

WuXi AppTec is indirectly owned by SASAC because it is owned by a SASAC-owned SOE and is indirectly affiliated with SASTIND and the PLA. WuXi AppTec is engaged in providing commercial services, manufacturing, producing, or exporting through researching, discovering, developing, and manufacturing biologics, small molecule drugs, and cell and gene therapies in China and internationally. Based on the foregoing, the Secretary of War determines that WuXi AppTec is a Chinese military company pursuant to Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).[c] [85]

### WuXi AppTec is a Chinese Military Company Operating Directly in the United States

WuXi AppTec operates directly and indirectly in the United States through U.S.-based facilities, wholly owned and downstream U.S.-based subsidiaries, and agreements with U.S.-based companies (Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note)).

- WuXi AppTec operates at least five U.S.-based facilities: [d]
    - The Boston Research Service Center located in Natick, Massachusetts. [86] Operational since 2023, the center provides biologics discovery services including antibody-based drug discovery through hybridoma, high-throughput screening, in vitro pharmacology, small scale protein production, and cell line development for research.[87]
    - A Drug Metabolism and Pharmacokinetics (DMPK) and pre-clinical services site in Cranbury, New Jersey operated by WuXi AppTec's subsidiary, WuXi AppTec DMPK New Jersey.[88] [89] Established in 2021 and accredited in 2022, the site conducts biologics process development and clinical-scale current GMP

[c] This report includes subheadings for different sections to aid with readability, but the Department assessed and relied on the totality of the information included in the report to support its determination on each of the statutory grounds on which the company has been designated a "Chinese military company."
[d] WuXi AppTec has sold multiple U.S.-based subsidiaries and facilities, including the February 2025 sale of WuXi AppTec's US medical device testing operations in Georgia and Minnesota to NAMSA and the March 2025 sale of WuXi Advanced Theraputics (ATU) to New York-based investment firm, Altaris. All other WuXi AppTec's U.S.-based operations and facilities are unchanged (https://www.wuxiapptec.com/news/wuxi-news/6019 and https://www.wuxiapptec.com/about/location).

manufacturing for drug substance and product with a bioreactor capacity of 4,000 L.[90]

- A services site for drug discovery, research, and development in San Diego, California operated by HD Biosciences Inc. (HDB), a downstream WuXi AppTec subsidiary.[91]
    - HD Biosciences Co., Ltd, a subsidiary of WuXi AppTec, is the Shanghai-based biology-focused preclinical drug discovery platform and parent company of HDB with operational facilities in San Diego, California and Cranbury, New Jersey.[92]
- A small molecule R&D and manufacturing facility in San Diego, California.[93]
    - The facility is operated by WuXi STA[94] [95] and Multiply Labs, Inc. (Multiply Labs), a California-based automated manufacturing systems and robotics company.[96] [97]
    - In 2022, WuXi STA entered into a strategic partnership with Multiply Labs to collaboratively manufacture personalized drugs for patients whereby Multiply Labs would deploy a novel robotic system in WuXi STA's facilities.[98] There is no evidence to indicate that the partnership has concluded.
- A formulation development and manufacturing campus in Middletown, Delaware.[99] [100]
    - In 2021, WuXi STA stated it planned to invest $510 million USD in the campus.[101] In May 2026, WuXi AppTec stated its plans to support the expansion with between RMB 6.5 and 7.5 billion.[102] The site is still under construction with operations expected to commence by the end of 2026.[103]

- WuXi AppTec has at least one other U.S.-based subsidiary:
    - Labnetwork (South Portland, Maine)[104]

**Exhibit 1**

WuXi AppTec, in partnership with SASTND-supervised universities, received approvals to perform research on human genetic resources in China from MOST in October 2022.[105]

- In 2017, MOST issued guidelines on the development of Chinese military-civil fusion in science and technology. Under the guidelines, MOST can implement key special projects related to military-civil fusion in science and technology.[106]
  - According to its website, MOST endeavors to promote military-civilian integration, improve the national R&D system, facilitate the reform and development of research institutes, enhance the innovation capabilities of enterprises, and develop the consulting system for major national science and technology decision-making.[107] Additionally, MOST works with other government departments to advance policy recommendations for optimizing the allocation of science and technology (S&T) resources; building a diversified system for S&T investment; and coordinating, managing, and overseeing the implementation of S&T programs (projects and funds) financed by the central government.[108]
  - According to MOST, the Ministry "shall regularly provide training to scientific researchers and managers of relevant departments who are engaged in the collection, preservation, utilization and external provision of human genetic resources, in order to enhance their legal awareness and sense of responsibility and improve their management and service capabilities."[109]
  - Article 11 of MOST's *"Implementation Rules of the Regulations on the Administration of Human Genetic Resources issued by the Ministry of Science and Technology No. 21"* states that the collection and preservation of human genetic resources in China or the provision of human genetic resources abroad must be carried out by China's scientific research institutions, universities, medical institutions or enterprises (hereinafter referred to as Chinese units).[110] Domestically funded de facto controlling institutions located in Hong Kong and Macao are regarded as Chinese units.[111]

## Source Citations

[1] Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note).

[2] Pub. L. No. 116-283, § 1260H(g)(2)(B)(i), as amended (codified at 10 U.S.C. § 113, note).

[3] Pub. L. No. 116-283, § 1260H(g)(2)(B)(ii), as amended (codified at 10 U.S.C. § 113, note).

[4] Wall Street Journal, *Negative Takes on China's Economy Are Disappearing From the Internet*, https://www.wsj.com/world/china/china-economy-censorship-internet-4d0372b8, published 31 January 2024, accessed 2 March 2026.

[5] New York Times, *As China's Internet Disappears, 'We Lost Parts of Our Collective Memory'*, https://www.nytimes.com/2024/06/04/business/china-internet-censorship.html, published 4 June 2024, accessed 2 March 2026.

[6] New York Times, *China's Censorship Dragnet Targets Critics of the Economy*, https://www.nytimes.com/2024/01/31/business/china-censorship-economy-markets.html, published 1 February 2024, accessed 2 March 2026.

[7] Foreign Policy Magazine, *China's Secret to Controlling the Internet*, https://foreignpolicy.com/2024/02/18/china-internet-control-ccp-technology-cyber-surveillance-policy-sentinel-state/, published 18 February 2024, accessed 2 March 2026.

[8] PitchBook, *WuXi AppTec (SHG: 603259),* https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[9] PitchBook, *WuXi AppTec (SHG: 603259),* https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[10] PitchBook, *WuXi AppTec (SHG: 603259),* https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[11] PitchBook, *WuXi AppTec (SHG: 603259),* https://my.pitchbook.com/profile/41643-82/company/profile#overview, accessed 27 March 2026.

[12] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[13] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[14] WuXi AppTec, *About Us- Our History,* https://www.wuxiapptec.com/about/history; accessed 29 May 2026.

[15] WuXi AppTec, *WuXi PharmaTech (Cayman) Inc. Announces Completion of Going Private Transaction*, https://www.wuxiapptec.com/news/wuxi-news/3099, published 9 December 2015, accessed 27 March 2026.

[16] Caixin Global, *New York-Delisted WuXi AppTec Gets Speedy Approval for Shanghai IPO*, https://www.caixinglobal.com/2018-03-28/new-york-delisted-wuxi-apptec-gets-speedy-approval-for-shanghai-ipo-101227323.html, published 28 March 2018, accessed 27 March 2026.

---

[17]WuXi AppTec, P.71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[18] James C Mulvenon Website, Pp. 14, 17, *The WuXi AppTec: The National Security Associated with Its Risks and Military Connections*, *Data Privacy Issues, and Corporate Reach*, https://www.jamescmulvenon.com/wp-content/uploads/2024/05/WuXi-Group.pdf, published 19 April 2024, accessed 29 May 2026.

[19]WuXi AppTec, P.49, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[20] WuXi AppTec, P.109, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[21] WuXi AppTec, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[22] WuXi AppTec, P.110, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[23] WuXi AppTec, P. 71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[24] WuXi AppTec, P. 71, *2024 Annual Report*, https://officialsite-static.wuxiapptec.com/upload/2024_ANNUAL_REPORT_60cf3bf4fb.pdf, published 2 April 2025, accessed 29 May 2026.

[25] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[26] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[27] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[28] Crunchbase Website, *WuXi AppTec*, https://www.crunchbase.com/organization/wuxi-apptec, accessed 27 March 2026.

[29] S&P Capital IQ, P.203, *WuXi XDC Cayman Inc. 2023 Annual Report*, https://www.capitaliq.com/CIQDotNet/Filings/DocumentRedirector.axd?versionId=-.1900037380&type=pdf&forcedownload=false, published 29 April 2024, accessed 29 May 2026.

[30] See TAB B for the full text of Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).

[31] See TAB B for the full text of Pub. L. No. 116-283, § 1260H(a), as amended (codified at 10 U.S.C. § 113, note).

[32] S&P Capital IQ, *Aviation Industry Corporation of China,* https://api.capitaliq.com/CIQDotNet/company.aspx?companyId=13425480, accessed 29 May 2026.

[33] Air University, *Organization of the Aviation Industry Corporation of China (AVIC)*, https://www.airuniversity.af.edu/Portals/10/CASI/documents/Research/Infrastructure/2024-01-22-avic-organization-v2.pdf, published 22 January 2024, accessed 29 May 2026.

[34] JRJ.com, *The Latest Net Value Gain of "AVIC MCF Select Fund Class Cl (C from below) Reached 1.93%*, https://web-archive-org.translate.goog/web/20240101161234/https:/m.jrj.com.cn/madapter/fund/2019/09/03065228079102.shtml?_x_tr_sl=auto&_x_tr_tl=en&_x_tr_hl=en-US&_x_tr_pto=wapp, accessed 17 December 2025. As of 29 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 17 December 2025. *Note:* Translated by native Mandarin speaker.

[35] AVIC Fund Management Co., Ltd., *AVIC Military-Civilian Integration*; https://www.avicfund.cn/front/productDetail_100020_004926.jhtml, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[36] AVIC Industry Finance Website, *About Us - Company Introduction* https://www.avicindustry-finance.com/sycd/gywm/qyjs/?PC=PC, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[37] S&P Capital IQ, *AVIC Fund Management Corporate Structure,* https://www.capitaliq.spglobal.com/web/client?auth=inherit#company/corporateStructure?Id=5880770, accessed 29 May 2026.

[38] Department of Defense, *DOD Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021,* https://media.defense.gov/2025/Jan/07/2003625471/-1/-1/1/ENTITIES-IDENTIFIED-AS-CHINESE-MILITARY-COMPANIES-OPERATING-IN-THE-UNITED-STATES.PDF, published 7 January 2025, accessed 29 May 2026.

[39] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[40] MarketScreener, *AviChina Industry & Technology : CONNECTED TRANSACTION-FORMATION OF FUND MANAGEMENT COMPANY*, https://www.marketscreener.com/quote/stock/AVICHINA-INDUSTRY-TECHNOL-6170981/news/AviChina-Industry-Technology-CONNECTED-TRANSACTION-FORMATION-OF-FUND-MANAGEMENT-COMPANY-26054962/, published 26 February 2018, accessed 29 May 2026.

[41] East Money, *Fund Profile – AVIC Military-Civilian Integration Selected Hybrid Securities Investment Fund*, https://fundf10.eastmoney.com/004927.html, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[42] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[43] Alpha Factory Research Institute, *More than one military-themed fund has a large stake in WuXi AppTec,* https://mp.weixin.qq.com/s/qqjIowJDoOh8JY6_P4O82A, published 28 January 2024, accessed 29 May 2026.

[44] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs,* https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025. Note: As of 8 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 10 October 2025.

---

[45] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs,* https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025. Note: As of 8 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 10 October 2025.

[46] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs,* https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025. Note: As of 8 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 10 October 2025.

[47] SASAC Website, *Directory*, http://www.sasac.gov.cn/n2588045/n27271785/n27271792/c14159097/content.html, accessed 14 May 2026. Note: Machine translated using Google Translate.

[48] Sayari, *The Worlds Largest Shareholders: Understanding China's National and Regional SASACs,* https://sayari.com/resources/the-worlds-largest-shareholders-understanding-chinas-national-and-regional-sasacs, published 22 December 2020, accessed 10 October 2025. Note: As of 8 May 2026, this website is no longer accessible. The Department is relying on an archived version which was last saved on 10 October 2025.

[49] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[50] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[51] CNBC, *Executives salaries at China's largest state firms linked to 'party building' efforts*, https://www.cnbc.com/2017/04/18/executive-salaries-at-chinas-largest-state-firms-linked-to-party-building-efforts.html, published 18 April 2017, accessed 14 May 2026.

[52] Following The Money, *Policies Applying to the State-owned Enterprises*, https://www.followingthemoney.org/policies-applying-to-state-owned-enterprises/, accessed 14 May 2026.

[53] SASAC, *What We Do*, http://en.sasac.gov.cn/2018/07/17/c_7.htm, accessed 14 May 2026.

[54] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting,* https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[55] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[56] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting,* https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[57] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[58] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting,* https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[59] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting,* https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

[60] Council on Foreign Relations, *Conflicts of Interest in Federal Contracting,* https://www.cfr.org/report/conflicts-interest-federal-contracting, published 24 September 2024, accessed 14 May 2026.

---

[61] China Law Translate, *PRC National Intelligence Law (as amended in 2018)*, https://www.chinalawtranslate.com/en/national-intelligence-law-of-the-p-r-c-2017/#_Toc486408896, accessed 14 May 2026.

[62] Asian Legal Information Institute, *Company Law of the People's Republic China*, https://asianlii.org/cn/legis/cen/laws/cl113/, accessed 14 May 2026.

[63] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[64] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[65] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[66] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[67] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[68] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[69] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[70] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[71] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[72] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 31 July 2025. *Note:* Machine translated using Google Translate.

[73] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[74] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[75] MISP Galaxy, *China Defence Universities Tracker: Wuhan University*, https://misp-galaxy.org/china-defence-universities/#wuhan-university, accessed 26 March 2026.

[76] SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities.*, https://www.sastind.gov.cn/n10086200/n10086344/c10206823/content.html, published 17 May 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[77] Chinakaoyan, *List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education,* https://www.chinakaoyan.com/info/article/id/127657.shtml, published 8 July 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[78] SASTIND, *The State Administration of Science, Technology and Industry for National Defense launched the "13th Five-Year Plan" for joint construction of universities.*, https://www.sastind.gov.cn/n10086200/n10086344/c10206823/content.html, published 17 May 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[79] Chinakaoyan, *List of 16 universities jointly established by the State Administration of Science, Technology and Industry for National Defense and the Ministry of Education,* https://www.chinakaoyan.com/info/article/id/127657.shtml, published 8 July 2016, accessed 18 May 2026. *Note:* Machine translated using Google Translate.

[80] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[81] Pitchbook Website, *WuXi AppTec*, https://my.pitchbook.com/profile/41643-82/company/profile#general-info, accessed 27 March 2026.

[82] WuXi AppTec, *Location*, https://chemistry.wuxiapptec.com/location, accessed 29 May 2026.

[83] S&P Capital IQ, *WuXi STA Pharmaceutical Co., Ltd Private Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=664807441, accessed 29 May 2026.

[84] CHEManager, *Delivering Quality with Speed for European Market*, https://www.chemanager-online.com/en/news/delivering-quality-speed-european-market, published 20 March 2023, accessed 29 May 2026.

[85] See TAB B for the full text of Pub. L. No. 116-283, § 1260H, as amended (codified at 10 U.S.C. § 113, note).

[86] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[87] WuXi Biologics Website, *North America, Locations & Facilities*, https://www.wuxibiologics.com/locations-facilities/, accessed 29 May 2026.

[88] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[89] WuXi AppTec, *WuXi AppTec DMPK New Jersey*, https://dmpkservice.wuxiapptec.com/wuxi-apptec-dmpk-new-jersey.html, accessed 29 May 2026.

[90] WuXi Biologics Website, *North America, Locations & Facilities,* https://www.wuxibiologics.com/locations-facilities/, accessed 29 May 2026.

[91] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[92] HDBiosciences, *Home Page,* https://www.hdbiosciences.com/, accessed 29 May 2026.

[93] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[94] S&P Capital IQ, *WuXi STA Pharmaceutical Co., Ltd Private Company Profile*, https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=664807441, accessed 29 May 2026.

[95] S&P Capital IQ, *WuXi AppTec Co., Ltd. (SHSE:603259) > Corporate Tree,*https://www.capitaliq.com/CIQDotNet/CorporateTree/CorporateTree.aspx?CompanyId=37259571, accessed 29 May 2026.

[96] WuXi STA, *Newsroom*, https://sta.wuxiapptec.com/wuxi-sta-and-multiply-labs-announce-partnership-and-successfully-deploy-robotic-manufacturing-system-for-personalized-drugs/, published 1 December 2022, accessed 29 May 2026.

[97] S&P Capital IQ, *Multiply Labs, Inc. Private Company Profile,* https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=381847509&fromSearchProfiles=true, accessed 29 May 2026.

[98] WuXi STA, *Newsroom*, https://sta.wuxiapptec.com/wuxi-sta-and-multiply-labs-announce-partnership-and-successfully-deploy-robotic-manufacturing-system-for-personalized-drugs/, published 1 December 2022, accessed 29 May 2026.

[99] WuXi AppTec, *About Us Our Locations*, https://www.wuxiapptec.com/about/location, accessed 29 May 2026.

[100] WuXi STA, *Facility Middletown Delaware USA*, https://sta.wuxiapptec.com/facility/middletown-usa/, accessed 29 May 2026.

[101] Spotlight Delaware, *Middletown pharma campus developer may get blacklisted,* https://spotlightdelaware.org/2024/10/30/middeltown-wuxi-biosecure-house-vote/, published 30 October 2024, accessed 29 May 2026.

[102] WuXi AppTec, *WuXi AppTec Expands Global Manufacturing Capacity as Customer Demand Accelerates,* https://www.wuxiapptec.com/crdmo-news/crdmo-OurRole/ld73r01e0pwwa4gkkhnpoz79, published 18 May 2026, accessed 29 May 2026.

[103] WuXi AppTec, *WuXi AppTec Expands Global Manufacturing Capacity as Customer Demand Accelerates,* https://www.wuxiapptec.com/crdmo-news/crdmo-OurRole/ld73r01e0pwwa4gkkhnpoz79, published 18 May 2026, accessed 29 May 2026.

[104] WuXi LabNetwork, *Careers at LabNetwork*, https://www.labnetwork.com/frontend-app/p/#!/careers, accessed 29 May 2026.

[105] Ministry of Science and Technology, *Results of the 19th batch of approvals for administrative licensing of human genetic resources in China in 2022*, https://fuwu.most.gov.cn/html/tztg/xzxkzx/20221009/123124391.html, published 9 October 2022, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[106] GMWCN, *Top-level design for the integration of military and civilian technologies has been released.,* https://epaper.gmw.cn/gmrb/html/2017-08/24/nw.D110000gmrb_20170824_6-03.htm?div=-1, published 24 August 2017, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[107] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[108] Ministry of Science and Technology of the People's Republic of China, *Missions of the Ministry of Science and Technology;* https://en.most.gov.cn/organization/; accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[109] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[110] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

[111] Ministry of Science and Technology, *Implementation Rules of the Regulations on the Administration of Human Genetic Resources Issued by the Ministry of Science and Technology No. 21*; https://www.most.gov.cn/xxgk/xinxifenlei/fdzdgknr/fgzc/bmgz/202306/t20230601_186416.html, published 26 May 2023, accessed 29 May 2026. *Note:* Machine translated using Google Translate.

**Collins, Kathryn A CIV OSD OUSD A-S (USA)**

| | |
|---|---|
| **From:** | Heifetz, Stephen <sheifetz@wsgr.com> |
| **Sent:** | Monday, December 1, 2025 9:02 AM |
| **To:** | [redacted] CIV OSD OUSD A-S (USA); Collins, Kathryn A CIV OSD OUSD A-S (USA); [redacted] CIV OSD OGC (USA) |
| **Cc:** | Chen, Weiheng; Dhir, Nimit; Millard, Kara; OSD Pentagon OUSD A-S Mailbox 1260H List |
| **Subject:** | Follow-up re WuXi AppTec |
| **Attachments:** | WuXi AppTec - Presentation to U.S. DoW - Nov 2025 -vF.pdf |

[redacted], Katie, and [redacted]

Thanks again for meeting with us last week to discuss WuXi AppTec. I've attached the slides that we covered during our presentation. We reiterate our interest in maintaining regular and transparent communications, and we welcome any additional questions from DoW.

We noticed that Bloomberg reported last week, shortly after our meeting, regarding an October 7, 2025 letter from DoW Deputy Secretary Feinberg to certain members of Congress. According to the Bloomberg reporting, the letter states that DoW "identified eight entities that it has determined are 'Chinese military companies' in accordance with the statute that **should be** added to the 1260H list." (Emphasis added.) Bloomberg further reported that "WuXi AppTec Co." is one of such eight identified entities. This was surprising to us.

We would like your confirmation that: (1) DoW has not yet made the final determination that WuXi AppTec is a "Chinese military company" that will be added to the 1260H list when DoW publishes an updated 1260H list; and (2) if DoW is contemplating such a determination, then WuXi AppTec will have an opportunity to review and respond to evidence supporting any such determination.

Best Regards,

Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender

immediately and permanently delete the original and any copies of this email and any attachments thereto.



# Update to the U.S. Department of War

November 2025

WuXi AppTec

# Agenda

- **WuXi AppTec (WXAT) appreciates the opportunity to provide this update presentation after our last meeting in August 2024**
- **WXAT is committed to transparency, compliance and responsible corporate citizenship**

**Part I:** WXAT business overview

**Part II:** Department of War (DoW) did not designate WXAT pursuant to 1260H last year, *and WXAT does not meet the 1260H List criteria under the previous or the amended statutory framework*

**Part III**: Recent and ongoing developments:

- Investment in U.S. manufacturing facilities
- Actions taken to address perceived concerns
- Robust customer and supplier compliance control mechanisms

# Part I

# WuXi AppTec Overview

# WXAT: A Service Provider Business Model

- **Who We Are**
  - A trusted provider of services that helps global pharmaceutical and life science companies discover and develop life-improving and life-saving treatments for patients
  - We do not engage in commercial manufacturing of generic antibiotics and common OTC drugs
- **How We Work**
  - We operate as a customer-driven Contract Research, Development and Manufacturing Organization (CRDMO). As a service provider, we do not sell our own products
  - We receive information from customers strictly on a "need-to-know" basis, consistent with industry norms and subject to rigorous regulatory and customer inspections around the world
- **Key Facts**
  - Publicly traded on Hong Kong and Shanghai stock exchanges with a market cap of over US$46 Billion and over 270,000 institutional and individual shareholders
  - Over 5,000 active customers, including global pharmaceutical companies such as Johnson & Johnson, Merck, GlaxoSmithKline, Roche, Pfizer, and Eli Lilly
  - Deemed under PRC law a "Foreign-Invested Enterprise" due to substantial non-PRC ownership and treated by the PRC the same as a U.S. or European company's subsidiary in China
    - For example, WXAT is restricted from conducting human genetics diagnostics-related business in China, while domestic Chinese companies are permitted to conduct business without such restrictions

# A Global Footprint




- 5,000+ global active customers, including 1,200+ U.S. customers
- 22 facilities in 7 countries
- 3,000,000+ square feet of laboratories, manufacturing sites, and offices

# We Help Our Customers in the U.S. Expedite the Discovery and Development of New Medicines for Patients




## Enabled Zejula® fast track NDA approval by FDA and EMA for treatment of ovarian and related cancers

- Converted 2 non-GMP steps to GMP steps in **<4 months** vs. 8-12 months if using another CRDMO
- Completed process qualification in **8 months** (vs. 18 months quoted by another CRDMO)
- Saves lives of thousands of women annually




## Enabled global access to a high dose and volume of Imbruvica® for treatment of certain lymphomas

- On time delivery for 125 metric tons for customer's launch in **105 countries** to benefit patients worldwide
- **200,000+** patients treated worldwide since 2009
- 83% of treated patients can survive **more than 5 years** with certain cancers

# WXAT's Favorable Score on Rhodium Group Report

**Rhodium Group is an independent research provider with deep expertise in China economic and policy dynamics**

- Rhodium report assesses 30 prominent Chinese biotech firms and ranked them in a "risk scorecard"
- WXAT has consistently been ranked near the bottom of Rhodium's risk ranking
  - Ranking has ranged from 26-28 (out of 30) Chinese biotech firms over the past year
  - WXAT is in the lowest quintile of risk-rated firms

***None of WuXi AppTec, its agents, or its affiliates provided input or funding or any other support for this study***

| Top 30 Chinese Biotechnology Companies | Risk Level | Fundamental Risk Score | Relation to 1260H |
|---|---|---|---|
| BGI Genomics Ltd | High | 8.0 | Designated |
| China Meheco Group Co Ltd* | High | 7.0 | Minority shareholder is designated |
| Daan Gene Co Ltd | Medium | 5.73 | N/A |
| Beijing Tiantan Biological Products Corporation Ltd | Medium | 5.51 | N/A |
| China National Medicines Corporation Ltd | Medium | 5.39 | N/A |
| Jointown Pharmaceutical Group Co Ltd | Medium | 5.21 | N/A |
| Chongqing Zhifei Biological Products Co Ltd | Medium | 4.66 | N/A |
| Liaoning Chengda Co Ltd | Medium | 4.48 | N/A |
| Huadong Medicine Ltd | Medium | 4.46 | N/A |
| Hualan Biological Engineering Inc | Medium | 4.23 | N/A |
| Changchun High-tech Industries (Group) Inc | Medium | 4.13 | N/A |
| Joinn Laboratories (China) Co Ltd | Medium | 3.89 | N/A |
| Shanghai RAAS Blood Products Co Ltd | Medium | 3.72 | N/A |
| Shanghai Junshi Biosciences Co Ltd | Medium | 3.68 | N/A |
| 3SBIO Inc | Medium | 3.64 | N/A |
| Shanghai Medicilon Inc | Medium | 3.49 | N/A |
| Innovent Biologics Inc | Medium | 3.36 | N/A |
| Walvax Biotechnology Co Ltd | Medium | 3.1 | N/A |
| Beijing WANTAI Biological Pharmacy Enterprise Co Ltd | Low | 2.98 | N/A |
| BeiGene Ltd | Low | 2.96 | N/A |
| Hangzhou Tigermed Consulting Co Ltd | Low | 2.89 | N/A |
| Shenzhen Kangtai Biological Products Co Ltd | Low | 2.87 | N/A |
| Autobio Diagnostics Co Ltd | Low | 2.86 | N/A |
| IMEIK Technology Development Co Ltd | Low | 2.73 | N/A |
| Zhejiang Wolwo Bio-pharmaceutical Co Ltd | Low | 2.49 | N/A |
| Wuxi AppTec Co Ltd | Low | 2.36 | N/A |
| Genscript Biotech Corporation | Low | 2.31 | N/A |
| Wuxi BIOLOGICS (Cayman) Inc | Low | 2.15 | N/A |
| Akeso Inc | Low | 2.07 | N/A |
| Pharmaron Beijing Co Ltd | Low | 2.07 | N/A |

*Data updated as of November 2025

WuXi AR 0495

*China Meheco Group Co. Ltd. is understood to be 9.36% owned by China Aerospace Science & Industry Corporation Limited, which appears on both the Section 1260H List and the Non-SDN CMIC List

# Proven Track Record of Data Separation and Protection

- WXAT customers have full ownership and control of their compound IP and data
- WXAT has robust standard operating procedures to enforce separation of customer data across geographies
  - Data generated from U.S. sites is stored exclusively in the U.S. and Chinese employees have no access to data stored in the U.S.
  - Customer files are protected through passwords and encryption for secure transmission
  - Customers themselves designate the preferred data storage location (e.g., DropBox, Box, or the customer's cloud system) and WXAT uploads the data to the location designated by customers
  - No data sharing is permitted between customers (as required by contract), and each customer only has access to its own data
- Information security audits demonstrate strong track record on customer IP protection
  - Successful passage of all 58 information security audits in 2024

# Part II

# WuXi AppTec Does Not Belong on 1260H List

# WXAT Does Not Meet the 1260H Designation Criteria

**As we discussed in August 2024…**

WXAT is not owned or controlled by, or acting as an agent of, the PLA or CCP

AND

WXAT is neither a "military-civil fusion contributor," nor part of the "Chinese defense industrial base"

**Per the 2025 NDAA**: Section 1260H of Public Law 116-283, DoW may designate a company as a "**Chinese military company**" only if it is either:

An entity with direct or indirect ownership, control, affiliation, or agency relationships (official or unofficial) with the PLA, CCP, Chinese military/security forces, or other specified PRC government entities

OR

A "military-civil fusion contributor to the Chinese defense industrial base"

# After the Latest NDAA Modification, There Remain Two Statutory Designation Criteria, Neither of Which Is Satisfied in the Case of WXAT

(1) Owned or controlled by, affiliated with, or acting as an agent of, the PLA, CCP, Chinese military/security forces, or certain specified PRC government entities

**OR**

(2) Military-civil fusion contributor to the Chinese defense industrial base *(must both be a military-civil fusion contributor AND contribute to the defense industrial base)*

# Criterion 1: Not Owned or Controlled by, Affiliated with, or Acting as an Agent of, the PLA or CCP or Other Statutorily Specified Government Agencies

- **NDAA revised language (like the prior language) simply does not fit WXAT:**
  - "directly or indirectly owned by, controlled by, or beneficially owned by, affiliated with, or in an official or unofficial capacity acting as an agent of or on behalf of, the People's Liberation Army, Chinese military and paramilitary elements, security forces, police, law enforcement, border control, the People's Armed Police, the Ministry of State Security (MSS) or any other organization subordinate to the Central Military Commission of the Chinese Communist Party, the Chinese Ministry of Industry and Information Technology (MIIT), the State-Owned Assets Supervision and Administration Commission of the State Council (SASAC), or the State Administration of Science, Technology, and Industry for National Defense (SASTIND)"
- **WXAT is not owned or controlled by, affiliated with, or acting as an agent of, the PLA, CCP, etc.**
  - No military production licenses
  - No military personnel; WXAT only hires civilians
  - No advertisement on military procurement platforms
  - No CCP members or PLA background/association among directors or executive management
  - No financial sponsorship of PLA or CCP or Chinese government events
  - Never acted as an agent on behalf of PLA or CCP

# Criterion 1: Not Owned or Controlled by, Affiliated with, or Acting as an Agent of, the PLA or CCP or Other Statutorily Specified Government Agencies

- **As a publicly traded company with a diverse base of over 270,000 shareholders, WXAT is accountable only to its shareholders, customers, and employees**
  - Majority ownership held by over ten >1% shareholders, including the founder (a U.S. citizen) and his affiliates and associates, ETF-traded funds, and non-PRC institutional investors such as Temasek
  - Majority of directors and executive management are U.S. citizens

- **WXAT complies with standards set by U.S. and other western countries in carrying out its international operations and is subject to rigorous regulatory inspections and customer audits**
  - No sanctions record in the U.S. or any other country
  - In 2024, we successfully passed 719 customer audits, 69 inspections from regulatory authorities and 14 independent third-party quality audits
  - Screens potential customers and suppliers against restricted party lists that are maintained based on applicable sanction lists and government concerns

# The Majority of WXAT's Board of Directors are U.S. Citizens

## Executive Directors

- Ge Li (Chairman, CEO, **U.S. Citizen**)
- Minzhang Chen (Co-CEO, **U.S. Citizen**)
- Steve Qing Yang (Co-CEO, **U.S. Citizen**)
- Zhaohui Zhang (PRC Citizen)

## Non-Executive Directors

- Xiaomeng Tong (Hong Kong SAR)
- Yibing Wu (**U.S. Citizen**)

## Independent Non-Executive Directors

- Christine Shaohua Lu-Wong (**U.S. Citizen**)
- Wei Yu (**U.S. Citizen**)
- Xin Zhang (Canadian Citizen)
- Zhiling Zhan (PRC Citizen)
- Xuesong Leng (Hong Kong SAR)

- China does not recognize dual nationality for PRC citizens
- Any PRC citizen who acquires foreign nationality will automatically lose his or her PRC nationality

# The Majority of WXAT's Executive Management Team are U.S. Citizens



**Ge Li**
Chairman &
Chief Executive Officer
**(U.S. Citizen)**



**Steve Qing Yang**
Co-Chief Executive Officer
**(U.S. Citizen)**



**Richard Connell**
U.S. & EU President
**(U.S. Citizen)**



**Minzhang Chen**
Co-Chief Executive Officer
**(U.S. Citizen)**



**Xiaoyong Fu**
Executive Vice President
**(U.S. Citizen)**



**Zhaohui Zhang**
China Chief Operating Officer
**(PRC Citizen)**

U.S.-based Chairman, with an executive management team largely comprised of U.S. citizens who are also U.S. residents

*Executive Management Team is comprised of senior executives at the Executive Vice President level and above

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base

## WXAT is NOT a military-civil fusion contributor

A. No assistance from PRC government or CCP through science, technology, research, or industrial efforts initiated, granted, or created by, or provided under, or related to the Chinese military industrial planning apparatus, or in furtherance of Chinese military industrial planning objectives, including selection as a 'Single Champion', 'Little Giant', or any other successor selection or designation as an enterprise associated with industrial planning or military-civil fusion efforts

B. No management, oversight, supervision, control, or affiliation (including formal participation in research partnerships and projects) with (i) China's Ministry of Industry and Information Technology (MIIT); (ii) State-Owned Assets Supervision and Administration Commission of the State Council (SASAC); (iii) State Administration of Science, Technology and Industry for National Defense (SASTIND); (iv) Ministry of State Security (MSS); or (v) the People's Liberation Army (PLA)

C. No assistance, operational direction or policy guidance from China's SASTIND

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base (Cont'd)

| WXAT is NOT a military-civil fusion contributor |
| --- |
| D. Not a "defense enterprise" as defined by the State Council of the PRC |
| E. Not an entity residing in or affiliated with a military-civil fusion enterprise zone or receiving assistance from an enterprise zone |
| F. Never received a military production license from the Government of China |
| G. No advertising on any national, provincial, or non-governmental military equipment procurement platform in the PRC |
| H. Though the Secretary of War is granted discretion under (H), such finding must be consistent with other prongs |

# Criterion 2: Not a Military-Civil Fusion Contributor to Chinese Defense Industrial Base (Cont'd)

- **No defense work:** WXAT does not conduct research for, or produce, deliver, or maintain, any military weapons systems, subsystems, components, or other defense-related items
  - No PLA-related customers (including PLA-affiliated hospitals)
  - No service or supply arrangement with CCP or any Chinese government agency
- **Service provider model:** WXAT is a CRDMO, i.e., a service provider that assists in the discovery and development of new medicines by our customers in the pharmaceutical and life sciences industry
- **Limited visibility into customer activities:** Consistent with industry practice, we have no control over and generally no visibility into the downstream use of products once manufacturing is finished and delivered to customers
- **Definitions of "defense industrial base" are focused on the supply of weapons and other materials to the military; WXAT does not meet such a definition**
  - Definition can't be stretched such that it loses meaning; the vasodilator Viagra® was marketed for erectile dysfunction, but the same drug was later found to treat pulmonary hypertension (chest pain and shortness of breath). Such a drug could have potential in high altitude military use activities

# Part III

# Recent and Ongoing Developments

# Significant Investment (~$600M) in U.S. Manufacturing and Reshoring

**With a U.S. footprint of 6 facilities, we serve as a powerful platform that enables small, mid-size, and large U.S. pharmaceutical companies to bring their drug discoveries to market.**

- **Alignment with U.S. supply chain priorities and customer needs**
  - Significant investment in U.S. manufacturing directly supports the U.S.'s goals of strengthening and domesticating supply chains and ensuring resilient domestic production capacity
  - We are also making major investments in Europe and Singapore to expand manufacturing capacity, supporting our U.S. and European customers and ultimately benefiting patients in these regions

- **Economic growth and job creation in Delaware**
  - 190-acre construction project is underway on a new manufacturing site for WuXi AppTec, offering end-to-end capabilities, from pre-clinical to commercial, with hundreds of local skilled jobs planned
  - Facility will handle drug manufacturing and commercial assembly (e.g., packaging and labeling)

***This investment reflects WXAT's long-term commitment to the U.S. economy and workforce development.***

# Video Presentation: Our Facility in Middletown, Delaware



*See attached video file

# Actions Taken to Address Perceived Concerns

**To focus on our core expertise in chemistry, WXAT has divested certain non-core businesses over the last 12 months:**

- Divestment of **Advanced Therapies Unit (ATU)**, a cell and gene therapy CRDMO business in the U.S. and U.K.
  - Sale of the ATU business, located in the U.S. and U.K., to Altaris LLC, a New York-headquartered healthcare investment firm, was completed in March 2025
- Divestment of **Pharmapace Inc.**, a biostatistics service provider in the U.S.
  - Sale of Pharmapace to a U.S. company formed by a team of three U.S. citizens, was completed in March 2025
  - Even prior to divestment, any human-related data handled by Pharmapace was **anonymized by customer** and **non-identifiable**
- Divestment of China-based **clinical research services business** to Hillhouse Investment Management, a global private alternative asset manager
  - Transaction was announced in October 2025 and is expected to be completed by year end 2025

**WXAT does not collect human genomic data**

- WXAT has **no access to** or **control over** any identifiable U.S. human genomic data
- WXAT has **no infrastructure or systems** capable of collecting or storing identifiable human genomic data

# Robust Customer and Supplier Compliance Control Mechanism

**WXAT has established robust Know-Your-Customer (KYC) and Know-Your-Supplier (KYS) compliance controls that screen counterparties prior to engagement and provide for continuous monitoring**

These controls have accomplished the following goals:

- Ensure WXAT does not engage with any customers or suppliers that appear on sanctions lists, including those maintained by the U.S., EU, UK, or Singapore
- Prevent business dealings with military-affiliated entities or organizations in China, in line with evolving regulatory requirements and best practices
- Prevent campus recruitment from PLA-affiliated medical universities/schools or research institutions
- Prevent advertisement on any military affiliated platform or sponsorship of any conference associated with military or military-civil fusion program

# Summary and Next Steps

- WuXi AppTec takes great pride in its global business, its customers, and its industry-leading compliance record
- The dissemination of inaccurate and misleading information in the media not only damages the Company's reputation but also potentially jeopardizes the well-being of patients who rely on the Company's services
- WXAT respectfully requests that DoW carefully scrutinize all information for accuracy as it relates to DoW's annual evaluation for the 1260H List
- WXAT stands ready to answer any follow-up questions regarding its operations and business

## Collins, Kathryn A CIV OSD OUSD A-S (USA)

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Tuesday, December 9, 2025 1:53 AM
**To:** OSD Pentagon OUSD A-S Mailbox 1260H List; [redacted] CIV OSD OUSD A-S (USA); Collins, Kathryn A CIV OSD OUSD A-S (USA); [redacted] CIV OSD OGC (USA)
**Cc:** Chen, Weiheng; Dhir, Nimit; Millard, Kara; OSD Pentagon OUSD A-S List 1260H list
**Subject:** RE: Follow-up re WuXi AppTec
**Attachments:** FY 26 NDAA Conference.pdf

[redacted] et al,

We note that the recently released FY26 NDAA conference report included the Biosecure Act as Section 851 of the attached NDAA. As you likely are aware, the Biosecure Act will require DoW to conduct a comprehensive review of Chinese biotechnology companies and coordinate with other departments to produce a list of entities that should be designated as "biotechnology companies of concern." Completion of this process will be required one year after the enactment of FY26 NDAA.

Our client WuXi AppTec would like to reiterate its commitment to transparency and cooperation with DoW and other government agencies, including in connection with the statutory review process required under the FY26 NDAA. A fact-based and objective review will demonstrate that WuXi AppTec does not warrant designation as a "biotechnology company of concern" but instead benefits patients in the United States and elsewhere, as WuXi AppTec is a quality, trusted service provider for many U.S. pharmaceutical and life sciences companies.

Further, and in view of the anticipated annual updating of the 1260H list in January 2026, we also want to offer another meeting or call to discuss WuXi AppTec, and we particularly want to invite DoW political appointees to join if DoW is still assessing whether to include WuXi AppTec in the annual update of the 1260H list.

Relatedly, we are concerned about the October 7 letter that was the subject of the Bloomberg report referenced in the email chain below, particularly because it suggests that a decision about WuXi AppTec might be made without allowing WuXi AppTec to respond to allegations against it. Due process requires that opportunity. In that light, a meeting would be warranted in the event there are allegations that DoW believes support a 1260H designation of WuXi AppTec in the annual 1260H update. We believe there are no such supporting facts but respectfully request an opportunity to hear and respond to any DoW views to the contrary.

Best Regards,
Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** OSD Pentagon OUSD A-S Mailbox 1260H List <[redacted]
**Sent:** Monday, December 1, 2025 1:11 PM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>; [redacted] CIV OSD OUSD A-S (USA) [redacted]>;

Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

EXT [redacted]

Hello,

Thank you for the slides from the November 24th meeting with WuXi AppTec. The team is reviewing the information provided by WuXi AppTec and will reach out if it has any questions.

Additionally, the Department has no comment on the below referenced Bloomberg article.

Thank you,

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Monday, December 1, 2025 9:02 AM
**To:** [redacted] CIV OSD OUSD A-S (USA) <[redacted]>; Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Subject:** Follow-up re WuXi AppTec

[redacted] Katie, and [redacted],

Thanks again for meeting with us last week to discuss WuXi AppTec. I've attached the slides that we covered during our presentation. We reiterate our interest in maintaining regular and transparent communications, and we welcome any additional questions from DoW.

We noticed that Bloomberg reported last week, shortly after our meeting, regarding an October 7, 2025 letter from DoW Deputy Secretary Feinberg to certain members of Congress. According to the Bloomberg reporting, the letter states that DoW "identified eight entities that it has determined are 'Chinese military companies' in accordance with the statute that **should be** added to the 1260H list." (Emphasis added.) Bloomberg further reported that "WuXi AppTec Co." is one of such eight identified entities. This was surprising to us.

We would like your confirmation that: (1) DoW has not yet made the final determination that WuXi AppTec is a "Chinese military company" that will be added to the 1260H list when DoW publishes an updated 1260H list; and (2) if DoW is contemplating such a determination, then WuXi AppTec will have an opportunity to review and respond to evidence supporting any such determination.

Best Regards,

Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**Collins, Kathryn A CIV OSD OUSD A-S (USA)**

| | |
|---|---|
| **From:** | OSD Pentagon OUSD A-S Mailbox 1260H List |
| **Sent:** | Wednesday, December 10, 2025 7:35 AM |
| **To:** | Heifetz, Stephen; [redacted] CIV OSD OUSD A-S (USA); Collins, Kathryn A CIV OSD OUSD A-S (USA); [redacted] CIV OSD OGC (USA) |
| **Cc:** | Chen, Weiheng; Dhir, Nimit; Millard, Kara; OSD Pentagon OUSD A-S List 1260H list |
| **Subject:** | RE: Follow-up re WuXi AppTec |
| **Signed By:** | [redacted] |

Hello,

Thank you for the information provided by WuXi AppTec on November 24 and for your views on the Biosecure Act. As you are aware, the statutory deadline for the 1260H List is December 31. The team is working to meet that deadline but would not be able to schedule another meeting this month and still have time to complete a meaningful review by the statutory deadline. The team is reviewing all of the information that has been submitted by WuXi AppTec, in addition to the most recent information available. We will reach out if we have more questions.

Thank you,

---

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Tuesday, December 9, 2025 1:53 AM
**To:** OSD Pentagon OUSD A-S Mailbox 1260H List [redacted] CIV OSD OUSD A-S (USA) [redacted] Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted]; [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

[redacted] et al,

We note that the recently released FY26 NDAA conference report included the Biosecure Act as Section 851 of the attached NDAA. As you likely are aware, the Biosecure Act will require DoW to conduct a comprehensive review of Chinese biotechnology companies and coordinate with other departments to produce a list of entities that should be designated as "biotechnology companies of concern." Completion of this process will be required one year after the enactment of FY26 NDAA.

Our client WuXi AppTec would like to reiterate its commitment to transparency and cooperation with DoW and other government agencies, including in connection with the statutory review process required under the FY26 NDAA. A fact-based and objective review will demonstrate that WuXi AppTec does not warrant designation as a "biotechnology company of concern" but instead benefits patients in the United States and elsewhere, as WuXi AppTec is a quality, trusted service provider for many U.S. pharmaceutical and life sciences companies.

Further, and in view of the anticipated annual updating of the 1260H list in January 2026, we also want to offer another meeting or call to discuss WuXi AppTec, and we particularly want to invite DoW political appointees to join if DoW is still assessing whether to include WuXi AppTec in the annual update of the 1260H list.

Relatedly, we are concerned about the October 7 letter that was the subject of the Bloomberg report referenced in the email chain below, particularly because it suggests that a decision about WuXi AppTec might be made without allowing WuXi AppTec to respond to allegations against it. Due process requires that opportunity. In that light, a meeting would be warranted in the event there are allegations that DoW believes support a 1260H designation of WuXi AppTec in the annual 1260H update. We believe there are no such supporting facts but respectfully request an opportunity to hear and respond to any DoW views to the contrary.

Best Regards,
Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Sent:** Monday, December 1, 2025 1:11 PM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>; [redacted] CIV OSD OUSD A-S (USA) [redacted] Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted] [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

EXT -[redacted]

---

Hello,

Thank you for the slides from the November 24th meeting with WuXi AppTec. The team is reviewing the information provided by WuXi AppTec and will reach out if it has any questions.

Additionally, the Department has no comment on the below referenced Bloomberg article.

Thank you,

---

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Monday, December 1, 2025 9:02 AM
**To:** [redacted] CIV OSD OUSD A-S (USA) <[redacted]; Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted] [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Subject:** Follow-up re WuXi AppTec

[redacted], Katie, and [redacted]

Thanks again for meeting with us last week to discuss WuXi AppTec. I've attached the slides that we covered during our presentation. We reiterate our interest in maintaining regular and transparent communications, and we welcome any additional questions from DoW.

We noticed that Bloomberg reported last week, shortly after our meeting, regarding an October 7, 2025 letter from DoW Deputy Secretary Feinberg to certain members of Congress. According to the Bloomberg reporting, the letter states that DoW "identified eight entities that it has determined are 'Chinese military companies' in accordance with the statute that **should be** added to the 1260H list." (Emphasis added.) Bloomberg further reported that "WuXi AppTec Co." is one of such eight identified entities. This was surprising to us.

We would like your confirmation that: (1) DoW has not yet made the final determination that WuXi AppTec is a "Chinese military company" that will be added to the 1260H list when DoW publishes an updated 1260H list; and (2) if DoW is contemplating such a determination, then WuXi AppTec will have an opportunity to review and respond to evidence supporting any such determination.

Best Regards,

Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**Collins, Kathryn A CIV OSD OUSD A-S (USA)**

| | |
|---|---|
| **From:** | Heifetz, Stephen <sheifetz@wsgr.com> |
| **Sent:** | Wednesday, December 10, 2025 7:48 AM |
| **To:** | OSD Pentagon OUSD A-S Mailbox 1260H List; [redacted] CIV OSD OUSD A-S (USA); Collins, Kathryn A CIV OSD OUSD A-S (USA); [redacted] CIV OSD OGC (USA) |
| **Cc:** | Chen, Weiheng; Dhir, Nimit; Millard, Kara; OSD Pentagon OUSD A-S List 1260H list |
| **Subject:** | RE: Follow-up re WuXi AppTec |

Thanks for your reply.

Best Regards,
Stephen

Stephen Heifetz
WILSON SONSINI
Washington, DC
direct: 202.973.8802
mobile: 202.758.9430
sheifetz@wsgr.com

---

**From:** OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Sent:** Wednesday, December 10, 2025 7:35 AM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>; [redacted] CIV OSD OUSD A-S (USA) [redacted] Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

EXT [redacted]

---

Hello,

Thank you for the information provided by WuXi AppTec on November 24 and for your views on the Biosecure Act. As you are aware, the statutory deadline for the 1260H List is December 31. The team is working to meet that deadline but would not be able to schedule another meeting this month and still have time to complete a meaningful review by the statutory deadline. The team is reviewing all of the information that has been submitted by WuXi AppTec, in addition to the most recent information available. We will reach out if we have more questions.

Thank you,

---

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Tuesday, December 9, 2025 1:53 AM
**To:** OSD Pentagon OUSD A-S Mailbox 1260H List [redacted] >; [redacted] CIV

OSD OUSD A-S (USA) [redacted]; Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted]>; [redacted] CIV OSD OGC (USA) [redacted]>
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

[redacted] et al,

We note that the recently released FY26 NDAA conference report included the Biosecure Act as Section 851 of the attached NDAA. As you likely are aware, the Biosecure Act will require DoW to conduct a comprehensive review of Chinese biotechnology companies and coordinate with other departments to produce a list of entities that should be designated as "biotechnology companies of concern." Completion of this process will be required one year after the enactment of FY26 NDAA.

Our client WuXi AppTec would like to reiterate its commitment to transparency and cooperation with DoW and other government agencies, including in connection with the statutory review process required under the FY26 NDAA. A fact-based and objective review will demonstrate that WuXi AppTec does not warrant designation as a "biotechnology company of concern" but instead benefits patients in the United States and elsewhere, as WuXi AppTec is a quality, trusted service provider for many U.S. pharmaceutical and life sciences companies.

Further, and in view of the anticipated annual updating of the 1260H list in January 2026, we also want to offer another meeting or call to discuss WuXi AppTec, and we particularly want to invite DoW political appointees to join if DoW is still assessing whether to include WuXi AppTec in the annual update of the 1260H list.

Relatedly, we are concerned about the October 7 letter that was the subject of the Bloomberg report referenced in the email chain below, particularly because it suggests that a decision about WuXi AppTec might be made without allowing WuXi AppTec to respond to allegations against it. Due process requires that opportunity. In that light, a meeting would be warranted in the event there are allegations that DoW believes support a 1260H designation of WuXi AppTec in the annual 1260H update. We believe there are no such supporting facts but respectfully request an opportunity to hear and respond to any DoW views to the contrary.

Best Regards,
Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**
**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

---

**From:** OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Sent:** Monday, December 1, 2025 1:11 PM
**To:** Heifetz, Stephen <sheifetz@wsgr.com>; [redacted] CIV OSD OUSD A-S (USA) [redacted]>; Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted]; [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S List 1260H list [redacted]
**Subject:** RE: Follow-up re WuXi AppTec

EXT - [redacted]

Hello,

Thank you for the slides from the November 24th meeting with WuXi AppTec. The team is reviewing the information provided by WuXi AppTec and will reach out if it has any questions.

Additionally, the Department has no comment on the below referenced Bloomberg article.

Thank you,

**From:** Heifetz, Stephen <sheifetz@wsgr.com>
**Sent:** Monday, December 1, 2025 9:02 AM
**To:** [redacted] CIV OSD OUSD A-S (USA) [redacted]; Collins, Kathryn A CIV OSD OUSD A-S (USA) [redacted]>; [redacted] CIV OSD OGC (USA) [redacted]
**Cc:** Chen, Weiheng <wchen@wsgr.com>; Dhir, Nimit <ndhir@wsgr.com>; Millard, Kara <KMillard@wsgr.com>; OSD Pentagon OUSD A-S Mailbox 1260H List [redacted]
**Subject:** Follow-up re WuXi AppTec

[redacted], Katie, and [redacted]

Thanks again for meeting with us last week to discuss WuXi AppTec. I've attached the slides that we covered during our presentation. We reiterate our interest in maintaining regular and transparent communications, and we welcome any additional questions from DoW.

We noticed that Bloomberg reported last week, shortly after our meeting, regarding an October 7, 2025 letter from DoW Deputy Secretary Feinberg to certain members of Congress. According to the Bloomberg reporting, the letter states that DoW "identified eight entities that it has determined are 'Chinese military companies' in accordance with the statute that **should be** added to the 1260H list." (Emphasis added.) Bloomberg further reported that "WuXi AppTec Co." is one of such eight identified entities. This was surprising to us.

We would like your confirmation that: (1) DoW has not yet made the final determination that WuXi AppTec is a "Chinese military company" that will be added to the 1260H list when DoW publishes an updated 1260H list; and (2) if DoW is contemplating such a determination, then WuXi AppTec will have an opportunity to review and respond to evidence supporting any such determination.

Best Regards,

Stephen

Stephen Heifetz
**WILSON SONSINI**
**Washington, DC**

**direct: 202.973.8802**
**mobile: 202.758.9430**
**sheifetz@wsgr.com**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.