**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WUXI APPTEC CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE a/k/a/<br>U.S. DEPARTMENT OF WAR, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-2069 (JEB) |

**[DEFENDANTS' PROPOSED] ORDER**

Now before the Court is Plaintiff's Motion for Limited Discovery. For the reasons stated in Defendants' opposition, and for good cause shown, it is hereby **ORDERED** that the motion is **DENIED**.

Date: ______________________

______________________________
**James E. Boasberg**
United States District Judge

## APPENDIX

Pursuant to LCvR 7(k), Defendants provide the below list of names and addresses of all attorneys entitled to be notified of the entry of this proposed order:

**William S. Jankowski**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

**Melissa Mills**
Wilson Sonsini Goodrich & Rosati
953 East Third Street
Suite 100
Los Angeles, CA 90013
(323) 210-2991
mmills@wsgr.com

**Morris Fodeman**
Wilson Sonsini Goodrich & Rosati
31 West 52nd Street
Fifth Floor
New York, NY 10019
(212) 497-7704
mfodeman@wsgr.com

**Timothy M. Broas**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Suite 500
Washington, DC 20006-3814
(202) 973-8846
tbroas@wsgr.com

**Sheryl Shapiro Bassin**
Wilson Sonsini Goodrich & Rosati
31 West 52nd Street

Fifth Floor
New York, NY 10019
(212) 497-7725
sbassin@wsgr.com

**Abigail Hermes**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Washington, DC 20006
(202) 973-8970
ahermes@wsgr.com

*Counsel for Plaintiff*