**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WUXI APPTEC CO., LTD.,<br><br>*Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF DEFENSE a/k/a U.S. DEPARTMENT OF WAR, et al.,<br><br>*Defendants*. | Civ. Action No. 1:26-cv-02069-JEB |

# JOINT STIPULATION OF DISMISSAL

## A. BACKGROUND

1. Plaintiff WuXi AppTec Co., Ltd. ("WXAT" or the "Company") brought this suit in response to an action by the U.S. Department of War (the "Department") in designating the Company as a "Chinese military company" pursuant to Section 1260H of the National Defense Authorization Act for Fiscal Year 2021. ECF No. 1.

2. On June 29, 2026, the Company moved for a preliminary injunction enjoining the Department from enforcing, implementing, or otherwise giving effect to the Department's designation of the Company as a Chinese military company under Section 1260H. ECF No. 13.

3. On August 7, 2026, this Court entered an Order and Memorandum Opinion granting the Company's motion, finding that the Company was likely to succeed on the merits of its claim that the designation was arbitrary and capricious, that the Company had shown it was suffering and would continue to suffer irreparable harm, and that the balance of the equities and public interest favored injunctive relief. ECF No. 25. The Order enjoined the Department from enforcing or giving effect to its designation of the Company as a Chinese military company under Section 1260H. *Id.*

4. On October 1, 2026, the parties submitted a Joint Proposed Briefing Schedule for Plaintiff's Motion for Leave to Take Limited Discovery (the "Schedule"), which the Court subsequently adopted. ECF No. 30.

5. The Schedule included a proposal to file a stipulated briefing schedule for summary judgment within one week after either the close of fact discovery or the resolution of the Motion for Leave to Take Limited Discovery (the "Discovery Motion"). *Id.*

6. On November 10, 2026, the Department published in the Federal Register a notice removing the Company from the Section 1260H List, noting that the Deputy Secretary of War had determined the Company should be removed in compliance with the Order issued by this Court. Notice of Removal of Designated Chinese Military Company, 91 Fed. Reg. 72536 (Nov. 10, 2026).

7. Briefing on the Discovery Motion is currently pending before the Court. *See* ECF Nos. 32, 34, 35.

**B. STIPULATION**

In view of the foregoing and by agreement of the parties, the undersigned stipulate that each claim in this proceeding against the Department; Pete Hegseth, in his official capacity as Secretary of War; Steve Feinberg, in his official capacity as Deputy Secretary of War; and Michael Cadenazzi, in his official capacity as Assistant Secretary of Defense for Industrial Base Policy is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with Plaintiff and Defendants each bearing their own costs and fees. Accordingly, the Company withdraws its Discovery Motion from consideration.

DATED: November 13, 2026

Respectfully submitted,

*Counsel for Plaintiff*

*/s/ Melissa Mills*
Melissa Mills (D.C. Bar No. 90033390)

WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013-1955
(323) 210-2991
mmills@wsgr.com

Michael S. Sommer
(pro hac vice forthcoming)
Morris Fodeman
(pro hac vice)
Sheryl Shapiro Bassin (N.Y. Bar No. 4662797)
(admitted to practice before this court)
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
(212) 999-5800
msommer@wsgr.com
mfodeman@wsgr.com
sbassin@wsgr.com

Timothy M. Broas (D.C. Bar No. 391145)
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
(202) 973-8846
tbroas@wsgr.com

*Counsel for Defendants*

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov